# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| ARACHNID 360, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. |
| | ) |
| THE HARTFORD INSURANCE, | ) |
| COMPANY OF THE MIDWEST | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. §§ 1441 and 1446, Defendant The Hartford Insurance Company of the Midwest, ("Hartford"), by counsel, hereby files it Notice of Removal of this action to the United States District Court for the Northern District of Illinois, and in support thereof states as follows:

### Procedural Background

1. On April 28, 2023, Plaintiff, Arachnid 360, LLC ("Arachnid") filed a complaint in the Circuit Court of Winnebago County, Illinois, Case Number 2023-LA-0000158 styled *Arachnid 360, LLC v. The Hartford Insurance Company of the Midwest* ("Complaint").

2. Arachnid served the Complaint to the Department of Insurance on June 13, 2023. Hartford was served with the Complaint on June 23, 2023.

### Removal Requirements

3. Jurisdiction is proper in this Court pursuant to 28 USC § 1332(a)(1).

4. Venue is proper in the U.S. District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1446(a), as the state court action originated in Winnebago County, Illinois.

5.     Hartford was the named Defendant in the Complaint filed in Winnebago County, Illinois. True and legible copies of all process, pleadings, orders, and other papers or exhibits served in this action are attached hereto as Composite Exhibit "A," in accordance with 28 U.S.C. § 1446(a).

6.     A copy of this Notice of Removal will be filed by Hartford with the state court where this action is pending promptly after the filing of this Notice of Removal, pursuant to 28 U.S.C. § 1446(d).

7.     Upon receiving a file-marked copy of this Notice of Removal, Hartford will serve a file-marked copy of this Notice of Removal upon counsel for Plaintiff.

## **Removal is Timely**

8.     A notice of removal is timely when it is filed within 30 days after receipt by the defendant of an initial pleading or if insufficient facts are pled in the complaint to establish diversity jurisdiction, then within 30 days after receipt by the defendant of a copy of an amended pleading, motion, order, or other paper from which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C.A. § 1446(b)(1); (b)(3).

9.     Pursuant to 28 U.S.C. § 1446(b)(1), and 215 ILCS 5/112 the time for filing the notice of removal commenced on June 23, 2023, and Notice of Removal is due thirty days from June 23, 2023. Thus, this Notice of Removal is timely.

## **Amount in Controversy**

10.     The amount in controversy is in excess of this Court's jurisdictional minimum of $75,000, exclusive of interest and costs. Plaintiff's claim seeks coverage for damage in the amount of $3,282,621.42, as is evidenced by their attorney demand letter sent to Hartford, dated March 10, 2023. A copy of said demand letter along with an itemized estimate provided by Plaintiff's attorney is attached as "Composite Exhibit B."

**Diversity of Citizenship**

11. Complete diversity of citizenship exists between Plaintiff and Hartford.

12. Plaintiff is a limited liability company (LLC). Citizenship of an LLC for purposes of diversity jurisdiction purposes is the citizenship of all of its members. See *Cosgrove v. Bartolotta,* 150 F.3d 729 (7th Cir. 1998). Arachnid 360, LLC has two members, Anthony P. Beall and Shawn P. Beall. Anthony P. Beall is a citizen of the State of Illinois (1248 Shappert Drive, Machesney Park, IL 61115). Shawn P. Beall is a citizen of the State of Illinois (1248 Shappert Drive, Machesney Park, IL 61115). Accordingly, the members of Arachnid and their respective citizenship is as follows:

Anthony P. Beall – Illinois

Shawn P. Beall – Illinois

13. Hartford is incorporated in the State of Indiana with its principal place of business in Connecticut. Accordingly, Hartford is a citizen of Indiana and Connecticut for diversity jurisdiction purposes.

**Conclusion**

14. This Court has subject matter jurisdiction over the current case as a matter of diversity jurisdiction. This Notice of Removal is timely filed. The amount in controversy exceeds $75,000. There is complete diversity of citizenship in this action.

WHEREFORE, Defendant Hartford prays that the above-entitled cause, currently pending the Circuit Court of Winnebago County, Illinois, Chancery Division, Case Number 2023-LA-0000158 be removed to the United States District Court for the Northern District of Illinois, and that this cause proceed in this Court as an action properly so removed.

Dated July 12, 2023

        /s/ K. Clark Schirle
        K. Clark Schirle (6199270)
        *cschirle@butler.legal*
        Jonathan K. Barger (6277079)
        *jbarger@butler.legal*
        Jeffrey M. Houzenga (6334418)
        *jhouzenga@butler.legal*
        BUTLER WEIHMULLER KATZ CRAIG LLP
        115 South LaSalle Street, Suite 3200
        Chicago, Illinois 60603
        (312) 456-0900
        (312) 456-0909 fax
        *Attorneys for Defendant The Hartford Insurance Company of the Midwest*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing is being served on all counsel of record identified on the below via U.S. Mail and via Electronic Mail this 12th day of July 2023.

Damian S. Sullivent
Dsullivent@nesslerlaw.com
Frederick W. Nessler
Fwn@nesslerlaw.com
The Law Offices of Frederick W. Nessler &
Associates, Ltd.
536 North Bruns Lane, Suite 1
Springfield, Illinois 62702
(800)727-8010
(217)698-0203 (fax)
www.nesslerlaw.com

*Attorneys for Plaintiff*

                                              /s/ K. Clark Schirle
                                              K. Clark Schirle
                                              BUTLER WEIHMULLER KATZ CRAIG LLP
                                              115 S. LaSalle Street, Suite 3200
                                              Chicago, IL 60603