**Illinois Department of Insurance**

| JB PRITZKER | DANA POPISH SEVERINGHAUS |
|---|---|
| Governor | Director |

June 16, 2023

> CENTRALIZED OPS
> HARTFORD
> JUN 2 3 2029
> RECEIVED
> KP

Hartford Insurance Company of the Midwest
One Hartford Plaza
Hartford, CT 06155

    Re:    Case # 2023LA0000158

Gentlemen:

*Enclosed is a First Alien Summons and Complaint served on me as your agent for service in my Springfield office on June 13, 2023, in the captioned case.*

                Sincerely,

                Dana Popish Severinghaus
                Director of Insurance

DPS:MS:alt
Enclosure

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

**Springfield Office**
320 W Washington Street
Springfield, Illinois 62767
(217) 782-4515

**Chicago Office**
122 S. Michigan Ave., 19th Floor
Chicago, Illinois 60603
(312) 814-2420

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR WINNEBAGO COUNTY, ILLINOIS

**ARACHNID 360, LLC**

     **Plaintiff,**    )
               )
               )
     **v.**          )
               )
**THE HARTFORD INSURANCE**  )
**COMPANY OF THE MIDWEST,**  )
               )
     **Defendant.**    )

Case No. 2023-LA-0000158

## FIRST ALIAS SUMMONS

**To:** **HARFORD INSURANCE COMPANY OF THE MIDWEST**
  **c/o Illinois Department of Insurance as Registered Agent**
  **320 W. Washington Street**
  **Springfield, IL 62767**

   You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after service of this summons, exclusive of the date of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed for in the complaint.

   E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

   This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

   WITNESS, the Clerk of Said Court, and seal thereof, at Rockford, Illinois, this _____ day of _____, 2023.

6/13/2023

DATE: _____

Frederick W. Nessler & Assoc.
1600 West Bay Drive
Largo, FL 33770
(727) 333-7116

*Thomas A. Klein*
Thomas A. Klein, Clerk of Court
AH
BY: _____
    **Deputy Clerk**

Electronically Issued Document ID: _____

Date of Service: _____, 2023
(To be inserted by officer on copy left with
Defendant or other person)

NO! SERVED AS
OF JUNE 13, 2023.

Paralegal
Billi Bastin

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR WINNEBAGO COUNTY, ILLINOIS

ARACHNID 360, LLC

        Plaintiff,

    .v.

THE HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

        Defendant.

)
)
)
)
)
)
)
)
)
)

Case No. **2023-LA-0000158**

**ELECTRONICALLY FILED**
DOC ID: 23126346
CASE NO: 2023-LA-0000158
DATE. 6/13/2023 3 00 PM
BY. A H, DEPUTY

### SUMMONS

To:   HARFORD INSURANCE COMPANY OF THE MIDWEST
      c/o Illinois Department of Insurance as Registered Agent
      .320 W. Washington Street
      Springfield, IL 62767

      You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of Court, within 30 days after service of this summons, exclusive of the date of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed for in the Complaint.

      This summons must be returned by the officer or person to whom it was given for service, with the endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

      This summons may not be served later than 30 days after its date..

      WITNESS, the Clerk of Said Court, and seal thereof, at Rockford, Illinois, this _____ day of _____, 2023.

                     RB      *Thomas A. Klein*

Frederick W. Nessler & Assoc.
1600 West Bay Drive
Largo, FL 33770
(7??)?????????16

Date of Service: _____, 2023
(To be inserted by officer on copy left with
Defendant or other person)

**ELECTRONICALLY FILED**
DOC ID: 22502318
CASE NO: 2023-LA-0000158
DATE: 4/28/2023 3.59 PM
BY J P. DEPUTY

## IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
## IN AND FOR WINNEBAGO COUNTY, ILLINOIS

| | |
|---|---|
| **ARACHNID 360, LLC** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**THE HARTFORD INSURANCE** )<br>**COMPANY OF THE MIDWEST,** )<br>)<br>**Defendant.** ) | **Case No.:** 2023-LA-0000158<br><br>**TRIAL BY JURY DEMANDED** |

---

### JURY DEMAND – 12 PEOPLE

---

**NOW COMES** the Plaintiff, ARACHNID 360, LLC, by and through its attorneys, THE LAW OFFICES OF FREDERICK W. NESSLER & ASSOCIATES, Ltd., complaining of the Defendant, THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, and for its jury demand states as follows:

**We hereby demand a jury of 12 people.**

                **ARACHNID 360 LLC, Plaintiff,**

           **By:** _/s/Frederick W. Nessler_____
                **One of its Attorneys**

Frederick W. Nessler, #2037076
NESSLER & ASSOCIATES, LTD.
536 North Bruns Lane, Suite One
Springfield, IL 62702
(217)698-0202
(217)698-0203 (fax)
mvk@nesslerlaw.com

**ELECTRONICALLY FILED**
DOC ID: 22502318
CASE NO: 2023-LA-0000158
DATE 4/28/2023 3:59 PM
BY J P, DEPUTY

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR WINNEBAGO COUNTY, ILLINOIS

| | | |
|---|---|---|
| ARACHNID 360, LLC | ) | |
| | ) | |
| | ) | Case No.: 2023-LA-0000158 |
| Plaintiff, | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| v. | ) | |
| | ) | |
| THE HARTFORD INSURANCE | ) | |
| COMPANY OF THE MIDWEST, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

**COMES NOW**, the Plaintiff, ARACHNID 360, LLC ("Plaintiff"), by and through its undersigned counsel, The Law Offices of Frederick W. Nessler & Associates, PLLC., and in complaining of the Defendant, THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, alleges and states as follows:

## PARTIES AND VENUE

1.  At all times material hereto, Plaintiff was a commercial association whose building was located at 6212 Material Avenue, Loves Park, IL 61111, in Winnebago County, Illinois.

2.  At all times material hereto, Defendant, THE HARTFORD INSURANCE COMPANY OF THE MIDWEST ("Defendant"), was a for-profit corporation who engaged in the business of providing insurance coverage to property owners located in Winnebago County, Illinois.

3.  Venue is proper pursuant to 735 ILCS 5/2-101 as the disputes at issue occurred in Winnebago County, Illinois.

1

## GENERAL ALLEGATIONS

4.      At the time of loss, Plaintiff's maintained a policy of insurance, beginning May 9, 2021 and ending May 9, 2022, policy numbered 83 UUN PY5847 (the "Policy"). A true and correct copy of the Policy is attached hereto as Exhibit A.

5.      On or about September 7, 2021, Plaintiff's' Property was damaged as a result of wind damage.

6.      Plaintiff promptly notified Defendant of the loss.

7.      Defendant accepted coverage of Plaintiff's claim and assigned claim number CP0019187381 to said claim.

8.      Shortly after being notified of the loss, Defendant inspected the subject Property and provided a minimal, undisputed payment.

9.      Defendant's initial undisputed payment does not take into account the totality of repairs needed at the subject Property.

10.      There exists a clear dispute over the amount of loss, which required Plaintiff to retain an engineer and produce comparison engineer's report.

11      In addition, and pursuant to Defendant's correspondence dated April 10 2023, Defendant has wrongfully suggested that the scope of the appraisal process should be limited to only certain items of damages, which is a direct violation of Illinois law.

12.      Unfortunately, Defendant has not provided any additional coverage payments.

13      All conditions precedent to obtaining coverage for the subject loss have been complied with, met, or waived.

2

## COUNT I – BREACH OF CONTRACT

14.     Plaintiff re-allege sand re-incorporates Paragraphs 1 through 13 above as if fully set forth herein.

15.     Plaintiff and Defendant are parties to a valid and binding contract for insurance which requires Defendant to provide benefits to Plaintiff in the event of a covered loss to the Property.

16.     Upon information and belief, Plaintiff has suffered a covered loss under the Policy.

17.     Defendant refuses to provide benefits due to Plaintiff to restore the Property to its pre-loss condition.

18.     Defendant has breached the Policy by failing to pay for all benefits to which Plaintiff is entitled to for the loss.

19.     Plaintiff has been damaged by Defendant's breach of the insurance contract.

20.     Plaintiff is entitled to compensation for Defendant's breach of contract.

**WHEREFORE**, Plaintiff, ARACHNID 360 LLC demands judgment against Defendant, THE HARTFORD INSURANCE COMPANY OF THE MIDWEST for:

A.      All damages to which Plaintiff is entitled, and

B.      Any such other relief this Court deems just and proper.


## COUNT II – BREACH OF GOOD FAITH
## PURSUANT TO 215 ILCS 5/155

21.     Plaintiff re-alleges and re-incorporates Paragraphs 1 through 20 above as if fully set forth herein.

3

22.    Defendant has continued to delay properly adjusting Plaintiffs' claim, although there is a clear dispute over the amount of loss, causing the necessity for appraisal, which Defendant also disputes the scope of appraisal.

23.    Unfortunately, Defendant has not provided any additional coverage payments.

24.    Defendant's actions are vexatious and unreasonable in nature and have occurred with the intention of causing an unnecessary delay in the adjustment and settlement Plaintiff's claim.

25.    Because of Defendant's actions, Plaintiff has been left with no other alternative other than filing this instant action.

26     As such, Plaintiff is entitled to attorney's fees pursuant 215 ILCS 5/155.

**WHEREFORE,** Plaintiff, ARACHNID 360 LLC demands judgment against Defendant, THE HARTFORD INSURANCE COMPANY OF THE MIDWEST for:

A. All damages to which Plaintiff is entitled to;

B. Court costs, expert fees, and attorneys' fees;

C. Punitive damages, and

D. Any such other relief this Court deems just and proper.

4

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated April 28, 2023.　　　　　　　**ARACHNID 360 LLC, Plaintiff,**

**By:** _/s/Frederick W. Nessler_
　　　　**One of its Attorneys**

**Frederick W. Nessler, #2037076**
**NESSLER & ASSOCIATES, LTD.**
**536 North Bruns Lane, Suite One**
**Springfield, IL 62702**
**(217)698-0202**
**(217)698-0203 (fax)**
**mvk@nesslerlaw.com**

5

# EXHIBIT A



## Customized Insurance Protection for the Technology Industry

Thank you for purchasing your business insurance from The Hartford. You've made an excellent choice.

As one of the leading sectors of economic growth, the technology industry is dynamic, constantly growing and changing. And as the technology industry continues to evolve, your potential insurance exposures become more complex and pervasive, too. This situation presents special needs and challenges, which The Hartford understands. Since the late 1980s, we've offered a customized program of insurance to help technology firms meet those challenges.

Our experience with the technology industry has enabled us to develop a package of coverages designed to keep pace with the changing business environment your business faces every day. So whether it's coverage for your building, equipment or data, defense against costly lawsuits or workers compensation protection – chances are we have what you're looking for. **And you can rest assured that these coverages are backed by the strength, stability and reputation of The Hartford, one of the premier insurance companies in the world.**

Again, we thank you for choosing The Hartford as your insurance partner. We appreciate your business and look forward to working with you to help your business succeed in the 21st century.

**Form G-3278 (12/01 Edition)**

© 2001, The Hartford



# IMPORTANT NOTICE TO POLICYHOLDERS
# THE HARTFORD CYBER CENTER WEBSITE ACCESS

Thank you for choosing The Hartford for your business insurance needs.

You are receiving this Notice because you purchased a general liability or property policy from The Hartford, which includes access to The Hartford Cyber Center. This portal was created because we recognize that businesses face a variety of cyber-related exposures and need help managing the related risks. These exposures include data breaches, computer virus attacks and cyber extortion threats.

Through the Hartford Cyber Center, you have access to:

- o A panel of third party incident response service providers
- o Third party cybersecurity pre-incident service providers and a list of approved services to help protect your business before a cyber-threat occurs
- o Risk management tools, including self-assessments, best practice guides, templates, sample incident response plans, and data breach cost calculators
- o White papers, blogs and webinars from leading privacy and security practitioners
- o Up-to-date cyber-related news and events, including examples of privacy and security related events

Accessing The Hartford Cyber Center is easy

1. Visit www.thehartford.com/cybercenter
2. Enter policyholder information
3. Access code 952689
4. Login to The Hartford Cyber Center

Please be aware that:

- o The Hartford Cyber Center is a proprietary web portal exclusively provided to customers of The Hartford. Please do not share the access code with anyone outside your organization.
- o Registration is required to access the Cyber Center You may register as many users as necessary.
- o Contacting a service provider about any issue does not constitute providing The Hartford notice of a claim as required under your insurance policy. Read your insurance policy and discuss any questions with your agent or broker.
- o The Hartford Cyber Center provides third party service provider references and materials for educational purposes only. The Hartford does not specifically endorse any such service provider within The Hartford Cyber Center and hereby disclaims all liability with respect to use of or reliance on such service providers. All service providers are independent contractors and not agents of The Hartford. The Hartford does not warrant the performance of the service providers, even if such services are covered under your policy. We strongly encourage you to conduct your own assessments of the service providers' services and the fitness or adequacy of such services for your particular needs. This Notice does not amend or otherwise affect the provisions of your policy.

The Hartford offers a variety of endorsements to your policy that can help protect your business from a broad range of cyber-related threats. Please review your coverage with your insurance agent or broker to determine the most appropriate cyber coverages and limits for your business.

If you have a claim, you can report it by calling The Hartford's toll-free claims line at **1-800-327-3636.**

Should you have any questions, please contact your insurance agent broker or you may contact us directly.

We appreciate your business and look forward to being of continued service to you.

© 2016, The Hartford

# Insurance Policy Billing Information

**Thank you for selecting The Hartford for your business insurance needs.**

**Shortly, you will receive your first bill from us. You are receiving this Notice so you know what to expect as a valued customer of The Hartford. Should you have any questions after reviewing this information, please contact us at 866-467-8730, and we will be happy to assist you.**

o  Your total policy premium will appear on your policy's Declarations Page. You will be billed based on the payment plan you selected.

o  You may pay the "minimum due" as it appears on your insurance bill or pay the policy balance in full.

o  An installment service fee is added to each installment. A late fee will also be applied if the "minimum due" is not **received** by the due date shown on your bill. Service and late payment fees do not apply in all states.

o  If you selected installment billing, any credit or additional premium due as the result of a change made to your policy, will be spread over the remaining billing installments. Additional premium due as a result of an **audit** will be billed in full on your next bill date following the completion of the audit.

o  If you elected Electronic Funds Transfer (EFT), policy changes may result in changes to the amount automatically withdrawn from your bank account. The invoice you receive following a policy change will include future withdrawal amounts. If you need to adjust or stop your next scheduled EFT withdrawal, please contact us **at least 3 days prior** to the scheduled withdrawal date at the telephone number shown below.

o  If you selected installment billing and pay the premiums for your first policy term on time, at renewal, your account may qualify for our "Equal Installment" feature. This means that the percentage due for each installment, including the initial renewal installment, will be the same throughout the policy term – helping you better manage cash flow. Equal installments will continue as long as you pay your premiums on time and no cancellation notices are issued for any policy on your account. If you no longer qualify for Equal Installments, future renewals will be billed based on the payment plan you selected, which includes a higher initial installment amount.

o  If your policy is eligible for renewal, your bill for the upcoming policy term will be sent to you approximately 30 days prior to your policy's renewal date. If your insurance needs change, please contact us at least 60 days prior to your renewal date so we can properly address any adjustments needed.

o  **One bill convenience** -- you have the option of combining all eligible Hartford policies on one single bill allowing you to make one payment for all policies on your account as payments are due.

## You're In Control

In addition to selecting a bill plan option that best meets your budget, you have the flexibility to decide *how* your payments are made ...

o  **Repetitive EFT:** Sign up for Repetitive EFT payments and have payments automatically withdrawn from your bank account. This option saves you money by reducing the amount of the installment service fee.

o  **Pay Online:** Register at **www.thehartford.com/servicecenter.** Online Bill Pay is Quick, Easy and Secure!

o  **Pay by Check:** Send a check with your remittance stub in the envelope provided with your bill.

o  **Pay by Phone:** Call toll-free **1-866-467-8730.**

**Should you have any questions about your bill, please call Customer Service toll-free number: 1-866-467-8730 - 7AM – 7PM CST. We look forward to being of service to you.**

**Form 100722 11th Rev.** Printed in U.S.A.



# ILLINOIS MINE SUBSIDENCE NOTICE

**DEAR ILLINOIS POLICYHOLDER,**

The Illinois Mine Subsidence Act (Article XXXVIII) requires that Mine Subsidence Insurance be available for any structure in Illinois on policies providing fire and extended coverage. The act further provides that in designated counties, insurance must be provided unless waived in writing.

You may cancel Mine Subsidence coverage on this policy by completing the Waiver of Mine Subsidence Insurance form at the bottom of this notice and returning it to your Hartford Agent. **WE CANNOT DELETE MINE SUBSIDENCE COVERAGE FROM YOUR POLICY WITHOUT THIS WAIVER.**

------------------------------------------------------------------------------------------------------------------------

Please Detach and Return By Mail

## NOTICE TO INSURED
## WAIVER OF MINE SUBSIDENCE INSURANCE

I do not desire Mine Subsidence Insurance Coverage and hereby waive any right to such coverage on this policy and on all future renewals or policies issued to me by The Hartford. I will notify The Hartford in writing if I want Mine Subsidence Insurance added to my policy.

83 UUN PY5847
**Policy Number**

_____          _____

**Signature of First Named Insured or Applicant**          **Date**

ARACHNID 360 LLC
**First Named Insured (Please Print)**

_____

**Location of Property (City, State, and Zip Code)**

A J GALLAGHER RISK MGMT SRVC INC          _____
**Producer**          **Date**

**Form PC-373-2**   (Ed. 10/96)  Printed in U.S.A.

# FLORIDA COMMERCIAL AUTO SUPPLEMENT

| | |
|---|---|
| **Policy Number:** 83 UUN PY5847 | **Policy Effective Date:** 05/09/21 |
| **Company:** | **Producer:**<br>A J GALLAGHER RISK MGMT SRVC INC |
| **Applicant/Named Insured:** ARACHNID 360 LLC | |

## PERSONAL INJURY PROTECTION (NO-FAULT COVERAGE) OPTIONS

Pursuant to Florida law, you may be required to maintain Personal Injury Protection (PIP) if you are the owner or registrant of a motor vehicle required to be registered and licensed in Florida. This is often referred to as no-fault coverage. If you are required to maintain PIP Coverage, refer to the options below.

Basic PIP Coverage provides for 80% of covered medical expenses and 60% of covered work loss expenses. It also covers replacement services expenses and death benefits. The total aggregate limit for all medical expenses, work loss expenses and replacement services expenses is $10,000 per person and the death benefit limit is $5,000 per person. Refer to your policy for the prevailing coverage provisions.

You may elect a deductible and to exclude coverage for loss of gross income and loss of earning capacity ("lost wages" or "work loss"). These elections apply to the named insured alone or to the named insured and all dependent resident relatives. A premium reduction will result from these elections. The named insured is hereby advised not to elect the lost wage exclusion if the named insured or dependent resident relatives are employed, since that would preclude the payment of lost wages in the event of an accident.

No deductible or exclusion of work loss benefits will apply, unless you make an election below. However, if this is a renewal policy, the limits and options elected for the PIP Coverage of your expiring policy will apply for the renewal policy unless you make a different election below.

Florida law allows you to select various deductible options to apply to the coverage as well as various work loss exclusions. Please see Options I and II to make your selections. Options III and IV are optional benefits. Check with your agent or carrier to determine if Options III and IV are offered by your company.

### OPTION I. DEDUCTIBLE

Check the applicable box(es) below.

[ ] I do not want a deductible to apply to my policy's Personal Injury Protection Coverage.

[ ] I do want the following deductible to apply to my policy's Personal Injury Protection Coverage.

| Deductible Amount | Named Insured Only | Named Insured and All<br>Dependent Resident Relatives |
|---|---|---|
| $250 | [ ] | [ ] |
| $500 | [ ] | [ ] |
| $1000 | [ ] | [ ] |

### OPTION II. EXCLUSION OF WORK LOSS BENEFITS

If you wish to exclude work loss benefits, check the applicable box below.

[ ] Exclude Work Loss benefits for the Named Insured and All Dependent Resident Relatives.

[ ] Exclude Work Loss benefits only for Named Insured.

**Form CAF-4348-0**                                                   **Page 1 of 2**

© 2018, The Hartford<br>(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**PERSONAL INJURY PROTECTION (NO-FAULT COVERAGE) OPTIONS (continued)**

### OPTION III. EXCLUSION OF WORK LOSS BENEFITS

*NOTE: You cannot have a PIP Deductible (Option 1) with Extended PIP.*

#### OPTION A

For the Named Insured and All Dependent Resident Relatives, this coverage provides for:
o   100% of medically necessary expenses;
o   80% of work loss;
o   Replacement services expenses, and
o   Death Benefits

**AND**

For any other injured person, this coverage provides for:
o   80% of medically necessary expenses;
o   60% of work loss,
o   Replacement services expenses; and
o   Death Benefits

**OR**

#### OPTION B

For the Named Insured and All Dependent Resident Relatives, this coverage provides for:
o   100% of medically necessary expenses;
o   NO of work loss;
o   Replacement services expenses; and
o   Death Benefits

**AND**

For any other injured person, this coverage provides for:
o   80% of medically necessary expenses.
o   60% of work loss;
o   Replacement services expenses, and
o   Death Benefits

If you choose this option, you MUST select the exclusion of work loss for the Named Insured and All Dependent Resident Relatives in Option II on page 1.

If you would like to select Extended PIP for an increased premium, check the appropriate box below and make sure your previous selections are consistent with this option

☐  I choose **OPTION A** as outlined above

☐  I choose **OPTION B** as outlined above. (Make sure that you select to exclude work loss coverage for both the Named Insured and All Dependent Resident Relatives under Option II on page 1)

### OPTION IV. ADDITIONAL PERSONAL INJURY PROTECTION BENEFITS

If you do not select a deductible (Option I), you may increase the Basic PIP limit by adding one of the following additional limits for an increased premium. You MUST also select one of the Extended PIP options in Option III above if you want Additional PIP. If you want Additional PIP, check the appropriate space below and make sure that your previous selections are consistent with this option. Please check with your agent or carrier for the limits offered by your company.

☐  $10,000 additional limit          ☐  $40,000 additional limit          ☐  $ _____ additional limit

☐  $25,000 additional limit          ☐  $90,000 additional limit

I understand that the coverage selections indicated above shall apply to the vehicle(s) on the policy in effect at the time this form is executed, to all replacement or added vehicles, and to all modified, renewal, replacement and reinstated policies issued by the company insurer or any affiliated or successor company, unless I subsequently submit a written request to the company to change these coverage selections.

My signature below indicates that the options have been explained to me and evidences my actual knowledge and understanding of the availability of these options, as well as the options I have elected.

_____          _____
**Named Insured's Signature**                                      **Date**

# Commercial Auto Supplementary Application
# Pennsylvania Motor Vehicle Responsibility Law
# (Fleet)

**Name of Insured:** ARACHNID 360 LLC

**Policy Number:**
83 UUN PY5847

*This supplemental application identifies and describes the benefit limits and coverage available through The Hartford in response to the Pennsylvania Motor Vehicle Financial Responsibility Law. Please read the Important Notice and provide the information requested on pages 2 thru 7.*

**Section 1791 of the Pennsylvania Motor Vehicle Financial Responsibility Law contains the following important Notice:**

### IMPORTANT NOTICE

Insurance Companies operating in the Commonwealth of Pennsylvania are required by law to make available for purchase the following benefits for you, your spouse or other relatives or minors in your custody or in the custody of your relatives, residing in your household, occupants of your motor vehicle or persons struck by your motor vehicle:

(1)    Medical benefits, up to at least $100,000.

(1.1)  Extraordinary medical benefits, from $100,000 to $1,100,000 which may be offered in increments of $100,000.

(2)    Income loss benefits, up to at least $2,500 per month up to a maximum benefit of at least $50,000.

(3)    Accidental death benefits, up to at least $25,000.

(4)    Funeral benefits, $2,500.

(5)    As an alternative to paragraphs (1), (2), (3) and (4), a combination benefit, up to at least $277,500 of benefits in the aggregate or benefits payable up to three years from the date of the accident, whichever occurs first, subject to a limit on accidental death benefit of up to $25,000 and a limit on funeral benefit of $2,500, provided that nothing contained in this subsection shall be construed to limit, reduce, modify or change the provisions of section 1715(d) (relating to the availability of adequate limits).

(6)    Uninsured, underinsured and bodily injury liability coverage up to at least $100,000 because of injury to one person in any one accident and up to at least $300,000 because of injury to two or more persons in any one accident or, at the options of the insurer, up to at least $300,000 in a single limit for these coverages, except for policies issued under the Assigned Risk Plan. Also, at least $5,000 for damage to property of others in any one accident.

Additionally, insurers may offer higher benefit levels than those enumerated above as well as additional benefits. However, an insured may elect to purchase lower benefit levels than those enumerated above.

Your signature on this notice or your payment of any renewal premium evidences your actual knowledge and understanding of the availability of these benefits and limits as well as the benefits and limits you have selected.

If you have any questions or you do not understand all of the various options available to you, contact your agent or company.

If you do not understand any of the provisions contained in this notice, contact your agent or company before you sign.

## BENEFITS, LIMITS AND COVERAGES AVAILABLE

### A. First Party Benefits

Please select one limit for each benefit unless you wish Combination First Party Benefits explained below.

1. **Medical Expense** – Reasonable and necessary medical treatment and rehabilitative services for injury arising out of the maintenance or use of a motor vehicle.

   ☐ $ 5,000 per person (Minimum limit)   ☐ $ 50,000 per person (Option 3)

   ☐ $10,000 per person (Option 1)   ☐ $100,000 per person (Option 4)

   ☐ $25,000 per person (Option 2)

2. **Work Loss (Income Loss)** – Eighty percent of actual loss of gross income and reasonable expenses actually incurred for hiring a substitute to perform self-employment services as a result of injury arising out of the maintenance or use of a motor vehicle.

   ☐ $1,000 monthly/$ 5,000 total per person (Option 1)

   ☐ $1,000 monthly/$15,000 total per person (Option 2)

   ☐ $1,500 monthly/$25,000 total per person (Option 3)

   ☐ $2,500 monthly/$50,000 total per person (Option 4)

   ☐ I reject this coverage

3. **Funeral Expense** – Expense incurred as a result of an accident involving the maintenance or use of a motor vehicle.

   ☐ $1,500 per person (Option 1)   ☐ $2,500 per person (Option 2)

   ☐ I reject this coverage

4. **Accidental Death** – A sum payable in the event an injury resulting from the maintenance or use of a motor vehicle causes death. This benefit is available only if you are a sole proprietor (Individual) Coverage is afforded only for you and your family members

   ☐ Waive this coverage   ☐ $10,000 (Option 2)

   ☐ $5,000 (Option 1)   ☐ $25,000 (Option 3)

### B. Combination First Party Benefits

The combined benefits are available if you have not selected any of the above First Party Benefits. Combination First Party Benefits includes all of the benefits available under First Party Benefits. Please select the Total Benefit Limit desired.

| | Total Benefits Limit | Funeral Expense Limit | Accidental Death Limit |
|---|---|---|---|
| ☐ | $ 50,000 (Option 1) | $2,500 | $10,000 |
| ☐ | $100,000 (Option 2) | $2,500 | $10,000 |
| ☐ | $177,500 (Option 3) | $2,500 | $25,000 |
| ☐ | $277,500 (Option 4) | $2,500 | $25,000 |

### C. Broadened First Party or Combination First Party Benefits

An individual who regularly uses one of your autos may be eligible for First Party Benefits or Combined First Party Benefits as if that person were a named insured on your policy. If you wish to have this coverage provided, please ask your Hartford Agent or Broker for additional information.

### D. Extraordinary Medical Benefits Coverage

Provides coverage for medical expenses that exceed $100,000 and are incurred as a result of an auto accident. This coverage is subject to an annual per person limit of $50,000, and an aggregate per person limit of $1,000,000. The $50,000 per person limit does not apply during the first 18 months of eligibility for this coverage. If Extraordinary Medical Benefits Coverage is selected, it must be purchased for all owned vehicles (including trailers) that are required to be registered in Pennsylvania and are on the policy.

☐ $100,000 per "insured"   ☐ $500,000 per "insured"

☐ $300,000 per "insured"   ☐ $1,000,000 per "insured"

**E. Liability Insurance**

The law requires that, for damages arising out of the maintenance or use of a motor vehicle, you must be able to respond in amounts no less than $15,000 for bodily injury to one person, $30,000 for bodily injury to two or more persons and $5,000 for property damage in any one accident. If you prefer a single *Liability Insurance limit, the minimum required is $35,000. Please select the Liability Insurance limit* desired. (If you are insured through the provisions of the Pennsylvania Automobile Insurance Plan, the limits available for Liability Insurance are only those allowed by the Plan.)

| | | | | please |
|---|---|---|---|---|
| ☐ Single Limit | | | | specify |
| Per Accident | ☐ $35,000 | ☐ $300,000 | ☐ Other $ _____ | |
| ☐ Split Limits | | | other, please specify | |
| Bodily Injury | | | | |
| Per Person | ☐ $15,000 | ☐ $100,000 | ☐ $ _____ | |
| Per Accident | $30,000 | $300,000 | $ _____ | |
| Property Damage | | | | |
| Per Accident | $ 5,000 | $ 5,000 | $ _____ | |

**F. UNINSURED AND UNDERINSURED MOTORISTS COVERAGE**

**Applies to:** All motor vehicles covered by your policy that are registered or principally garaged in Pennsylvania.

**Covers:** You, if you are an individual named insured; relatives living with you; or other people in your motor vehicle.

**Benefits:** Uninsured and Underinsured Motorists Insurance provides protection for bodily injury arising from the maintenance or use of a motor vehicle when:

Uninsured Motorists - the injured person is entitled to recover damages from the owner or operator of an uninsured motor vehicle.

Underinsured Motorists - the injured person is entitled to recover damages in excess of the Liability Insurance applicable to the accident.

**Limits:** Uninsured and Underinsured Motorists limits must be the same if you elect coverage. If you do not select a coverage limit, your policy will be issued with Uninsured and Underinsured Motorists limits equal to your bodily injury Liability Insurance limit. You may select lower limits. The limit you select may not be less than minimum limits required by Pennsylvania law however, you may reject Uninsured and Underinsured Motorists Coverage in Pennsylvania.

*If you are insured through the provisions of the Pennsylvania Automobile Insurance Plan, the limits available for Uninsured and Underinsured Motorists Insurance are only those allowed by the Plan. You may reject Uninsured and Underinsured Motorists Coverages in Pennsylvania.*

If the named insured is not an individual, the law allows the injured person to collect under each policy for which he or she is a covered person.

**Mandatory Offer Of Uninsured Motorists Coverage**

Uninsured motorists coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury caused by an automobile accident. Also included are damages due to bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

Please indicate your choices by initialing and/or signing next to the appropriate item(s) where indicated below.

---

**1.     Selection Of Uninsured Motorists Coverage**

**(Initials)**

_____                **I select Uninsured Motorists Coverage at limits equal to the limits of my Liability Coverage.**

**If you select Uninsured Motorist Coverage equal to your policy Liability Insurance Limit, any change in your policy Liability Limits will result in a change to your Uninsured Motorist Coverage Limits.**

_____          _____

**Signature of First Named Insured**                    **Date**

---

**2.      Rejection Of Uninsured Motorists Coverage**

By signing this waiver I am rejecting uninsured motorist coverage under this policy, for myself and all relatives residing in my household. Uninsured coverage protects me and relatives living in my household for losses and damages suffered if injury is caused by the negligence of a driver who does not have any insurance to pay for losses and damages. I knowingly and voluntarily reject this coverage

_____          _____

**Signature of First Named Insured**                                              **Date**

**3.Rejection Of Uninsured Motorists Coverage At Limits Equal To Liability Coverage Limits**

Please indicate by initialing below whether you select Uninsured Motorists Coverage at limits less than the Liability Coverage limits of your policy.

**(Initials)**

_____

I reject Uninsured Motorists Coverage at limits equal to the limits of my Liability Coverage and I select the following lower limits.

**(Choose one):**

| (Initials) | Split Limits | OR | (Initials) | Combined Single Limit |
|---|---|---|---|---|
| *N/A | $ 15,000/30,000 | | _____ | $ 35,000 |
| N/A | 25,000/50,000 | | _____ | 50,000 |
| N/A | 50,000/100,000 | | _____ | 100,000 |
| N/A | 100,000/300,000 | | _____ | 250,000 |
| N/A | 250,000/500,000 | | _____ | 300,000 |
| N/A | 500,000/1,000,000 | | _____ | 350,000 |
| N/A | $ _____ | | _____ | 500,000 |
| | **(Other)** | | _____ | 1,000,000 |
| *N/A – Not Applicable | | | _____ | $ _____ |
| | | | | **(Other)** |

| _____ | _____ |
|---|---|
| **Signature of First Named Insured** | **Date** |

### Mandatory Offer Of Underinsured Motorists Coverage

Underinsured motorists coverage provides insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an underinsured motor vehicle because of bodily injury caused by an automobile accident.

Please indicate your choices by initialing and/or signing next to the appropriate item(s) where indicated below.

---

**1.      Selection Of Underinsured Motorists Coverage**

**(Initials)**

_____          I select Underinsured Motorists Coverage at limits equal to the limits of my Liability Coverage.

If you select Underinsured Motorist Coverage equal to your policy Liability Insurance Limit, any change in your policy Liability Limits will result in a change to your Uninsured Motorist Coverage Limits.

_____          _____

**Signature of First Named Insured**                                    **Date**

---

**2.      Rejection Of Underinsured Motorists Coverage**

By signing this waiver I am rejecting underinsured motorist coverage under this policy, for myself and all relatives residing in my household. Underinsured coverage protects me and relatives living in my household for losses and damages suffered if injury is caused by the negligence of a driver who does not have enough insurance to pay for all losses and damages. I knowingly and voluntarily reject this coverage.

_____          _____

**Signature of First Named Insured**                                    **Date**

---

**Form CAF-4390-1**

**3.Rejection Of Underinsured Motorists Coverage At Limits Equal To Liability Coverage Limits**

Please indicate by initialing below whether you select Underinsured Motorists Coverage at limits less than the Liability Coverage limits of your policy.

(Initials)

**I reject Underinsured Motorists Coverage at limits equal to the limits of my Liability Coverage and I select the following lower limits.**
_____

(Choose one):

| (Initials) | Split Limits | OR | (Initials) | Combined Single Limit |
|---|---|---|---|---|
| *N/A | $ 15,000/30,000 | | _____ | $ 35,000 |
| N/A | 25,000/50,000 | | _____ | 50,000 |
| N/A | 50,000/100,000 | | _____ | 100,000 |
| N/A | 100,000/300,000 | | _____ | 250,000 |
| N/A | 250,000/500,000 | | _____ | 300,000 |
| N/A | 500,000/1,000,000 | | _____ | 350,000 |
| N/A | $ _____ (Other) | | _____ | 500,000 |
| | | | _____ | 1,000,000 |
| *N/A – Not Applicable | | | _____ | $ _____ (Other) |

_____     _____
Signature of First Named Insured                    Date

**Automobile Insurance**

| | |
|---|---|
| Named Insured **ARACHNID 360 LLC** | Policy No 83 UUN PY5847 |
| Address 6212 MATERIAL AVE LOVES PARK IL 61111 | |
| Producer 850538 A J GALLAGHER RISK MGMT SRVC INC | Effective Date of this Notice 05/09/21 Expiration Date of Policy 05/09/22 |
| Name of Insurance Company HARTFORD FIRE INSURANCE COMPANY | Countersigned by |

(Authorized Representative)

[X] **LOSS PAYEE**

**Name** FORD MOTOR CREDIT CORP

[ ] **Mailing Address Change Only**

[ ] **LESSOR**

**Address** P O BOX 390910
EDINA MN 55439

**THIS NOTICE OF AUTOMOBILE INSURANCE IS APPLICABLE AS INDICATED BELOW.**

**A  LOSS PAYEE**

[X] 1. This is to certify that the policy of insurance listed above has been issued to the insured named above and is in force at this time for the auto(s) described below  Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the policy described herein is subject to all the terms, exclusions and conditions of such policy.

State of Nebraska - This certificate does not amend, extend or alter the coverage afforded by the  listed policy

**Loss Payee -** Except for towing, all physical damage loss is payable to the Named Insured and the Loss Payee named above as interest may appear at the time of loss.

[ ] 2. This is to notify that the policy of insurance listed above has been changed by the insured to change the Physical Damage Coverage for the auto(s) described below

[ ] 3 This is to notify that the policy of insurance listed above has been changed by the insured to delete Physical Coverage for the auto(s) described below.

**B.  LOSS PAYEE OR LESSOR**

[ ] 1 This is to notify that the policy of insurance listed above has been change by the insured to delete the auto(s) described below

[ ] 2 This is to notify that the policy of insurance listed above has been changed by the insured to delete the Loss Payee or Lessor named above for the auto(s) described below

[ ] 3 This is to notify that the policy of insurance listed above has been changed by the insured to delete the Loss Payee or Lessor named above.

| Schedule of Autos | | Physical Damage Coverage (For A.1. and A.2. above) | | | | | |
|---|---|---|---|---|---|---|---|
| | | Other than Collision | | | | Collision | |
| Covered Auto No. | Description | Coverage* | Limit | | | Limit | |
| | | | Deductible | *ACV*** or Stated Amount | | Deductible | *ACV*** or Stated Amount |
| | SEE SUBSEQUENT PAGE | | | | | | |

**THIS CERTIFICATE  DOES NOT EVIDENCE LIABILITY  INSURANCE**

*AJ =  Comprehensive Coverage
AK =  Specified Causes of Loss Coverage
AL =  Fire Coverage
AM=  Fire and Theft Coverage
AO=  Fire, Theft and Windstorm Coverage
AP=  Limited Specified Causes of Loss Coverage
\*\*ACV = Actual Cash Value

**Notice of**
**Automobile Insurance (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

```
COVERED  AUTO  NO.  00017       14  FORD                    VIN  1FTBF2B67EEA52238

      COMPREHENSIVE  COVERAGE        $  1,000  DEDUCTIBLE
                                     ACTUAL  CASH  VALUE

      COLLISION  COVERAGE            $  1,000  DEDUCTIBLE
                                     ACTUAL  CASH  VALUE
```

**Notice of**
**Automobile Insurance**

| Named Insured **ARACHNID 360 LLC** | Policy No 83 UUN PY5847 |
|---|---|
| Address 6212 MATERIAL AVE | |
| LOVES PARK IL 61111 | |

| Producer | Effective Date of this Notice 05/09/21 |
|---|---|
| 850538 A J GALLAGHER RISK MGMT SRVC INC | Expiration Date of Policy 05/09/22 |

| Name of Insurance Company | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY | Countersigned by |
| | (Authorized Representative) |

| [X] **LOSS PAYEE** | Name FORD MOTOR CREDIT CORP | [ ] **Mailing Address Change Only** |
|---|---|---|
| [ ] **LESSOR** | Address PO BOX 105704 | |
| | ATLANTA GA 30348 | |

**THIS NOTICE OF AUTOMOBILE INSURANCE IS APPLICABLE AS INDICATED BELOW.**

**A. LOSS PAYEE**

[X] 1  This is to certify that the policy of insurance listed above has been issued to the insured named above and is in force at this time for the auto(s) described below. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the policy described herein is subject to all the terms, exclusions and conditions of such policy.

State of Nebraska - This certificate does not amend, extend or alter the coverage afforded by the listed policy

**Loss Payee -** Except for towing, all physical damage loss is payable to the Named Insured and the Loss Payee named above as interest may appear at the time of loss

[ ] 2  This is to notify that the policy of insurance listed above has been changed by the insured to change the Physical Damage Coverage for the auto(s) described below

[ ] 3  This is to notify that the policy of insurance listed above has been changed by the insured to delete Physical Coverage for the auto(s) described below

**B. LOSS PAYEE OR LESSOR**

[ ] 1  This is to notify that the policy of insurance listed above has been change by the insured to delete the auto(s) described below

[ ] 2.  This is to notify that the policy of insurance listed above has been changed by the insured to delete the Loss Payee or Lessor named above for the auto(s) described below.

[ ] 3  This is to notify that the policy of insurance listed above has been changed by the insured to delete the Loss Payee or Lessor named above

| Schedule of Autos | | Physical Damage Coverage (For A.1. and A.2. above) | | | | | |
|---|---|---|---|---|---|---|---|
| | | Other than Collision | | | | Collision | |
| Covered Auto No | Description | Coverage* | Limit | | | Limit | |
| | | | Deductible | *ACV*** or Stated Amount | | Deductible | *ACV*** or Stated Amount |
| | SEE SUBSEQUENT PAGE | | | | | | |

**THIS CERTIFICATE DOES NOT EVIDENCE LIABILITY INSURANCE**

*AJ = Comprehensive Coverage
AK = Specified Causes of Loss Coverage
AL = Fire Coverage
AM= Fire and Theft Coverage
AO= Fire, Theft and Windstorm Coverage
AP= Limited Specified Causes of Loss Coverage
**ACV = Actual Cash Value

**Notice of**
**Automobile Insurance (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

COVERED AUTO NO. 00012     18 FORD          VIN 1FTYR2CV3JKB13801

    COMPREHENSIVE COVERAGE     $ 1,000 DEDUCTIBLE
                           ACTUAL CASH VALUE

    COLLISION COVERAGE         $ 1,000 DEDUCTIBLE
                           ACTUAL CASH VALUE

Notice of
Automobile Insurance

| Named Insured **ARACHNID 360 LLC** | Policy No. 83 UUN PY5847 |
|---|---|
| Address     6212 MATERIAL AVE LOVES PARK          IL 61111 | |
| Producer 850538 A J GALLAGHER RISK MGMT SRVC INC | Effective Date of this Notice  05/09/21 Expiration Date of Policy      05/09/22 |
| Name of Insurance Company HARTFORD FIRE INSURANCE COMPANY | Countersigned by |

(Authorized Representative)

[X]
**LOSS PAYEE** **Name**   GM FINANCIAL

[ ] **Address** PO BOX 182675
ARLINGTON          TX 76096

**Mailing Address
Change Only**

**LESSOR**

**THIS NOTICE OF AUTOMOBILE INSURANCE IS APPLICABLE AS INDICATED BELOW.**

**A** LOSS PAYEE

[X] 1. This is to certify that the policy of insurance listed above has been issued to the insured named above and is in force at this time for the auto(s) described below. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the policy described herein is subject to all the terms, exclusions and conditions of such policy.
State of Nebraska - This certificate does not amend, extend or alter the coverage afforded by the   listed policy
**Loss Payee -** Except for towing, all physical damage loss is payable to the Named Insured and the Loss Payee named above as interest may appear at the time of loss.

[ ] 2. This is to notify that the policy of insurance listed above has been changed by the insured to change the Physical Damage Coverage for the auto(s) described below.

[ ] 3. This is to notify that the policy of insurance listed above has been changed by the insured to delete Physical Coverage for the auto(s) described below.

**B.** LOSS PAYEE OR LESSOR

[ ] 1. This is to notify that the policy of insurance listed above has been change by the insured to delete the auto(s) described below

[ ] 2. This is to notify that the policy of insurance listed above has been changed by the insured to delete the Loss Payee or Lessor named above for the auto(s) described below.

[ ] 3. This is to notify that the policy of insurance listed above has been changed by the insured to delete the Loss Payee or Lessor named above

| Schedule of Autos | | Physical Damage Coverage (For A.1. and A.2. above) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Covered Auto No | Description | Other than Collision | | | | Collision | | |
| | | Coverage* | Limit | | | Limit | | |
| | | | Deductible | *ACV*** or Stated Amount | | Deductible | *ACV*** or Stated Amount | |
| | SEE SUBSEQUENT PAGE | | | | | | | |

**THIS CERTIFICATE DOES NOT EVIDENCE LIABILITY INSURANCE**

*AJ = Comprehensive Coverage
AK = Specified Causes of Loss Coverage
AL = Fire Coverage
AM= Fire and Theft Coverage
AO= Fire, Theft and Windstorm Coverage
AP= Limited Specified Causes of Loss Coverage
**ACV = Actual Cash Value

**Notice of**
**Automobile Insurance (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

COVERED AUTO NO. 00020        21 CHEV                VIN 1GNSKGKL2MR139400

    COMPREHENSIVE  COVERAGE        $  1,000 DEDUCTIBLE
                                ACTUAL CASH VALUE

    COLLISION  COVERAGE            $  1,000 DEDUCTIBLE
                                ACTUAL CASH VALUE

# Special Multi-Flex

## Business Insurance Policy



**THE HARTFORD**

This SPECIAL MULTI-FLEX POLICY is provided by the stock insurance company(s) of The Hartford Insurance Group, shown below.

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** 83 UUN PY5847   K3
RENEWAL OF:   83 UUN PY5847

**THE HARTFORD**

**Named Insured and Mailing Address:**
**(No., Street, Town, State, Zip Code)**

ARACHNID 360 LLC

6212 MATERIAL AVE
LOVES PARK          , IL 61111
(WINNEBAGO COUNTY)

**Policy Period:**          **From** 05/09/21   **To** 05/09/22
12:01 A.M., Standard time at your mailing address shown above.

In return for the payment of the premium, and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy. The Coverage Parts that are a part of this policy are listed below. The Advance Premium shown may be subject to adjustment.

**Total Advance Premium:**          $77,554.00

**Coverage Part and Insurance Company Summary**          **Advance Premium**

IN RECOGNITION OF THE MULTIPLE COVERAGES INSURED WITH THE HARTFORD, YOUR
POLICY PREMIUM INCLUDES AN ACCOUNT CREDIT.

PROPERTY CHOICE
HARTFORD FIRE INSURANCE COMPANY
ONE HARTFORD PLAZA
HARTFORD, CONNECTICUT 06155          $20,769.00

LISTING OF ADDITIONAL COVERAGE PARTS CONTINUED ON THE FOLLOWING PAGE.

**Form Numbers of Coverage Parts, Forms and Endorsements that are a part of this policy and that are not listed in the Coverage Parts.**

HM0001 IL00171198 IH09850115 IH12040312 IH99400409 IH99410409 IL00210908
IL01470911 PC00010109 HM00200295 HA00250615 HC00100798 HC00200295

**Agent/Broker Name:** A J GALLAGHER RISK MGMT SRVC INC

Countersigned by          *Susan L. Castaneda*          05/07/21
(Where required by law)          Authorized Representative          Date

**Form HM 00 10 01 07**          PAGE  1  (CONTINUED ON NEXT PAGE)

**COMMON POLICY DECLARATIONS (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

ADDITIONAL COVERAGE PARTS (CONTINUED)

| COVERAGE PART AND INSURANCE COMPANY SUMMARY | ADVANCE PREMIUM |
|---|---|
| COMMERCIAL INLAND MARINE<br>HARTFORD FIRE INSURANCE COMPANY<br>ONE HARTFORD PLAZA<br>HARTFORD, CONNECTICUT 06155 | $ 106.00 |
| COMMERCIAL AUTO<br>HARTFORD FIRE INSURANCE COMPANY<br>ONE HARTFORD PLAZA<br>HARTFORD, CONNECTICUT 06155 | $39,479.00 |
| COMMERCIAL GENERAL LIABILITY<br>EMPLOYEE BENEFITS LIABILITY<br>HARTFORD CASUALTY INSURANCE COMPANY<br>ONE HARTFORD PLAZA<br>HARTFORD, CT 06155 | $17,196.00 |
| TEXAS MVCPA FEE | $4.00 |

**Form HM 00 10 01 07**



# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

Copyright, Insurance Services Office, Inc., 1998

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums, and

2. Will be the payee for any return premiums we pay

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Our President and Secretary have signed this policy. Where required by law, the Declarations page has also been countersigned by our duly authorized representative.

Lisa Levin, Secretary

Douglas Elliot, President

IL 00 17 11 98

**POLICY NUMBER:** 83 UUN PY5847



**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

| TERRORISM PREMIUM | |
|---|---|
| **Coverage:** | **Premium (if Covered):** |
| PROPERTY | $ 605.00 |
| GENERAL LIABILITY | $ 169.00 |
| INLAND MARINE | $ 1.00 |
| TOTAL | $ 775.00 |

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, as amended (TRIA), we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for "certified acts of terrorism" under TRIA. The portion of your premium attributable to such coverage is shown above in this endorsement.

**B. The following definition is added with respect to the provisions of this endorsement:**

A "certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of TRIA, to be an act of terrorism under TRIA. The criteria contained in TRIA for a "certified act of terrorism" include the following:

1. The act results in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and

2. The act results in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of an United States mission; and

3. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C. Disclosure Of Federal Share Of Terrorism Losses Under TRIA**

The United States Department of the Treasury will reimburse insurers for a portion of such insured losses as indicated in the table below that exceeds the applicable insurer deductible:

| Calendar Year | Federal Share of Terrorism Losses |
|---|---|
| **2015** | 85% |
| **2016** | 84% |
| **2017** | 83% |
| **2018** | 82% |
| **2019** | 81% |
| **2020 or later** | 80% |

However, if aggregate insured losses attributable to "certified acts of terrorism" under TRIA exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. The United States Government has not charged any premium for their participation in covering terrorism losses.

**Form IH 09 85 01 15**                                                                 **Page 1 of 2**

© 2015 The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

**D. Cap On Insurer Liability for Terrorism Losses Under TRIA**

If aggregate insured losses attributable to "certified acts of terrorism" under TRIA exceed $100 billion in a calendar year and we have met, or will meet, our insurer deductible under TRIA we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case, your coverage for terrorism losses may be reduced on a pro-rata basis in accordance with procedures established by the Treasury, based on its estimates of aggregate industry losses and our estimate that we will exceed our insurer deductible. In accordance with Treasury procedures amounts paid for losses may be subject to further adjustments based on differences between actual losses and estimates.

**E. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, the inapplicability or omission of a terrorism exclusion, or the inclusion of terrorism coverage, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Form, Coverage Part or Policy.

**F. All other terms and conditions remain the same.**

**POLICY NUMBER:** 83 UUN PY5847



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF THE DECLARATIONS - ADDITIONAL PERSONS OR ORGANIZATIONS DESIGNATED AS NAMED INSUREDS

The following person(s) or organization(s) are added to the Declarations as Named Insureds:

ARACHNID 360, LLC
B.I.G. PROPERTIES, LLC

**Form IH 12 04 03 12** SEQ.NO. 03

© 2012, The Hartford



# U.S. DEPARTMENT OF THE TREASURY, OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by the United States. **Please read this Notice carefully.**

The Office of Foreign Assets Control ("OFAC") of the U S Department of the Treasury administers and enforces economic and trade sanctions based on U.S. foreign policy and national security goals against targeted foreign countries and regimes, terrorists, international narcotics traffickers, those engaged in activities related to the proliferation of weapons of mass destruction, and other threats to the national security, foreign policy or economy of the United States. OFAC acts under Presidential national emergency powers, as well as authority granted by specific legislation, to impose controls on transactions and freeze assets under U.S. jurisdiction. OFAC publishes a list of individuals and companies owned or controlled by, or acting for or on behalf of, targeted countries. It also lists individuals, groups, and entities, such as terrorists and narcotics traffickers designated under programs that are not country-specific. Collectively, such individuals and companies are called "Specially Designated Nationals and Blocked Persons" or "SDNs". Their assets are blocked and U.S. persons are generally prohibited from dealing with them. This list can be located on OFAC's web site at – http//www.treas.gov/ofac

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is an SDN, as identified by OFAC, the policy is a blocked contract and all dealings with it must involve OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC



**Named Insured:**   ARACHNID 360 LLC

**Policy Number:**   83 UUN PY5847

**Effective Date:**   05/09/21         **Expiration Date:**   05/09/22

**Company Name:**   HARTFORD FIRE INSURANCE COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## TRADE OR ECONOMIC SANCTIONS ENDORSEMENT

This insurance does not apply to the extent that trade or economic sanctions or other laws or regulations prohibit us from providing insurance, including, but not limited to, the payment of claims.

All other terms and conditions remain unchanged.

**Form IH 99 41 04 09**                                                   **Page 1 of 1**

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply

    **A.** Under any Liability Coverage, to "bodily injury" or "property damage"

    **(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability, or

    **(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    **B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    **C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if

    **(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

    **(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

    **(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2007

IL 01 47 09 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CIVIL UNION

This endorsement modifies insurance provided under the following

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
FARM COVERAGE PART
FARM UMBRELLA LIABILITY POLICY
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The term "spouse" is replaced by the following

Spouse or party to a civil union recognized under Illinois law.

**B.** Under the Commercial Auto Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to the

1. Individual Named Insured by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of such Named Insured's household, including a ward or foster child, or

2. Individual named in the Schedule by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of the individual's household, including a ward or foster child, if the Drive Other Car Coverage – Broadened Coverage For Named Individual Endorsement is attached.

**C.** With respect to coverage for the ownership, maintenance, or use of "covered autos" provided under the Commercial Liability Umbrella Coverage Part, the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or civil union recognized under Illinois law, who is a resident of your household, including a ward or foster child.

**IL 01 47 09 11**      © Insurance Services Office, Inc., 2011      **Page 1 of 1**

PROPERTY CHOICE



# QUICK REFERENCE
## PROPERTY CHOICE COVERAGE PART

**Property Choice Conditions and Definitions**

A. General Conditions
1. Abandonment
2. Application of Waiting Period
3. Appraisal
4. Claim Settlement
5. Concealment, Misrepresentation or Fraud
6. Control of Property
7. Coverage Territory
8. Equipment Breakdown - Suspension
9. Equipment Breakdown - Inspection
10. If Two or More Coverages Apply
11. Legal Action Against Us
12. Liberalization
13. Loss Payee - Standard
14. Mortgageholders and Lender Loss Payees
15. Contract of Sale and Building Owner Loss Payable Clauses
16. No Benefit to Bailee
17. Other Insurance
18. Policy Period
19. Recovered Property
20. Standard Fire Policy
21. Transfer of Rights (Subrogation)

B. General Duties in Event of Loss
1. Your Duties
   a. Notify Police
   b. Notify Us
   c. Protect Property
   d. Take Inventory
   e. Permit us to Inspect Property, Books and Records
   f. Proof of Loss
   g. Cooperate
   h. Resumption of Business
2. Our Right - Examine You Under Oath

C. *General Definitions*
1. Building Glass
2. Computer Equipment
3. Electronic Data
4. Fungus
5. Money
6. Policy Year
7. Pollutants and Contaminants
8. Scheduled Premises
9. Securities
10. Sinkhole Collapse
11. Specified Causes of Loss
12. Sprinkler Leakage
13. Stock
14. Tenant Improvements and Betterments
15. Theft
16. Valuable Papers
17. Volcanic Action

**Property Choice Coverage Form**

A. Coverage
1. Covered Property Definitions
   a. Building
   b. Business Personal Property
2. Property Not Covered
3. Covered Causes of Loss - See separate form

B. Exclusions - See separate form

C. Limits of Insurance

D. Deductible

E. Loss Payment and Valuation Conditions
1. Replacement Cost
2. Actual Cash Value
3. *Specific Property Valuations*
   a. Accounts Receivable
   b. Animals

**Form PC 00 91 01 18**

© 2018, The Hartford

**Page 1 of 3**

c.  Building Glass
d.  Electronic Data and Valuable Papers
e.  Fine Arts
f.  Party Wall
g.  Property of Others
h.  Stock
i.  Tenant Improvements and Betterments

j.  Transit
k  Vehicles
4   Value Enhancements
a  Architect and Engineering Fees
b  Customs Duty, Sales Tax
c.  Extended Warranties

---

## Property Choice - Specialized Property Insurance Coverages

Section A.   Additional Coverages
1.  Accounts Receivable
2.  Brands and Labels
3   Building Glass Repairs
4.  Business Travel Including Sales Representative Samples
5.  Claim Expenses
6   Contract Penalties
7.  Debris Removal
8   Employee Personal Effects
9.  Errors in Description
10  Exhibitions
11. Extra Expense and Expediting Expenses
12  Fine Arts
13. Fire Department Service Charge
14. Fire Device Recharge
15. Fungus, Wet Rot, Dry Rot, Bacteria and Virus - Limited Coverage
16. Inflation Guard
17. Installment or Deferred Sales
18. Loss of Master Key

19  New Construction at Scheduled Premises
20  Newly Acquired Property
21. Non-Owned Detached Trailers
22. Ordinance or Law
23. Outdoor Trees, Shrubs, Sod, Plants and Lawns
24. Pairs or Sets
25. Pollutants and Contaminants Clean Up
26. Preservation of Property
27. Rewards
28. Sewer and Drain Backup
29  Transit
30. Transition to Replacement Premises
31  Unnamed Premises
32. Utility Service Interruption
33  Water Damage Building Tear Out and Repair
34  Water Seepage
35  Windblown Debris

Section B  - Combined Additional Protection

Section C. - Tenant Lease Coverage

---

## Property Choice - Covered Causes of Loss and Exclusions Form

A.  Covered Causes of Loss
B.  Exclusions
1.  a.  Acts Errors or Omissions
    b.  Workmanship and Repair
    c.  Animals
    d   Collapse (Related to Earthquake or Flood)
    e   Earth Movement
    f.  Water
    g   Fungus, Wet Rot, Dry Rot, Bacteria or Virus
    h.  Governmental Action
    i.  Nesting or Infestation
    j.  Nuclear Hazard

k.  Ordinance or Law
l.  Pathogenic or Poisonous Biological or Chemical Materials
m.  Pollutants and Contaminants
n   Utility Services Interruption
o.  War and Military Action
2.  We will not pay for loss or damage caused by or resulting from any of the following.
    a.  Artificially Generated Electrical, Magnetic or Electromagnetic Energy
    b.  Accounting Errors
    c.  Changes of Temperature, Dampness or Dryness
    d.  Delay, Loss of Use or Loss of Market

---

**Form PC 00 91 01 18**

e. Dishonest Acts

f. Docks, Piers, Wharves

g. Electronic Vandalism or Corruption of "Electronic Data" or Corruption of "Computer Equipment"

h. Loss Due To By-Products of Production or Processing Operations

i. Mechanical Breakdown

j. Missing Property

k. Neglect to Protect Property

l. Rain, Snow, Ice, Sleet to Property in the Open

m. Settling, Cracking to Buildings or Structures

n. Smoke (agricultural or Industrial)

o. Steam Explosions

p. Testing

q. Unauthorized Transfer of Property

r. Voluntary Parting

3. We will not pay for loss or damage caused by or resulting from any of the following. But if direct physical loss or direct physical damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

a. Wear and tear, or change in color, texture, or finish;

b. Rust, corrosion, decay, or deterioration;

c. Hidden or latent defect or any quality in property that causes it to damage or destroy itself;

d. Maintenance;

e. Smog; or

f. Shrinkage, evaporation, or loss of weight of Stock.

C. Limitations

# PROPERTY CHOICE
# COVERAGE PART - DECLARATIONS



**POLICY NUMBER:** 83 UUN PY5847

This **PROPERTY CHOICE COVERAGE PART** consists of:

A.  This Declarations;
B.  Property Choice Schedule of Premises and Coverages;
C.  Property Choice Conditions and Definitions;
D.  Property Choice Coverage Form;
E.  Property Choice Specialized Property Insurance Coverages;
F.  Property Choice Covered Causes of Loss and Exclusions Form; and
G.  Any other Coverage Forms, Conditions Forms, Endorsements and Schedules issued to be a part of this Coverage Part and listed below.

Various provisions in this Coverage Part restrict coverage  Read the entire Coverage Part carefully to determine rights. duties and what is and is not covered

Throughout this Coverage Part the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance

Other words and phrases that appear in quotation marks have special meaning.  Refer to Definitions found in the Property Choice Conditions and Definitions (Form Number PC 00 90).

**ADVANCE PREMIUM:**     $20,769.00

**AUDIT PERIOD:**

Except in this Declarations, when we use the word "Declarations" in this Coverage Part. we mean this "Property Choice Declarations" or the "Common Policy Declarations".

All Schedules listed on this Declarations are part of this Declarations.

Form Numbers of Coverage Forms, Endorsements, and Schedules that are a part of this Coverage Part:

```
PC00910118  PC00020119T  PC26010118  PC20230109  PC-373-2  PC20240109
PC20260109  PC00900119  PC00930103  IH09400115  PC26020118  PC00100118
PC00200118  PC00300113  PC10100118  PC10110103  PC10830118  PC20440118
PC25060109  PC00970109  PC00500118  PC30120118  PC31120217
IH12011185  LOSS PAYEE
IH12011185  MORTGAGEE
```

**Form PC 00 01 01 09**

# PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES



**POLICY NUMBER:** 83 UUN PY5847

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COVERAGE AND LIMITS OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

INSURANCE APPLIES ON A BLANKET BASIS ONLY TO A COVERAGE FOR WHICH A LIMIT
OF INSURANCE IS SHOWN BELOW IN THE BLANKET DESCRIPTION OF COVERAGE OR
PROPERTY.  THE MAXIMUM WE WILL PAY FOR LOSS OR DAMAGE IN ANY ONE OCCURRENCE
IS THE SMALLEST APPLICABLE LIMIT OF INSURANCE SHOWN IN THE DECLARATIONS,
SCHEDULES, OR ENDORSEMENT(S).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
BLANKET DESCRIPTION OF COVERAGE OR PROPERTY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR INSURANCE THAT APPLIES TO A SPECIFIC INSURED PREMISES SEE:  PROPERTY
CHOICE - SCHEDULED PREMISES.

```
                                            LIMIT(S) OF INSURANCE
                                            IN ANY ONE OCCURRENCE


BUSINESS PERSONAL PROPERTY                       $6,054,063
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS CRIME
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE:  PROPERTY CHOICE -
SCHEDULED PREMISES.

```
                                            LIMIT OF INSURANCE
                                            IN ANY ONE OCCURRENCE


EMPLOYEE THEFT:                                  $250,000
```

THE EMPLOYEE BENEFITS PLANS PROVISION APPLIES TO ANY
WELFARE OR PENSION BENEFIT PLAN THAT IS SUBJECT TO THE
EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 (ERISA)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
VALUATION PROVISION:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REPLACEMENT COST (SUBJECT TO LIMITATIONS) APPLIES TO THE TYPES OF COVERED
PROPERTY INSURED UNDER THIS POLICY.  FOR VALUATION THAT APPLIES TO A
SPECIFIC PREMISES SEE:  PROPERTY CHOICE - SCHEDULED PREMISES.

**Form PC 00 02 01 19 T**                    PAGE   1 (CONTINUED ON NEXT PAGE)

**PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES** (continued)

**POLICY NUMBER:** 83 UUM PY5847

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION - BLANKET DESCRIPTION OF COVERAGE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR INSURANCE THAT APPLIES TO A SPECIFIC PREMISES SEE:  PROPERTY CHOICE -
SCHEDULED PREMISES.

                                                    LIMITS OF INSURANCE
                                                    IN ANY ONE OCCURRENCE

BUSINESS INCOME AND EXTRA EXPENSE:                       $3,600,000
  72 HOUR WAITING PERIOD APPLIES
  PAYROLL IS INCLUDED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
COINSURANCE PROVISION:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNLESS OTHERWISE STATED IN THIS POLICY, COINSURANCE DOES NOT APPLY TO THE
COVERAGES SHOWN ON THIS POLICY.

**PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES (continued)**

**POLICY NUMBER:** 83 UUN PY5847

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CAUSE OF LOSS - ELECTRONIC VANDALISM
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LIMIT OF INSURANCE
IN ANY ONE POLICY YEAR
ELECTRONIC VANDALISM:                                  $300,000

  6 HOUR WAITING PERIOD APPLIES TO ELECTRONIC VANDALISM - BUSINESS INCOME
OR RENTAL INCOME LOSS.

THE FOLLOWING COVERAGE EXTENSIONS ARE FOUND IN THE CAUSE OF LOSS -
ELECTRONIC VANDALISM FORM AND ARE INCLUDED IN THE CAUSE OF LOSS -
ELECTRONIC VANDALISM - POLICY YEAR LIMIT OF INSURANCE AND NOT IN
ADDITION TO:

DENIAL OF SERVICE - BUSINESS INCOME:                  $25,000
12 HOUR WAITING PERIOD APPLIES TO DENIAL OF SERVICE - BUSINESS INCOME
LOSS.

ELECTRONIC EXTORTION DEMAND:                          $10,000 IN ANY ONE
                                                              POLICY YEAR

GOOD FAITH ADVERTISING EXPENSE:                       $25,000 IN ANY ONE
                                                              POLICY YEAR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
CAUSES OF LOSS - EQUIPMENT BREAKDOWN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CAUSES OF LOSS - EQUIPMENT BREAKDOWN IS EXCLUDED.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DEDUCTIBLES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FOR DEDUCTIBLES THAT APPLY TO A SPECIFIC PREMISES SEE:  PROPERTY CHOICE -
SCHEDULED PREMISES.

THE FOLLOWING DEDUCTIBLE(S) SHALL APPLY TO LOSS OR DAMAGE:

BY WINDSTORM OR HAIL:
  IN ANY ONE OCCURRENCE:                $25,000

  AS RESPECTS BUSINESS INCOME COVERAGE, A  72 HOUR WAITING PERIOD APPLIES.

**Form PC 00 02 01 19 T**                    PAGE   3 (CONTINUED ON NEXT PAGE)

**PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES** (continued)

**POLICY NUMBER:** 83 UUN PY5847

AT EXHIBITIONS:
  IN ANY ONE OCCURRENCE:                    $2,500

BY ANY OTHER COVERED LOSS,
  IN ANY ONE OCCURRENCE:                    $5,000

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - SCHEDULED PREMISES
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE FOLLOWING LIMITS OF INSURANCE APPLY IN ANY ONE OCCURRENCE UNLESS
OTHERWISE STATED.

  .  .  .  .  .  .  .  .  .  .  .  .  +  .  .

  PREMISES NO.   1

  ADDRESS:

    6212 MATERIAL AVE
    LOVES PARK, IL  61111
    WINNEBAGO  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OF PROPERTY                  LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUILDING:                                             $3,000,000

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):         INCLUDED IN BLANKET
                                                       BUSINESS PERSONAL
                                                        PROPERTY LIMIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION              LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS INCOME AND EXTRA EXPENSE:                   INCLUDED IN BLANKET
    72 HOURS WAITING PERIOD APPLIES                   BUSINESS INCOME AND
                                                      EXTRA EXPENSE LIMIT

    PAYROLL IS INCLUDED

**Form PC 00 02 01 19 T**                    PAGE   4  (CONTINUED ON NEXT PAGE)

**PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES (continued)**

**POLICY NUMBER:** 83 UUN PY5847

PREMISES   1   CONTINUED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS CRIME                        LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MONEY AND SECURITIES -
  INSIDE THE PREMISES:                                    $200,000

MONEY AND SECURITIES -
  OUTSIDE THE PREMISES:                                   $200,000

MONEY AND SECURITIES DOES NOT APPLY TO ANY UNNAMED PREMISES.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MORTGAGE HOLDER(S):
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* * * * * * * * * * * * * * *

PREMISES NO.   2

ADDRESS:

  6300-24 MATERIAL AVE
  LOVES PARK, IL  61111
  WINNEBAGO  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY                     LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUILDING:                                                $6,600,000

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):          INCLUDED IN BLANKET
                                                       BUSINESS PERSONAL
                                                       PROPERTY LIMIT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION                 LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS INCOME AND EXTRA EXPENSE:                     INCLUDED IN BLANKET
  72 HOURS WAITING PERIOD APPLIES                       BUSINESS INCOME AND
                                                       EXTRA EXPENSE LIMIT

**Form PC 00 02 01 19 T**                    PAGE   5 (CONTINUED ON NEXT PAGE)

**PROPERTY CHOICE - SCHEDULE OF PREMISES AND COVERAGES** (continued)

**POLICY NUMBER:** 83 UUN FY5647

PREMISES   2   CONTINUED

PAYROLL IS INCLUDED

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MORTGAGE HOLDER(S):
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


. . . . . . . . . . . . . .

PREMISES NO.   3

ADDRESS:

   UNNAMED LOCATION
   LOVES PARK, IL  61111
   WINNEBAGO  COUNTY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
DESCRIPTION OF COVERAGE OR PROPERTY                LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS PERSONAL PROPERTY (INCLUDING STOCK):       INCLUDED IN BLANKET
                                                      BUSINESS PERSONAL
                                                       PROPERTY LIMIT


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PROPERTY CHOICE - BUSINESS INTERRUPTION             LIMIT OF INSURANCE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BUSINESS INCOME AND EXTRA EXPENSE:                      NOT COVERED

**PROPERTY CHOICE**



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROPERTY CHOICE - SPECIALIZED PROPERTY INSURANCE COVERAGES

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered. Words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

SUMMARY of COVERAGE LIMITS and INDEX

This is a summary of the limits of insurance and coverages provided by this endorsement.
No coverage is provided by this summary.

| Item No. | PROPERTY CHOICE COVERAGE FORM SECTION A. - ADDITIONAL COVERAGES | LIMIT OF INSURANCE (Apply in any one occurrence unless otherwise noted) |
|---|---|---|
| 1. | ACCOUNTS RECEIVABLE: | $250,000 at all "Scheduled Premises"; while in the due course of Transit; or while at Unnamed Premises. |
| 2. | BRANDS AND LABELS: | Included in the Limit of Insurance applicable to Business Personal Property - Stock. |
| 3. | BUILDING GLASS REPAIRS: | Included In the Building Limit of Insurance. |
| 4. | BUSINESS TRAVEL INCLUDING SALES REPRESENTATIVE SAMPLES: | $50,000. |
| 5. | CLAIM EXPENSES: | $50,000. |
| 6. | CONTRACT PENALTIES: | $50,000. |
| 7. | DEBRIS REMOVAL - (ADDITIONAL AMOUNT): | $250,000. |
| 8. | EMPLOYEE PERSONAL EFFECTS: | $50,000. |
| 9. | ERRORS IN DESCRIPTION: | See provision. |
| 10. | EXHIBITIONS: | $50,000. At Any One Exhibition. |
| 11. | EXTRA EXPENSE AND EXPEDITING EXPENSES (OTHER THAN EQUIPMENT BREAKDOWN EXPEDITING EXPENSES): | $50,000. |
| 12. | FINE ARTS: | $50,000. |
| 13. | FIRE DEPARTMENT SERVICE CHARGE: | $50,000. |
| 14. | FIRE DEVICE RECHARGE: | $50,000. |
| 15. | FUNGUS, WET ROT, DRY ROT, BACTERIA AND VIRUS - LIMITED COVERAGE: | $50,000. At Each Premises In Any One "Policy Year". |
| 16. | INFLATION GUARD: | Consumer Price Index up to 8%. |
| 17. | INSTALLMENT OR DEFERRED SALES: | Up to $50,000. |
| 18. | LOSS OF MASTER KEY: | $25,000. |
| 19. | NEW CONSTRUCTION AT SCHEDULED PREMISES: | $1,000,000. |
| 20. | NEWLY ACQUIRED PROPERTY: BUILDINGS: | $2,000,000. |
|  | NEWLY ACQUIRED PROPERTY: BUSINESS PERSONAL PROPERTY: | $1,000,000. |
| 21. | NON OWNED DETACHED TRAILERS: | $50,000. |
| 22. | ORDINANCE OR LAW COVERAGE A (VALUE OF THE UNDAMAGED BUILDING): | Included in the Limit of Insurance Applicable to Building. |

**Form PC 26 01 01 18**

© 2018, The Hartford

**Page 1 of 14**

| | | |
|---|---|---|
| | ORDINANCE OR LAW COVERAGES B & C (DEMOLITION & INCREASED COST OF CONSTRUCTION): | $1,000,000. |
| 23. | OUTDOOR TREES, SHRUBS, SOD, PLANTS AND LAWNS: | $50,000. |
| 24. | PAIRS AND SETS: | Included in the Limit of Insurance applicable to Business Personal Property - Stock. |
| 25. | POLLUTANTS AND CONTAMINANTS CLEANUP: | $50,000. at each "Scheduled Premises" in any one "Policy Year". |
| 26. | PRESERVATION OF PROPERTY: | 180 days. |
| 27. | REWARD COVERAGE: | $50,000. |
| 28. | SEWER AND DRAIN BACKUP: | Included in the Limit of Insurance. |
| 29. | TRANSIT: | $50,000. |
| 30. | TRANSITION TO REPLACEMENT PREMISES: | Included within the Limit of Insurance applicable to the Covered Property that is Moved. |
| 31. | UNNAMED PREMISES: AT ALL UNNAMED PREMISES: BUILDINGS: | $100,000. |
| | UNNAMED PREMISES: AT ALL UNNAMED PREMISES: BUSINESS PERSONAL PROPERTY: | $50,000. |
| | UNNAMED PREMISES: AT ALL UNNAMED PREMISES: BUSINESS PERSONAL PROPERTY -INSTALLATION: | $25,000. At Any One Installation. |
| 32. | UTILITY SERVICE INTERRUPTION: | $25,000. |
| 33. | WATER DAMAGE BUILDING TEAR OUT AND REPAIR: | Included. |
| 34. | WATER SEEPAGE: | $25,000. |
| 35. | WIND BLOWN DEBRIS: | $2,500. |
| | | |
| | SECTION B. - COMBINED ADDITIONAL PROTECTION: | Up to $250,000. |
| | | |
| 1. | SECTION C. - TENANT LEASE COVERAGES: BUILDING GLASS: | Included in Business Personal Property Limit. |
| 2. | LEASE ASSESSMENT: | $2,500. |
| 3. | LEASEHOLD IMPROVEMENTS: | $25,000. |
| 4. | MISCELLANEOUS INTERIOR BUILDING PROPERTY: | $25,000. |
| 5. | THEFT DAMAGE: | Included in Business Personal Property Limit. |
| 6. | LEGAL LIABILITY - BUILDING COVERAGE FORM (PC 00 30) ATTACHES TO AND FORMS PART OF THIS POLICY LEGAL LIABILITY - BUILDING LIMIT OF INSURANCE: | $25,000 in any one accident. |
| | | |
| | SECTION D. - PROPERTY CHOICE COMMON CRIME COVERAGE FORM is added: | |
| | INSIDE THE PREMISES THEFT OF MONEY AND SECURITIES: | $10,000. |
| | OUTSIDE THE PREMISES THEFT OF MONEY AND SECURITIES: | $10,000. |

Form PC 26 01 01 18

## SECTION A. - ADDITIONAL COVERAGES

The following Additional Coverages are added to the Property Choice Coverage Form unless otherwise indicated in the Property Choice Schedule of Premises and Coverages or by endorsement to this policy.

For Insurance that may apply to a Specific Scheduled Premises see: Property Choice Schedule of Premises and Coverage - Scheduled Premises section.

### 1. ACCOUNTS RECEIVABLE

**Coverage:** We will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to your records of Accounts Receivable. Accounts Receivable, means all amounts due from your customers that you are unable to collect; due to a covered direct physical loss or covered direct physical damage to inscribed, printed, written or electronic records of accounts receivable. We will also pay for:

a. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

b. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

c. Other reasonable expenses that you incur to re-establish your records of accounts receivable.

**Limit of Insurance:** The most we will pay for all direct physical loss or direct physical damage to records of Accounts Receivable in any one occurrence is $250,000 at all "Scheduled Premises", while in the due course of Transit; or while at Unnamed Premises. This is an additional amount of Insurance.

### 2. BRANDS AND LABELS

**Coverage:** In the event of covered direct physical loss or covered direct physical damage to "Stock", and "Stock" is Covered Property that is branded or labeled, we will take all or part of the damaged "stock" at an agreed or appraised value. This will include:

a. Expenses incurred to.

   (1) Stamp salvage on the "Stock" or its containers, if the stamp will not physically damage the merchandise; or

   (2) Remove the brands or labels, if doing so will not physically damage the "Stock". You must relabel the "Stock" and its containers to comply with the law.

b. Any reduction in the salvage value of the damaged "Stock" as the result of the removal of the brand or label.

**Limit of Insurance:** The most we will pay under this Additional Coverage - Brands and Labels in any one occurrence is the limit of insurance applicable to Business Personal Property - "stock" where the direct physical loss or direct physical damage occurred.

### 3. "BUILDING GLASS" REPAIRS

**Coverage:** In the event of covered direct physical loss or covered direct physical damage to "Building Glass", we will pay in any one occurrence your expenses to:

a. Install temporary plates or board up openings if repair or replacement of damaged "Building Glass" is delayed.

b. Make necessary repairs or replace the frames immediately encasing the damaged "Building Glass".

**Limit of Insurance:** This Additional Coverage is included within the Limit of Insurance applicable to Building(s) where the direct physical loss or direct physical damage occurred.

### 4. BUSINESS TRAVEL INCLUDING SALES REPRESENTATIVE SAMPLES

**Coverage:** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, then we will pay for direct physical loss or direct physical damage by a covered cause of loss to Business Personal Property including Sales Representative Samples while in the custody of:

a. Your sales representatives; or

b. Any officer, employee or yourself;

while traveling anywhere in the world on authorized company business.

With respect to the coverage provided under this Additional Coverage - Business Travel, the Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

Business Travel Coverage does not include property owned by and for exclusive personal use by you or your officers, partners, employees, residents or students.

Property eligible for Business Travel Coverage is not eligible under any other Coverage in this Coverage Form.

**Limit of Insurance:** The most we will pay for direct physical loss or direct physical damage to Business Travel Including Sales Representative Samples in any one occurrence is $50,000. This is an additional limit of insurance.

### 5. CLAIM EXPENSES

**Coverage:** You may extend the insurance provided by this Coverage Form to apply to the actual, necessary and reasonable expenses you incur in preparing claim data when we require it. Claim expenses as used in this Additional Coverage means the cost of taking inventories,

making appraisals and preparing other documents that we request in writing to you

**Limit of Insurance:** The most we will pay in any one occurrence for the preparation of claim data under this Additional Coverage is $50,000. This is an additional amount of insurance

We will not pay for any expenses incurred, directed or billed by and payable to insurance agents, brokers, adjusters or their affiliates or subsidiaries or any costs as provided in or incurred due to the GENERAL CONDITION - Appraisal.

6. **CONTRACT PENALTIES**

**Coverage:** We will pay for written contract penalties you are required to pay due to your failure to provide your product or service which is the direct result of a Covered Cause of Loss during the policy period to "Stock" and "Stock" is Covered Property under this Coverage Part.

**Limit of Insurance:** The most we will pay for all penalties in any one occurrence resulting from a Covered Cause of Loss is $50,000. This is an additional amount of insurance.

7. **DEBRIS REMOVAL**

a. **Coverage:** We will pay your expense to remove debris of Covered Property and other debris that is on the described premises, when such debris is caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage. This additional coverage does not apply to:

   (1) Remove debris of property of yours that is not insured under this policy, or property in your possession that is not Covered Property,

   (2) Remove property of others of a type that would not be Covered Property under this Coverage Form;

   (3) Remove deposits of mud or earth from the grounds of the described premises;

   (4) Costs to extract "pollutants" from land or water, or

   (5) Costs to remove restore or replace polluted land or water.

b. **Limit of Insurance:**

   (1) Payment for Debris Removal is included within the applicable Limit of Insurance shown in the Property Choice Schedule of Premises and Coverages for the damaged Covered Property. The most we will pay under this Additional Coverage is 25% of the amount that we pay for the direct physical loss of or direct physical damage to Covered Property, plus the

deductible in this policy applicable to that loss or damage.

   (2) When the debris removal expense exceeds the above 25% limitation or the sum of loss or damage to Covered Property and the expense for removal of the Covered Property debris exceeds the applicable Limit of Insurance for the damaged Covered Property, we will pay an additional amount for debris removal expense of up to $250,000 in total at all "Scheduled Premises" in any one occurrence

   (3) However, if no Covered Property has sustained direct physical loss or direct physical damage, the most we will pay for removal of debris of other property (if such removal is covered under this Additional Coverage) is $5,000 at each "Scheduled Premises".

8. **EMPLOYEE PERSONAL EFFECTS**

*Coverage.* If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, then we will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to your Employee Personal Effects at a "Scheduled Premises" Employee Personal Effects means personal effects owned by you or your officers, partners, employees, members, or managers and used exclusively by the individual owner for their own personal use such as personally owned laptops, Personal Digital Assistants and cell phones. This coverage does not apply at a place of residence.

**Limit of Insurance:** The most we will pay in total in any one occurrence for all direct physical loss or direct physical damage to all employee personal effects is $50,000 We will not pay more than $25,000 in total for direct physical loss or direct physical damage to personal effects belonging to any one employee in any one occurrence regardless of the number or types of personal effects lost or damaged

Coverage for Employee Personal Effects is extended to apply up to 1000 feet outside the "Scheduled Premises" boundary.

This is an additional limit of insurance

9. **ERRORS IN DESCRIPTION**

Any unintentional error in the description of the occupancy or location address of Covered Property will not impair this insurance, provided you report the error to us as soon as the error becomes known to you

10. **EXHIBITIONS**

**Coverage:** If a limit of insurance is shown in the Property Choice Schedule of Premises and

Coverages for Business Personal Property, then we will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Business Personal Property while on temporary public display, or being used, at fairs, exhibitions, expositions or trade shows or while in transit to and from these temporary sites.

With respect to the coverage provided under this Additional Coverage - Exhibitions, the Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

**Limit of Insurance:** The most we will pay for all direct physical loss or direct physical damage at any one exhibition is $50,000. This is an additional limit of insurance. Property eligible for Exhibitions Coverage is not eligible under any other Coverage of this Coverage Form.

## 11. EXTRA EXPENSE AND EXPEDITING EXPENSES (OTHER THAN EQUIPMENT BREAKDOWN EXPEDITING EXPENSES)

**Coverage**: In the event of a Covered Cause of Loss to Covered Property at a "Scheduled Premises" you may extend the insurance provided by this coverage form to apply to the actual, necessary and reasonable:

a. Extra expenses you incur to continue as nearly as possible your normal business operations immediately following the covered loss or damage.

b. Additional expenses you incur to:

  (1) Make temporary repairs of damaged covered property;

  (2) Expedite permanent repair or replacement of damaged covered property; or

  (3) Provide training on replacement machines or equipment that are covered property.

  This includes overtime wages, the extra cost of express or other rapid means of transportation, and expenses to bring computer systems back to operational status.

c. **Limit of Insurance:** The most we will pay in total for all expenses incurred under this Additional Coverage in any one occurrence is $50,000. This is an additional limit of insurance.

## 12. FINE ARTS

**Coverage**: If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, then we will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Fine Arts. Fine Arts mean paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles,

bronzes, antique furniture, rare books, antique silver, porcelains, rare glass, bric-a-brac, and similar property, of rarity, historical value or artistic merit, owned by you or others in your care, custody or control.

Fine Arts do not include artwork that is computerized or classified as data.

**Limit of Insurance:** The most we will pay for direct physical loss or direct physical damage in any one occurrence is $50,000, regardless of the number or types of Fine Arts damaged. We will not pay more than $10,000 for any one item of Fine Arts in any one occurrence. A pair or set will be deemed to be one item. This is an additional limit of insurance.

## 13. FIRE DEPARTMENT SERVICE CHARGE

**Coverage:** In the event that the fire department responds to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:

a. Assumed by contract or agreement prior to the covered loss event; or

b. Required by local ordinance.

No deductible applies to this Additional Coverage.

**Limit of Insurance:** The most we will pay for Fire Department Service Charge in any one occurrence is $50,000. Such Limit is the most we will pay regardless of the number of responding fire departments or fire units and regardless of the number or type of services performed. This is an additional amount of insurance.

## 14. FIRE DEVICE RECHARGE

a. **Coverage:** In the event that a manual or automatic fire extinguishing device is discharged:

  (1) To fight a fire;

  (2) As the result of Covered Cause of Loss; or

  (3) Due to accidental discharge;

  we will pay expenses you incur to recharge such equipment.

b. We will not pay for:

  (1) Any costs resulting from the enforcement of any ordinance or law that regulates the recharging, repair or replacement of such fire extinguishing device or fire fighting, suppressing or controlling substance;

  (2) Halon;

  (3) The recharge of any device used for demonstration or testing purposes; or

  (4) Recharge due to maintenance of any device or system.

c. **Limit of Insurance:** The most we will pay for Fire Device Recharge in any one occurrence

is $50,000. This is an additional limit of insurance.

## 15. "FUNGUS", WET ROT, DRY ROT, BACTERIA AND VIRUS - LIMITED COVERAGE

a. The coverage described below only applies when the "fungus", wet or dry rot, bacteria or virus is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means are used to save and preserve the property from further damage at the time of and after that occurrence

   (1) A "specified cause of loss" other than fire or lightning,

   (2) Equipment Breakdown Accident occurs to Equipment Breakdown Property, if Equipment Breakdown applies to the affected premises, or

   (3) Flood, if the Causes of Loss Flood endorsement applies to the affected premises.

b. We will pay for loss or damage by "fungus", wet rot, dry rot, bacteria and virus. As used in this Limited Coverage, the term loss or damage means.

   (1) Direct physical loss or direct physical damage to Covered Property caused by "fungus", wet rot, dry rot, bacteria or virus, including the cost of removal of the "fungus", wet rot, dry rot, bacteria or virus;

   (2) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet rot, dry rot, bacteria or virus; and

   (3) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet rot, dry rot, bacteria or virus are present.

c. The coverage described under this Limited Coverage is limited to $50,000 at each "Scheduled Premises". Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning), Equipment Breakdown Accident that occurs to Equipment Breakdown Property and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet rot, dry rot, bacteria or virus, we will not pay more than $50,000 at each "Scheduled Premises" in any one "Policy Year" applicable to "Fungus", Wet Rot, Dry Rot, Bacteria and Virus - Limited Coverage even if the "fungus", wet rot, dry rot,

bacteria or virus continues to be present or active, or recurs, in a later policy period.

d. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet rot, dry rot, bacteria or virus, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungus", wet rot, dry rot, bacteria or virus, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot, bacteria or virus causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

The terms of this Limited Coverage do not increase or reduce the coverage provided under the Additional Coverage - Water Damage Building Tear Out and Repair of this Form.

## 16. INFLATION GUARD

**Coverage**: In the event of a Covered Cause of Loss or damage to Covered Property at a "Scheduled Premises", the Limits of Insurance that apply to the damaged Buildings and Business Personal Property at "Scheduled Premises" where *the loss or damage occurs will automatically increase by a factor based on the accumulated* U.S. Government Consumer Price Index (CPI) for the months from the inception of this policy until the date of loss.

**Limit of Insurance:** But in no event will we pay more than an additional 8% of the applicable Limit of Insurance.

## 17. INSTALLMENT OR DEFERRED SALES

**Coverage** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, coverage is extended to apply to direct physical loss or direct physical damage by a Covered Cause of Loss to your financial interest in Business Personal Property that you have sold under a deferred or installment payment plan during the policy period and after you have made delivery to your customer during the policy period

Direct physical loss or direct physical damage to such Business Personal Property must be by a Covered Cause of Loss during the policy period. Theft or conversion by your customer or failure of your customer to make payments under the payment plan are not covered causes of loss.

**Limit of Insurance:** The most we will pay for Installment or Deferred Sales in any one occurrence is the lesser of your remaining

financial interest in the Business Personal Property sold under a deferred or installment plan or $50,000. This is an additional limit of insurance.

## 18. LOSS OF MASTER KEY

We will pay for the reasonable and necessary costs you incur to replace keys, adjust locks to accept new keys or if required, install new locks, due to direct physical loss or direct physical damage to a master key or grand master key caused by or resulting from a Covered Cause of Loss.

**Limit of Insurance:** The most we will pay for Loss of Master Key in any one occurrence is $25,000. This is an additional limit of insurance.

## 19. NEW CONSTRUCTION AT "SCHEDULED PREMISES"

a. **Coverage:** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Building we will pay for direct physical loss or direct physical damage, including the cost of labor, caused by or resulting from a Covered Cause of Loss to New Construction at "Scheduled Premises". New Construction at "Scheduled Premises" applies to buildings you begin to construct after the inception of this policy and will end when any of the following first occurs:

 (1) This policy expires;

 (2) 180 days expire after you begin to construct the building; or

 (3) The building is specifically insured on this Coverage Form or elsewhere.

b. We will charge you additional premium from the date you begin to construct the building.

c. **Limit of Insurance:** The most we will pay for New Construction at "Scheduled Premises" in any one occurrence is $1,000,000. This is an additional limit of insurance.

## 20. NEWLY ACQUIRED COVERED PROPERTY

a. We will pay for direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Newly Acquired Property. Newly Acquired Property means buildings or business personal property you acquire, purchase or lease after the inception of this policy, but does not include:

 (1) Any property acquired through any foreclosure process;

 (2) Any premises of others where you are temporarily working, such as installing property or performing maintenance or service work;

 (3) Any property covered by any other part of this Coverage Form; or

 (4) Any property that is not covered under this policy.

b. Coverage for Newly Acquired Covered Property will end when any of the following first occurs:

 (1) This policy expires;

 (2) 180 days expire after you newly acquire the Building;

 (3) 180 days expire after you newly acquire the Business Personal Property at newly acquired premises;

 (4) 60 days expire after you newly acquire Business Personal Property at "Scheduled Premises";

 (5) You report values to us; or

 (6) The property is specifically insured on this Coverage Form or elsewhere.

c. We will charge you additional premium from the date you acquire the property.

d. The most we will pay for Newly Acquired Covered Property in any one occurrence is.

 (1) Buildings: $2,000,000.

 (2) Business Personal Property: $1,000,000.

 These are additional limits of insurance.

## 21. NON-OWNED DETACHED TRAILERS

**Coverage:** Business Personal Property coverage at "Scheduled Premises", Unnamed Premises and Newly Acquired Premises is extended to apply to detached trailers owned by others, that are in your care, custody or control, while being loaded, unloaded, awaiting transport or used for temporary storage or similar usage, including while the trailer is moved at your premises. This additional coverage does not apply to trailers leased by you on a temporary or long-term basis.

**Limit of Insurance:** The most we will pay for Non-Owned Detached Trailers in any one occurrence is $50,000. This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

## 22. ORDINANCE OR LAW

**Coverage A. - Value of the Undamaged Buildings, Coverage B. - Demolition Costs and Coverage C. - Increased Cost of Construction Coverages** as described below, apply in the event there is a Covered Cause of Loss to covered Buildings at "Scheduled Premises" and to covered "Tenant Improvements and Betterments" at "Scheduled Premises" that results in the enforcement of an ordinance or law that:

i. Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the insured premises;

ii. Requires the demolition of parts of the same building that are not damaged by a Covered Cause of Loss, and

iii. Is in force at the time of a Covered Cause of Loss or the ordinance or law is promulgated or is *revised after the loss* but prior to commencement of reconstruction or repair and provided that such ordinance or law requires compliance as a condition precedent to obtaining a building permit or certificate of occupancy.

Coverage under this Additional Coverage applies only in response to the minimum requirements of the applicable ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered under this Additional Coverage.

**a. Coverage A - Coverage For Loss To The Undamaged Portion Of The Building**

We will pay for the value of the undamaged portion of the building that was required to be demolished by a requirement to comply with a building, zoning or land use ordinance or law. We will do this on the same valuation basis that *applies to the entire building. This does* not include any increased costs to repair, replace or rebuild the property due to a requirement to comply with any ordinance or law

**b. Coverage B - Demolition Cost Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the cost to demolish and clear the site of undamaged parts of the same building as a consequence of a requirement to comply with an ordinance or law that requires demolition of such undamaged property.

**c. Coverage C - Increased Cost of Construction Coverage**

With respect to the building that has sustained covered direct physical damage, we will pay the increased cost to

(1) Repair or reconstruct damaged portions of that building, and/or

(2) Reconstruct or remodel undamaged portions of that building, whether or not demolition is required,

when the increased cost is a consequence of a requirement to comply with the minimum standards of the ordinance or law.

However

(1) This coverage applies only if the repaired, restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law.

(2) We will not pay for the increased cost of construction if the building is not repaired, reconstructed or remodeled

**d. Ordinance or Law Exclusions:**

(1) We will not pay for the enforcement of or compliance with any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "Pollutants and Contaminants" or due to the presence, growth, proliferation, spread or any activity of "Fungus", wet rot, dry rot, bacteria or virus.

(2) We will not pay for any costs associated with the enforcement of or compliance with any ordinance or law which requires you or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "Pollutants and Contaminants" or "Fungus", wet rot, dry rot, bacteria or virus.

(3) We will not pay any loss in value or any costs incurred due to an ordinance or law that you were required to comply with before the time of the current loss, even in the absence of building damage, if you failed to comply.

(4) We will not pay for the compliance of any ordinance or law unless the repairs or replacement are made as soon as reasonably possible after the loss or damage not to exceed two years We may extend this period in writing during the two years

**e. Ordinance or Law Limits of Insurance**

(1) For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described premises.

(2) With respect to the Increased Cost of Construction: If the covered building is subject to the Replacement Cost Valuation provision as shown in the Property Choice - Schedule of Premises and Coverages, and you rebuild the building we will not pay for the increased cost of construction:

(a) Until the building is actually repaired or replaced, at the same or another premises; and

(b) Unless the repair or replacement is made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(3) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the same premises.

(4) If the ordinance or law requires relocation to another premises, the most we will pay for the increased cost of construction is the increased cost of construction at the new premises.

(5) As respects **Coverage A. - Coverage For Loss To The Undamaged Portion Of The Building**, this is included within the Limit of Insurance applicable to the damaged Building or damaged "Tenant Improvements and Betterments" and applies in any one occurrence.

(6) As respects **Coverage B. - Demolition Costs and Coverage C. - Increased Cost of Construction**:

(a) For Building property, the most we will pay in any one occurrence is $1,000,000. This is an additional amount of insurance.

(b) For "Tenant Improvements and Betterments" property, the most we will pay in any one occurrence as respects this Additional Coverage where "Tenant Improvements and Betterments" applies is 25% of the insured value of "Tenant Improvements and Betterments" up to $500,000. This is an additional amount of insurance.

## 23. OUTDOOR TREES, SHRUBS, SOD, PLANTS AND LAWNS

a. Outdoor trees, shrubs, sod, plants and lawns, when used for landscaping are covered only for direct physical loss or direct physical damage caused by or resulting from the following causes of loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or civil commotion;

(5) Aircraft; or

(6) Vehicles operated by persons other than you or your employees.

b. The most we will pay for direct physical loss or direct physical damage in any one occurrence under this Additional Coverage is $50,000, but not more than:

(1) $10,000 for any one tree, shrub or plant;

(2) $10,000 for lawns or sod in total at any one insured premises.

c. The Limit of Insurance applicable to these types of property includes their debris removal expense. Such debris removal expenses are not included in the Debris Removal - Additional Coverage.

d. These limits apply in any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

## 24. PAIRS OR SETS

**Coverage**: If parts of pairs or sets of covered Business Personal Property - "Stock" are damaged by a Covered Cause of Loss, we will pay the reduction in value of the undamaged parts of such damaged pairs or sets in any one occurrence.

**Limit of Insurance**: This Additional Coverage is included within the Limit of Insurance applicable to the damaged Business Personal Property - "Stock".

## 25. "POLLUTANTS AND CONTAMINANTS" CLEAN UP

a. **Coverage**: We will pay for your expense to extract "Pollutants and Contaminants" from land or water at a "Scheduled Premises", if the discharge, dispersal, seepage, migration, release or escape of the "Pollutants and Contaminants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

b. This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "Pollutants and Contaminants". But we will pay for testing which is performed in the course of extracting the "Pollutants and Contaminants" from land or water.

c. **Limit of Insurance**: The most we will pay under this Additional Coverage at each "Scheduled Premises" is $50,000 for all covered expenses arising out of Covered Causes of Loss occurring during each "Policy Year". This is an additional amount of insurance.

## 26. PRESERVATION OF PROPERTY

a. **Coverage**: If it is necessary to move Covered Property to preserve it from imminent loss or damage by Flood or a Covered Cause of Loss, we will pay in any one occurrence for any direct physical loss or direct physical damage to that property while being moved to or while at the temporary storage location.

b. This Additional Coverage will end 180 days after the property is first moved.

c. **Limit of Insurance:** This Coverage is included within the Limit of Insurance applicable to the Covered Property that is moved

## 27. REWARD COVERAGE

a. **Coverage.** We will reimburse you for rewards you have paid leading to:

(1) The successful return of substantially undamaged stolen articles to a law enforcement agency; or

(2) The arrest and conviction of any persons for having damaged or stolen any of your covered property.

b. **Limit of Insurance:** We will pay 25% of the covered loss (prior to the application of any applicable deductible and recovery of any stolen articles) up to $50,000 for Reward Coverage in any one occurrence for the payments of rewards you make. These reward payments must be documented. No deductible applies to this Additional Coverage. This is an additional amount of insurance

## 28. SEWER AND DRAIN BACKUP

**Coverage:** This insurance is extended to apply to direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", Newly Acquired Premises and Unnamed Premises caused by or resulting from water or other materials that backs up from a sewer or drain

**Limit of Insurance:** The most we will pay in any one occurrence is the Limit of Insurance applicable to the Covered Property where the direct physical loss or direct physical damage occurred. This Additional Coverage is included within the Covered Property Limits of Insurance

**THIS IS NOT FLOOD INSURANCE.**

This Additional Coverage does not apply to loss or damage caused by or resulting from Flood regardless of the proximity of the back-up or overflow to such conditions. Flood as used in this Additional Coverage means:

a. Surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man made body of water from its boundaries, all whether driven by wind or not; or

b. Mudslide or mudflow, meaning a river or flow of liquid mud directly or indirectly caused by flooding or the accumulation of water under the ground

c. Water under the ground surface pressing on, or flowing or seeping through:

(1) Foundations, walls, floors or paved surfaces;

(2) Basements, whether paved or not; or

(3) Doors, windows or other openings.

d. Flood includes water or other material that backs up or overflows from any sewer or septic tank or drain, if such back-up is caused by any of the conditions in **a.** or **c.** above regardless of the proximity of the back-up to such conditions.

e. All flooding in a continuous or protracted event will constitute a single flood.

## 29. TRANSIT

a. **Coverage** If a limit of insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Personal Property, then we will pay for direct physical loss or direct physical damage by a Covered Cause of Loss to the following Covered Property while in the due course of transit.

(1) Your Business Personal Property, and

(2) Business Personal Property owned by others.

b. Exclusions **Earth Movement** and **Water** as found in the Property Choice - Covered Causes Of Loss And Exclusions Form do not apply to this Additional Coverage - TRANSIT.

c. This Coverage will continue to apply to such property in the due course of transit, after the expiration or cancellation of this policy, until arrival at and accepted by an authorized representative at the invoiced destination, but for no longer than 30 days after the date of the shipment origination.

d. We will not pay for loss or damage to covered property.

(1) Where you are responsible for loss or damage to property as a carrier for hire, or

(2) Where you are in the business of arranging transportation or consolidations for others.

e. For this Additional Coverage, the Coverage Territory is within or between the United States of America, (including its territories and possessions), Puerto Rico and Canada; however, waterborne shipments are covered only if on inland waterways or in territorial waters, within 12 miles of land.

f. You must retain accurate records of all shipments of Covered Property for one year.

g. **Transit Coverage Extensions**

(1) **F.O.B. Shipments**

We will pay for your interest in covered direct physical loss or covered direct physical damage to outgoing shipments, which you have sold under conditions where the risk of loss or damage is transferred to the buyer when such property leaves your "Scheduled

Premises" if you cannot collect payment for the loss or damage from the consignee.

**(2) Repack and Reship**

We will pay the necessary additional expenses you incur to inspect, repackage and reship property damaged by a Covered Cause of Loss.

**(3) General Average and Salvage Charges**

In accordance with applicable law and usage, we will pay General Average and Salvage Charges that may be assessed against your covered shipments that are waterborne.

**(4) Loading and Unloading**

We will also pay for covered direct physical loss or covered direct physical damage to Covered Property during loading and unloading of the transporting conveyance.

**(5) Return Shipments**

We will also pay for covered direct physical loss or covered direct physical damage to outgoing shipments that have been rejected by the consignee or are not deliverable, while being returned to you.

**h. Limit of Insurance:** The most we will pay for direct physical loss or direct physical damage to Business Personal Property in the due course of transit is $50,000. This is an additional limit of insurance.

**30. TRANSITION TO REPLACEMENT PREMISES**

If Covered Business Personal Property is moved to new premises from a "Scheduled Premises" being vacated, the Limit of Insurance applicable to that vacated premises will apply proportionately to both premises as the property is moved. This coverage ends when any one of the following first occurs:

**a.** 90 days after the move begins;

**b.** the move is completed; or

**c.** this policy expires.

**31. UNNAMED PREMISES**

**a. Coverage:** You may extend the insurance that applies to Building (if Building is Covered Property) and to Business Personal Property (if Business Personal Property is Covered Property) to pay for direct physical loss or direct physical damage by a Covered Cause of Loss to Buildings and Business Personal Property while at:

**(1)** Premises that you own, lease, or occupy other than at a "Scheduled Premises";

**(2)** Premises not described in the Property Choice Schedule of Premises and Coverages, which you do not own, lease or occupy;

**(3)** Premises where you are temporarily performing work or installing Business Personal Property.

**(4)** Coverage as respects you installing Business Personal Property continues until one of the following first occurs:

**(a)** the installation is accepted by the customer;

**(b)** this policy expires; or

**(c)** the installation is specifically insured on this policy or elsewhere.

**(5)** Unnamed Premises does not include any:

**(a)** Premises or property insured under any other Coverage or Additional Coverage of this Coverage Form,

**(b)** Waste disposal or transfer sites;

**(c)** Property while in the due course of transit;

**(d)** Intermediate site while in the due course of transit;

**(e)** Premises of a Web Site or Communication Services provider; or

**(f)** Premises or property that is not covered or excluded from coverage under this Coverage Part.

**b. Limits of Insurance:**

**(1)** The most we will pay as respects Building in any one occurrence in total at all Unnamed Premises is $100,000. This is an additional limit of insurance.

**(2)** The most we will pay as respects Business Personal Property in any one occurrence in total at all Unnamed Premises (Except premises where you are temporarily performing work or installing Business Personal Property) is $50,000. This is an additional limit of insurance.

**(3)** The most we will pay as respects Business Personal Property in any one occurrence in total at all Unnamed Premises where you are temporarily performing work or installing Business Personal Property is $25,000. This is an additional limit of insurance.

**32. UTILITY SERVICE INTERRUPTION**

**a. Coverage:** We will pay for direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", caused by or resulting from the interruption of the following utility services:

**(1)** Water Supply Services, meaning the following types of property supplying water to the "Scheduled Premises":

**(a)** Pumping stations; and

**(b)** Water mains.

(2) Communication Supply Services, meaning property supplying communication services, including telephone, radio, microwave or television services to the described premises, such as

    (a) Communication transmission lines, including optic fiber transmission lines;

    (b) Coaxial cables, and

    (c) Microwave radio relays except satellites.

(3) Power Supply Services, meaning the following types of property supplying electricity, steam or gas to the described premises

    (a) Utility generating plants,

    (b) Switching stations,

    (c) Substations;

    (d) Transformers; and

    (e) Transmission lines.

**b.** As used in this Additional Coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

**c.** The interruption must be caused by or result from direct physical loss or direct physical damage by a Covered Cause of Loss to utility services property outside the insured premises boundaries. We will not pay for any resulting loss or damage due to temperature change or spoilage to business personal property.

**d.** **Limit of Insurance:** The most we will pay for all Utility Service Interruption in total in any one occurrence is $25,000. This is an additional limit of insurance.

## 33. WATER DAMAGE BUILDING TEAR OUT AND REPAIR

**a.** **Coverage:** When we pay for direct physical loss or direct physical damage caused by the escape of water or other liquid, powder, or molten material, we will also pay the cost to tear out and replace the parts of the building or structure (whether or not such property is damaged) to repair the broken or cracked system or appliance from which such substances escaped.

**b.** We will not pay the cost to repair any defect to the system or appliance from which such substances escaped. But we will pay the cost to repair or replace damaged parts of Automatic Fire Extinguishing Systems if the damage

(1) Results in discharge of any substance from an automatic fire protection system; or

(2) Is directly caused by freezing.

**c.** **Limit of Insurance:** This Coverage is included within the applicable Covered Property Limit of Insurance

**d.** Automatic Fire Extinguishing System means

(1) Any automatic fire protective or extinguishing system, including connected

    (a) Sprinklers and discharge nozzles;

    (b) Ducts, pipes, valves and fittings;

    (c) Tanks, their component parts and supports, and

    (d) Pumps and private fire protective mains

(2) Non-automatic fire protective systems, hydrants, standpipes and outlets, all when supplied from an automatic fire protective system.

## 34. WATER SEEPAGE

**a.** **Coverage** This insurance is extended to apply to direct physical loss or direct physical damage to Covered Property at "Scheduled Premises", Newly Acquired Premises and Unnamed Premises caused by or resulting from water under the ground surface pressing on, or flowing or backing up or seeping through:

(1) Foundations, walls, floors or paved surfaces,

(2) Basements, whether paved or not;

(3) Doors, windows or other openings; or

(4) Septic or sump systems.

**b.** This Additional Coverage does not apply to loss or damage resulting from sewer or drain back up.

**c.** **THIS IS NOT FLOOD INSURANCE.**

This Additional Coverage does not apply to loss or damage caused by or resulting from Flood regardless of the proximity of the ground surface pressing on, or flowing or seeping through to such conditions.

**d.** Flood as used in this Additional Coverage means

(1) Surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man made body of water from its boundaries, all whether driven by wind or not,

(2) Mudslide or mudflow, meaning a river or flow of liquid mud directly or indirectly caused by flooding or the accumulation of water under the ground: or

(3) Water under the ground surface pressing on, or flowing or seeping through:

    (a) Foundations, walls, floors or paved surfaces,

    (b) Basements, whether paved or not, or

(c) Doors, windows or other openings.

If such water under the ground water pressing on, or flowing or seeping through is caused by any of the conditions in **d. (1)** or **d. (2)** above regardless of the proximity of the foundations, walls, floors or paved surfaces; basements, whether paved or not; or doors, windows or other openings to such conditions.

(d) Flood includes water or other material that backs up or overflows from any sewer or septic tank or drain, if such back-up is caused by any of the conditions in **d. (1)** or **d. (2)** above regardless of the proximity of the back-up to such conditions.

(e) All flooding in a continuous or protracted event will constitute a single flood.

**e. Limit of Insurance:** The most we will pay for Water Seepage in any one occurrence is $25,000. This is an additional amount of insurance.

## 35. WINDBLOWN DEBRIS

**Coverage:** We will pay your expense to remove debris (including trees) windblown onto "Scheduled Premises" from the premises of others that occurs during the policy period.

**Limit of Insurance:** The most we will pay in any one occurrence in total for the removal of all windblown debris under this Additional Coverage is $2,500. This is an additional amount of insurance.

## SECTION B. - COMBINED ADDITIONAL PROTECTION

1. If covered direct physical loss or if covered direct physical damage exceeds the Limits of Insurance for one or more of the following Coverages or Additional Coverages at a "Scheduled Premises":

   **a.** Accounts Receivable;

   **b.** Building;

   **c.** Business Personal Property;

   **d.** Debris Removal - Covered Property;

   **e.** Employee Personal Effects;

   **f.** Fine Arts;

   **g.** Leasehold Improvements (Tenant Lease Coverage);

   **h.** Legal Liability - Building (Legal Liability - Building Coverage Form (PC 00 30) which attaches to and forms part of this policy.);

   **i.** Outdoor Trees, Shrubs, Sod, Plants and Lawns;

   **j.** Pairs or Sets;

**2. Limit of Insurance:**

We will pay up to the lesser of:

**a.** 25% of the total Scheduled Premises Building and Business Personal Property Limits of Insurance; or

**b.** $250,000. in total in any one occurrence regardless of the number of items lost or damaged or Coverages or Additional Coverages involved in any one occurrence for the sum of all such uninsured loss or damage in excess of the applicable deductible. You may apportion this limit among the applicable coverages as you choose. This is an additional amount of insurance.

**c.** As respects item **i.** Outdoor Trees, Shrubs, Sod, Plants and Lawns the most we will pay for any one item is still limited to:

(1) $10,000 for any one tree, shrub or plant;

(2) $10,000 for lawns or sod in total at any one insured premises.

**d.** As respects items **1. b.** Buildings and **1. c.** Business Personal Property listed above, this Combined Additional Protection does not apply to Buildings and Business Personal Property at "Scheduled Premises" that were not insured under this Coverage Part for limits equal to their full Replacement Cost or Actual Cash Value as applicable at the inception date of this Coverage Part.

## SECTION C. - TENANT LEASE COVERAGES

These Coverages apply to your interest as a tenant or to your responsibility as a tenant under a written lease agreement as a tenant at "Scheduled Premises":

**1. "Building Glass"**

Your Business Personal Property is extended to apply to damage to "Building Glass" caused by any cause of loss. This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or covered damage occurs.

**2. Lease Assessment**

**a.** Your Business Personal Property is extended to apply to your share of any assessment charged to all tenants by the building owner as a result of direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to building property which is not paid in the building owners policy, as agreed to in your written lease agreement.

**b.** This Coverage is subject to a separate deductible of $500 in any one occurrence. No other deductible applies.

**c.** We will not pay more than $2,500 in any one occurrence for Lease Assessment. This is an additional amount of insurance.

3. **Leasehold Improvements**

   a. If your lease is canceled in accordance with a valid lease provision as the direct result of a Covered Cause of Loss to property at the location in which you are a tenant and you cannot legally remove "Tenant Improvements and Betterments" we will extend Business Personal Property coverage to apply to the unamortized value of the "Tenant Improvements and Betterments" that remains and you were forced to abandon.

   b. The most we will pay in any one occurrence for loss under this Additional Coverage is $25,000 for Leasehold Improvements. This is an additional amount of insurance

4. **Miscellaneous Interior Building Property**

   Business Personal Property is extended to apply to miscellaneous interior Building property items that pertain only to the area you occupy as a tenant and you are required to insure as a tenant. The most we will pay in any one occurrence for direct physical loss or direct physical damage under this Additional Coverage is $25,000. This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or covered damage occurs and applies in any one occurrence.

5. **Theft Damage**

   Your Business Personal Property is extended to apply to damage to the building where you are a tenant and you are liable for such damages, caused by or resulting from actual or attempted "theft"

   This Coverage is included in the applicable Business Personal Property Limit of Insurance where the covered loss or damage occurs and applies in any one occurrence.

6. **Legal Liability - Building**

   Legal Liability - Building Coverage Form (PC 00 30) attaches to and forms part of this policy The most we will pay in any one accident is $25,000. This is an additional amount of insurance.

## SECTION D. - BUSINESS CRIME

The Property Choice Common Crime Coverages Form is made a part of this policy and is subject to the following stated Limits of Insurance:

| Coverage | Limit |
| --- | --- |
| Inside the Premises Theft of Money and Securities: | $10,000. |
| Outside the Premises Theft of Money and Securities. | $10,000 |

These Limits are in addition to any other Limit of Insurance that may be shown in the Schedule of Premises and Coverages applicable to these Business Crime Coverages.

Form PC 26 01 01 18



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GREEN CHOICE - ADDITIONAL COVERAGES

This endorsement modifies insurance provided under the following:

PROPERTY CHOICE COVERAGE FORM
PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM
PROPERTY CHOICE BUSINESS INCOME COVERAGE FORM
PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME COVERAGE FORM

**Schedule information if not stated here, will be stated in the Property Choice - Schedule of Premises and Coverages.**

**Schedule**

**Green Choice Limit of Insurance**

**A.** The following Additional Coverage is added to the PROPERTY CHOICE COVERAGE FORM:

**Costs to Upgrade to "Green" Alternatives**

**1.** If direct physical loss or direct physical damage by a Covered Cause of Loss occurs to Covered Property we will also pay for the reasonable additional costs that you incur to:

**a.** Repair or replace the lost or damaged Covered Property using products or materials that are "Green" alternatives to the lost or damaged Covered Property, in accordance with:

**(1)** The minimum standards of a "Green Authority" if the "Scheduled Premises" where the loss or damage occurred was not "Green" certified by a "Green Authority" prior to the loss or damage; or

**(2)** The standards of a "Green Authority" consistent with the pre-loss "Green" certification level, if the "Scheduled Premises" where the loss or damage occurred was "Green" certified prior to the loss or damage, provided that the "Green"

alternatives are otherwise of comparable quality and function to the lost or damaged Covered Property.

**b.** Employ "Green" methods or processes of construction, disposal or recycling including ventilation or flush out of air systems, in the course of the repair and replacement of the lost or damaged Covered Property, in accordance with:

**(1)** The minimum standards of a "Green Authority" if the "Scheduled Premises" where the loss or damage occurred was not "Green" certified by a "Green Authority" prior to the loss or damage; or

**(2)** The standards of a "Green Authority" consistent with the pre-loss "Green" certification level, if the "Scheduled Premises" where the loss or damage occurred was "Green" certified prior to the loss or damage.

**c.** Hire a design professional(s) accredited by a "Green Authority" to participate in

**Form PC 20 23 01 09**

© 2009, The Hartford

**Page 1 of 3**

the reconstruction, replacement or repair of the Covered Property;

d. Hire an engineer(s) accredited by a "Green Authority" to supervise the repair or replacement of the Covered Property to verify that replacement systems and mechanicals have been installed and configured to perform to building design or manufacturer's specifications;

e. Apply to a "Green Authority" for certification of your "Scheduled Premises" in connection with the repair or replacement of the lost or damaged Covered Property.

2. Costs to Upgrade to "Green" Alternatives applies only if replacement cost valuation applies to the lost or damaged Covered Property and then only if the lost or damaged property is actually repaired or replaced as soon as reasonably possible after the loss or damage (not to exceed two years from the date of loss or damage).

3. This Additional Coverage does not apply to any expenses incurred to exceed your pre-loss level of certification, if you had attained certification by a "Green Authority" for the Covered Property prior to the Covered Cause of Loss.

4. This Additional Coverage does not require you to pursue, nor guarantee success of, certification by a "Green Authority".

5. a. The most we will pay in any one occurrence for Costs to Upgrade to "Green" Alternatives under this endorsement is $100,000 for all "Scheduled Premises" unless a different limit of insurance is shown in the above Schedule.

   b. If a different limit of insurance is shown in the above Schedule then that different limit of insurance is the most we will pay in any one occurrence for all "Scheduled Premises" for Costs to Upgrade to "Green" Alternatives.

   c. The limit for Costs to Upgrade to "Green" Alternatives applies in any one occurrence, regardless of the number of "Scheduled Premises" or buildings damaged in that occurrence.

   d. If a Green Choice - Limit of Insurance is shown as applying to a "Scheduled Premises" in the Property Choice Schedule of Premises and Coverages, then that limit of insurance is the most

we will pay in any one occurrence at that "Scheduled Premises" for Costs to Upgrade to "Green" Alternatives.

   e. This is an additional amount of insurance.

B. This section B. applies only when any of the following are attached to this policy

   PROPERTY CHOICE SPECIAL BUSINESS INCOME COVERAGE FORM

   PROPERTY CHOICE BUSINESS INCOME COVERAGE FORM

   PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME COVERAGE FORM

The following Additional Coverage is added.

**Green Alternatives – Increased Period of Restoration**

1. If direct physical loss or direct physical damage by a Covered Cause of Loss occurs to covered building property at a "Scheduled Premises", Business Income coverage is revised to include the actual loss of income you sustain during the reasonable and necessary increase in the period of restoration that is actually incurred to:

   a. Repair or replace the lost or damaged Covered Property as stated in A 1.a

   b. Employ "Green" methods or processes of construction, disposal or recycling in the course of the repair and replacement of the lost or damaged Covered Property as stated in A.1.b

2. The Increased Period of Restoration provided by this endorsement is subject to a maximum period of up to 30 consecutive days from the date the period of restoration would have otherwise ended had "Green" alternatives not been used

3. This Additional Coverage Green Alternatives – Increased Period of Restoration is included in, and does not increase the applicable Limit of Insurance in the above referenced Coverage Forms.

4. The term Period of Restoration as found in the above referenced Coverage Forms and as used in this endorsement does not include any increased Period of Restoration due to.

   a. Review and/or approval by a "Green Authority" regarding your application for certification of your "scheduled Premises", should you elect to pursue certification; or

b. Conducting test and balance analysis of the heating, ventilation or air conditioning systems to confirm that they have been installed properly and meet manufacturer's and design professional's standards.

## C. ADDITIONAL EXCLUSIONS

1. Coverage provided by this endorsement does not apply to any "Scheduled Premises" where:

   a. Replacement Cost valuation does not apply;

   b. Ordinance or Law Additional Coverage does not apply; or

   c. Building(s) are vacant.

2. This endorsement does not apply to "stock".

3. Coverage provided by this endorsement does not include any increase in costs, loss or damage attributable to any "Green" standards for which you were under order or mandate from an existing authority, but you did not comply with, before the loss or damage.

## D. ADDITIONAL DEFINITIONS

As used in this endorsement:

1. "Green" means products, materials, methods and processes that conserve natural resources, reduce energy or water consumption, avoid toxic or other polluting emissions or otherwise minimize their impact on the environment.

2. "Green Authority" means the United States Green Building Council (LEED® Green Building Rating System); the Green Building Initiative™ (Green Globes™ Assessment And Rating System); or the Environmental Protection Agency and the Department of Energy (EnergyStar® requirements).



# ILLINOIS MINE SUBSIDENCE NOTICE

**DEAR ILLINOIS POLICYHOLDER,**

The Illinois Mine Subsidence Act (Article XXXVIII) requires that Mine Subsidence Insurance be available for any structure in Illinois on policies providing fire and extended coverage. The act further provides that in designated counties, insurance must be provided unless waived in writing.

You may cancel Mine Subsidence coverage on this policy by completing the Waiver of Mine Subsidence Insurance form at the bottom of this notice and returning it to your Hartford Agent. **WE CANNOT DELETE MINE SUBSIDENCE COVERAGE FROM YOUR POLICY WITHOUT THIS WAIVER.**

-------------------------------------------------------------------------------------------------------------------- -----------------

Please Detach and Return By Mail

## NOTICE TO INSURED
## WAIVER OF MINE SUBSIDENCE INSURANCE

I do not desire Mine Subsidence Insurance Coverage and hereby waive any right to such coverage on this policy and on all future renewals or policies issued to me by The Hartford. I will notify The Hartford in writing if I want Mine Subsidence Insurance added to my policy.

83 UUN PY5847
**Policy Number**

_____          _____
**Signature of First Named Insured or Applicant**          **Date**

ARACHNID 360 LLC
**First Named Insured (Please Print)**

_____
**Location of Property (City, State, and Zip Code)**

A J GALLAGHER RISK MGMT SRVC INC          _____
**Producer**          **Date**

**Form PC-373-2** (Ed. 10/96) Printed in U.S.A.

**POLICY NUMBER:** 83 UUN PY5847

**PROPERTY CHOICE**



### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROPERTY CHOICE - ADDITIONAL COVERAGES - REVISED LIMITS OF INSURANCE

This Endorsement modifies insurance provided under the following:

**PROPERTY CHOICE – SPECIALIZED PROPERTY INSURANCE COVERAGE ENDORSEMENT(S)**

**Schedule**

The following Revised Limit of Insurance is the most we will pay for that particular Additional Coverage:

| Additional Coverage | Revised Limit of Insurance |
|---|---|
| EXHIBITIONS (AT ANY ONE EXHIBITION): | $300,000 |
| PROPERTY IN TRANSIT: | $250,000 |

POLICY NUMBER: 83 UUN PY5847                                    PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY CHOICE BUSINESS INTERRUPTION - ADDITIONAL COVERAGES - REVISED WAITING PERIODS

This Endorsement modifies insurance provided under the following:

PROPERTY CHOICE SPECIAL BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE PROFESSIONAL BUSINESS INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE RENTAL INCOME - ADDITIONAL COVERAGES
PROPERTY CHOICE EXTRA EXPENSE - ADDITIONAL COVERAGES

### Schedule

| Additional Coverage | Revised Waiting Period |
|---|---|
| BUSINESS INTERRUPTION: UTILITY SERVICES: | 72 HOURS |
| BUSINESS INCOME WINDSTORM OR HAIL: | 72 HOURS |

© 2009, The Hartford

PROPERTY CHOICE



# PROPERTY CHOICE CONDITIONS AND DEFINITIONS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Refer to section **C. DEFINITIONS**.

The following conditions apply to all coverages that are a part of the Property Choice Coverage Part or Property Choice Policy and are in addition to the Common Policy Conditions unless stated otherwise in coverage forms and endorsements.

## A. GENERAL CONDITIONS

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Application of Waiting Period

In the event that more than one Waiting Period is applicable, we will apply only the longest waiting period.

### 3. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim on the grounds that it is not covered under this policy.

### 4. *Claim Settlement*

**a.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**b.** We will pay for covered loss or damage within 30 days after we receive your sworn proof of loss, if you have complied with all of the terms of this Coverage Part; and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

### 5. Concealment, Misrepresentation or Fraud

This Coverage Part is void in any case of fraud by you as it relates to this coverage at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Part;

**b.** The property covered under this insurance;

**c.** Your interest in the property covered under this insurance; or

**d.** A claim under this Coverage Part.

### 6. Control of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more premises will not affect coverage at any premises where, at the time of loss or damage, the breach of condition does not exist.

### 7. Coverage Territory

The coverage territory is the United States of America (including its territories and possessions), Puerto Rico, and Canada.

**Exceptions for the following Additional Coverages:**

**a. Business Travel**

For the Business Travel Additional Coverage, the Coverage Territory is anywhere in the world.

---

© 2019, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)

b. **Exhibitions**

For the Exhibition Additional Coverage, the Coverage Territory is anywhere in the world.

c. **Transit**

For the Transit Additional Coverage, the Coverage Territory is within or between the United States of America, (including its territories and possessions), Puerto Rico and Canada; however, waterborne shipments are covered only if on inland waterways or in territorial waters, within 12 miles of land.

8. **Equipment Breakdown - Suspension**

When any Equipment Breakdown Property is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an Equipment Breakdown Accident to that equipment. We can do this by mailing or delivering a written notice of suspension to your address as stated in the Property Choice Schedule of Premises and Coverages, or at the address where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice from us. If we suspend your insurance, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund

9. **Equipment Breakdown - Jurisdictional Inspections**

If any Equipment Breakdown Property requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspections on your behalf.

10. **If Two or More Coverages Apply**

If two or more coverages in this policy apply to the same loss or damage, we will not pay more than the actual amount of loss or damage.

11. **Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless

a. There has been full compliance with all of the terms of this Coverage Part; and

b. The action is brought within 2 years after the date on which the direct physical loss *or damage occurred*

For coverage under the Business Crime Coverage Forms, the words **the direct physical loss or damage occurred** are replaced by the words **you discover the loss**.

12. **Liberalization**

If we adopt any revision that would broaden this Coverage Part, without additional premium, within 45 days prior to inception of this policy or during this policy period, the broadened coverage will immediately apply to you.

13. **Loss Payee**

a. For Covered Property in which both you and the Loss Payee as stated in the *Property Choice - Schedule of Premises* and Coverages or by endorsement have an insurable interest, we will:

(1) Adjust losses with you; and

(2) Pay any claim for loss or damage jointly to you and the loss payee, as interests may appear.

b. If we cancel this policy, we will give written notice to the loss payee at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

(3) If we elect not to renew this policy, we will give written notice to the loss payee at least 10 days before the expiration date of this Coverage Part.

14. **Mortgageholders and Lender Loss Payees**

a. We will pay each of the following for their interest in covered loss or damage, as stated in the Property Choice - Schedule of Premises and Coverages or by endorsement in the order of their precedence, as their interest may appear

(1) **Mortgageholder** for their interest in buildings or structures. The term mortgageholder includes trustees.

(2) **Lender** for their interest as a creditor, established by such written instruments as warehouse receipts, a contract for deed, bills of lading, financing statements; or mortgages, deeds of trust, or security agreements.

b. The applicable mortgageholder or lender has the right to receive loss payment even if they have started foreclosure or similar action on the property.

c. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the applicable mortgageholder or lender will still have the right to receive loss payment if such mortgageholder or lender

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder or lender.

All of the terms of this Coverage Part will then apply directly to the mortgageholder or lender.

**d.** If we pay the mortgageholder or lender for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part.

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's or lender's right to recover the full amount of their applicable claims will not be impaired.

At our option, we may pay to the mortgageholder or lender the whole principal on the mortgage or debt plus any accrued interest. In this event:

**i.** For mortgageholder relationships, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us;

**ii.** For lender relationships, you will pay your debt to us.

**e.** If we cancel this policy, we will give written notice to the mortgageholder or lender at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**f.** If we elect not to renew this policy, we will give written notice to the mortgageholder or lender at least 10 days before the expiration date of this Coverage Part.

**15. Contract Of Sale and Building Owner Loss Payable Clauses**

We will pay each of the following for their interest in covered loss or damage, as stated in the Property Choice - Schedule of Premises and Coverages or by endorsement in the order of their precedence, as their interest may appear:

**a. Contract of Sale Loss Payable Clause** If the Loss Payee shown in the Property Choice - Schedule of Premises and Coverages or by endorsement is a person or organization you have entered a contract with for the sale of Covered Property:

**(1)** For Covered Property in which both you and the Loss Payee have an insurable interest we will:

**(a)** Adjust losses with you; and

**(b)** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**(2)** The following is added to the **Other Insurance** Loss Condition:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**b. Building Owner Loss Payable Clause -** If the Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant:

**(1)** We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

**(2)** We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

**16. No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**17. Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in **17. a.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### 18. Policy Period

In this Coverage Part, we only cover direct physical loss or direct physical damage which occurs during the policy period stated in the Declarations

### 19. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the applicable Limit of Insurance.

You will pay us the amount of all recoveries of Accounts Receivable you receive for a loss paid by us. But any recoveries in excess of the amount we have paid belong to you.

### 20. Standard Fire Policy

If the Standard Fire Policy (165 Lines) is required by state statute to be attached to this policy. only the provisions of the Standard Fire Policy that are broader than the provisions contained in this policy shall apply.

### 21. Transfer of Rights of Recovery Against Others To Us (Subrogation)

If any person or organization to whom or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a covered loss or damage. or

b. After a covered loss only if, at time of loss, that party is one of the following.

    (1) Someone insured by this insurance:

    (2) A business firm that you own or control,

    (3) A business firm or individuals. that owns or controls you, or

    (4) Your tenant.

This written waiver will not restrict your insurance.

### Exceptions:

(i) For their interest in building repair or construction. you may not waive your rights to recover damages from architects or engineers except as agreed to in writing by us.

(ii) For property in the due course of transportation. we will not pay for loss or damage if you impair our rights to recover

damages from any carrier for hire, bailee or third party.

However, you may accept bills of lading, receipts or contracts of transportation from carriers for hire, which contain a limitation of value.

### 22. Vacancy

a. **Description of Terms**

As used in this General Condition, the terms building and vacant have the meanings set forth in **(1)**, **(2)** and **(3)** below:

    (1) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the entire building, unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations or customary operations have ceased.

    (2) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant if there is not at least 31% of its total square footage

        (a) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations, and/or

        (b) Used by the building owner to conduct customary operations.

    (3) Buildings under construction or renovation are not considered vacant unless construction or renovation operations have ceased.

b. **Vacancy Loss Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs

    (1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss

        (a) Vandalism:

        (b) Malicious mischief,

        (c) "Sprinkler Leakage". unless you have protected the sprinkler system against freezing,

        (d) "Building Glass" breakage;

        (e) Water damage;

Form PC 00 90 01 19

**(f)** Theft; or

**(g)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(g)** above, we will reduce the amount we would otherwise pay for all loss or damage by 15%.

## B. YOUR GENERAL DUTIES IN EVENT OF LOSS

1. In event of loss or damage, you must see that the following are done:

   **a. Notify Police**

   Notify the police if a law may have been broken.

   **b. Notify Us**

   Give us prompt notice of the loss or damage. Include a description of the property involved.

   As soon as possible, give us a description of how, when and where the loss or damage occurred.

   We will not deny coverage due to your unintentional failure to notify us about the occurrence of loss or damage provided notice is give as soon as practicable after you become aware of such loss or damage.

   **c. Protect Property**

   Take all reasonable steps to protect the property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the applicable Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.

   Also, if feasible, set the damaged property aside and in the best possible order for examination.

   **d. Take Inventory**

   At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   **e. Inspect Property, Books and Records**

   As often as may be reasonably required, permit us to:

   **(1)** Inspect the damaged and undamaged property and take samples for testing and analysis.

   **(2)** Examine and make copies of your books and records Including electronic records and data.

   **f. Proof of Loss**

   Send us a signed, sworn proof of loss containing the information we request during our investigation of your claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   **g. Cooperate**

   Cooperate with us in the investigation or settlement of the claim.

   **h. Resumption of Business**

   If you intend to continue in business, you must resume all or part of your business operations as quickly as possible.

2. **Examination Under Oath**

   We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## C. DEFINITIONS

1. **"Building Glass"** means glass that is part of the building or structure, including glass building blocks, skylights, glass doors and windows and their encasement frames, alarm tape, lettering and ornamentation.

   This does not include art glass, half tone screens, lenses, memorial windows, mosaic art, rotogravure screens or any stained glass.

2. **"Computer Equipment"** includes the following equipment:

   **a.** Computer hardware, laptops, Personal Digital Assistants, including micro-processors and related component parts;

   **b.** Peripheral equipment, such as printers and modems;

   **c.** Computer network equipment; and

   **d.** Electronic communications equipment.

3. **"Electronic data"** means:

   Information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected

to it. which enable the computer or device to receive, process, store, retrieve or send data

4. **"Fungus"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

5. **"Money"** means:

   a. Currency, coins and bank notes. and

   b. Travelers checks. register checks and money orders held for sale to the public.

6. **"Policy Year"** means the period of time that

   a. Begins with the inception or anniversary date of this policy, and

   b. Ends at the expiration or at the next anniversary date of this policy.

7. **"Pollutants and Contaminants"** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemical and waste, or any other material which causes or threatens to cause physical loss, damage, impurity to property, unwholesomeness, undesirability, loss of marketability, loss of use of property or which threatens human health or welfare. Waste includes materials to be recycled, reconditioned or reclaimed.

8. **"Scheduled Premises"** means any premises listed by location address in the Scheduled Premises section of the Property Choice Schedule of Premises and Coverage.

9. **"Securities"** means negotiable and non-negotiable instruments or contracts representing either "Money" or other property and includes:

   a. Tokens, tickets. revenue and other stamps (whether represented by actual stamps or unused value in a meter); and

   b. Evidences of debt issued in connection with credit or charge cards. which cards are not of your own issue,

   but does not include "Money".

   Lottery tickets held for sale and Postage stamps in current usage are not "Securities".

10. **"Sinkhole Collapse"** means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or similar rock formations.

    This cause of loss does not include.

    a. The cost of filling sinkholes, or

    b. Sinking or collapse of land into man-made underground cavities.

11. **"Specified Causes of Loss"** means fire; lightning, explosion; windstorm or hail; smoke, aircraft or vehicles, riot or civil commotion,

vandalism; "Sinkhole Collapse", "Volcanic Action", falling objects, weight of snow, ice or sleet, water damage, "Sprinkler Leakage"; "Theft", or "Building Glass" breakage.

a. Falling objects does not include loss or damage to:

   (1) Personal property in the open: or

   (2) The interior of a building or structure, or property inside a building or structure. unless the roof or an outside wall or the building structure is first damaged by a falling object.

b. Water damage means:

   (1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the "Scheduled Premises" and contains water or steam, and

   (2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the "Scheduled Premises" and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear. But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion Therefore, for example, there is no coverage under this policy in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear. To the extent that accidental discharge or leakage of water falls within the criteria set forth in **b.(1)** or **b.(2)** of this definition of "specified causes of loss," such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the surface of the ground.

12. **"Sprinkler Leakage"** means a leakage or discharge of a substance (except halon) from an Automatic Fire Extinguishing System, including collapse of a tank that is part of the system.

13. **"Stock"** means merchandise held in storage or for sale, raw materials, and goods in-process or finished.

14. **"Tenant Improvements and Betterments"** means fixtures, alterations, installations or additions made a part of the Building you occupy but do not own; and.

    a. Made at your expense; or

    b. You acquired from the prior tenant at your expense; and

    you cannot legally remove.

    Tenant Improvements and Betterments includes fences, signs, and radio or television towers, antennas and satellite dishes (including attached equipment).

15. **"Theft"** means any act of stealing except as defined in the Property Choice Common Crime Coverages Form.

16. **"Valuable Papers"** means: Inscribed, printed or written documents, manuscripts, patterns or records including abstracts, books, deeds, drawings, films, maps or mortgages.

**"Valuable Papers"** does not mean:

    (1) "Money" or "Securities", whether or not in current circulation.

    (2) Property that cannot be replaced with other property of like kind and quality.

    (3) Fine Arts or Accounts Receivable.

    (4) "Electronic data".

17. **"Volcanic Action"** means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    a. Airborne volcanic blast or airborne shock waves;

    b. Ash, dust or particulate matter; or

    c. Lava flow.

    All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

    Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to property.

PROPERTY CHOICE



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# JOINT LOSS AGREEMENT

This endorsement modifies insurance provided under the following

### PROPERTY CHOICE COVERAGE PART

**A.** This Endorsement is intended to facilitate payment of insurance proceeds when

1. Both a boiler and machinery policy and this property policy are in effect

2. Damage occurs to Covered Property that is insured by the boiler and machinery policy and this property policy, and

3. There is disagreement between the insurers as to whether there is coverage or as to the amount of the loss to be paid, if any, by each insurer under its own policies

**B.** This Endorsement does not apply if

1. Both the boiler and machinery insurer(s) and we do not admit to any liability, and

2. Neither the boiler and machinery insurer(s) nor we contend that coverage applies under the other insurer's policy

**C.** The provisions of this Endorsement apply only if all of the following requirements are met

1. The boiler and machinery policy carried by the named insured, insuring the Covered Property, contains a similar provision at the time of the loss or damage, with substantially the same requirements, procedures and conditions as contained in this Endorsement,

2. The damage to the Covered Property was caused by a loss for which:

   **a.** Both the boiler and machinery insurer(s) and we admit to some liability for payment under the respective policies, or

   **b.** Either,

   **(1)** The boiler and machinery insurer(s)

does not admit to any liability for payment, while we contend that,

   **(a)** All liability exists under the boiler and machinery policy, or

   **(b)** Some liability exists under both the boiler and machinery policy and this property policy,

   **(2)** We do not admit to any liability for payment while the boiler and machinery insurer(s) contends that

   **(a)** All liability exists under this property policy, or

   **(b)** Some liability exists under both the boiler and machinery policy and this property policy, or

   **(3)** Both the boiler and machinery insurer(s) and we:

   **(a)** Do not admit to any liability for payment, and

   **(b)** Contend that some or all liability exists under the other insurer's policy, and

3. The total amount of the loss is agreed to by you, the boiler and machinery insurer(s) and us

**D.** If the requirements listed in Paragraph **C.** above are satisfied, we and the boiler and machinery insurer(s) will make payments to the extent and in the manner, described as follows

1. We will pay, after your written request the entire amount of loss that we have agreed as being covered, if any, by this property policy and one-half (1/2) the amount of the loss that is in disagreement

**Form PC 00 93 01 03**
**Page 1 of 2**

© 2002, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc, with its permission )

2. The boiler and machinery insurer(s) will pay, after your written request, the entire amount of loss that they have agreed as being covered, if any, by the boiler and machinery policy and one-half (1/2) the amount of loss that is in disagreement.

3. Payments by the insurers of the amounts that are in disagreement, as described in Paragraphs 1. and 2., do not alter, waive or surrender any rights of any insurer against any other with regard to the portion of the loss for which each insurer is liable.

4. The amount in disagreement to be paid by us under this Endorsement shall not exceed the amount payable under the equivalent Loss Agreement(s) of the boiler and machinery policy.

5. The amount to be paid under this Endorsement shall not exceed the amount we would have paid had no boiler and machinery policy been in effect at the time of loss. In no event will we pay more than the applicable Limit of Insurance shown in the Declarations.

6. Acceptance by you of sums paid under this Endorsement does not alter, waive or surrender any other rights against us.

**E. Arbitration**

1. If the circumstances described in Paragraph **C.2.a.** exist and the boiler and machinery insurer(s) and we agree to submit our differences to arbitration, the boiler and machinery insurer(s) and we will determine the amount each will pay and will pay the insured within 90 days. Arbitration will then take place within 90 days after payment of the loss under the terms of this Endorsement.

2. If any of the circumstances described in Paragraph **C.2.b.** exist, then the boiler and machinery insurer(s) and we agree to submit our differences to arbitration within 90 days after payment of the loss under the terms of this Endorsement.

3. You agree to cooperate with any arbitration procedures. There will be three arbitrators: one will be appointed by us, and another will be appointed by the boiler and machinery insurer(s). The two arbitrators will select a third arbitrator. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. A decision agreed to by two of the three arbitrators will be binding on both parties. Judgment on any award can be entered in any court that has jurisdiction.

**F. Final Settlement Between Insurers**

The insurer(s) found responsible for the greater percentage of the ultimate loss must return the excess contribution to the other insurer(s). In addition, the insurer(s) found responsible for the greater portion of the loss must pay Liquidated Damages to the other insurer(s) on the amount of the excess contribution of the other insurer(s). Liquidated Damages are defined as interest from the date the insured invokes this Agreement to the date the insurer(s) that contributed the excess amount is reimbursed. The interest is calculated at 1.5 times the highest prime rate from the Money Rates column of the Wall Street Journal during the period of the Liquidated Damages. Arbitration expenses are not a part of the excess contribution for which liquidated damages are calculated. Arbitration expenses will be apportioned between insurers on the same basis that the ultimate loss is apportioned

Form PC 00 93 01 03



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following

**PROPERTY CHOICE COVERAGE PART**

**A. Disclosure Of Federal Share Of Terrorism Losses**

The United States Department of the Treasury will reimburse insurers for a portion of such insured losses as indicated in the table below that exceeds the applicable insurer deductible.

| Calendar Year | Federal Share of Terrorism Losses |
|---|---|
| 2015 | 85% |
| 2016 | 84% |
| 2017 | 83% |
| 2018 | 82% |
| 2019 | 81% |
| 2020 or later | 80% |

However, if aggregate insured losses attributable to "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, as amended (TRIA) exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. The United States Government has not charged any premium for their participation in covering terrorism losses.

**B. Cap On Insurer Liability For Terrorism Losses**

A "certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism under TRIA. The criteria contained in TRIA for a "certified act of terrorism" include the following:

1. The act results in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and

2. The act results in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission, and

3. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to "certified acts of terrorism" under TRIA exceed $100 billion in a calendar year and we have met, or will meet, our insurer deductible under TRIA we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion In such case, your coverage for terrorism losses may be reduced on a pro-rata basis in accordance with procedures established by the Treasury, based on its estimates of aggregate industry losses and our estimate that we will exceed our insurer deductible. In accordance with Treasury procedures, amounts paid for losses may be subject to further adjustments based on differences between actual losses and estimates.

**C. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, the inapplicability or omission of a terrorism exclusion, or the inclusion of Terrorism coverage. do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion, the Pathogenic or Poisonous Biological or Chemical Materials Exclusion. the "Pollutants and Contaminants" Exclusion and the War And Military Action Exclusion.

© 2015, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission )

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROPERTY CHOICE BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM - ADDITIONAL COVERAGES

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.  Words and phrases that appear in quotation marks have special meaning.  Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

This endorsement modifies insurance under the following:

PROPERTY CHOICE BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM

SUMMARY of COVERAGE LIMITS and INDEX

- o  This is a summary of the limits of insurance and coverages provided by this endorsement.
- o  No coverage is provided by this summary.

| Item No. | PROPERTY CHOICE BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM - ADDITIONAL COVERAGES: | LIMIT OF INSURANCE (Apply in any one occurrence unless otherwise noted) |
|---|---|---|
| 1. | BUSINESS TRAVEL: | Included in Business Income and Extra Expense Limit of Insurance. |
| 2. | CIVIL AUTHORITY (72 HOUR WAITING PERIOD APPLIES): | 30 Days. |
| 3. | DEPENDENT PROPERTIES INCLUDING WORLDWIDE COVERAGE TERRITORY (72 HOUR WAITING PERIOD APPLIES): | $100,000. From All Dependent Properties. |
| 4. | SECONDARY DEPENDENCIES - CONTRIBUTING AND RECIPIENT LOCATIONS | Included in Dependent Properties Limit of Insurance. |
| 5. | EXTENDED INCOME (180 DAYS): | Included in Business Income and Extra Expense Limit of Insurance. |
| 6. | FUNGUS, WET ROT, DRY ROT, BACTERIA AND VIRUS - LIMITED COVERAGE: | Actual Loss Sustained for 30 Days. |
| 7. | FUTURE EARNINGS: | Included in Business Income and Extra Expense Limit of Insurance. |
| 8. | INGRESS AND EGRESS (24 HOUR WAITING PERIOD APPLIES): | 30 Days |
| 9. | LESSOR'S TENANT MOVE BACK EXPENSE: | $10,000. |
| 10. | MACHINERY TESTING AND TRAINING: | Included in Business Income and Extra Expense Limit of Insurance. |

**Form PC 26 02 01 18**

© 2018, The Hartford

**Page 1 of 9**

| 11. | NEWLY ACQUIRED PREMISES: | Included in Business Income and Extra Expense Limit of Insurance. |
|---|---|---|
| 12. | ORDINANCE OR LAW COVERAGE (INCREASED PERIOD OF RESTORATION): | *Included in Business Income and Extra Expense Limit of Insurance.* |
| 13. | POLLUTANTS AND CONTAMINANTS CLEANUP: | $25,000. In any one "Policy Year". |
| 14. | SEWER AND DRAIN BACKUP: | Included in Business Income and Extra Expense Limit of Insurance. |
| 15. | TRANSIT: | $100,000. |
| 16. | UNNAMED PREMISES: | $100,000. |
|  | UNNAMED PREMISES: AT ANY ONE INSTALLATION: | Included in Business Income and Extra Expense Limit of Insurance. |
|  | UNNAMED PREMISES: AT ANY ONE EXHIBITION: | Included in Business *Income and Extra Expense* Limit of Insurance. |
| 17. | UTILITY SERVICE INTERRUPTION (24 HOUR WAITING PERIOD APPLIES): | $25,000. |
| 18. | WEB SITE AND INTERNET SERVICES (12 HOUR WAITING PERIOD APPLIES): | Lesser of Actual Loss Sustained for 30 days or $100,000. |

**A. ADDITIONAL COVERAGES -** The following Additional Coverages are added to the Property Choice Business Income and Extra Expense Coverage Form unless otherwise indicated in the Property Choice Schedule of Premises and Coverage or by endorsement to this policy:

Unless otherwise stated in the ADDITIONAL COVERAGES below, or by endorsement, the Limits of Insurance applicable to the Additional Coverages are included in and are not in addition to the Limit of Insurance applicable to BUSINESS INCOME AND EXTRA EXPENSE as stated in the Property Choice Schedule of Premises and Coverages. For Insurance that may apply to a Specific "Scheduled Premises" see: Property Choice Schedule of Premises and Coverage - Scheduled Premises section.

**1. Business Travel**

**a.** We will pay for the actual loss of Business Income and the actual, necessary and reasonable Extra *Expenses your incur due to direct* physical loss or direct physical damage by a Covered Cause of Loss to Your Business Personal Property including Sales Representative Samples while in the custody of:

**(1)** Your sales representatives; or

**(2)** Any officer, employee or yourself, while traveling on authorized company business.

**b.** With respect to the coverage provided under this Additional Coverage - Buisness Travel, the Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

**2. Civil Authority**

**a.** This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur when access to your "Scheduled Premises" is specifically prohibited by order of a civil authority as the direct result of a Covered Cause of Loss to property in the immediate area of your "Scheduled Premises"

**b.** The coverage for Business Income will begin after a Waiting Period of 72 hours (unless a different Waiting Period is either shown in the Property Choice Schedule of Premises and Coverage or *is shown by endorsement*) after the order of a civil authority and coverage will end at the earlier of

Form PC 26 02 01 18

**(1)** When access is permitted to your "Scheduled Premises"; or

**(2)** 30 consecutive days after the order of the civil authority.

**c.** The coverage for Extra Expense will begin immediately after the order of a civil authority and coverage will end at the earlier of:

**(1)** When access is permitted to your "Scheduled Premises"; or

**(2)** 30 consecutive days after the order of the civil authority.

**3. Dependent Properties**

**a.** We will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur due to the necessary suspension of your operations during the Period of Restoration. The suspension must be caused by direct physical loss of or direct physical damage to a Dependent Property caused by or resulting from a Covered Cause of Loss. However, coverage under this Additional Coverage does not apply when the only loss to a Dependent Property is loss or damage to "Electronic Data", including destruction or corruption of "Electronic Data". If the Dependent Property sustains loss or damage to "Electronic Data" and other property, coverage under this endorsement will not continue once the other property is repaired, rebuilt or replaced. The term "Electronic Data" has the meaning set forth in the Coverage Form to which this endorsement applies.

**b.** Period of Restoration, with respect to Dependent Property means the period of time that:

**(1)** Begins 72 hours (unless a different Waiting Period is either shown in the Property Choice Schedule of Premises and Coverages or is shown by endorsement) after the time of the Covered Cause of Loss occurred for Business Income Coverage;

**(2)** Begins immediately after the time of the Covered Cause of Loss for Extra Expense Coverage;

**(3)** Ends on the earlier of:

**(a)** the date when the property at the premises of the Dependent Property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(b)** when the applicable limit of insurance is exhausted.

Period of Restoration does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "Pollutants and Contaminants".

The expiration date of this policy will not cut short the Period of Restoration.

**c.** Dependent Properties means property at premises owned and operated by others that you depend on to:

**(1)** Deliver materials or services to you, or to others for your account (Contributing Location);

But any property which delivers any of the following services is not a Contributing Location with respect to such services:

**(a)** Water supply services;

**(b)** Power supply services; or

**(c)** Wastewater removal services; or

**(d)** Communication supply services, including services relating to internet access or access to any electronic network;

**(2)** Accept your products or services (Recipient Location);

**(3)** Manufacture products for delivery to your customers under contract of sale (Manufacturing Location); or

**(4)** Attract customers to your business premises (Leader Locations).

**d.** With respect to the coverage provided under this Additional Coverage - Dependent Properties, the Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

**e.** The most we will pay for the sum of all actual loss of Business Income and actual, necessary and reasonable Extra Expense you incur in any one occurrence regardless of the types or number of Dependent Properties involved in any one occurrence under this Additional Coverage is $100,000. This is an additional amount of insurance.

4. **Secondary Dependencies - Contributing and Recipient Locations**

   a. We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your operations during the Period of Restoration. The suspension must be caused by direct physical loss of or direct physical damage to property at a secondary contributing location or at a secondary recipient location, caused by or resulting from a Covered Cause of Loss, which in turn results in partial or complete interruption of the materials or services provided to you by a dependent property, thereby resulting in the suspension of your operations.

   b. This Additional Coverage does not apply when the only loss at the secondary contributing location or secondary recipient location is loss or damage to "Electronic Data", including destruction or corruption of "Electronic Data". If the secondary contributing location or secondary recipient location sustains loss or damage to "Electronic Data" and other property, coverage under this endorsement will not continue once the other property is repaired, rebuilt or replaced The term "Electronic Data" has the meaning set forth in the Coverage Part to which this provision applies.

   c. With respect to a suspension of your operations covered under this provision, the maximum amount payable is the Limit of Insurance applicable to Dependent Properties. This provision does not increase the Limit Of Insurance for Dependent Properties, as any amount payable under this provision is considered part of, not in addition to, such Dependent Properties Limit of Insurance, even if the suspension of your operations is caused by direct physical loss of or damage to dependent property and property at one or more secondary contributing locations or secondary recipient locations.

   d. Secondary contributing location is an entity which:

      (1) Is not owned or operated by a Contributing Location; and

      (2) Delivers materials or services to a Contributing Location, which in turn are used by that Contributing Location in providing materials or services to you.

      A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or

   structure is not a secondary contributing location.

   e. Any property which delivers any of the following services is not a secondary contributing location with respect to such services

      (1) Water supply services;

      (2) Power supply services;

      (3) Wastewater removal services; or

      (4) Communication supply services, including services relating to Internet access or access to any electronic network.

   f. Secondary recipient location is an entity which.

      (1) Is not owned or operated by a Recipient Location; and

      (2) Accepts materials or services from a Recipient Location, which in turn accepts your materials or services.

      A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a secondary recipient location.

   g. With respect to the coverage provided under this provision (Secondary Dependencies - Contributing and Recipient Locations), the Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

5. **Extended Income**

   a. If the necessary suspension of your operations (applies to all operations except educational institutional operations) produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that.

      (1) Begins on the date property (except "Stock" you have finished manufacturing) is actually repaired, rebuilt or replaced and business operations are resumed: and

      (2) Ends on the earlier of

         (a) The date you could restore your business operations, with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or direct physical damage had occurred, or

         (b) 180 days that immediately follows after the date determined in **a. (1)** above.

b. As respects educational operations, the following applies:

In the event of a covered Business Income loss, we will pay for the actual loss of Business Income you sustain during the school term following the date the property is actually repaired, rebuilt or replaced, if that date is 60 days or less before the scheduled opening of the next school term.

c. However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the insured premises are located.

d. Loss of Business Income must be caused by direct physical loss or direct physical damage at the insureds premises caused by or resulting from a Covered Cause of Loss.

6. **"Fungus", Wet Rot, Dry Rot, Bacteria and Virus - Limited Coverage**

a. The coverage described below only applies when the "fungus", wet rot, dry rot, bacteria or virus is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence:

(1) A "specified cause of loss" other than fire or lightning;

(2) Equipment breakdown accident occurs to Equipment Breakdown Property, if Equipment Breakdown applies to the effected premises; or

(3) Flood, if the Causes of Loss - Flood endorsement applies to the effected premises.

b. The following applies only if Business Income and/or Extra Expense coverage applies to the "Scheduled Premises" and only if the necessary interruption of your business operations satisfies all terms and conditions of this Coverage Part.

(1) If the loss which results in "fungus", wet rot, dry rot, bacteria or virus does not in itself necessitate a necessary interruption of your business operations, but such interruption is necessary due to loss or damage to property caused by "fungus", wet rot, dry rot, bacteria or virus, then our payment under

Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(2) If a covered necessary interruption of your business operations was caused by loss or damage other than "fungus", wet rot, dry rot, bacteria or virus prolongs the Period of Restoration, we will pay for loss and/or expense sustained during the delay (regardless of when such delay occurs during the Period of Restoration), but such coverage is limited to 30 days in total. The days need not be consecutive.

7. **Future Earnings**

a. In the event of a covered Business Income loss at "Scheduled Premises", we will pay for the actual loss of Business Income you subsequently and necessarily sustain after the Period of Restoration and the Extended Income period ends and that the actual loss in Business Income is directly attributable to the Covered Cause of Loss occurrence.

b. However, Future Earnings does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the insured premises are located.

c. This coverage will apply to the actual loss of business income you sustain within 2 years from the date the Covered Cause of Loss occurred.

8. **Ingress or Egress**

a. This insurance is extended to apply to the actual loss of Business Income you sustain when ingress or egress to your "Scheduled Premises" is specifically prohibited as the direct result of a Covered Cause of Loss to property at premises that is contiguous to your "Scheduled Premises".

b. Coverage for Business Income will begin after a Waiting Period of 24 hours (unless a different Waiting Period applicable to this Additional Coverage is shown by endorsement) after the time of the Covered Cause of Loss and will end at the earlier of:

(1) When ingress or egress is permitted to or from your "Scheduled Premises"; or

(2) 30 consecutive days.

c. This Additional Coverage does not apply if:

  (1) The direct physical loss or direct physical damage is caused by or results from flood or earthquake even if flood or earthquake are Covered Causes of Loss, or

  (2) The ingress to or egress from your "Scheduled Premises" is prohibited by civil authority.

## 9. Lessor's Tenant Move Back Expenses

a. In the event that your tenants must temporarily vacate the covered Building property at "Scheduled Premises" due to untenantability caused by direct physical loss or direct physical damage by a Covered Cause of Loss to the covered Building, we will pay for the following expenses you actually incur to move those tenants back into your covered Building. We will only pay for the following expenses

  (1) Packing, transporting and unpacking the tenants' Business Personal Property, including the cost of insuring the move back and any necessary assembly or setup of furniture and equipment, and

  (2) The net cost to re-establish the tenants' utility and telephone services, after any refunds due the tenants.

b. We will only pay for these expenses that you actually incur within 60 days from the date that the damaged building has been repaired or rebuilt and if needed a certificate of occupancy has been granted.

c. The most we will pay the sum in any one occurrence of covered loss under this Additional Coverage is $10,000. This is an additional amount of insurance.

## 10. Machinery Testing and Training

In the event it was necessary to replace machinery damaged by a Covered Cause of Loss, we will extend the Period of Restoration to include:

a. The additional time to test that replacement machinery, and

b. The additional time to train employees on the differences in operating the damaged machinery and the replacement machinery.

## 11. Newly Acquired Premises

a. We will pay for the actual loss of Business Income you sustain due to direct physical loss or direct physical damage caused by or resulting from a Covered Cause of Loss to Newly Acquired Premises. Newly Acquired Premises means premises you acquire, purchase or lease after the inception of this policy, but does not include:

  (1) Any premises acquired through any foreclosure process

  (2) Any premises of others where you are temporarily working, such as installing property or performing maintenance or service work, or

  (3) Any premises covered by any other part of this Coverage Form.

b. Insurance for each Newly Acquired Premises will end when any of the following first occurs, but will not cut short the Period of Restoration.

  (1) This policy expires.

  (2) 180 days expire after you acquire the property;

  (3) You report values to us: or

  (4) The property is more specifically insured

  We will charge you additional premium from the date you acquire the premises.

## 12. Ordinance or Law - Increased Period of Restoration

a. If a Covered Cause of Loss occurs to property at "Scheduled Premises", coverage is extended to include the amount of the actual loss of Business Income and the actual, necessary and reasonable Extra Expense you incur during the increased period of suspension of operations caused by or resulting from a requirement to comply with any ordinance or law that.

  (1) Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the insured premises.

  (2) Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss: and

  (3) Is in force at the time of loss.

b. Coverage is not extended under this Additional Coverage to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law:

  (1) Which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot, bacteria or virus, or

(2) Which requires any Insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "Pollutants and Contaminants", "fungus", wet or dry rot, bacteria or virus.

c. Period of Restoration is revised to include any increased period required to repair or reconstruct the property to comply with the minimum standards of any ordinance or law, in force at the time of loss that regulates the construction or repair, or requires the tearing down of any property.

## 13. "Pollutants and Contaminants" Clean Up

a. This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur if business operations are interrupted due to the enforcement of any ordinance or law that requires you to extract "Pollutants and Contaminants" from land or water at "Scheduled Premises" caused by or resulting from a Covered Cause of Loss that occurs during the policy period.

b. Such loss must be reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

c. The most we will pay for the sum of all Business Income and Extra Expense in any one "Policy Year" under this Additional Coverage is $25,000. This is an additional amount of insurance.

## 14. Sewer and Drain Backup

a. We will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur due to direct physical loss of or direct physical damage to property at "Scheduled Premises", Newly Acquired Premises and Unnamed Premises caused by or resulting from water or other materials that backs up from a sewer or drain.

b. **THIS IS NOT FLOOD INSURANCE.**

This Additional Coverage does not apply to loss or damage caused by or resulting from Flood regardless of the proximity of the back-up or overflow to such conditions.

Flood as used in this provision means:

(1) Surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man made body of water from its boundaries, all whether driven by wind or not; or

(2) Mudslide or mudflow, meaning a river or flow of liquid mud directly or indirectly caused by flooding or the accumulation of water under the ground.

(3) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

(4) Flood includes water or other material that backs up or overflows from any sewer or septic tank or drain, if such back-up is caused by any of the conditions in (1) or (3) above regardless of the proximity of the back-up to such conditions.

(5) All flooding in a continuous or protracted event will constitute a single flood.

## 15. Transit

a. This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage to the following property while in the due course of transit:

(1) Your Business Personal Property; and

(2) Business Personal Property owned by others.

b. This Coverage will continue to apply to such property in the due course of transit, after the expiration or cancellation of this policy, until arrival at and accepted by an authorized representative at the invoiced destination, but for no longer than 30 days after the date of the shipment origination, but this will not cut short the Period of Restoration.

c. You must retain accurate records of all shipments of Covered Property for one year.

d. The most we will pay for the sum of all Business Income and Extra Expense in any one occurrence under this Additional Coverage is $100,000. This is an additional amount of insurance.

e. For the Transit Additional Coverage, the Coverage Territory is within or between the United States of America, (including its territories and possessions), Puerto Rico and Canada, however, waterborne shipments are covered only if on inland waterways or in territorial waters, within 12 miles of land

### 16. Unnamed Premises

a. This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur caused by direct physical loss of or direct physical damage by a Covered Cause of Loss to Property while at

(1) Premises that you own, lease, or occupy other than at a "Scheduled Premises".

(2) Premises not described in the Property Choice Schedule of Premises and Coverages, which you do not own, lease or occupy,

(3) Premises where you are temporarily performing work or installing Business Personal Property and your insurable interest continues until the installation is accepted by the customer.

b. Unnamed Premises does not include any:

(1) Premises or property covered under any other coverage of this Coverage Form,

(2) Waste disposal or transfer sites;

(3) Intermediate site while in the due course of transit, or

(4) Premises of a Web Site or Internet Services provider.

c. The most we will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage at all unnamed premises other than at any one installation or at any one exhibition is $100,000

d. The most we will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage at any one installation is the limit of insurance applicable to Business Income and Extra Expense. This is included in the Business Income and Extra Expense Limit of Insurance.

e. The most we will pay for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage at any one exhibition is the limit of insurance applicable to Business Income and Extra Expense Limit.

### 17. Utility Service Interruption

a. This insurance is extended to apply to the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur at "Scheduled Premises" "Newly Acquired Premises" and Unnamed Premises caused by the interruption of specific services.

The interruption must result from direct physical loss or direct physical damage by a Covered Cause of Loss to property outside the insured premises boundary and which provides the following services·

(1) Water Supply Property. meaning the following types of property supplying water to the described premises

(a) Pumping stations; and

(b) Water mains.

(2) Wastewater Removal Property, meaning a utility system for removing wastewater and sewage from the described premises. other than a system designed primarily for draining storm water. The utility property includes sewer mains, pumping stations and similar equipment for moving the effluent to a holding, treatment or disposal facility, and includes such facilities

Coverage does not apply to interruption in service caused by or resulting from a discharge of water or sewage due to heavy rainfall or flooding

(3) Communication Supply Property, meaning property supplying communication services, including telephone, radio, microwave or television services. to the described premises, such as

(a) Communication transmission lines, including optic fiber transmission lines,

(b) Coaxial cables, and

(c) Microwave radio relays except satellites.

(4) Power Supply Property, meaning the following types of property supplying

electricity, steam or gas to the described premises:

(a) Utility generating plants;

(b) Switching stations;

(c) Substations;

(d) Transformers; and

(e) Transmission lines.

b. As used in this Additional Coverage, the term transmission lines includes all lines which serve to transmit communication service or power, including lines which may be identified as distribution lines.

c. This Additional Coverage does not include any loss or damage due to temperature change or spoilage.

d. This Additional Coverage does not apply to the Dependent Properties Additional Coverage.

e. We will not pay for Business Income loss you sustain during the 24 hours (unless a different Waiting Period is either shown in the Property Choice Schedule of Premises and Coverages or is shown by endorsement) that immediately follow after the Covered Cause of Loss. This Waiting Period does not apply to Extra Expense.

f. The most we will pay for the sum of all actual loss of Business Income and the actual, necessary and reasonable Extra Expense you incur in any one occurrence under this Additional Coverage is $25,000. This is an additional amount of insurance.

## 18. Web Site and Internet Services

a. This insurance is extended to apply to the actual loss of Business Income you sustain and the actual necessary and reasonable Extra Expense you incur caused by direct physical loss or direct physical damage by a Covered Cause of Loss to property that you depend on for Website and Internet Services.

Website and Internet Services means:

(1) Internet access, e-mail, web hosting and application software services at the premises of others, or

(2) Router infrastructure services, including cable and wireless, located outside your premises boundary.

b. We will not pay for any Business Income loss under this Coverage that you sustain during the 12 hours (unless a different Waiting Period for this Coverage is indicated in the Property Choice Schedule of Premises and Coverages or by endorsement) that immediately follow the time when you first discovered the Covered Cause of Loss. This Waiting Period does not apply to Extra Expense.

c. The most we will pay for the actual loss of Business Income or necessary and reasonable Extra Expense in any one occurrence under this Additional Coverage is the lesser of:

(1) The amount of the actual loss of Business Income you sustain during the 30 day period immediately following the Waiting Period and the necessary and reasonable Extra Expense you incur when you first discovered the Covered Cause of Loss (during the Waiting Period) and for a 30 day period immediately following the Waiting Period; or

(2) $100,000.

d. With respect to Web Sites, this coverage applies only if you have a back-up copy of your Web Page stored at a location other than the site of the Web Site vendor.

e. This is an additional amount of insurance.

PROPERTY CHOICE



# PROPERTY CHOICE COVERAGE FORM

**(PROPERTY)**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Property Choice Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## A. COVERAGE

We will pay for direct physical loss of or direct physical damage to the following types of Covered Property caused by or resulting from a Covered Cause of Loss. Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.** Covered Property for which a Limit of Insurance and a premises address is shown in the Property Choice - Schedule of Premises and Coverages.

### 1. Covered Property

a. **Building** means buildings or structures that:

    **(1)** You own, or

    **(2)** Are responsible for insuring.

    Building also includes:

    **(1)** Buildings or structures in the course of construction;

    **(2)** Alterations, repairs or additions to the building;

    **(3)** Foundations,

    **(4)** Underground pipes, flues or drains necessary for the service of the building,

    **(5)** Excavations grading, backfilling or filling that are necessary to repair, rebuild or replace the building or its foundation,

    **(6)** Permanently installed machinery and equipment,

    **(7)** Awnings, "Building Glass" and floor coverings,

    **(8)** Materials, equipment and supplies used in the construction, alteration or repair of buildings;

    **(9)** Radio or television towers, antennas and satellite dishes (including attachments), fences, signs and other outdoor fixtures,

    **(10)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering,

    **(11)** Property owned by you for the maintenance or service of the building or its premises, including fire extinguishing equipment, alarm, communication and monitoring systems, and lawn maintenance or snow removal equipment,

    **(12)** Retaining walls attached to buildings,

    **(13)** Swimming pools whether or not attached to the building;

    **(14)** Appurtenant structures whether or not attached to the building,

    **(15)** Electronic car charging stations,

    **(16)** Solar panels attached to the building,

    **(17)** Walks, roadways, patios or other paved surfaces at a "Scheduled Premises"

b. **Business Personal Property**

    **(1)** Business Personal Property means:

        **(a)** All of Your Business Personal Property owned by your business, and

        **(b)** Business Personal Property owned by others, that is in your care, custody or control (including leased property as provided in a written lease agreement);

    **(2)** Business Personal Property also includes:

        **(a)** Furniture, fixtures, machinery and equipment;

© 2018, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)

(b) "Stock";

(c) "Computer Equipment";

(d) "Electronic Data" and "Valuable Papers";

(e) Patterns, dies, molds and forms;

(f) Your interest in the labor, materials or services furnished or arranged by you on Business Personal Property you have installed or repaired;

(g) "Tenant Improvements and Betterments";

(h) Tools and equipment owned by your employees that are used in your business operations;

(i) Building components while removed from the premises for service or repair;

(j) Lottery tickets held for sale and postage stamps in current usage;

(k) Electronic car charging stations if not covered under Building.

(3) Coverage applies to Business Personal Property up to 1000 feet outside the premises boundary.

## 2. Property Not Covered

Covered Property does not include the following unless an endorsement is added to this Coverage Part:

a. Accounts, bills, currency, food stamps or other evidences of debt, "money", notes or "securities".

b. Animals, except animals inside buildings, and:

(1) Owned by others and boarded by you; or

(2) Owned by you as "Stock".

c. Property owned by and for exclusive personal use by you or your officers, members, partners or employees.

d. Property owned by your residents, patients, or students.

e. Property owned by your tenants.

f. Contraband, or property in the course of illegal transportation or trade.

g. Growing crops or standing timber.

h. Grain, hay, straw or other crops which have been harvested, but are outside of buildings or structures.

i. Outdoor trees, shrubs, plants and sod (other than those held for sale) and lawns.

j. Land (including land on which the property is located), land values, water (except water contained within any storage tank, for use in your manufacturing or processing operations), dams, underground mines, and caverns.

k. Vehicles, and self-propelled machines, including aircraft (including "unmanned aircraft") and watercraft, except the following are Covered Property:

(1) Vehicles and self-propelled machines, (including aircraft and watercraft) that you manufacture, process, warehouse or hold for sale (except automobiles held for sale) while located at insured premises;

(2) Vehicles and self-propelled machines, (except aircraft and watercraft) that you operate principally on your insured premises, that are not licensed or registered for use on public roads; and

(3) Canoes and rowboats while out of the water at insured premises.

l. Business Personal Property that you have sold under:

(1) Conditional sale;

(2) Trust agreement;

(3) Installment payment;

(4) Other deferred payment plan; or

(5) Other agreement under which you have retained a security interest;

m. Property that is more specifically covered, insured or described under another coverage form of this policy or any other policy, except for the excess of the amount due (whether you can collect on it or not) from that other insurance.

n. Live eggs, human tissue, bodily fluids, or embryos.

o. Retaining walls not attached to the building.

## 3. Covered Causes of Loss

See Property Choice - Covered Causes of Loss and Exclusions Form.

## B. EXCLUSIONS

See the Property Choice - Covered Causes of Loss and Exclusions Form.

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the smallest applicable Limit of Insurance shown in the Property Choice Declarations, Schedules, Coverage Form(s) or Endorsement(s).

## D. DEDUCTIBLE

We will not pay for direct physical loss or direct physical damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible stated in the Property Choice Schedule of Premises and Coverages or Endorsement(s). We will then pay the amount of loss in excess of the Deductible, up to the applicable Limit of Insurance.

When claim is made for loss or damage to more than one type of property, coverage, premises, or Cause of Loss and different deductible amounts apply in the same occurrence, we will only apply the largest applicable deductible for the item for which claim is made unless specified by endorsement.

## E. LOSS PAYMENT AND VALUATION CONDITIONS

Covered Property will be valued at either Replacement Cost or Actual Cash Value, as stated in the Property Choice Schedule of Premises and Coverages and as described below except for the items listed below in item **3. Specific Property Valuations.** We will not pay more than your financial interest in the lost or damaged property

1. **Replacement Cost**

   In the event of covered loss or damage, we will determine the value of Covered Property at the actual amount spent to repair, replace or rebuild the damaged property as of the time of the loss or damage, at the same site or another site, subject to the following:

   a. We will not pay more for lost or damaged property than the least of

      (1) The Limit of Insurance applicable to the lost or damaged property,

      (2) The amount it costs to replace, on the same premises, the lost or damaged property with other property:

          (a) Of comparable material and quality, and

          (b) Used for the same purpose, or

      (3) The amount you actually spend that is necessary and reasonable to repair or replace the lost or damaged property with other property.

          (a) Of comparable material and quality; and

          (b) Used for the same purpose

      (4) In the event of a total loss to Building property, you may choose to replace your Building property at another premises, however, we will not pay more than the cost to replace the Building property at the original premises.

   (5) In the event of a total loss to Business Personal Property, we retain our right to salvage such Business Personal Property

   (6) Replacement Cost does not include any increased cost attributable to enforcement of or compliance with any ordinance or law regulating the construction, use or repair of any property

   b. We will pay you on an Actual Cash Value basis until the lost or damaged property is actually repaired, rebuilt or replaced.

   c. If you do not repair, replace or rebuild on the same site or another site within 2 years of the date of loss, we will pay you on an Actual Cash Value basis.

   d. Patterns, dies, molds and forms not in current usage at actual cash value. If loss is paid on an actual cash value basis and within 60 months from the date of the covered loss and you need to repair or replace them, we will pay you, subject to the Conditions of this insurance, the difference between actual cash value and replacement cost when the patterns, dies, molds and forms are actually repaired or replaced.

2. **Actual Cash Value**

   a. We will pay you on an Actual Cash Value basis if:

      (1) The valuation of the lost or damaged property is designated in the Property Choice Schedule of Premises and Coverages as Actual Cash Value.

      (2) You elect Actual Cash Value as the basis for loss payment at the time of loss or damage.

   b. In the event of covered loss or damage, at our option we will do one of the following, but not pay more than the Limit of Insurance applicable to the lost or damaged property

      (1) Pay the value of the lost or damaged property at the time of loss,

      (2) Take all or any part of the property at an agreed or appraised value, or

      (3) Repair, rebuild or replace the property with other property of like kind and quality, or pay you the cost to do so

   c. In the event of a total loss to Business Personal Property, we retain our right to salvage such Business Personal Property.

   d. Actual Cash Value does not include the increased cost attributable to enforcement

of or compliance with any ordinance or law regulating the construction, use or repair of any property.

**e.** If the actual amount spent to repair, replace or rebuild the damaged property as of the time of the loss is $25,000 or less (after the application of the applicable deductible), we pay the loss or damage on the basis of the Replacement Cost provisions described in **E.1.** above. This Exception does not apply to the following Specific Property Valuations.

**3. Specific Property Valuations**

**a. Accounts Receivable**

We will determine the amount of Accounts Receivable loss as follows:

**(1)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

**(a)** Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs; and

**(b)** Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month.

**(2)** The following will be deducted from the total amount of accounts receivable, however that amount of accounts receivable is established:

**(a)** The amount of the accounts for which there is no loss;

**(b)** The amount of the accounts that you are able to re-establish or collect;

**(c)** An amount to allow for probable bad debts that you are normally unable to collect; and

**(d)** All unearned interest and service charges.

**b. Animals**

We will determine the value of animals at the cost of replacement with animals of like kind and quality as when originally acquired by you.

**c. "Building Glass"**

We will determine the value of "Building Glass" at the cost of replacement with safety glazing material if required by law.

**d. "Electronic Data"**

**1.** We will determine the value at the actual, reasonable and necessary costs you incur to restore or replace "Electronic Data".

**2.** We will not pay for costs or expenses you incur to:

**(a)** Identify or remediate any errors or vulnerabilities or to update, restore, replace, upgrade, maintain or improve any "Computer Equipment" or computer system,

**(b)** Update, replace, restore or improve any "Electronic Data" to a level beyond the condition in which it existed immediately preceding the loss or damage; or

**(c)** Duplicate research that led to development of your "Electronic Data" or any proprietary or confidential information or intellectual property in any form.

To the extent that "Electronic Data" is *not replaced or restored, the loss will* be valued at the cost of replacement of the media on which the "Electronic Data" was stored, with blank media of substantially identical type.

If you recover from a licensor, lessor or any other party for loss or damage to "Electronic Data", our loss payment to you will be reduced by the amount of such recovery.

**e. Fine Arts**

We will determine the value of Fine Arts, at the lesser of:

**(1)** The market value at the time of loss or damage;

**(2)** The reasonable cost of repair or restoration to the condition immediately before the covered loss or damage, or

**(3)** The cost of replacement with substantially identical property.

For pairs or sets, we will either:

**(1)** Repair or replace any part to restore the value and condition of the pair or set to that immediately before the covered loss or damage; or

**(2)** Pay the difference between the value of the pair or set before and after the covered loss or damage.

**f. Party Wall**

A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling

covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

g. **Property of Others**

(1) If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the lesser of:

(a) amount for which you are liable under such contract;

(b) the replacement cost of the property; or

(c) the applicable Limit of Insurance

(2) If no such contract exists we will not pay more than your financial interest in Personal Property of Others not to exceed:

(a) the Actual Cash Value of such property; or

(b) the applicable Limit of Insurance.

(3) At your option, we may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners

(a) Such payments will only be for the account of the owner of the property and will satisfy your claims against us for the owners' property,

(b) We will not pay more than their financial interest in the property

(4) We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

h. **"Stock"**

(1) **Manufactured Stock (including Selling Price)**

We will determine the value of "Stock" you have manufactured at the selling price less discounts and expenses you otherwise would have incurred. This also applies to component parts manufactured by others that will become a part of your finished product.

(2) **Mercantile Stock**

We will determine the value of "Stock", which you have purchased for resale and have sold but not delivered, at the selling price less discounts and expense you otherwise would have had. This does not apply to "Stock" you have manufactured.

(3) **Stock in Process**

We will determine the value of "Stock" in process of manufacture at the replacement cost of the raw materials, plus labor expended and the proper proportion of overhead charges.

(4) **Commodity Stock**

For "Stock" that is bought and sold at an established market exchange, we will determine the value at:

(a) The posted market price as of the time and place of loss:

(b) Less discounts and expenses you otherwise would have had.

i. **"Tenant Improvements and Betterments"**

(1) If you do not repair or replace lost or damaged "Tenant Improvements and Betterments" within 2 years, we will pay the pro rata of the Actual Cash Value based on the duration of the lease and the installation date of the property.

(2) If others pay for repairs or replacement, we will not make loss payment to you.

j. **Transit**

We will determine the value of covered property in due course of transit at:

(1) The amount of invoice plus accrued costs, prepaid charges and charges since shipment; or

(2) In the absence of an invoice, the valuation provision otherwise applicable to that type of Covered Property as of the time of loss or damage.

**k.** **"Valuable Papers"**

We will determine the value of "Valuable Papers" at your incurred cost of:

**(1)** Blank materials for reproducing the records (including blank prepackaged programs when replaced); and

**(2)** Labor to transcribe or copy the records and to research, replace or restore the lost information, including research and development documentation.

**l.** **Vehicles**

**(1)** We will determine the value of covered vehicles and self-propelled machines, including aircraft, automobiles, contractor's equipment and watercraft on an Actual Cash Value basis. This also applies to coverage provided for trailers under the Non-Owned Detached Trailer Additional Coverage.

**(2)** New vehicles and machines you have manufactured will be subject to the valuation applicable to covered "Stock".

**4.** **Value Enhancements**

**a.** **Architect and Engineering Fees**

The value of Covered Property will include reasonable architect and engineering fees you incur in the course of repairing or reconstructing damaged property.

**b.** **Customs Duty, Sales Tax**

The value of Covered Property will include the cost of customs duties and sales taxes to repair or replace the property.

**c.** **Extended Warranties**

The value of Covered Property, that is a total loss during the policy period, will include the unused pro rata portion of non-refundable optional extended warranties or service contracts which you purchased for the damaged property prior to the covered loss or damage.

PROPERTY CHOICE



# PROPERTY CHOICE - BUSINESS INCOME AND EXTRA EXPENSE COVERAGE FORM

## (BUSINESS INTERRUPTION)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions

### A. COVERAGE

We will pay up to the Business Income and Extra Expense Limit of Insurance stated in the Property Choice - Schedule of Premises and Coverages for the actual loss of Business Income you sustain and the actual, necessary and reasonable Extra Expense you incur due to the necessary interruption of your business operations during the Period of Restoration due to direct physical loss of or direct physical damage to property caused by or resulting from a Covered Cause of Loss at "Scheduled Premises" where a limit of insurance is shown for Business Income and Extra Expense. If you are a tenant, this Coverage applies to that portion of the building which you rent, lease or occupy, and extends to common service areas and access routes to your area.

### Definitions

1. Business Income means
   a. Net Income (Net Profit or Net Loss before income taxes), including Rental Income and Royalties, that would have been earned or incurred; and
   b. Continuing normal operating expenses incurred, including Payroll Expenses.
   c. For educational operations, Business Income also includes income from:
      (1) Tuition and related student fees including room, board, laboratories and other similar fees;
      (2) Bookstores;
      (3) Athletic events, or
      (4) Activity related to research grants.
   d. For manufacturing businesses, Net Income also includes the net sales value of production.

   e. For research and development operations, Business Income also includes awarded contract revenues, licensing fees, consulting fees, funding grants and progress (milestone) payments.
   f. As respects all insureds if you are operating at a Net Loss, continuing normal operating expenses will be offset by the Net Loss.

2. Extra Expense means the actual, necessary and reasonable expenses you incur during the Period of Restoration that you would not have incurred if there had been no direct physical loss of or direct physical damage to property caused by or resulting from a Covered Cause of Loss at "Scheduled Premises". We will pay Extra Expense (other than the expense to repair or replace property) to:
   a. Avoid or minimize the suspension of business and to continue operations at a "Scheduled Premises" or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.
   b. Minimize the suspension of business if you cannot continue operations. We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.
   c. Extra Expense Coverage does not apply to any expense related to any recall of products you manufacture, handle or distribute.

© 2018, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)

3. Interruption means the slowdown or cessation of any part of your business activities or the partial or total untenantability of the premises.

4. Payroll Expenses include:

   a. Payroll;

   b. Special compensation such as bonuses and other incentive compensation;

   c. Employee benefits, if directly related to payroll;

   d. FICA payments you pay;

   e. Union dues you pay; and

   f. Workers' compensation premiums.

5. a. Period of Restoration means the period of time that:

      (1) Begins at the time the Covered Cause of Loss occurred; and

      (2) Ends on the earlier of:

          (a) The date when the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

          (b) The date when business is resumed at a new permanent location.

      The expiration date of this policy will not cut short the Period of Restoration.

   b. For buildings under construction or undergoing additions or alterations, if the direct physical loss or direct physical damage delays the start of business operations, the Period of Restoration will begin the date business operations would have begun had the direct physical loss or direct physical damage not occurred.

   c. For educational institutions, the Period of Restoration ends on the earlier of:

      (1) The day before the opening of the next school term following the date the property should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2) The date when the school term is resumed at a new permanent location.

   d. Period of Restoration does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:

      (1) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess

the effects of "Pollutants and Contaminants", except as covered in the "Pollutants and Contaminants" Clean Up Additional Coverage; or

      (2) Regulates the construction, use or repair, or requires the tearing down of any property, except as covered in the Ordinance or Law Additional Coverage.

6. Rental Income/Rental Value means Business Income that consists of:

   a. Net Income (Net Profit or Net Loss before income taxes) that would have been earned or incurred as income from tenant occupancy of the "Scheduled Premises" as furnished and equipped by you including fair rental value of any portion of the "Scheduled Premises" which is occupied by your tenants or you as a tenant; and

   b. Continuing normal operating expenses incurred in connection with that premises including:

      (1) Payroll Expenses; and

      (2) The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

   c. If you are operating at a Net Loss, continuing normal operating expenses will be offset by the Net Loss.

B. COVERED CAUSES OF LOSS, EXCLUSIONS AND LIMITATION

1. See Property Choice - Covered Causes of Loss and Exclusions Form.

2. The following **Exclusions** apply in addition to the **Exclusions** found in the Property Choice - Covered Causes of Loss and Exclusions Form attached to this Coverage Part:

   a. **Contract, Lease or License Cancellation**

      We will not pay for any increase of loss caused by or resulting from suspension, lapse or cancellation of any contract, lease or license (including consultation and funding grants). But if such suspension, lapse or cancellation is directly caused by a covered interruption of business operations, we will pay for such loss that affects your Business Income during the Period of Restoration and any extension of the Period of Restoration in accordance with the terms of the Extended Income Additional Coverage or the Future Earnings Additional Coverage.

**b. Manufactured "Stock"**

We will not pay for any loss caused by or resulting from damage or destruction of or the time required to reproduce "Stock" you have finished manufacturing.

**c. Satellite Communications**

We will not pay for any loss caused by or resulting from the disruption of communications or service to or from any satellite however caused. But this exclusion does not apply to land based satellite dishes.

**d. Strike Interference**

We will not pay for any increase of loss caused by or resulting from delay in rebuilding, repairing or replacing the property or resuming business operations, due to interference at the location of the rebuilding, repair or replacement by strikers or other persons.

**3. Limitation - Interruption Of Computer Operations**

**a.** Coverage for Business Income does not apply when a suspension of operations is caused by destruction or corruption of "Electronic Data", or any loss or damage to "Electronic Data"

**b.** Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of operations caused by destruction or corruption of "Electronic Data", or any loss or damage to "Electronic Data".

**c.** This Additional Limitation does not apply when loss or damage to "Electronic Data" involves only "Electronic Data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the smallest applicable Limit of Insurance shown in the Property Choice Declarations, Schedules, Coverage Form(s) or Endorsement(s)

**D. DEDUCTIBLE**

We will not pay for the actual loss of Business Income you sustain in any one occurrence until the necessary interruption of your business operations exceeds the Waiting Period as stated in the Property Choice Schedule of Premises and Coverages or by Endorsement(s). We will not pay for the actual loss of Business Income you sustain in any one occurrence during such Waiting Period No other deductible applies to

Business Income coverage. No deductible or Waiting Period applies to Extra Expense.

**E. LOSS CONDITIONS**

The following Conditions apply in addition to the Common Policy Conditions and all of the Conditions as found in the Property Choice Conditions and Definitions Form.

**1. Resumption of Business**

If you intend to continue in business, you must resume all or part of your business operations as quickly as possible.

**2. Loss Determination**

**a. Business Income**

The amount of Business Income loss will be determined based on.

**(1)** The Net Income of the business before the direct physical loss or direct physical damage occurred;

**(2)** The likely Net Income of the business if no physical loss or no physical damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

**(3)** The operating expenses, including payroll expenses, necessary to resume business operations with the same quality of service that existed just before the direct physical loss or direct physical damage, and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures,

**(b)** Bills, invoices and other vouchers, and

**(c)** Deeds, liens or contracts.

**b. Extra Expense**

The amount of Extra Expense will be determined based on

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by business operations during the Period of Restoration if no direct physical loss or if no direct physical damage had occurred We will deduct from the total of such expenses.

**(a)** The salvage value that remains of any property bought for temporary use during the Period

of Restoration, once business operations are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance.

**(2)** All actual, necessary and reasonable expenses that reduce the Business Income loss otherwise incurred.

**3. Reductions in Amount We Pay**

**a.** We will reduce the amount of the Business Income loss payment to the extent you can resume your business operations, in whole or in part, by using:

**(1)** Damaged or undamaged property (including merchandise or "stock") at the insured premises or elsewhere;

**(2)** Any other available source of materials or other outlet for your products.

**b.** We will reduce the amount of Extra Expense loss payment to the extent you can return operations to normal and discontinue Extra Expenses.

**c.** If you do not resume business operations, or do not resume business operations as quickly as possible, we will pay based on the length of time it would have taken to resume business operations as quickly as possible.

**d.** We will reduce the amount of the Business Income loss payment to the extent that the reduction in volume of business income from the affected income channel is offset by an increase in the volume of business from other income channels.

PROPERTY CHOICE



# LEGAL LIABILITY - BUILDING COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

## A. COVERAGE

We will pay up to the applicable Legal Liability - Building Limit of Insurance stated in the Property Choice Schedule of Premises and Coverages or in an endorsement attached to this Coverage Part for those sums that you become legally obligated to pay as damages because of direct physical loss or direct physical damage, including loss of use, to Covered Building Property caused by accident and arising out of a Covered Cause of Loss. We will have the duty to defend any suit seeking those damages. Suit includes an arbitration proceeding to which you must submit or submit with our consent However, we have no duty to defend you against a suit seeking damages for direct physical loss or damage to which this insurance does not apply. We may investigate and settle any claim or suit at our discretion. But our duty to defend ends when we have used up the Legal Liability Building Limit of Insurance in the payment of judgments or settlements.

1. **Covered Building Property**

   Covered Building Property means buildings or structures of others in your care, custody or control.

2. **Covered Causes Of Loss**

   See the Property Choice - Covered Causes of Loss and Exclusions Form.

3. **Additional Coverages**

   a. **Supplementary Payments**

      We will pay, with respect to any claim or any suit against you that we defend

      (1) All expenses we incur.

      (2) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

      (3) All reasonable expenses incurred by you at our request, including actual loss of earnings up to $250 a day because of time off from work.

      (4) All costs taxed against you in the suit.

      (5) Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

      (6) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

      Payments under this Additional Coverage are in addition to the applicable Limit of Insurance.

   b. **Additional Insureds**

      Throughout this Coverage Form, if the Named Insured stated in the Property Choice Declarations is.

      (1) A partnership or corporation, the words "you" and "your" include partners, executive officers, trustees, directors and stockholders of such partnership or corporation;

      (2) A limited liability company, the words "you" and "your" include member and manager;

      but only with respect to their duties as such.

**Form PC 00 30 01 13**                                                                    **Page 1 of 3**

© 2013, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

The existence of one or more Additional Insureds does not increase the Limit of Insurance.

**c. Newly Acquired Organizations**

Throughout this Coverage Form, the words "you" and "your" also include any organization (other than a partnership, joint venture or limited liability company) you newly acquire or form and over which you maintain ownership or majority interest if there is no other similar insurance available to that organization.

This Additional Coverage ends:

(1) 90 days after you acquire or form the organization; or

(2) At the end of the policy period stated in the Property Choice Declarations;

whichever is earlier.

This Additional Coverage does not apply to direct physical loss or direct physical damage that occurred before you acquired or formed the organization.

The existence of one or more Newly Acquired Organizations does not increase the Limit of Insurance.

**d. Newly Acquired Building Property**

(1) You may extend the insurance that applies to Covered Building Property, as used in this Coverage Form, to apply to your liability for Building property of others that comes under your care, custody or control after the beginning of the current policy period. This Additional Coverage is subject to all terms and Conditions of this Coverage Form.

The most we will pay as the result of any one accident for loss or damage to buildings covered under this Additional Coverage is $25,000 at each building.

(2) Insurance under this Additional Coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days expire after the building property has come under your care, custody or control;

(c) You report values to us; or

(d) The property is more specifically insured.

We will charge you additional premium for values reported from the date the property comes under your care, custody or control.

(3) This Additional Coverage does not apply to direct physical loss or direct physical damage that occurred before the building property came under your care, custody or control.

**B. EXCLUSIONS AND LIMITATIONS**

1. See the Property Choice - Covered Causes of Loss and Exclusions Form.

2. The following additional exclusions apply to insurance under this Coverage Form:

**a. Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

(1) Your assumption of liability was executed prior to the accident; and

(2) The building is Covered Property under this Coverage Form.

**b. Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. LIMITS OF INSURANCE**

The most we will pay in damages as the result of any one accident is the applicable Limit of Insurance shown for Legal Liability – Building Limit of Insurance as shown in the Property Choice Schedule of Premises and Coverages or in an endorsement to this Coverage Part.

Payments under the Additional Coverages are in addition to the Limits of Insurance.

The existence of one or more:

1. Additional Insureds, or

2. Newly Acquired Organizations,

does not increase the Limit of Insurance.

**D. DEDUCTIBLE**

No deductible provision applies to this Coverage Form.

**E. PROPERTY CHOICE CONDITIONS CHANGES**

For Coverage provided under this Coverage Form, the following changes are made to the Property Choice Conditions:

**1. Duties In The Event Of Accident, Claim Or Suit**

The General Duties in Event of Loss Condition is replaced by the following

**a.** You must see to it that we are notified promptly of any accident that may result in a claim. Notice should include:

(1) How, when and where the accident took place: and

(2) The names and addresses of any witnesses

Notice of an accident is not notice of a claim.

**b.** If a claim is made or suit is brought against you, you must see to it that we receive prompt written notice of the claim or suit.

**c.** You must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

(2) Authorize us to obtain records and other information,

(3) Cooperate with us in the investigation, settlement or defense of the claim or suit, and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to you because of damage to which this insurance may also apply.

**d.** You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

**2. Legal Action Against Us**

The **Legal Action Against Us General Condition** is replaced by the following:

No person or organization has a right under this Coverage Form:

**a.** To join us as a party or otherwise bring us into a suit asking for damages from you, or

**b.** To sue us on this Coverage Form unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial, but we will not be liable for damages that are not payable under the terms of this Coverage Form or that are in excess of the Limit of Insurance An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative

**3. Transfer Of Rights (Subrogation)**

The **Transfer of Rights of Recovery Against Others To Us General Condition** is replaced by the following

If you have rights to recover all or part of any payment we have made under this Coverage Form, those rights are transferred to us You must do nothing after loss to impair them At our request, you will bring suit or transfer those rights to us and help us enforce them.

**F. ADDITIONAL CONDITIONS**

The following conditions are added and apply in addition to the Common Policy Conditions, and the Property Choice Conditions:

**1. Bankruptcy**

Bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Coverage Form.

**2. Separation Of Insureds**

The insurance under this Coverage Form applies separately to you and each additional insured, except with respect to the Limits of Insurance.

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY CHOICE - COVERED CAUSES OF LOSS AND EXCLUSIONS FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

**A. COVERED CAUSES OF LOSS**

Covered Causes of Loss means direct physical loss or direct physical damage that occurs during the Policy Period and in the Coverage Territory unless the loss or damage is excluded or limited in this policy.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage:

   **a. Acts, Errors or Omissions**

   Acts, errors or omissions by you or others, whether before or after the acquisition of any Covered Property, in any of the following activities:

   **(1)** Planning, zoning, developing, surveying, testing or siting property;

   **(2)** Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris; or

   **(3)** Any of the following as to any part of land, buildings, roads, water or gas mains, sewers, drainage ditches, levees, dams, other structures or facilities, or to or for any Covered Property:

      **(a)** Design, specifications, construction, grading, compaction; or

      **(b)** Furnishing of work, materials, parts or equipment in connection with the design, specifications, construction, renovation, remodeling, grading or compaction.

   The Acts, Errors or Omissions Exclusion applies whether or not the property or facilities described above are Covered Property under this policy or on or away from a "Scheduled Premises".

   But if direct physical loss or direct physical damage to Covered Property by fire, explosion or "Sprinkler Leakage", we will pay for the resulting loss or damage caused by that fire, explosion or "Sprinkler Leakage".

   **b. Workmanship and Repair**

   We will not pay for the cost of correcting defects in Covered Property, or loss or damage to Covered Property that was caused by, resulting from, or arising out of improper or defective workmanship or repair done on Covered Property by you, your employees, or others working on your behalf.

   But if direct physical loss or direct physical damage by a "Specified Cause of Loss" ensues to Covered Property or if Equipment Breakdown coverage is provided under this policy and an Equipment Breakdown Accident ensues to Equipment Breakdown Equipment, we will pay for such ensuing loss or damage.

   **c. Animals**

   We will not pay for loss or damage to animals unless caused by a "Specified Cause of Loss". All other loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage.

**Form PC 10 10 01 18**

© 2018, The Hartford

**Page 1 of 7**

**d. Collapse**

**(Related to Earth Movement or Flood)**

Collapse, cracking, separating, shrinking, bulging, expansion, shifting, rising, settling, sinking, lateral movement or other movement, or other loss or damage to buildings or structures, including concrete or paved surfaces, which would not have occurred but for Earth Movement or Flood

**e. Earth Movement**

(1) Earthquake, meaning a shaking or trembling of the earth's crust, including tremors and aftershocks, resulting in breaking, shifting, rising, settling, sinking or lateral movement or other movement, including any related earth sinking, rising or shifting.

(2) Landslide, including any earth sinking, rising or shifting related to such event,

(3) Mine Subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than "Sinkhole Collapse"), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other part of buildings or structures. Soil conditions include contraction, expansion, freezing, thawing, erosion, improper compaction of soil and the action of water under the ground surface.

This Exclusion applies regardless of whether any of the above is caused by weather, an act of nature or by an artificial, man-made or other cause.

But if direct physical loss or direct physical damage to Covered Property by fire or explosion results, we will pay for the resulting loss or damage caused by that fire or explosion

**f. Water**

(1) Flood, which means surface water, waves, tidal water, tidal waves, tsunamis, or overflow of any natural or man-made body of water from its boundaries, all whether driven by wind or not (including storm surge).

(2) Mudslide or mudflow, directly or indirectly caused by flooding or the accumulation of water under the ground.

(3) Water or other material that backs up or overflows from any sewer, septic tank, sump or drain.

(4) Release of water held by a dam, levee or dike, or by a water or flood control device.

(5) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces,

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

(6) Waterborne material or other property carried or otherwise moved by any of the water referred to in Paragraphs **(1)**, **(3)** or **(4)**, or by mudslide or mudflow.

But if direct physical loss or direct physical damage to Covered Property by fire, explosion or "Sprinkler Leakage" results, we will pay for the resulting loss or damage caused by that fire, explosion or "Sprinkler Leakage".

This Exclusion applies regardless of whether any of the above, in Paragraphs **(1)** though **(6)**, is caused by weather, an act of nature or by an artificial, man-made, or other cause

**g. "Fungus", Wet Rot, Dry Rot, Bacteria or Virus**

Presence, growth, proliferation, spread or any activity of "fungus," wet rot, dry rot, bacteria or virus

But if direct physical loss or direct physical damage to Covered Property by a "Specified Cause of Loss" results, we will pay for the resulting loss or damage caused by that "Specified Cause of Loss".

This Exclusion does not apply:

(1) When "fungus," wet rot, dry rot, bacteria or virus results from fire or lightning; or

(2) To the extent that coverage is provided in the Additional Coverage(s) - "Fungus," Wet Rot, Dry Rot, Bacteria or Virus - Limited Coverage with respect to loss or damage by a cause of loss other than fire or lightning.

**h. Governmental Action**

(1) Seizure or destruction of property by order of governmental authority.

(2) But we will pay for direct physical loss or direct physical damage caused by or resulting from acts of destruction ordered by governmental authority

and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

(3) This Exclusion does not apply to coverage as provided under the Ordinance or Law Additional Coverage(s).

**i. Nesting or Infestation**

(1) We will not pay for loss or damage caused by, resulting from, or arising out of nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(2) If direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

(3) This Exclusion does not apply to:

(a) "Computer Equipment" and "Valuable Papers"; and

(b) Accounts Receivable and Fine Arts Additional Coverages.

**j. Nuclear Hazard**

(1) Nuclear reaction, nuclear radiation or radioactive contamination, however caused, whether intentional or unintentional. This includes, but is not limited to, the release, dispersal or application of radioactive material, or the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination or radioactive force.

(2) When state standard fire policy law requires that we cover any resulting fire damage, we will pay only for the resulting damage caused by that resulting fire. We will pay only the Actual Cash Value for the damaged property. Therefore, we will not pay for any indirect or related loss(es), such as business income, extra expenses, legal liability, or leasehold interest loss(es).

**k. Ordinance or Law**

(1) The enforcement of, or compliance with, any ordinance or law:

(a) Regulating the construction, use or repair of any property; or

(b) Requiring the tearing down of any property, including the cost of removing its debris.

(2) This Exclusion applies whether the loss results from:

(a) An ordinance or law that is enforced even if the property has not been damaged; or

(b) The increased costs incurred to comply with an ordinance or law while in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**l. Pathogenic or Poisonous Biological or Chemical Materials**

(1) The deliberate or intentional dispersal or application of any pathogenic or poisonous biological or chemical materials.

(2) But if direct physical loss or direct physical damage to Covered Property by fire results, we will pay for the resulting loss or damage caused by that fire.

**m. "Pollutants and Contaminants"**

(1) Discharge, dispersal, seepage, migration, release or escape of "Pollutants and Contaminants".

(2) But if direct physical loss or direct physical damage to Covered Property by a "Specified Cause of Loss" results, we will pay for the resulting loss or damage caused by that "Specified Cause of Loss".

(3) This Exclusion does not apply if the discharge, dispersal, seepage, migration, release or escape is itself caused by a "Specified Cause of Loss".

(4) This Exclusion does not apply to:

(a) "Computer Equipment" and "Valuable Papers";

(b) Accounts Receivable, Business Travel, Exhibitions, Fine Arts and Transit Additional Coverages; or

(c) The accidental or malicious application of chemicals to glass that is a part of a building, structure or showcase.

**n. Utility Services Interruption**

The failure of power, communication, water or other utility service supplied to a "Scheduled Premises" if the failure:

(1) Originates away from a "Scheduled Premises"; or

**(2)** Originates at a "Scheduled Premises", but only if such failure involves equipment used to supply the utility service to the "Scheduled Premises" from a source away from the "Scheduled Premises"

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

Communication services include but are not limited to service relating to internet access or access to any electronic, cellular or satellite network

But if the failure of power, communication, water or other utility service supplied to the insured premises results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss to Covered Property.

**(3)** This Exclusion does not apply to

**(a)** "Valuable Papers",

**(b)** Accounts Receivable and Fine Arts Additional Coverages; and

**(c)** Coverage provided under the Utility Service Additional Coverage(s)

**o. War and Military Action**

**(1)** War, including undeclared war,

**(2)** Hostile or warlike action, in time of peace or war, including action in hindering, combating or defending against an actual or expected attack, by any of the following:

**(a)** Government or sovereign power (including quasi and de facto forms), or by any authority maintaining or using military, naval or air forces;

**(b)** Military, naval or air forces, or

**(c)** An agent of any such government, power, authority or forces.

**(3)** Invasion, insurrection, rebellion, revolution, civil war, usurped power, including action in hindering, *combating or defending against any such actual or expected event by any government, power, authority, forces or agents described in Paragraph* **(2)(a)-(c)**.above.

Exclusions **B.1.a.** through **B.1.o.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following

**a. Artificially Generated Electrical, Magnetic or Electromagnetic Energy**

Artificially generated electrical. magnetic or electromagnetic energy. including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network

For the purpose of this Exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to

**(1)** Electrical current, including arcing;

**(2)** Electrical charge produced or conducted by a magnetic or electromagnetic field,

**(3)** Pulse of electromagnetic energy, or

**(4)** Electromagnetic waves or microwaves.

But if direct physical loss or direct physical damage to Covered Property by fire results, we will pay for the resulting loss or damage caused by that fire.

**b. Accounting Errors**

Errors or omissions in accounting, arithmetic, bookkeeping, or billing

**c. Change of Temperature, Dampness or Dryness**

**(1)** Dampness or dryness of atmosphere, or

**(2)** Changes in or extremes of temperature.

But if direct physical loss or direct physical damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

**(3)** This Exclusion does not apply to

**(a)** "Computer Equipment" and "Valuable Papers";

**(b)** Accounts Receivable and Fine Arts Additional Coverages; and

**(c)** Coverage provided for Spoilage under the Cause of Loss Equipment Breakdown if applicable.

**d. Delay, Loss of Use or Loss of Market**

We will not pay for loss or damage caused by, resulting from, or arising out of delay, loss of use. or loss of market.

**e. Dishonest Acts**

Dishonest or criminal act (including theft) by you, any of your partners, members, officers, managers, employees (including temporary employees and leased workers), directors, trustees, or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This Exclusion:

(1) Applies whether or not an act occurs during your normal hours of operation;

(2) Does not apply to:

(a) Acts of destruction by your employees (including temporary employees and leased workers) or authorized representatives; but theft by your employees (including temporary employees and leased workers) or authorized representatives is not covered; or

(b) Property entrusted to carriers for hire.

**f. Docks, Piers, Wharves**

(1) Action of water or ice to bulkheads, docks, piers, seawalls, wharves, or property on such structures.

(2) But if direct physical loss or direct physical damage to Covered Property by a "Specified Cause of Loss" results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

**g. Electronic Vandalism or Corruption of "Electronic Data" or Corruption of "Computer Equipment"**

Electronic Vandalism or Corruption of "Electronic Data" or Corruption of "Computer Equipment" which means:

(1) A virus, malicious code or similar instruction introduced into or enacted on a computer system (including "Electronic Data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation.

(2) Unauthorized viewing, copying or use of electronic data (or any proprietary or confidential information or intellectual property in any form) by any person, even if such activity is characterized as "Theft";

(3) Errors, omissions or deficiency in programming, processing or storing "Electronic Data";

(4) Errors, omissions or deficiency in design, installation, maintenance, repair or modification of your computer system or any computer system or network to which your system is connected or on which your system depends (including "Electronic Data");

(5) Manipulation of your computer system, including "Electronic Data", by any person(s), for the purpose of diverting or destroying "Electronic Data" or causing fraudulent or illegal transfer of any property;

(6) Interruption in normal computer function or network service or function due to insufficient capacity to process transactions or to an overload of activity on the system or network;

(7) Unexplained or indeterminable failure, malfunction or slowdown of a computer system, including "Electronic Data" or the inability to access or properly manipulate the "Electronic Data";

(8) Complete or substantial failure, disablement or shutdown of the Internet, regardless of the cause;

(9) The inability of a computer system to correctly recognize, process, distinguish, interpret or accept one or more dates or times.

But if direct physical loss or direct physical damage to Covered Property by fire, explosion or "Sprinkler Leakage" results, we will pay for the resulting loss or damage caused by that fire, explosion or "Sprinkler Leakage".

**h. Loss Due To By-Products of Production or Processing Operations**

(1) We will not pay for loss or damage to "Scheduled Premises", caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the "Scheduled Premises". This exclusion applies regardless of whether such operations are:

(a) Legally permitted or prohibited;

(b) Permitted or prohibited under the terms of the lease; or

(c) Usual to the intended occupancy of the premises.

This exclusion does not apply to loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation.

(2) If the loss or damage described in Paragraph (1) results in Business Income loss or Extra Expense, there is no coverage for such loss or expense under the business income and/or extra expense forms listed in this policy, or under any other business interruption insurance if provided under this policy.

(3) The conduct of an insured or tenant production or processing operations will not be considered to be vandalism of the premises regardless of whether such operations are:

(a) Legally permitted or prohibited,

(b) Permitted or prohibited under the terms of a lease; or

(c) Usual to the intended occupancy of the premises.

**i. Mechanical Breakdown**

Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the direct physical loss or direct physical damage caused by that elevator collision.

**j. Missing Property**

Disappearance of property when there is no clear evidence to show what happened to it. This would include a shortage disclosed on taking inventory or auditing records. This Exclusion does not apply to property in the custody of a carrier for hire.

**k. Neglect to Protect Property**

Neglect to use all reasonable means to save and preserve property from further damage at and after time of the direct physical loss or damage.

**l. Rain, Snow, Ice, Sleet to Property in the Open**

Rain, snow, ice or sleet to personal property while in the open. This Exclusion does not apply to property in the custody of a carrier for hire.

**m. Settling, Cracking to Buildings or Structures**

(1) Settling, cracking, shrinking or expansion of buildings or structures, bridges, roadways, walks, patios or concrete or paved surfaces.

(2) But if direct physical loss or damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

**n. Smoke (Agricultural or Industrial)**

Smoke, vapor or gas from agricultural smudging or industrial operations.

**o. Steam Explosions**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**p. Testing**

(1) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or

(2) An insulation breakdown test of any type of electrical equipment

(3) But if direct physical loss or damage to Covered Property by a "Specified Cause of Loss" results, we will pay for the resulting loss or damage caused by that "Specified Cause of Loss."

**q. Unauthorized Transfer of Property**

Unauthorized transfer of property that has been transferred to any person or to any place outside your premises on the basis of unauthorized instructions.

**r. Voluntary Parting**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

3. We will not pay for loss or damage caused by or resulting from any of the following. **3.a.** through **3.f.** But if direct physical loss or direct physical damage to Covered Property by a Covered Cause of Loss results, we will pay for the resulting loss or damage caused by that Covered Cause of Loss.

a. Wear and tear, or change in color, texture, or finish,

b. Rust, corrosion, decay, or deterioration,

    c. Hidden or latent defect or any quality in property that causes it to damage or destroy itself;

    d. Maintenance;

    e. Smog; or

    f. Shrinkage, evaporation, or loss of weight of "Stock".

## C. Limitations

The following limitations apply to all policy forms and endorsements:

We will not pay for loss of or damage to property, as described and limited below. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited below.

1. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

2. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

3. The interior of any building or structure, or personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    a. The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    b. The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

4. "Theft" of "Electronic Data".

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - EQUIPMENT BREAKDOWN

This endorsement modifies insurance provided under the following

**PROPERTY CHOICE COVERAGE PART**

The following changes apply to all coverages provided under the Property Choice Coverage Part.

**A.** The following changes apply to the Property Choice - Covered Causes of Loss and Exclusions Form

  **1.** Additional Coverage - Equipment Breakdown is deleted.

  **2.** The following Specific Exclusions are added

    **a. Artificial Electrical Current**

      **(1)** We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, equipment, appliances or wires

      **(2)** If direct physical loss or direct physical damage by fire ensues to Covered Property, we will pay only for such ensuing loss or damage

      **(3)** This Exclusion does not apply to

        **(a)** "Computer Equipment" and "Valuable Papers and Computer Media and Data", and

        **(b)** Accounts Receivable and Fine Arts

    **b. Boiler Explosion**

      **(1)** We will not pay for loss or damage caused by or resulting from explosion of steam boilers steam pipes, steam engines or steam turbines owned or leased by you or operated under your control.

      **(2)** But if explosion of steam boilers, steam pipes, steam engines or steam

turbines results in fire or combustion explosion, we will pay for that resulting fire or combustion explosion

      **(3)** We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass

    **c. Boiler Condition**

      **(1) Hot Water Boilers**

      We will not pay for loss of or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion We will not pay for any loss that is a consequence of such loss or damage

      **(2) Steam Boilers**

        **(a)** We will not pay for loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment

        **(b)** We will not pay for any loss that is a consequence of such loss or damage

        **(c)** But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the

**Form PC 10 11 01 03**

Page 1 of 2

© 2002, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc , with its permission.)

flues or passages through which the gases of combustion pass

**d. Mechanical Breakdown**

**(1)** We will not pay for loss or damage caused directly or indirectly by mechanical breakdown, including rupture or bursting caused by centrifugal force.

**(2)** If direct physical loss or direct physical damage by a Covered Cause of Loss ensues to Covered Property, we will pay only for such ensuing loss or damage.

**(3)** This Exclusion does not apply to:

**(a)** "Computer Equipment" and "Valuable Papers and Computer Media and Data"; and

**(b)** Accounts Receivable and Fine Arts Coverages.

**3.** Equipment Breakdown Accident is deleted from Ensuing Loss Coverage under the Workmanship Exclusion.

**B.** The following change applies to the Property Choice Conditions.

The Equipment Breakdown - Suspension and Equipment Breakdown - Jurisdictional Inspections General Conditions are deleted.

**Form PC 10 11  01 03**

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAUSE OF LOSS - ELECTRONIC VANDALISM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered. Words and phrases that appear in quotation marks have special meaning. Refer to Form PC 00 90 **PROPERTY CHOICE CONDITIONS AND DEFINITIONS** for definitions.

This endorsement modifies insurance provided under the following

PROPERTY CHOICE COVERAGE PART

**A. COVERED CAUSE OF LOSS**

**1. Electronic Vandalism**

a. Electronic Vandalism, as defined and limited below, is added as a Covered Cause of Loss

b. Electronic Vandalism means

(1) A virus, malicious code or similar instruction introduced into and enacted on a computer system (including "Electronic Data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation; or

(2) Manipulation of your computer system, including "Electronic Data", by any person(s) for the purpose of diverting or destroying "Electronic Data".

whether or not there has been any physical loss or physical damage to "Computer Equipment" or "Electronic Data".

Paragraphs **(1)** and **(5)** of Exclusion **B.2.g. Electronic Vandalism** found in the Property Choice Covered Causes of Loss and Exclusions Form do not apply to the insurance specifically provided under this Endorsement. The other paragraphs of the Electronic Vandalism Exclusion continue to apply.

c. Paragraph **B.3 Limitation - Interruption of Computer Operations** found in any Property Choice Business Income Coverage Form, Property Choice Rental Income Coverage Form, or Property Choice Extra Expense Coverage Form attached to this Coverage Part is deleted and replaced with the following Limitation

**3. Business Income, Rental Income, and Extra Expense Limitation - Network Outage**

a. Coverage for Business Income or Rental Income applies only when a suspension of operations is caused by a network outage, which is an actual and measurable failure, interruption, degradation, suspension or delay in service caused by or resulting from Electronic Vandalism.

b. Coverage for Extra Expense applies only when the action is taken to reduce, minimize or stop a suspension of operations caused by network outage, which is an actual and measurable failure, interruption, degradation, suspension or delay in service caused by or resulting from Electronic Vandalism.

**2. Coverage Extensions**

a. **Denial of Service - Business Income, Rental Income or Extra Expense**

Denial of Service Attack, as defined and limited below, is added as a Covered Cause of Loss with respect to the following coverages, if attached to this Coverage Part Business Income, Rental Income and Extra Expense Denial of Service Attack means the malicious direction of a high volume of worthless inquiries to web site or e-mail destinations, effectively denying or limiting legitimate access.

**Form PC 10 83 01 18**

Page 1 of 4

© 2018, The Hartford

This Coverage applies to Denial of Service Attacks:

**(1)** That originate anywhere in the world; and

**(2)** Whether or not there has been any physical loss or physical damage to "Electronic Data".

**(3)** The most we will pay for the sum of all loss in any one "Policy Year" due to Denial of Service Attack is $25,000.

**b. Good Faith Advertising Expense**

**(1)** If we make payment for loss or damage caused by or resulting from Denial of Service or Electronic Vandalism as provided under Denial of Service - Business Income, Rental Income or Extra Expense, Electronic Extortion Demand, Electronic Vandalism or Web Site and Internet Services Coverages, we will pay for the reasonable advertising expenses you incur solely to regain customer good faith.

**(2)** The most we will pay for the sum of all reasonable advertising expenses under this provision in any one "Policy Year" is $25,000.

**c. Electronic Extortion Demand**

**(1)** We will reimburse ransom monies paid by you resulting from a covered electronic extortion demand. Ransom monies mean money that you have surrendered to meet an actual electronic extortion demand which is first made during the "Policy Year". Electronic extortion demand means the introduction of malware into your computer system that causes the loss of use of, inability to access, or inability to manipulate electronic data or the non-functionality of any computer processing equipment coupled with a demand of ransom monies for the subsequent removal of the malware from your computer system. All demands for the same malware attack will be deemed to constitute a single electronic extortion demand.

**(2)** We will not pay any ransom monies:

**(a)** In connection with any claim for reimbursement for, based upon, arising from or in any way related to any fraudulent, dishonest or criminal acts by you, or any person authorized by you to have custody of ransom monies.

**(b)** Due to confiscation or expropriation of ransom monies by any governmental authority.

**(c)** Due to your failure to realize income.

**(d)** Due to your failure to comply with any of the following **Additional Conditions:**

**i.** You shall give oral or written notice of an electronic extortion demand as soon as practicable to us;

**ii.** You shall make every reasonable effort to notify the police or other law enforcement agency having jurisdiction over such "occurrence" and comply with such agencies' recommendations and instructions;

**iii.** You shall determine, and aid in determining, that the electronic extortion demand is genuine and has actually occurred;

**iv.** You shall use all reasonable efforts not to disclose the existence of this Additional Coverage or any payments made hereunder;

**v.** You shall use all due diligence and do all things reasonably practicable to avoid or diminish any payment; and

**vi.** You shall furnish to us affirmative proof of payment with full particulars of the loss sustained.

**(3)** The most we will pay in total in any one "Policy Year" for all electronic extortion demands regardless of the number of electronic extortion demands made in any one "Policy Year" is $10,000. This is the only Limit of Insurance that applies to Electronic Extortion Demand.

**B. LOSS PAYMENT AND VALUATION**

**1.** In the event of loss or damage to "Electronic Data" caused by or resulting from Electronic Vandalism, we will determine the value of the "Electronic Data" at the actual, reasonable and necessary costs you incur to restore or replace the "Electronic Data".

We will not pay for costs or expenses you incur to:

a. Identify or remediate any errors or vulnerabilities or to update, restore, replace, upgrade, maintain or improve any "Computer Equipment" or computer system;

b. Update, replace, restore or improve any "Electronic Data" to a level beyond the condition in which it existed immediately preceding the Electronic Vandalism; or

c. Duplicate research that led to development of your "Electronic Data" or any proprietary or confidential information or intellectual property in any form.

To the extent that "Electronic Data" is not replaced or restored the loss will be valued at the cost of replacement of the media on which the "Electronic Data" was stored, with blank media of substantially identical type.

If you recover from a licensor, lessor or any other party for loss or damage to "Electronic Data", our loss payment to you will be reduced by the amount of such recovery.

2. In the event of loss or damage to "Computer Equipment" caused by or resulting from Electronic Vandalism, we will determine the value at the valuation basis applicable to Business Personal Property.

3. If the Extra Expense coverage applies and in the event you incur actual necessary and reasonable Extra Expense, as provided and limited under this Coverage Part, then we will not pay for any of the following:

a. Costs or expenses incurred to update or improve any "Computer Equipment" or computer system;

b. Costs or expenses incurred to identify or remediate vulnerabilities or errors in any "Computer Equipment" or computer system unrelated to the loss or damage;

c. Contractual liability, or the value of, or associated with, any contract including, but not limited to, any sums due pursuant to a contractual provision for liquidated damages, agreed penalties, or similar remedy, or

d. Ransom monies to restore the use of, ability to access, or ability to manipulate "Electronic Data" or to restore the functionality of any "Computer Equipment" or computer system, except to the extent covered in the Electronic Extortion Demand Coverage Extension.

4. We will not pay for loss or damage caused by "theft," observation, publication, unauthorized access to or loss of confidentiality of "Electronic Data".

**C. LIMIT OF INSURANCE**

1. The most we will pay under this endorsement in total for all loss or damage from all "occurrences" during the "Policy Year", regardless of the number of coverages applicable, the number of premises or the number of "occurrences" during the "Policy Year", is the lesser of:

a. The Limits of Insurance applicable to Building, Business Personal Property, Business Income or Rental Income and Extra Expense; or

b. "Policy Year" Limit of Insurance applicable to Electronic Vandalism shown in the Property Choice Schedule of Premises and Coverages.

2. Any amounts payable under this endorsement, any Coverage, Additional Coverage or Coverage Extension contained in this Coverage Part including, but not limited to, the Cloud Computing Coverage endorsement or the Website and Internet Services Additional Coverage, are included in and do not increase the Electronic Vandalism "Policy Year" Limit of Insurance.

3. This Coverage does not apply to any "occurrence" that first began prior to "Policy Year" or the inception of this Endorsement.

**D. DEDUCTIBLE**

1. We will not pay for any loss or damage in any one "occurrence" until the amount of loss or damage exceeds the applicable Deductible stated in the Property Choice Schedule of Premises and Coverages. Subject to the "Policy Year" Limit of Insurance, we will then pay the amount of loss in excess of the Deductible, up to the applicable Limit of Insurance.

2. We will not pay for any Business Income loss or Rental Income loss caused by Electronic Vandalism that you sustain during the 6 hours (unless a different Waiting Period for Electronic Vandalism is indicated in the Property Choice Schedule of Premises and Coverages or by endorsement) that immediately follow the time when you first discovered the Electronic Vandalism. This Waiting Period serves as a deductible. No other deductible applies to Business Income or Rental Income coverage. This Waiting Period does not apply to Extra Expense.

3. As respects the Denial of Service Coverage Extension, we will not pay for any loss of Business Income or Rental Income that you sustain during the 12 hours (unless a different Waiting Period for this Coverage is indicated in the Property Choice Schedule of Premises or Coverages or by endorsement) that

immediately follow the time when you first discovered the Denial of Service Attack. This Waiting Period serves as a deductible. No other deductible applies to Business Income or Rental Income coverage. This Waiting Period does not apply to Extra Expense.

**E. DEFINITION**

"Occurrence", as used in this endorsement, means:

1. An individual act or event, including any subsequent acts or events arising from, or enabled by, the original act or event; or

2. The combined total of all separate acts or events, whether or not related, or a series of acts or events, whether or not related committed by the same person or entity acting alone or in collusion with other persons or entities during the Policy Period shown in the Declarations.

Form PC 10 83 01 18

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CLOUD COMPUTING COVERAGE

This Endorsement modifies insurance provided under the following

PROPERTY CHOICE COVERAGE PART

**A.** Property Choice - Specialized Property Insurance Coverages endorsement is revised as follows

  **1. LOSS OF OR DAMAGE TO ELECTRONIC DATA AT CLOUD COMPUTING FACILITY**

  **a.** The following is added to Section A. *Additional Coverages - Unnamed Premises:*

  We will pay for loss or damage to your "Electronic Data" caused by or resulting from a Covered Cause of Loss while at a Cloud Computing facility located anywhere in the world. A Cloud Computing facility means a facility operated by a Cloud Computing provider with whom you have a written contract

  **b.** With respect to the coverage provided under this Cloud Computing provision

  **(1)** Unnamed Premises includes the premises of a Web Site, Communications or Internet Services provider.

  **(2)** The Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

  **(3)** This is the only insurance that applies to loss or damage to your "Electronic Data" at Cloud Computing facilities.

  **2. LIMIT OF INSURANCE**

  **a.** The most we will pay for loss or damage in any one occurrence regardless of the types or number of Cloud Computing facilities or Causes of Loss involved is the Limit of Insurance shown in the applicable Property Choice - Specialized Property Insurance Coverages endorsement Additional Coverage: Unnamed Premises: At all Unnamed Premises: Business Personal Property.

  **b.** Refer to any optional Covered Cause(s) of Loss endorsement that is attached to this Coverage Part for an applicable "Policy Year" Limit of Insurance.

**B.** If a Limit of Insurance is shown in the Property Choice Schedule of Premises and Coverages for Business Income, Rental Income or Extra Expense Coverage then the following applies:

The Additional Coverage - Unnamed Premises found in the following endorsements

Property Choice Business Income and Extra Expense - Additional Coverages;

Property Choice Business Income - Additional Coverages;

Property Choice Professional Business Income - Additional Coverages.

Property Choice 12 Month Business Income - Additional Coverages;

Property Choice Rental Income - Additional Coverages, or

Property Choice Extra Expense - Additional Coverages,

is revised as follows

  **1. BUSINESS INCOME, RENTAL INCOME OR EXTRA EXPENSE DUE TO LOSS OF OR DAMAGE TO ELECTRONIC DATA AT CLOUD COMPUTING FACILITY**

  **a.** The following is added to Additional Coverage - Unnamed Premises:

  We will pay for the actual loss of Business Income, Rental Income or Extra Expense you incur, if applicable due to loss or damage to your "Electronic Data", caused by or resulting from a Covered Cause of Loss while at a Cloud Computing facility located anywhere in the world A Cloud Computing facility means a facility operated by a Cloud Computing provider with whom you have a written contract

© 2018, The Hartford

**b.** With respect to the coverage provided under this Cloud Computing provision:

**(1)** Unnamed Premises includes the premises of a Web Site, Communications or Internet Services provider.

**(2)** The Coverage Territory General Condition found in the Property Choice Conditions and Definitions form does not apply.

**(3)** This is the only insurance that applies to the actual loss of Business Income, Rental Income or Extra Expense, if applicable, due to loss or damage to your "Electronic Data" at Cloud Computing facilities.

**c.** We will not pay for any loss of Business Income or Rental Income until the necessary interruption of your business operations exceeds 12 hours (unless a different Waiting Period for this *Coverage is indicated in the Property* Choice Schedule of Premises or Coverages or by endorsement applicable to Unnamed Premises). We will not pay for any loss of Business Income or Rental Income you sustain in any one occurrence during such time period. This Waiting Period does not apply to Extra Expense.

**2. LIMIT OF INSURANCE**

**a.** The most we will pay for the actual loss of Business Income or Rental Income sustained or Extra Expense incurred in any one occurrence regardless of the types or number of Cloud Computing facilities involved is the Limit of Insurance shown in the applicable Property Choice Business Income or Rental Income or Extra Expense - Additional Coverage - Unnamed Premises.

**b.** Refer to any optional Covered Cause(s) of Loss endorsement that is attached to this Coverage Part for an applicable "Policy Year" Limit of Insurance.

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - BUSINESS INCOME
### (BUSINESS INCOME)

This endorsement modifies insurance provided under the following:

**BUSINESS INCOME COVERAGE FORMS**

The following exclusion applies to the "Scheduled Premises" stated for **Business Income Exclusion** in the Property Choice - Schedule of Premises and Coverages.

Coverage under any applicable Business Income Coverage Form does not apply to loss caused by or resulting from a Covered Cause of Loss at the specified "Scheduled Premises".  This includes loss at other premises which are interdependent with the designated "Scheduled Premises".

© 2009, The Hartford



# QUICK REFERENCE
## BUSINESS CRIME

**Property Choice Common Crime Coverages Form**

A. Insuring Agreements

B. Additional Coverage – Claim Expense

C. Limit of Insurance

D. Deductible

E. Exclusions

F. Crime Common Conditions

    1. Conditions applicable to all Insuring Agreements

        a. Additional Premises or Employees

        b. Concealment, Misrepresentation or Fraud

        c. Consolidation – Merger or Acquisition

        d. Cooperation

        e. Duties in the Event of Loss

        f. Employee Benefit Plan(s)

        g. Extended Period to Discover Loss

        h. Joint Insured

        i. Legal Action Against Us

        j. Other Insurance

        k. Ownership of Property; Interests Covered

        l. Policy Bridge – Discovery Replacing Loss Sustained

        m. Records

        n. Recoveries

        o. Territory

        p. Transfer of Your Rights of Recovery Against Others to Us

        q. Valuation - Settlement

    2. Conditions Applicable to Insuring Agreement A.1. Employee Theft.

    3. Conditions Applicable to Insuring Agreement A.2. Forgery or Alteration.

    4. Condition Applicable To Insuring Agreement A.4. Outside the Premises – *Theft of Money and Securities.*

    5. Conditions Applicable To Insuring Agreement A.5. Computer Fraud.

G. Definitions



# PROPERTY CHOICE COMMON CRIME COVERAGES FORM
## (BUSINESS CRIME)

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **G. Definitions**.

## A. INSURING AGREEMENTS

Coverage is provided under the following INSURING AGREEMENTS for which a corresponding Limit of Insurance is shown in the Property Choice Schedule of Premises and Coverages, or Endorsements and applies to loss which is to your financial detriment and that you sustain resulting directly from an "occurrence" taking place at any time which is "discovered" by you during the Policy Period shown in the Property Choice Declarations or during the period of time provided in the Extended Period To Discover Loss - CRIME COMMON CONDITION **F.1.g.**

1. **Employee Theft**

   We will pay for loss of or damage to "money", "securities" and "other property" resulting directly from "theft" committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

   For the purposes of this Insuring Agreement, "theft" shall also include forgery.

2. **Forgery or Alteration**

   a. We will pay for loss resulting from "forgery" or alteration of checks, drafts, promissory notes, or similar written promises, orders or directions to pay a sum certain in "money" that are:

      (1) Made or drawn by or drawn upon you, or

      (2) Made or drawn by one acting as your agent,

      or that are purported to have been so made or drawn.

      For the purposes of this Insuring Agreement, a substitute check as defined in the Check Clearing for the 21st. Century Act shall be treated the same as the original it replaced.

   b. If you are sued for refusing to pay any instrument covered in Paragraph **2. a.** above, on the basis that it has been forged

or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses you incur and pay in that defense. The amount that we will pay is in addition to the limit of Insurance applicable to this Insuring Agreement.

3. **Inside the Premises - Theft of Money and Securities**

   a. We will pay for loss of "money" and "securities" inside the "premises" or "banking premise" resulting from "theft", disappearance or destruction.

   b. We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of "money" and "securities", if you are the owner of the "premises" or are liable for damage to it.

   c. We will pay for loss of or damage to a locked safe, vault, cash register, cash box or cash drawer located inside the "premises" resulting directly from an actual or attempted "theft" of or unlawful entry into those containers.

4. **Outside the Premises - Theft of Money and Securities**

   We will pay for loss of "money" and "securities" outside the "premises" in the care and custody of a "messenger" or an armored motor vehicle company resulting directly from "theft", disappearance or destruction.

5. **Computer and Funds Transfer Fraud**

   We will pay for loss of or damage to "money", "securities", and "other property" resulting directly from the use of any computer to fraudulently cause:

   a. A transfer of that property from inside the "premises" or "banking premises":

      (1) To a person (other than a "messenger") outside those "premises"; or

© 2018, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)

**(2)** To a place outside those "premises".

**b.** The loss of "funds" resulting directly from a "fraudulent instruction" directing a financial institution to transfer, pay or deliver "funds" from your "transfer account".

**6. Money Orders and Counterfeit Paper Currency**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

**a.** Money orders issued by any post office, express company or bank that are not paid upon presentation; or

**b.** "Counterfeit" paper currency that is acquired during the regular course of business.

**7. Deception Fraud**

We will pay for loss to "money", "securities" and "other property" when you, or anyone to whom you have entrusted "money", "securities" and "other property", voluntarily parts with such "money", "securities" and "other property" due to any fraudulent scheme, trick, device or false pretense.

**B. ADDITIONAL COVERAGE - CLAIM EXPENSE**

**1.** In the event of covered loss or damage we will pay for reasonable expenses incurred by you at our specific request to assist us in:

**a.** The investigation of a claim or suit; or

**b.** The determination of the amount of loss, such as taking inventory or auditing business records.

**2.** The most we will pay in any one occurrence is $10,000. This is an additional amount of insurance.

**C. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the Declarations, Schedules or Endorsements.

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

If any loss is covered under more than one Insuring Agreement or Coverage, the most we will pay for such loss shall not exceed the largest Limit of Insurance available under any one of those Insuring Agreements or Coverages.

**D. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the applicable Deductible Amount shown in the Declarations, Schedules or Endorsements. We will then pay for the amount of loss in excess of the Deductible

amount, up to the Limit of Insurance. In the event that more than one Deductible Amount could apply to the same loss, only the highest Deductible Amount will be applied.

**E. EXCLUSIONS**

**1. EXCLUSIONS APPLICABLE TO ALL INSURING AGREEMENTS**

This insurance does not apply to:

**a. Acts Committed By You, Your Partners Or Your Members**

Loss resulting from "theft" or any other dishonest act committed by:

**(1)** You; or

**(2)** Any of your partners or "members";

whether acting alone or in collusion with other persons.

**b. Acts Of Employees Learned Of By You Prior To The Policy Period**

Loss caused by an "employee" if the "employee" had also committed "theft" or any other dishonest act prior to the effective date of this insurance and you or any of your partners, "members", "managers", officers, directors or trustees, not in collusion with the "employee", learned of that "theft" or dishonest act prior to the Policy Period shown in the Declarations.

**c. Acts Of Employees, Managers, Directors, Trustees Or Representatives**

Loss resulting from "theft" or any other dishonest act committed by any of your "employees", "managers", directors, trustees or authorized representatives:

**(1)** Whether acting alone or in collusion with other persons; or

**(2)** While performing services for you or otherwise;

except when covered under Insuring Agreement **A.1. Employee Theft.**

**d. Confidential Information**

Loss resulting from:

**(1)** The unauthorized disclosure of your confidential information including, but not limited to, patents, trade secrets, processing methods or customer lists; or

**(2)** The unauthorized use or disclosure of confidential information of another person or entity which is held by you including, but not limited to, financial information, personal information, credit card information or similar non-public information.

e. **Governmental Action**

Loss resulting from seizure or destruction of property by order of governmental authority.

f. **Indirect Loss**

Loss that is an indirect result of any act or occurrence covered by this insurance including, but not limited to, loss resulting from:

(1) Your inability to realize income that you would have realized had there been no loss of or loss from damage to property. Any Business Income Coverage Form or Extra Expense Coverage Form that is attached to this policy does not apply.

(2) Payment of damages of any type for which you are legally liable

(3) Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance, except as provided above in Section **B. ADDITIONAL COVERAGE - CLAIM EXPENSE**

g. **Legal Fees, Costs And Expenses**

Fees, costs and expenses incurred by you which are related to any legal action except when covered under insuring Agreement **A. 2. Forgery or Alteration.**

h. **Nuclear Hazard**

Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

i. **"Pollutants and Contaminants"**

We will not pay for loss or damage caused by, resulting from, arising out of, or in any way related to the discharge, dispersal, seepage, migration, release or escape of "Pollutants and Contaminants".

Pollutants and Contaminants as used in this exclusion means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemical and waste, or any other material which causes or threatens to cause physical loss, damage, impurity to property, unwholesomeness, undesirability, loss of marketability, loss of use of property or which threatens human health or welfare. Waste includes materials to be recycled, reconditioned or reclaimed.

j. **War and Similar Actions**

Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

2. **ADDITIONAL EXCLUSIONS APPLICABLE TO EMPLOYEE THEFT**

Insuring agreement **A.1. Employee Theft** does not apply to:

a. **Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon.

(1) An inventory computation; or

(2) A profit or loss computation.

However were you to establish wholly apart from such computations that you have sustained a loss, then you may offer your inventory records and actual physical count of inventory in support of the amount claimed.

b. **Trading**

Loss resulting directly or indirectly from trading, whether in your name or in a genuine or fictitious account

c. **Warehouse Receipts**

Loss resulting from fraudulent or dishonest signing, issuing, canceling or failing to cancel, a warehouse receipt or any papers connected with it.

3. **ADDITIONAL EXCLUSIONS APPLICABLE TO A.3. INSIDE THE PREMISES - THEFT OF MONEY AND SECURITIES - AND A.4. OUTSIDE THE PREMISES - THEFT OF MONEY AND SECURITIES**

Insuring Agreements **A.3. Inside the Premises - Theft of Money and Securities -** and **A.4. Outside the Premises - Theft of Money and Securities,** do not apply to:

a. **Accounting Or Arithmetic Errors Or Omissions**

Loss resulting from accounting or accounting or arithmetical errors or omissions

b. **Exchanges or Purchases**

Loss resulting from the giving or surrendering of property in any exchange or purchase

c. **Fire**

Loss or damage resulting from fire, however caused, except:

(1) Loss of or damage to "money" and "securities", and

**(2)** Loss from damage to a safe or vault.

**d. Money Operated Devices**

*Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.*

**e. Motor Vehicles Or Equipment And Accessories**

Loss of or damage to motor vehicles, trailers or semi-trailers or equipment and accessories attached to them.

**f. Transfer or Surrender Of Property**

**(1)** Loss of or damage to property that has been transferred or surrendered to a person or place outside the "premises" or "banking premises":

**(a)** On the basis of unauthorized instructions; or

**(b)** As a result of a threat to do bodily harm to any person; or

**(c)** As a result of a threat to do damage to any property; or

**(d)** As a result of a threat to introduce a denial of service attack into your computer system; or

**(e)** As a result of a threat to introduce a virus or other malicious instruction into your computer system which is designed to damage, destroy or corrupt data or computer programs stored within your computer system; or

**(f)** As a result of a threat to contaminate, pollute or render substandard your products or goods; or

**(g)** As a result of a threat to disseminate, divulge or utilize:

**(i)** Your confidential information; or

**(ii)** Weaknesses in the source code within your computer system.

**(2)** But, this *Exclusion does not apply* under Insuring Agreement **A.4. Outside the Premises - Theft of Money and Securities** to loss of "money", or "securities" while outside the "premises" in the care and custody of a "messenger" if you:

**(a)** Had no knowledge of any threat at the time the conveyance began; or

**(b)** Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

**g. Vandalism**

Loss from damage to the "premises" or its exterior, or to any safe, vault, cash register, cash box, cash drawer or "other property" by vandalism or malicious mischief.

**h. Voluntary Parting of Title to or Possession of Property**

Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

**4. ADDITIONAL EXCLUSIONS APPLICABLE TO COMPUTER AND FUNDS TRANSFER FRAUD**

Insuring Agreement **A.5. Computer and Funds Transfer Fraud** does not apply to:

**a. Credit Card Transactions**

Loss resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

**b. Inventory Shortages**

Loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:

**(1)** An inventory computation; or

**(2)** A profit or loss computation.

**5. ADDITIONAL EXCLUSIONS APPLICABLE TO DECEPTION FRAUD**

Insuring Agreement **A.7. Deception Fraud** does not cover:

Loss of "money", "securities" and "other property" when the person committing the fraudulent scheme, trick, device or false pretense is an "employee".

**F. CRIME COMMON CONDITIONS**

The following Conditions apply in addition to the Common Policy Conditions:

**1. Conditions applicable to all Insuring Agreements**

**a. Additional Premises Or Employees**

If, while this insurance is in force, you establish any additional "premises" or hire additional "employees", other than through consolidation or merger with, or purchase or acquisition of assets or liabilities of,

another entity, such "premises" and "employees" shall automatically be covered under this insurance. Notice to us of an increase in the number of "premises" or "employees" need not be given and no additional premium need be paid for the remainder of the Policy Period shown in the Property Choice Declarations.

**b. Concealment, Misrepresentation Or Fraud**

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other Insured at any time, intentionally conceal or misrepresent a material fact concerning:

(1) This insurance;

(2) The property covered under this insurance.

(3) Your interest in the property covered under this insurance; or

(4) A claim under this insurance.

**c. Consolidation - Merger or Acquisition**

If through consolidation or merger with, or purchase or acquisition of assets or liabilities of some other entity, any additional persons who become "Employees" or you acquire the use and control of any additional premises:

(1) You must give us written notice and obtain our written consent to extend this insurance to such additional "employees" or "premises". We may condition our consent upon payment of an additional premium, but

(2) For the first 90 days after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities, the coverage provided by this insurance shall apply to such consolidated or merged entity or such purchased or acquired assets or liabilities, provided that all "occurrences" causing or contributing to a loss involving such consolidation, merger or purchase or acquisition of assets or liabilities, must take place after the effective date of such consolidation, merger or purchase or acquisition of assets or liabilities.

**d. Cooperation**

You must cooperate with us in all matters pertaining to this insurance as stated in its terms and conditions.

**e. Duties in the Event of Loss**

After you discover a loss or a situation that may result in loss of or damage to "money", "securities" or "other property" you must

(1) Notify us as soon as possible. If you have reason to believe that any loss (except for loss covered under Insuring Agreements **A.1. Employee Theft** or **A.2. Forgery or Alteration**) involves a violation of a law you must also notify the local law enforcement authorities.

(2) Submit to examination under oath at our request and give us a signed statement of your answers.

(3) Produce for our examination all pertinent records.

(4) Give us a detailed, sworn proof of loss within 120 days from when we request the information.

(5) Cooperate with us in the investigation and settlement of any claim.

**f. Employee Benefit Plan(s)**

(1) The "employee benefit plan(s)" shown in the Declarations, Schedules or endorsements are included as Insureds under Insuring agreement **A.1. Employee Theft.**

(2) If any "employee benefit plan(s)" is insured jointly with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for Insuring Agreement **A.1. Employee Theft** that is sufficient to provide a limit of Insurance for each Plan that is at least equal to that required if each Plan were separately insured.

(3) With respect to losses sustained or "discovered" by any such Plan, insuring Agreement **A.1. Employee Theft** is replaced by the following.

We will pay for loss of or damage to "funds" and "other property" resulting directly from fraudulent or dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons.

(4) If the first Named Insured is an entity other than a Plan, any payment we make to that Insured for loss sustained by any Plan will be held by that Insured for the use and benefit of the Plan(s) sustaining the loss.

(5) If two or more Plans are insured under this insurance, any payment we make for loss:

(a) Sustained by two or more Plans, or

**(b)** of commingled "funds" or "other property" of two or more Plans;

that arises out of one "occurrence", is to be shared by each Plan sustaining loss in the proportion that the Limit of Insurance required for each Plan bears to the total Limits of Insurance of all plans sustaining loss.

**(6)** The Deductible Amount applicable to Insuring agreement **A.1. Employee Theft** does not apply to loss sustained by any "employee benefit plan(s)".

**g.  Extended Period To Discover Loss**

We will pay for loss that you sustained prior to the effective date of cancellation of this insurance, which is "discovered" by you:

**(1)** No later than 60 days from the date of that cancellation or expiration. However, this extended period to "discover" loss terminates immediately upon the effective date of any other insurance obtained by you, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(2)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**h.  Joint Insured**

**(1)** If more than one Insured is named in the Declarations, the first Named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first Named Insured ceases to be covered, then the next Named Insured will become the first Named Insured.

**(2)** If any Insured or partner, "member" or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

**(3)** An "Employee" of any Insured is considered to be an "Employee" of every Insured.

**(4)** If this insurance or any of its coverages is cancelled as to any Insured, loss sustained by that Insured is covered only if it is "discovered" by you:

**(a)** No later than 60 days from the date of that cancellation. However, this extended period to "discover" loss terminates immediately upon

the effective date of any other insurance obtained by that Insured, whether from us or another insurer, replacing in whole or in part the coverage afforded under this insurance, whether or not such other insurance provides coverage for loss sustained prior to its effective date.

**(b)** No later than 1 year from the date of that cancellation with regard to any "employee benefit plans".

**(5)** We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

**i.  Legal Action Against Us**

You may not bring any legal action against us involving loss:

**(1)** Unless you have complied with all the terms of this insurance;

**(2)** Until 90 days after you have filed proof of loss with us; and

**(3)** Unless brought within 2 years from the date you "discovered" the loss.

If any limitation in this Condition is prohibited by law, such limitation is amended so as to equal the minimum period of limitation provided by such law.

**j.  Other Insurance**

If other valid and collectible insurance is available to you for loss covered under this insurance, our obligations are limited as follows:

**(1)** Primary Insurance

When this insurance is written as primary insurance, and:

**(a)** You have other insurance subject to the same terms and conditions as this insurance, we will pay our share of the covered loss. Our share is the proportion that the applicable Limit of Insurance shown in the Declarations, Schedules or Endorsements bears to the total limit of all insurance covering the same loss.

**(b)** You have other insurance covering the same loss other than that described in Paragraph **(1)(a)**, we will only pay for the amount of loss that exceeds:

**(i)** The Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not; or

(ii) The Deductible Amount shown in the Declarations, Schedules or Endorsements,

whichever is greater. Our payment for loss is subject to the terms and conditions of this insurance.

(2) Excess Insurance

(a) When this insurance is written excess over other insurance, we will only pay for the amount of loss that exceeds the Limit of Insurance and Deductible Amount of that other insurance, whether you can collect on it or not. Our payment for loss is subject to the terms and conditions of this insurance.

(b) However, if loss covered under this insurance is subject to a *Deductible, we will reduce the Deductible* Amount shown in the Declarations, Schedules or Endorsements, by the sum total of all such other insurance plus any Deductible Amount applicable to that other insurance.

### k. Ownership of Property; Interests Covered

The property covered under this insurance is limited to property.

(1) That you own or lease.

(2) That you hold for others, or

(3) For which you are legally liable, except for property inside a premises of a "client" of yours.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization. Any claim for loss that is covered under this insurance must be presented by you.

### l. Policy Bridge - Discovery Replacing Loss Sustained

(1) If this insurance replaces insurance that provided you with an extended period of time after cancellation in which to discover loss and which did not terminate at the time this insurance became effective

(a) We will not pay for any loss that occurred during the Policy Period of that prior insurance which is "discovered" by you during the extended period to "discover" loss, unless the amount of loss exceeds the Limit of Insurance

and Deductible Amount of that prior insurance. In that case, we will pay for the excess loss subject to the terms and conditions of this policy.

(b) However, any payment we make for the excess loss will not be greater than the difference between the Limit of Insurance and Deductible Amount of that prior insurance and the Limit of Insurance shown in the Declarations, Schedules or Endorsements.

We will not apply the Deductible Amount shown in the Declarations, Schedules or Endorsements to this excess loss

(2) The Other Insurance Condition **F.1. j.** does not apply to this Condition

### m. Records

You must keep records of all Covered Property so we can verify the amount of any loss.

### n. Recoveries

(1) Any recoveries, whether effected before or after any payment under this insurance, whether made by us or you, shall be applied net of the expense of such recovery:

(a) First, to you in satisfaction of your covered loss in excess of the amount paid under this insurance;

(b) Second, to us in satisfaction of amounts paid in settlement of your claim;

(c) Third, to you in satisfaction of any Deductible Amount, and

(d) Fourth, to you in satisfaction of any loss not covered under this insurance.

(2) Recoveries do not include any recovery

(a) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

(b) Of original "securities" after duplicates of them have been issued

### o. Territory

This insurance covers acts committed or events occurring within the United States of America (including its territories and possessions), Puerto Rico and Canada.

**p. Transfer of Your Rights of Recovery Against Others to Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**q. Valuation - Settlement**

(1) Subject to Section **B. Limit of Insurance**, we will pay for:

(a) Loss of "Money" but only up to and including its face value. We may, at our option; pay for loss of "Money" issued by any country other than the United States of America:

(i) At face value of the "Money" issued by that country; or

(ii) In the United States of America dollar equivalent determined by the rate of exchange published in The Wall Street Journal on the day the loss was discovered.

(b) Loss of "Securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

(i) Pay the value of such "Securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "Securities"; or

(ii) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "Securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

i. Value of the "Securities" at the close of business on the day the loss was discovered; or

ii. Limit of Insurance.

(c) Loss of or damage to "other property" for the replacement cost of the property without deduction for depreciation as of the time of loss. However, we will not pay

more than the least of the following:

(i) The Limit of Insurance applicable to the lost or damaged property;

(ii) The cost to replace the lost or damaged property with other property of comparable material and quality and used for the same purpose; or

(iii) The amount you actually spent that is necessary to repair or replace the lost or damaged property.

We will not pay on a replacement cost basis for any loss.

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

If the lost or damaged property is not repaired or replaced, we will pay on an actual cash value basis.

(2) We may, at our option, pay for loss of, or loss from damage to, property other than "Money":

(a) In the "Money" of the country in which the loss occurred; or

(b) In the United States of America dollar equivalent of the "Money" of the country in which the loss occurred determined by the rate of exchange published in the Wall Street Journal on the day the loss was discovered.

(3) Any property that we pay for or replace becomes our property.

**2. Conditions Applicable to Insuring Agreement A.1. Employee Theft**

**a. Termination As To Any Employee**

This Insuring Agreement terminates as to any "employee":

(1) As soon as:

(a) You; or

(b) Any of your partners, "members", "managers", officers, directors, or trustees not in collusion with the "employee";

learn of "theft" or any other dishonest act committed by the "employee" whether before or after becoming employed by you.

(2) On the date specified in a notice mailed to the first Named Insured. That date will be at least 30 days after the date of mailing.

*We will mail or deliver our notice to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice*

**b. Territory**

We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory Condition **E.1.n.** for a period of not more than 90 days.

3. **Conditions Applicable to Insuring Agreement A.2. Forgery or Alteration:**

   **a. Deductible Amount**

   The Deductible amount does not apply to legal expenses paid under Insuring Agreement **A.2. Forgery or Alteration.**

   **b. Electronic and Mechanical Signatures**

   We will treat signatures that are produced or reproduced electronically, mechanically or by other means the same as handwritten signatures.

   **c. Proof of Loss**

   You must include with your proof of loss any instrument involved in that loss, or, if that is not possible, an affidavit setting forth the amount and cause of loss.

   **d. Territory**

   We will cover loss you sustain anywhere in the world. The Territory Condition **E.1.n.** does not apply to Insuring Agreement **A.2. Forgery or Alteration.**

4. **Condition Applicable to Insuring Agreement A.4. Outside the Premises - Theft of Money and Securities**

   **Special Limit Of Insurance For Specified Property**

   We will only pay up to $5,000 for any one "occurrence" of loss of or damage to:

   (1) Precious metals, precious or semiprecious stones, pearls, furs, or completed or partially completed articles made of or containing such materials that constitute the principal value of such articles; or

   (2) Manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

5. **Conditions Applicable To Insuring Agreement A.5. Computer and Funds Transfer Fraud**

   **a. Special Limit Of Insurance For Specified Property**

   We will only pay up to $5,000 for any one "occurrence" of loss of or damage to manuscripts, drawings, or records of any kind, or the cost of reconstructing them or reproducing any information contained in them.

   **b. Territory**

   We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. COMMON CRIME CONDITION - Territory - **F.1.o.** does not apply to Insuring Agreement **A.5.**

6. **Conditions Applicable To Insuring Agreement A.7. Deception Fraud**

   *Territory*

   We will cover loss that you sustain resulting directly from an "occurrence" taking place anywhere in the world. COMMON CRIME CONDITION - Territory - **F.1.o.** does not apply to Insuring Agreement **A.7.**

**G. Definitions**

1. "Banking Premises" means the interior of that portion of any building occupied by a banking institution or similar safe depository.

2. "Client" means any entity for whom you perform services under a written agreement

3. "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

4. "Custodian" means you, or any of your partners or "members", or any "employee" while having care and custody of property inside the "premises", excluding any person while acting as a "watchperson" or janitor

5. "Discover" or "discovered" means the time when you first become aware of facts which would cause a reasonable person to assume that a loss of a type covered by this insurance has been or will be incurred, regardless of when the act or acts causing or contributing to such loss occurred, even though the exact amount or details of loss may not then be known

   "Discover" or "discovered" also means the time when you first receive notice of an actual or potential claim in which it is alleged that you are liable to a third party under circumstances which, if true, would constitute a loss under this insurance.

6. "Employee":

  a. "Employee" means:

    (1) Any natural person:

      (a) While in your service and for the first 30 days immediately after termination of service, unless such termination is due to "theft" or any other dishonest act committed by the "employee";

      (b) Who you compensate directly by salary, wages or commissions; and

      (c) Who you have the right to direct and control while performing services for you;

    (2) Any natural person who is furnished temporarily to you:

      (a) To substitute for a permanent "employee" as defined in Paragraph (1) above, who is on leave; or

      (b) To meet seasonal or short-term workload conditions;

    while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises";

    (3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph (2) above;

    (4) Any Natural person who is:

      (a) A trustee, officer, employee, administrator or manager who is an independent contractor, of any "employee benefit plan"; and

      (b) A director or trustee of yours while that person is engaged in handling "funds" or "other property" of any "employee benefit plan";

    (5) Any natural person who is a former "employee", director, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you;

    (6) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside the "premises".

    (7) Any "employee" of an entity merged or consolidated with you prior to the effective date of this insurance; or

    (8) Any of your "managers", directors or trustees while:

      (a) Performing acts within the scope of the usual duties of an "employee"; or

      (b) Acting as a member of any committee duly elected or appointed by resolution of your board of directors or board of trustees to perform specific, as distinguished from general, directorial acts on your behalf.

  b. "Employee" does not mean any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character not specified in Paragraph 5.a.

7. "Employee benefit plan(s)" means any welfare or pension benefit plan shown in the Declarations, Schedules or endorsements, that you sponsor and which is subject to the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments thereto.

8. "Forgery" means the signing of the name of another person or organization with intent to deceive; it does not mean a signature which consists in whole or in part of one's own name signed with or without authority, in any capacity, for any purpose.

9. "Fraudulent instruction" means:

  a. An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

  b. A written instruction (other than those described in Insuring Agreement A.2. Forgery or Alteration) issued by you, which was forged or altered by someone other than you without your knowledge or consent, or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

  c. An electronic, telegraphic, cable, teletype, telefacsimile or written instruction initially received by you which purports to have been transmitted by an "employee" but which was in fact fraudulently transmitted by someone else without your or the "employee's" knowledge or consent.

10. "Funds" means "money" and "securities".

11. "Manager" means a person serving in a directorial capacity for a limited liability company.

12. "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

13. "Messenger" means you, or a relative of yours, or any partners or "members", or any "employee" while having care custody of property outside the "premises".

14. "Money" means:

    a. Currency, coins and bank notes in current use and having a face value; and

    b. Travelers checks, registered checks and money orders held for sale to the public.

15. "Occurrence" means

    a. Under Insuring Agreement **A.1. Employee Theft**:

        (1) An individual act,

        (2) The combined total of all separate acts whether or not related, or

        (3) A series of acts whether or not related,

        committed by an "employee" acting alone or in collusion with other persons, during the Policy Period shown in the declarations, before such Policy Period or both.

    b. Under Insuring Agreement **A.2. Forgery or Alteration**:

        (1) An individual act;

        (2) The combined total of all separate acts whether or not related; or

        (3) A series of acts whether or not related.

        committed by a person acting alone or in collusion with other persons, involving one or more instruments, during the Policy Period shown in the Declarations, before such Policy Period or both.

    c. Under All Other Insuring Agreements

        (1) An individual act or event;

        (2) The combined total of all separate acts or events whether or not related, or

        (3) A series of acts or events whether or not related,

        committed by a person acting alone or in collusion with other persons, or not committed by any person, during the policy Period shown in the Declarations, before such Policy Period or both.

16. "Other property" means any tangible property other than "money" and "securities" that has intrinsic value. "Other property" does not include computer programs, electronic data or any property excluded under this insurance.

17. "Premises" means the interior of that portion of any building you occupy in conducting your business

18. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use, and

    b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you,

    but does not include "money".

19. "Theft" means the unlawful taking of "money", "securities", or "other property" to the deprivation of the Insured.

20. "Transfer Account" means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "funds":

    a. By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

    b. By means of written instructions (other than those described in Insuring Agreement **A.2. Forgery or Alteration**) establishing the conditions under which such transfers are to be initiated by such financial institution through an electronic funds transfer system.

21. "Watchperson" means any person you retain specifically to have care and custody of property inside the "premises" and who has no other duties.

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. If this policy has been in effect for 60 days or less, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy by mailing written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. If this policy has been in effect for more than 60 days, except as provided in Paragraphs **8.** and **9.** below, we may cancel this policy only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The policy was obtained through a material misrepresentation;

   **c.** You have violated any of the terms and conditions of the policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director that the continuation of the policy could place us in violation of the insurance laws of this State.

If we cancel this policy based on one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 60 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

4. We will mail our notice to you, together with our reason for cancellation, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the mortgagee or lienholder listed on the policy.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

8. **Real Property Other Than Residential Properties Occupied By Four Families or Less**

   The following applies only if this policy covers real property other than residential property occupied by four families or less:

   If any one or more of the following conditions exists at any building that is Covered Property in this policy, we may cancel this policy by mailing to you written notice of cancellation, by both certified and regular mail, if:

   **a.** After a fire loss, permanent repairs to the building have not started within 60 days of

© 2018, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

satisfactory adjustment of loss, unless the delay is due to a labor dispute or weather conditions.

b. The building has been unoccupied 60 or more consecutive days. This does not apply to:

(1) Seasonal unoccupancy, or

(2) Buildings under repair, construction or reconstruction, if properly secured against unauthorized entry.

c. The building has:

(1) An outstanding order to vacate,

(2) An outstanding demolition order, or

(3) Been declared unsafe in accordance with the law.

d. Heat, water, sewer service or public lighting have not been connected to the building for 30 consecutive days or more.

The policy will terminate 10 days following receipt of the written notice by the named insured(s).

9. **Residential Properties Occupied by Four Families or Less**

The following applies if this policy covers residential properties occupied by four families or less.

If this policy has been in effect for 60 days, or if this is a renewal policy, we may only cancel this policy for one or more of the following reasons:

a. Nonpayment of premium,

b. The policy was obtained by misrepresentation or fraud, or

c. Any act that measurably increases the risk originally accepted.

If we cancel this policy based upon one or more of the above reasons except for nonpayment of premium, we will mail written notice at least 30 days before the effective date of cancellation. When cancellation is for nonpayment of premium, we will mail written notice at least 10 days before the effective date of cancellation.

10. **Grain in Public Grain Warehouses** (Not applicable to grain owned by the Commodity Credit Corporation)

The following applies only with respect to grain in public grain warehouses:

The first Named Insured or we may cancel this policy at any time by mailing to

a. The other, and

b. The Director of the Illinois Department of Agriculture (at its Springfield Office);

60 days' written notice of cancellation.

**B.** The following is added

**Nonrenewal**

1. If we decide not to renew or continue this policy, we will mail you written notice, stating the reason for nonrenewal. Proof of mailing will be sufficient proof of notice.

2. Except as provided in Paragraph **6.** below, we will mail you notice of nonrenewal at least 60 days before the end of the policy period.

3. If we offer to renew or continue and you do not accept, this policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

4. If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this policy will end on the effective date of that insurance

5. The following provision applies to policies other than those described in Paragraph **6.**:

Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the mortgagee or lienholder listed on the policy.

6. The following provision applies only if this policy covers residential properties occupied by four families or less.

a. If this policy has been issued to you and in effect with us for five or more years, we may not fail to renew this policy unless:

(1) The policy was obtained by misrepresentation or fraud and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above;

(2) The risk originally accepted has measurably increased and we mail you notice of nonrenewal at least 30 days before the end of the policy period as provided in **1.** above, or

(3) You received 60 days' notice of our intent not to renew as provided in **1.** above.

b. If this policy has been issued to you and in effect with us for less than five years, we may not fail to renew this policy unless you received 30 days' notice as provided in **1.** above.

c. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and the last known mortgagee or lienholder

d. The nonrenewal shall not become effective until at least 30 days from the proof of mailing date of the notice to you

PROPERTY CHOICE



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

**PROPERTY CHOICE COVERAGE PART**

A. The following is added to the **LEGAL ACTION AGAINST US** Condition:

The 2 year period for legal action against us is extended by the number of days between the date the statement of loss is filed with us and the date we deny the claim in whole or part.

B. If this policy covers:

1. The following in **a.** and **b.**, then Paragraphs **2.** and **3.** apply:

   a. Real property used principally for residential purposes up to and including a four family dwelling; or

   b. Household or personal property that is usual or incidental to the occupancy of any premises used for residential purposes;

2. Paragraphs **a.** and **b.** of the **APPRAISAL** Condition are deleted and replaced by the following:

   a. Each party will pay its own appraiser and bear the other expenses of the appraisal and umpire equally, except as provided in **b.** below.

   b. We will pay your appraiser's fee and the umpire's appraisal fee, if the following conditions exist:

      (1) You demanded the appraisal; and

      (2) The full amount of loss, as set by your appraiser, is agreed to by our appraiser or by the umpire.

3. The **CONCEALMENT, MISREPRESENTATION OR FRAUD** Condition is replaced by the following:

   a. This Coverage Part or Coverage Form is void if you or any insured commit fraud or conceal or misrepresent a fact in the process leading to the issuance of this insurance, and such fraud, concealment

or misrepresentation is stated in the policy or endorsement or in the written application for this policy and:

   (1) Was made with actual intent to deceive; or

   (2) Materially affected either our decision to provide this insurance or the hazard we assumed.

   However, this condition will not serve as a reason to void this Coverage Part or Coverage Form after the Coverage Part or Coverage Form has been in effect for one year or one policy term, whichever is less.

   b. We do not provide under this Coverage Part or Coverage Form to you or any other ("insured") who, at any time subsequent to the issuance of this insurance, commit fraud or intentionally conceal or misrepresent a material fact relating to:

      (1) This Coverage Part or Coverage Form;

      (2) The Covered Property;

      (3) Your interest in the Covered Property; or

      (4) A claim under this Coverage Part or Coverage Form.

   c. Not withstanding the limitations stated in 3.a. above, we may cancel the Coverage Part or Coverage Form in accordance with the terms of the **CANCELLATION** Common Policy Conditions.

C. The following are added to the **GENERAL EXCLUSIONS** in the Property Choice - Covered Causes Of Loss And Exclusions Form (PC 10 10), and to any Coverage Form or policy to which a Causes of Loss Form is not attached:

1. We will not pay for loss or damage arising out of any act an insured commits or conspires to commit with the intent to cause a loss.

**Form PC 31 12 02 17**

© 2017, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission)

**Page 1 of 2**

In the event of such a loss, no insured is entitled to coverage, even insureds who did not commit or conspire to commit the act causing the loss.

2. However, this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if:

   a. The loss arose out of a pattern of criminal domestic violence, and

   b. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

3. If we pay a claim pursuant to Paragraph **C.2.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with the legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

D. The **Other Insurance** General Condition is replaced by the following:

**Other Insurance**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

E. **Defense Costs**

The following provisions are added to Paragraph A. of the Legal Liability - Building Coverage Form, and Coverage C - Mortgageholder's Liability, of the Mortgageholders Errors and Omissions Coverage Form, if these forms are a part of this policy:

If we initially defend an insured or pay for an insured's defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seeking reimbursement for defense costs.

F. Exclusion **B.2.a.** as set forth in the Property Choice - Covered Causes Of Loss And Exclusions Form (PC 10 10), is replaced by the following exclusion:

We will not pay for loss or damage caused by or resulting from artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**POLICY NUMBER:** 83 UUN PY5847



## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

LOSS PAYEE

PROPERTY CHOICE COVERAGE PART

LOC 001/002
LENDERS LOSS PAYEE
ST CHARLES BANK & TRUST CO., ISAOA ATIMA
9801 W HIGGINS RD, 4TH FLOOR
ROSEMONT, IL 60018
RE: BUSINESS PERSONAL PROPERTY

**POLICY NUMBER:** 83 UUN FY5647



### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following

MORTGAGEE

PROPERTY CHOICE COVERAGE PART

LOC 001/002
ST CHARLES BANK & TRUST CO., ISAOA ATIMA
9801 W HIGGINS RD, 4TH FLOOR
ROSEMONT, IL 60018

U.S. SMALL BUSINESS ADMINISTRATION/
ROCKFORD LOCAL DEVELOPMENT CORP
120 WEST STATE STE 306
ROCKFORD IL 61101
LOCATIONS 001/001 & 002/001

**Form IH 12 01 11 85** SEQ.NO. 05    Printed in U.S.A



# Quick Reference
# Commercial Inland Marine Coverage Part

**READ YOUR POLICY CAREFULLY**

## DECLARATIONS

- o   List of what forms this Coverage Part
- o   Type of Coverage
- o   Premium(s)
- o   Loss Payee (If Applicable)
- o   List of form numbers that make up this Coverage Part

## COMMERCIAL INLAND MARINE CONDITIONS

### LOSS CONDITIONS

A.   Abandonment
B.   Appraisal
C.   Duties In The Event of Loss
D.   Insurance Under Two or More Coverages
E.   Loss Payment
F.   Other Insurance
G.   Pair, Sets or Parts
H.   Privilege To Adjust With Owner
I.   Recoveries
J.   Reinstatement of Limit After Loss
K.   Transfer of Rights of Recovery Against Others To Us

### GENERAL CONDITIONS

A.   Concealment, Misrepresentation or Fraud
B.   Legal Action Against Us
C.   No Benefit to Bailee
D.   Policy Period
E.   Valuation

## COVERAGE FORMS(S)

A.   **COVERAGE**
B.   **EXCLUSIONS**
C.   **LIMITS OF INSURANCE**
D.   **DEDUCTIBLE**
E.   **ADDITIONAL CONDITIONS**
F.   **DEFINITIONS**

**Form HM 99 04 01 86**   Printed in U.S.A.

# COMMERCIAL INLAND MARINE
# COVERAGE PART - DECLARATIONS



**POLICY NUMBER:** 83 UUN PY5847

This COMMERCIAL INLAND MARINE COVERAGE PART consists of
A.  This Declarations;
B.  Commercial Inland Marine Conditions, and
C.  Any Coverage Forms, Endorsements and Schedules issued to be a part of this Coverage Part and listed below.

**Summary of Commercial Inland Marine Coverage and Premium:**

| Type of Coverage | Advance Premium |
|---|---|
| MISCELLANEOUS PROPERTY | $105.00 |

| | **Total Advance Premium** | $106.00 |
|---|---|---|

The following applies to coverages that are subject to Reporting requirements

**Type of Coverage:**

Deposit Premium:
Premium Base
Computed on:
Reporting Period:
Adjustment Period.
Reporting Rate
Coverage Minimum Premium:

**AUDIT PERIOD:**

We will adjust any losses with you and pay any claim to you and this Loss Payee jointly or as interests may appear
**Loss Payee:**

Except in this Declarations, when we use the word "Declarations" in this Coverage Part, we mean this "Declarations" or the "Common Policy Declarations".

Form Numbers of Coverage Forms, Endorsements and Schedules that are a part of this Coverage Part

HM99040186  CM00010904  IH09520115  MS00201285  MS19011285T  CM01280399
CM02040118

**Form HM 00 20 02 95**

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of the loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also, permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

© ISO Properties, Inc., 2003

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

**F. Other Insurance**

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**G. Pair, Sets Or Parts**

1. **Pair Or Set**

   In case of loss or damage to any part of a pair or set we may

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

2. **Part**

   In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

**H. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**I. Reinstatement Of Limit After Loss**

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

**J. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance, or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

**GENERAL CONDITIONS**

**A. Concealment, Misrepresentation Or Fraud**

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured. at any time, concerning:

1. This Coverage Part,

2. The Covered Property;

3. Your interest in the Covered Property, or

4. A claim under this Coverage Part

**B. Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part, and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

**D. No Benefit To Bailee**

*No person or organization, other than you,* having custody of Covered Property. will benefit from this insurance.

**E. Policy Period, Coverage Territory**

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

**F. Valuation**

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

**COMMERCIAL INLAND MARINE COVERAGE PART**

**A. Disclosure Of Federal Share of Terrorism Losses**

The United States Department of the Treasury will reimburse insurers for a portion of such insured losses as indicated in the table below that exceeds the applicable insurer deductible:

| Calendar Year | Federal Share of Terrorism Losses |
|---|---|
| 2015 | 85% |
| 2016 | 84% |
| 2017 | 83% |
| 2018 | 82% |
| 2019 | 81% |
| 2020 or later | 80% |

However, if aggregate insured losses attributable to "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, as amended (TRIA), exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. The United States Government has not charged any premium for their participation in covering terrorism losses.

**B. Cap On Insurer Liability For Terrorism Losses**

A "certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism under TRIA. The criteria contained in TRIA, for a "certified act of terrorism" include the following

1. The act results in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA, and

2. The act results in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of an United States mission, and

3. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to "certified acts of terrorism" under TRIA exceed $100 billion in a calendar year and we have met, or will meet, our insurer deductible under TRIA we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion In such case, your coverage for terrorism losses may be reduced on a pro-rata basis in accordance with procedures established by the Treasury, based on its estimates of aggregate industry losses and our estimate that we will exceed our insurer deductible. In accordance with Treasury procedures, amounts paid for losses may be subject to further adjustments based on differences between actual losses and estimates.

**C. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, the inapplicability or omission of a terrorism exclusion, or the inclusion of terrorism coverage, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion and the War And Military Action Exclusion.

© 2015. The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission )

COMMERCIAL INLAND MARINE



# MISCELLANEOUS PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

*Other words and phrases that appear in quotation marks have special meaning.* Refer to Section F - DEFINITIONS.

## A. COVERAGE

We will pay for direct physical "loss" to Covered Property caused by any of the Covered Causes of Loss.

**1. Covered Property,** as used in this Coverage Form, means property listed and described in the Declarations or Schedule.

**2. Property Not Covered**

Covered Property does not include contraband or property in the course of illegal transportation or trade.

**3. Covered Causes of Loss**

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property from any external cause except those causes of "loss" listed in the Exclusions.

## B. EXCLUSIONS

1. We will not pay for "loss" caused directly or indirectly by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   a. Seizure or destruction of property by order of governmental authority.

   But we will pay for acts of destruction to Covered Property ordered by governmental authority and taken at the time of a fire to prevent its spread.

   b. (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But we will pay for direct physical "loss" to Covered Property caused by resulting fire.

   c. (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" caused by or resulting from any of the following:

   a. Delay, loss of use, loss of market, or any other causes of consequential "loss".

   b. Wear and tear, depreciation or obsolescence.

   c. Rust, corrosion, fungus, decay, deterioration, hidden or latent defect, or any quality in property that causes it to damage or destroy itself.

   d. Insects, birds, rodents, or other animals.

   e. Mechanical breakdown or failure.

   But we will pay for direct physical "loss" to Covered Property caused by resulting fire or explosion, except as otherwise excluded.

   f. Artificially generated electric current, including electric arcing, that disturbs electrical:

   (1) Devices;

   (2) Equipment;

   (3) Appliances; or

   (4) Wires.

   But we will pay for direct physical "loss" to Covered Property caused by resulting fire or explosion, except as otherwise excluded.

   g. Unexplained disappearance.

   h. Shortage found upon taking inventory.

   i. Dishonest acts by:

   (1) You or any of your partners;

   (2) Your directors or trustees;

   (3) Your authorized representatives or employees; or

**Form MS 00 20 12 85** Printed in U.S.A.

**Page 1 of 2**

Copyright Hartford Fire Insurance Company, 1985

(Includes copyrighted material of Insurance Services Office with its permission. Copyright, Insurance Services Office, 1983, 1984)

MISCELLANEOUS PROPERTY COVERAGE FORM

(4) Anyone, other than a carrier for hire, to whom you entrusted the Covered Property, including their employees, for any purpose.

whether acting alone or in collusion with others, and

whether or not occurring during the hours of employment

j. Voluntary parting with any property whether or not induced to do so by any fraudulent scheme, trick, device or false pretense

k. Unauthorized instructions to transfer property to any person or to any place

l. Spoilage, contamination, leakage, breakage, marring, scratching, freezing, wetness, dampness or exposure to light, darkness or heat.

But we will pay for such direct physical "loss" to Covered Property caused by any of the "specified causes of loss", except as otherwise excluded.

m. Theft from any unattended vehicle unless at the time of theft its windows, doors and compartments were closed and locked and there are visible signs that the theft was the result of forced entry

But this exclusion does not apply to property in the custody of a carrier for hire

n. Processing or work upon the property.

But we will pay for direct physical "loss" to Covered Property caused by resulting fire or explosion, except as otherwise excluded.

## C. LIMITS OF INSURANCE

The most we will pay for "loss" in any one occurrence is the smallest applicable Limit of Insurance shown in

1. The Declarations;
2. The Schedule(s);
3. The Coverage Form; or
4. The Endorsement(s)

If we show a Maximum Limit of Insurance, that is the most we will pay for all "loss" in any one occurrence to Covered Property insured under this Coverage Form.

## D. DEDUCTIBLE

We will adjust the "loss" in any one occurrence as a single "loss". The Deductible amount shown in the Declarations or Schedule will be subtracted from the lesser amount of

1. The adjusted "loss", or
2. The applicable Limit of Insurance.

## E. ADDITIONAL CONDITIONS

The Commercial Inland Marine Conditions and the Common Policy Conditions apply as well as those listed below.

1. **Coverage Territory**

   We insure the Covered Property only while it is located in

   a. The United States of America,

   b. Puerto Rico, or

   c. Canada.

2. **Coinsurance**

   Covered Property must be insured for its total value as of the time of "loss" or you will incur a penalty.

   This penalty is that we will pay only the proportion of any "loss" that the applicable Limit of Insurance shown in the Declarations or Schedule for the Covered Property bears to the value of the Covered Property as of the time of "loss".

   If we cover two or more items, this condition will apply to each item separately.

## F. DEFINITIONS

1. "Loss" means accidental loss or damage

2. "Specified causes of loss" means, fire, lightning, explosion, windstorm, hail, smoke, riot, strike, vandalism, theft, flood, earth movement, or accident to the vehicle while carrying the Covered Property

Form MS 00 20 12 85  Printed in U.S.A.

# COMMERCIAL INLAND MARINE
# SCHEDULE OF PROPERTY COVERED



This schedule provides supplementary information to be used with the Commercial Inland Marine Coverage shown.

**POLICY NUMBER:** 83 UUN PY5847

**TYPE OF COVERAGE:**

MISCELLEANOUS PROPERTY

RATE: $1.000    PREMIUM: $105.00    MAXIMUM LIMIT: $10,500.

DEDUCTIBLE:  $2,500.

| ITEM NO. | FULL DESCRIPTION OF PROPERTY COVERED | LIMIT OF INSURANCE |
|---|---|---|
| 01. | 2015 KUBOTA MODEL Z726KXW-60 LAWN MOWER  SERIAL #10170 | $10,500. |

COMMERCIAL INLAND MARINE
CM 01 28 03 99

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ILLINOIS CHANGES - INTENTIONAL ACTS

This endorsement modifies insurance provided under the following

COMMERCIAL INLAND MARINE COVERAGE PART

The following exclusion is added:

**A.** We will not pay for loss or damage arising out of any act committed

1. By or at the direction of any insured, and

2. With the intent to cause a loss.

**B.** However this exclusion will not apply to deny payment to an innocent co-insured who did not cooperate in or contribute to the creation of the loss if

1. The loss arose out of a pattern of criminal domestic violence, and

2. The perpetrator of the loss is criminally prosecuted for the act causing the loss.

**C.** If we pay a claim pursuant to Paragraph **B.**, our payment to the insured is limited to that insured's insurable interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property In no event will we pay more than the Limit of Insurance.

Copyright, Insurance Services Office, Inc., 1998

COMMERCIAL INLAND MARINE
CM 02 04 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

2. **a.** We may cancel this Policy by mailing to you written notice stating the reason for cancellation at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

   **b.** If we cancel for nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   **c.** If we cancel for a reason other than nonpayment of premium, we will mail the notice at least:

   (1) 30 days prior to the effective date of cancellation if the Policy has been in effect for 60 days or less.

   (2) 60 days prior to the effective date of cancellation if the Policy has been in effect for more than 60 days.

3. If this Policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium;

   **b.** The Policy was obtained through a material misrepresentation;

   **c.** Any insured has violated any of the terms and conditions of the Policy;

   **d.** The risk originally accepted has measurably increased;

   **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   **f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this Policy is cancelled we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

6. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the lienholder listed on the Policy.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known, and to the lienholder listed on the Policy. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

 © Insurance Services Office, Inc., 2017

**C.** General Condition **C. Legal Action Against Us** in the Commercial Inland Marine Conditions is replaced by the following:

**C. Legal Action Against Us**

No one may bring a legal action against us:

   **1.** Until there has been full compliance with all terms of this Coverage Part, and

   **2.** More than two years after you first have knowledge of the direct loss or damage. But we will extend this two year period by the number of days between the date proof of loss is filed and the date the claim is denied in whole or in part.

 © Insurance Services Office, Inc., 2017 CM 02 04 01 18

# Quick Reference
# Commercial Auto Coverage Part
# Business Auto Coverage Form

## READ YOUR POLICY CAREFULLY

## BUSINESS AUTO COVERAGE FORM DECLARATIONS

- Named Insured And Address
- Coverages, Covered Autos And Limits Of Insurance
- Rating Exposures, Rates And Estimated Premium

## BUSINESS AUTO COVERAGE FORM

Beginning on Page

**PREAMBLE**
- Definitions of "You" and "We" ........................... 1

**SECTION I - Covered Autos**
- Description of Covered Auto Designation Symbols ............................................. 1
- Owned Autos You Acquire After the Policy Begins ................................................... 2
- Certain Trailers, Mobile Equipment And Temporary Substitute Autos ............. .... .......... 2

**SECTION II - Liability Coverage**
- Coverage ............ ................ ................. 2
- Who Is An Insured .............................. 2
- Coverage Extensions
  - Supplementary Payments ............................. 3
  - Out of State Coverage Extensions ................ 3
- Exclusions .............................................. 3
- Limit of Insurance ............................... 5

**SECTION III - Physical Damage Coverage**
- Coverage ................................................ 5
- Exclusions ............................................. 6
- Limit of Insurance ........................... ... 7
- Deductible ............................... ...................... 7

Beginning on Page

**SECTION IV - Business Auto Conditions**
- Loss Conditions
  - Appraisal For Physical Damage Loss ............ 7
  - Duties in The Event of Accident, Claim, Suit or Loss ..................................... 7
  - Legal Action Against Us .................. .............. 8
  - Loss Payment - Physical Damage Coverages ...................................... ...... ........ 8
  - Transfer Of Rights Of Recovery Against Others To Us ................................. 8
- General Conditions
  - Bankruptcy ............................................... 8
  - Concealment, Misrepresentation Or Fraud ....... 8
  - Liberalization ................................... 8
  - No Benefit To Bailee - Physical Damage Coverages . ...................... . ...................... ..8
  - Other Insurance ......................................... ...8
  - Premium Audit .............................................. 9
  - Policy Period, Coverage Territory .................. 9
  - Two Or More Coverage Forms Or Policies Issued By Us .................................. 9

**SECTION V - Definitions ........... ......................... 9**

Form HA 00 04 03 02

© 2001, The Hartford (Includes copyrighted material of ISO Properties, Inc., with its permission.)

# COMMERCIAL AUTOMOBILE
# COVERAGE PART - DECLARATIONS
# BUSINESS AUTO COVERAGE FORM


THE
HARTFORD

**POLICY NUMBER:** 83 UUN Pf5347

This COMMERCIAL AUTOMOBILE COVERAGE PART consists of:

A.   This Declarations Form;

B.   Business Auto Coverage Form; and

C.   Any Endorsements issued to be a part of this Coverage Form and listed below

## ITEM ONE - NAMED INSURED AND ADDRESS

The Named Insured is stated on the Common Policy Declarations.

**ADVANCE PREMIUM:** $    39,479.00

**AUDIT PERIOD:**

Except in this Declarations, when we use the word "Declarations" in this Coverage Part, we mean this "Declarations" or the "Common Policy Declarations".

Form Numbers of Coverage Forms, Endorsements and Schedules that are part of this Coverage Part.

| | | | | |
|---|---|---|---|---|
| HA00040302 | HA00360917 | HA00120615T | CA00011013 | HA21020614 |
| CA22100121 | CA22371013 | CA22641013 | CA99031013 | CA21541116 |
| CA21720617 | CA21300115 | CA21361013 | CA21921013 | CA21931013 |
| CA21091013 | CA21031013 | CA21451013 | CA20011013 | CA01171013 |
| CA01200115 | CA01280121 | CA01430517 | CA01300321 | CA01961013 |
| CA02700118 | CA23441116 | CA99241013 | CA99441013 | CA99951013 |
| HA99080614 | HA99160312 | HA99481214 | | |

**Form HA 00 25 06 15**                                                          **Page 1 of 4**

© 2015, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

**COMMERCIAL AUTOMOBILE**
**COVERAGE PART - DECLARATIONS**
**BUSINESS AUTO COVERAGE FORM (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

## ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS

This policy provides only those coverages where a charge is shown in the advance premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as "covered autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS Section of the Business Auto Coverage Form next to the name of the coverage.

| Coverages | Covered Autos | Limit<br>The Most We Will Pay for Any One Accident or Loss | Advance Premium |
|---|---|---|---|
| COVERED AUTOS LIABILITY | 01 | $ 1,000,000 | $ 26,241.00 |
| PERSONAL INJURY PROTECTION (or equivalent No-Fault coverage) | 05 | Separately stated in each Personal Injury Protection Endorsement. | $ 91.00 |
| ADDED PERSONAL INJURY PROTECTION (or equivalent added No-Fault coverage) | | Separately stated in each Added Personal Injury Protection Endorsement. | |
| OPTIONAL BASIC ECONOMIC LOSS (New York only) | | $25,000 each eligible injured person. | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | | Separately stated in the Property Protection Insurance Endorsement. | |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | | Separately stated in the Medical Expense and Income Loss Benefits Endorsement. | |
| AUTO MEDICAL PAYMENTS | 07 | $ Each Insured or the limit separately stated for each "auto" in ITEM THREE. | $ 238.00 |
| UNINSURED MOTORISTS | 02 | $<br>SEE FORM HA2102 OR STATE FORM(S) | $ 1,664.00 |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorist Coverage) | 02, | $<br>SEE FORM HA2102 OR STATE FORM(S) | $ 1,620.00 |

**Form HA 00 25 06 15**

**Page 2 of 4**

COMMERCIAL AUTOMOBILE
COVERAGE PART - DECLARATIONS
BUSINESS AUTO COVERAGE FORM (Continued)

**POLICY NUMBER:** 63 UUN PY5947

---

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS (Continued)**

| Coverages | Covered Autos | Limit<br>The Most We Will Pay for Any One Accident or Loss | Advance Premium |
|---|---|---|---|
| PHYSICAL DAMAGE | | See ITEM FOUR for hired or borrowed "autos". | |
| COMPREHENSIVE COVERAGE | 07, 08 | Actual Cash Value, Cost of Repair, or the Stated Amount shown in ITEM THREE, whichever is smallest, minus any deductible shown in ITEM THREE for each covered "auto". | $ 2,217.00 |
| SPECIFIED CAUSES OF LOSS COVERAGE | | Actual Cash Value, Cost of Repair, or the Stated Amount shown in ITEM THREE, whichever is smallest, minus $ ____ deductible for each covered "auto" for "loss" caused by mischief or vandalism. | |
| COLLISION COVERAGE | 07, 08 | Actual Cash Value, Cost of Repair, or the Stated Amount shown in ITEM THREE, whichever is smallest, minus any deductible shown in ITEM THREE for each covered "auto". | $ 7,363.00 |
| TOWING AND LABOR | 07 | $ ____ or the amount separately stated for each "auto" in ITEM THREE, whichever is greater, for each disablement. | $ 10.00 |
| DOWNTIME LOSS AND RENTAL REIMBURSEMENT & TOWING COVERAGE | | Downtime Loss or Rental Reimbursement up to a maximum of $100 per day, subject to a combined maximum of $3,000 per loss.<br>Towing up to a maximum of $500 per "disablement" subject to a maximum $2,500 per policy period | |

**Endorsement Premium**
(Not included above)

**TOTAL ADVANCE PREMIUM:**                        $    39,483.00

Form HA 00 25 06 15

COMMERCIAL AUTOMOBILE
COVERAGE PART - DECLARATIONS
BUSINESS AUTO COVERAGE FORM (Continued)

POLICY NUMBER: 83 UUN PY5847

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

Applicable only if "Schedule of Covered Autos You Own" is issued to form a part of this Coverage Form.
FORM HA0012 ATTACHED

## ITEM FOUR - SCHEDULE OF HIRED OR BORROWED AUTO COVERAGE AND PREMIUMS

### COVERED AUTOS LIABILITY COVERAGE
**RATING BASIS IS COST OF HIRE. Cost of hire** means the total amount you incur for the hire of "autos" you don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members). Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| State | Estimated Cost of Hire | Rate Per Each $100 Cost of Hire | Advance Premium |
|-------|------------------------|----------------------------------|-----------------|
|       | $ 5,000                | 1.642                            | $ 407.00 MP     |

| ILLINOIS COVERAGES | PER "ACCIDENT" | ADVANCE PREMIUM |
|--------------------|----------------|-----------------|
| UNINSURED MOTORISTS | $ 1,000,000 | $ 4.00 |
| UNDERINSURED MOTORISTS | $ 1,000,000 | $ 8.00 |

**TOTAL COVERED AUTOS HIRED AUTO ADVANCE PREMIUM:**  $ 419.00

## ITEM FIVE - SCHEDULE FOR NON-OWNERSHIP LIABILITY

| Named Insured's Business | Rating Basis | Number | Advance Premium |
|--------------------------|--------------|--------|-----------------|
| Other than a Social Service Agency | Number of Employees<br>Number of Partners | 91 | $ 716.00 |
| Social Service Agency | Number of Employees<br>Number of Volunteers | | |

| ILLINOIS COVERAGES | PER EACH "ACCIDENT" | ADVANCE PREMIUM |
|--------------------|---------------------|-----------------|
| UNINSURED MOTORISTS | $ 1,000,000 | $ 50.00 |
| UNDERINSURED MOTORISTS | $ 1,000,000 | $ 127.0 |

**TOTAL ADVANCE PREMIUM:**  $ 893.00 MP

**SUPPLEMENTARY SCHEDULE FOR COMMERCIAL AUTOMOBILE
COVERAGE PART DECLARATIONS**



BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
(Hired Auto Physical Damage)

**ITEM FOUR - SCHEDULE OF HIRED OR BORROWED COVERED AUTO COVERAGE AND PREMIUMS**

The Declarations is changed to include the following Coverages.

**PHYSICAL DAMAGE COVERAGE**

**RATING BASIS IS COST OF HIRE. Cost of hire** means the total amount you incur for the hire of "autos" you
don't own (not including "autos" you borrow or rent from your partners or "employees" or their family members).
Cost of hire does not include charges for services performed by motor carriers of property or passengers.

| Coverages | Limit of Insurance<br>The Most We Will Pay<br>Deductible | Estimated<br>Annual<br>Cost of Hire | Rate Per Each<br>$100 Annual<br>Cost of Hire | Advance<br>Premium |
|---|---|---|---|---|
| Comprehensive | Actual Cash Value or Cost of Repair, whichever is less, minus $ 1,000 deductible for each covered "auto", but no deductible applies to "loss" caused by fire or lightning. | 5,000 | .510 | 25.00 |
| Specified Causes of Loss | Actual Cash Value or Cost of Repair, whichever is less, minus $ deductible for each covered "auto" for "loss" caused by mischief or vandalism. | | | |
| Collision | Actual Cash Value or Cost of Repair, whichever is less, minus $ 1,000 deductible for each covered "auto". | 5,000 | .780 | 38.00 |

**TOTAL ADVANCE PREMIUM:** $ 100.00 ME

**Form HA 00 36 09 17**                                                                 **Page 1 of 1**

© 2017 The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

# SCHEDULE OF COVERED AUTOS YOU OWN
# (ITEM THREE OF THE DECLARATIONS)



**POLICY NUMBER:** 83 UUN PY5847

Absence, if any, of a limit entry below means that the limit entry shown in the corresponding ITEM TWO of the Declarations Limit Column applies instead.

----------------------------------------------------------------------

```
NO. 00001      15 DODG       VAN PASSENGER     ID NO. 2C4RDGCG9FR556299
GARAGED: LEVITTOWN           PA TERR: 142   CLASS: 03499
ORIG. COST NEW: $ 26,995
TAX LOC:                     ZIP CODE: 19054     RADIUS: L   SIZE:     7500

COVERAGES:                   SEQ. NO. 00001                  PREMIUMS
   LIABILITY                                             $ 2,938.00
   FIRST PARTY BENEFITS                                  $    10.00
   UNINSURED MOTORISTS                                   $    48.00
   UNDERINSURED MOTORISTS                                $   106.00
   COMPREHENSIVE   $ 1,000 DEDUCTIBLE                    $   129.00
   COLLISION       $ 1,000 DEDUCTIBLE                    $   323.00
```
----------------------------------------------------------------------

```
NO. 00002      08 FORD       VAN CARGO         ID NO. 1FTNE14L08DA36423
GARAGED: LOVES PARK          IL TERR: 123   CLASS: 03499
ORIG. COST NEW: $ 25,000
TAX LOC: 1962                ZIP CODE: 61111     RADIUS: L   SIZE:     7500

COVERAGES:                   SEQ. NO. 00002                  PREMIUMS
   LIABILITY                                             $ 1,004.00
   AUTO MEDICAL PAYMENTS           $ 5,000 EACH "INSURED" $    13.00
   UNINSURED MOTORISTS                                   $    29.00
   UNDERINSURED MOTORISTS                                $    83.00
   COMPREHENSIVE   $ 1,000 DEDUCTIBLE                    $    43.00
   COLLISION       $ 1,000 DEDUCTIBLE                    $   119.00
```
----------------------------------------------------------------------

```
NO. 00003      14 DODG       VAN PASSENGER     ID NO. 2C4RDGCG5ER314916
GARAGED: LOVES PARK          IL TERR: 123   CLASS: 73980
ORIG. COST NEW: $ 28,000  USE: PPT
TAX LOC: 1962                ZIP CODE: 61111

COVERAGES:                   SEQ. NO. 00003                  PREMIUMS
   LIABILITY                                             $   825.00
   AUTO MEDICAL PAYMENTS           $ 5,000 EACH "INSURED" $    18.00
   UNINSURED MOTORISTS                                   $    49.00
   UNDERINSURED MOTORISTS                                $   128.00
   COMPREHENSIVE   $ 1,000 DEDUCTIBLE                    $    87.00
   COLLISION       $ 1,000 DEDUCTIBLE                    $   280.00
   TOWING AND LABOR  $ 50 PER DISABLEMENT                $     2.00
```
----------------------------------------------------------------------

**Form HA 00 12 06 15**                    PAGE 1  (CONTINUED ON NEXT PAGE)

**SCHEDULE OF COVERED AUTOS YOU OWN
(ITEM THREE OF THE DECLARATIONS) (Continued)**

POLICY NUMBER: 83 UUN PY5847

Absence, if any, of a limit entry below means that the limit entry shown in the corresponding ITEM TWO of the Declarations Limit Column applies instead.

```
-------------------------------------------------------------------------
NO. 00004      15 LEGE          TRAILER          ID NO. 1L9719DV3F1317306
GARAGED: LOVES PARK                     IL TERR: 123    CLASS: 68499
ORIG. COST NEW: $ 8,700
TAX LOC: 1962           ZIP CODE: 61111        RADIUS: L

COVERAGES:                      SEQ. NO. 00004                    PREMIUMS
   LIABILITY                                                 $     88.00
   AUTO MEDICAL PAYMENTS               $ 5,000 EACH "INSURED"  $      1.00
   COMPREHENSIVE   $ 1,000 DEDUCTIBLE                         $     24.00
   COLLISION       $ 1,000 DEDUCTIBLE                         $     62.00
-------------------------------------------------------------------------
NO. 00005      16 FRHT          STRAIGHT TRUCK    ID NO. 3ALACWDT4GDHM4048
GARAGED: LOVES PARK                     IL TERR: 123    CLASS: 42499
ORIG. COST NEW: $ 97,321
LESSOR NO. 01
TAX LOC: 1962           ZIP CODE: 61111        RADIUS: L   SIZE:   56000

COVERAGES:                      SEQ. NO. 00005                    PREMIUMS
   LIABILITY                                                 $  2,108.00
   AUTO MEDICAL PAYMENTS               $ 5,000 EACH "INSURED"  $     13.00
   UNINSURED MOTORISTS                                        $     29.00
   UNDERINSURED MOTORISTS                                     $     83.00
   COMPREHENSIVE   $ 2,000 DEDUCTIBLE                         $    112.00
   COLLISION       $ 2,000 DEDUCTIBLE                         $    659.00
-------------------------------------------------------------------------
NO. 00006      13 DODG          VAN PASSENGER     ID NO. 2C4RDGCG7DR627027
GARAGED: LOVES PARK                     IL TERR: 123    CLASS: 03499
ORIG. COST NEW: $ 26,495
TAX LOC: 1962           ZIP CODE: 61111        RADIUS: L   SIZE:    7300

COVERAGES:                      SEQ. NO. 00006                    PREMIUMS
   LIABILITY                                                 $  1,004.00
   AUTO MEDICAL PAYMENTS               $ 5,000 EACH "INSURED"  $     13.00
   UNINSURED MOTORISTS                                        $     29.00
   UNDERINSURED MOTORISTS                                     $     93.00
   COMPREHENSIVE   $ 1,000 DEDUCTIBLE                         $     79.00
   COLLISION       $ 1,000 DEDUCTIBLE                         $    234.00
-------------------------------------------------------------------------
```

**SCHEDULE OF COVERED AUTOS YOU OWN**
**(ITEM THREE OF THE DECLARATIONS) (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

Absence, if any, of a limit entry below means that the limit entry shown in the corresponding ITEM TWO of the Declarations Limit Column applies instead.

```
------------------------------------------------------------------------

NO. 00007     16 DODG        VAN PASSENGER      ID NO. 2C4RDGEG8GR312738
GARAGED: LOVES PARK              IL TERR: 123   CLASS: 73980
ORIG. COST NEW: $ 37,000   USE: PPT
TAX LOC: 1962              ZIP CODE: 61111

COVERAGES:                      SEQ. NO. 00007              PREMIUMS
   LIABILITY                                            $     825.00
   AUTO MEDICAL PAYMENTS          $ 5,000 EACH "INSURED" $      18.00
   UNINSURED MOTORISTS                                   $      49.00
   UNDERINSURED MOTORISTS                                $     128.00
   COMPREHENSIVE   $ 1,000 DEDUCTIBLE                    $      99.00
   COLLISION       $ 1,000 DEDUCTIBLE                    $     349.00
   TOWING AND LABOR  $ 50 PER DISABLEMENT                $       2.00
------------------------------------------------------------------------

NO. 00008     16 DODG        VAN PASSENGER      ID NO. 2C4RDGCG0GR339564
GARAGED: LOVES PARK              IL TERR: 123   CLASS: 03499
ORIG. COST NEW: $ 27,395
TAX LOC: 1962             ZIP CODE: 61111    RADIUS: L   SIZE:    7500

COVERAGES:                      SEQ. NO. 00008              PREMIUMS
   LIABILITY                                            $   1,004.00
   AUTO MEDICAL PAYMENTS          $ 5,000 EACH "INSURED" $      13.00
   UNINSURED MOTORISTS                                   $      29.00
   UNDERINSURED MOTORISTS                                $      83.00
   COMPREHENSIVE   $ 1,000 DEDUCTIBLE                    $      85.00
   COLLISION       $ 1,000 DEDUCTIBLE                    $     311.00
------------------------------------------------------------------------

NO. 00009     16 DODG        VAN PASSENGER      ID NO. 2C4RDGCG1GR265829
GARAGED: LOVES PARK              IL TERR: 123   CLASS: 03499
ORIG. COST NEW: $ 27,395
TAX LOC: 1962             ZIP CODE: 61111    RADIUS: L   SIZE:   10000

COVERAGES:                      SEQ. NO. 00009              PREMIUMS
   LIABILITY                                            $   1,004.00
   AUTO MEDICAL PAYMENTS          $ 5,000 EACH "INSURED" $      13.00
   UNINSURED MOTORISTS                                   $      29.00
   UNDERINSURED MOTORISTS                                $      83.00
   COMPREHENSIVE   $ 1,000 DEDUCTIBLE                    $      85.00
   COLLISION       $ 1,000 DEDUCTIBLE                    $     311.00
------------------------------------------------------------------------
```

**SCHEDULE OF COVERED AUTOS YOU OWN**
**(ITEM THREE OF THE DECLARATIONS) (Continued)**

POLICY NUMBER: 83 UUN PY5947

Absence, if any, of a limit entry below means that the limit entry shown in the corresponding ITEM TWO of the Declarations Limit Column applies instead.

----------------------------------------------------------------------------

```
NO. 00010     15 DODG        VAN PASSENGER       ID NO. 2C4RDGBG5FR709729
GARAGED: ORLANDO                  FL TERR: 105   CLASS: 03499
ORIG. COST NEW: $ 26,000
TAX LOC: 0725            ZIP CODE: 32822      RADIUS: L   SIZE:     7500

COVERAGES:                    SEQ. NO. 00010                    PREMIUMS
    LIABILITY                                               $ 3,979.00
    PERSONAL INJURY PROTECTION                              $    64.00
    AUTO MEDICAL PAYMENTS          $ 5,000 EACH "INSURED"   $    13.00
    UNINSURED MOTORISTS                                     $   452.00
    COMPREHENSIVE   $ 1,000 DEDUCTIBLE                      $   170.00
    COLLISION       $ 1,000 DEDUCTIBLE                      $   278.00
```
----------------------------------------------------------------------------
```
NO. 00011     17 DODG        VAN PASSENGER       ID NO. 2C4RDGCG4HR714292
GARAGED: PEARLAND                 TX TERR: 037   CLASS: 01499
ORIG. COST NEW: $ 29,395
TAX LOC:                ZIP CODE: 77584      RADIUS: L   SIZE:     7500

COVERAGES:                    SEQ. NO. 00011                    PREMIUMS
    LIABILITY                                               $ 1,688.00
    PERSONAL INJURY PROTECTION    $ 5,000  EACH INSURED     $    17.00
    AUTO MEDICAL PAYMENTS          $ 5,000 EACH "INSURED"   $    13.00
    UNINSURED MOTORISTS                                     $   227.00
    UNDERINSURED MOTORISTS                                       INCL
    COMPREHENSIVE   $ 1,000 DEDUCTIBLE                      $   174.00
    COLLISION       $ 1,000 DEDUCTIBLE                      $   290.00
```
----------------------------------------------------------------------------
```
NO. 00012     18 FORD        VAN CARGO         ID NO. 1FTYR2CV3JKE13801
GARAGED: LOVES PARK               IL TERR: 123   CLASS: 01499
ORIG. COST NEW: $ 41,799                       LOSS PAYEE NO.  2
TAX LOC: 1962           ZIP CODE: 61111      RADIUS: L   SIZE:     7500

COVERAGES:                    SEQ. NO. 00012                    PREMIUMS
    LIABILITY                                               $   865.00
    AUTO MEDICAL PAYMENTS          $ 5,000 EACH "INSURED"   $    13.00
    UNINSURED MOTORISTS                                     $    29.00
    UNDERINSURED MOTORISTS                                  $    83.00
    COMPREHENSIVE   $ 1,000 DEDUCTIBLE                      $   122.00
    COLLISION       $ 1,000 DEDUCTIBLE                      $   535.00
```
----------------------------------------------------------------------------

**SCHEDULE OF COVERED AUTOS YOU OWN
(ITEM THREE OF THE DECLARATIONS) (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

Absence, if any, of a limit entry below means that the limit entry shown in the corresponding ITEM TWO of the Declarations Limit Column applies instead.

------------------------------------------------------------------------------

```
NO. 00013     17 DODG          VAN PASSENGER      ID NO. 2C4RDGCG5HR801134
GARAGED: LOVES PARK             IL TERR: 123   CLASS: 03499
ORIG. COST NEW: $ 29,395
TAX LOC: 1962          ZIP CODE: 61111     RADIUS: L   SIZE:    7500

COVERAGES:                     SEQ. NO. 00013               PREMIUMS
   LIABILITY                                             $ 1,004.00
   AUTO MEDICAL PAYMENTS              $ 5,000 EACH "INSURED"  $    13.00
   UNINSURED MOTORISTS                                   $    29.00
   UNDERINSURED MOTORISTS                                $    83.00
   COMPREHENSIVE  $ 1,000 DEDUCTIBLE                     $    96.00
   COLLISION      $ 1,000 DEDUCTIBLE                     $   351.00
```
------------------------------------------------------------------------------
```
NO. 00014     19 LNDR          SPORT UTILITY VEHI ID NO. SALWR2RV6KA826268
GARAGED: SAN DIEGO              CA TERR: 142   CLASS: 73984
ORIG. COST NEW: $ 83,584  USE: PPT
LESSOR NO. 02
TAX LOC:               ZIP CODE: 92131

COVERAGES:                     SEQ. NO. 00014               PREMIUMS
   LIABILITY                                             $   988.00
   UNINSURED MOTORISTS                                   $   268.00
   COMPREHENSIVE  $ 1,000 DEDUCTIBLE                     $    80.00
   COLLISION      $ 1,000 DEDUCTIBLE                     $   586.00
   TOWING AND LABOR  $ 50 PER DISABLEMENT                $     2.00
```
------------------------------------------------------------------------------
```
NO. 00015     19 NEO           TRAILER          ID NO. 54BNC3323K1319020
GARAGED: LOVES PARK             IL TERR: 123   CLASS: 68499
ORIG. COST NEW: $ 13,275
TAX LOC: 1962          ZIP CODE: 61111     RADIUS: L

COVERAGES:                     SEQ. NO. 00015               PREMIUMS
   LIABILITY                                             $    88.00
   AUTO MEDICAL PAYMENTS              $ 5,000 EACH "INSURED"  $     1.00
   COMPREHENSIVE  $ 1,000 DEDUCTIBLE                     $    32.00
   COLLISION      $ 1,000 DEDUCTIBLE                     $   108.00
```
------------------------------------------------------------------------------

**SCHEDULE OF COVERED AUTOS YOU OWN**
**(ITEM THREE OF THE DECLARATIONS) (Continued)**

POLICY NUMBER: 93 UUN PY5847

Absence, if any, of a limit entry below means that the limit entry shown in the corresponding ITEM TWO of the Declarations Limit Column applies instead.

---

NO. 00016    12 FRHT        VAN CARGO        ID NO. WDYPE7CCXC5642879
GARAGED: IRVINE                    CA TERR: 187    CLASS: 03499
ORIG. COST NEW: $ 36,290
TAX LOC:                ZIP CODE: 92604    RADIUS: L   SIZE:    7500

COVERAGES:                SEQ. NO. 00016                PREMIUMS
    LIABILITY                                    $ 2,168.00
    AUTO MEDICAL PAYMENTS            $ 5,000 EACH "INSURED"   $    19.00
    UNINSURED MOTORISTS                            $   164.00
    COMPREHENSIVE   $ 1,000 DEDUCTIBLE                $    68.00
    COLLISION      $ 1,000 DEDUCTIBLE                $   173.00

---

NO. 00017    14 FORD        PICKUP        ID NO. 1FTBF2B67EEA52238
GARAGED: WISCONSIN DELLS          WI TERR: 110    CLASS: 03499
ORIG. COST NEW: $ 58,000                    LOSS PAYEE NO.  1
TAX LOC:                ZIP CODE: 53965    RADIUS: L   SIZE:    7500

COVERAGES:                SEQ. NO. 00017                PREMIUMS
    LIABILITY                                    $   909.00
    AUTO MEDICAL PAYMENTS            $ 5,000 EACH "INSURED"   $    14.00
    UNINSURED MOTORISTS                            $    26.00
    UNDERINSURED MOTORISTS                        $   143.00
    COMPREHENSIVE   $ 1,000 DEDUCTIBLE                $   157.00
    COLLISION      $ 1,000 DEDUCTIBLE                $   394.00

---

NO. 00018    20 FORD        PICKUP        ID NO. 1FT8W3BT1LEC99015
GARAGED: WISCONSIN DELLS          WI TERR: 110    CLASS: 23499
ORIG. COST NEW: $ 80,000
TAX LOC:                ZIP CODE: 53965    RADIUS: L   SIZE:   12000

COVERAGES:                SEQ. NO. 00018                PREMIUMS
    LIABILITY                                    $   979.00
    AUTO MEDICAL PAYMENTS            $ 5,000 EACH "INSURED"   $    14.00
    UNINSURED MOTORISTS                            $    26.00
    UNDERINSURED MOTORISTS                        $   143.00
    COMPREHENSIVE   $ 2,000 DEDUCTIBLE                $   210.00
    COLLISION      $ 2,000 DEDUCTIBLE                $   777.00

---

**SCHEDULE OF COVERED AUTOS YOU OWN**
**(ITEM THREE OF THE DECLARATIONS) (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

Absence, if any, of a limit entry below means that the limit entry shown in the corresponding ITEM TWO of the Declarations Limit Column applies instead.

------------------------------------------------------------------------------------

```
NO. 00019     19 BUIC        SEDAN            ID NO. 1G4ZP5SZ7KU117318
GARAGED: LOVES PARK              IL TERR: 123  CLASS: 73980
ORIG. COST NEW: $ 36,370  USE: PPT
TAX LOC: 1962             ZIP CODE: 61111
```

```
COVERAGES:                    SEQ. NO. 00019              PREMIUMS
  LIABILITY                                            $    825.00
  AUTO MEDICAL PAYMENTS            $ 5,000 EACH "INSURED"  $     18.00
  UNINSURED MOTORISTS                                  $     49.00
  UNDERINSURED MOTORISTS                               $    128.00
  COMPREHENSIVE   $ 1,000 DEDUCTIBLE                   $    116.00
  COLLISION       $ 1,000 DEDUCTIBLE                   $    442.00
  TOWING AND LABOR  $ 50 PER DISABLEMENT               $      2.00
```
------------------------------------------------------------------------------------

```
NO. 00020     21 CHEV        SPORT UTILITY VEHI ID NO. 1GNSKGKL2MR139400
GARAGED: LOVES PARK              IL TERR: 123  CLASS: 73980
ORIG. COST NEW: $ 82,995  USE: PPT            LOSS PAYEE NO.  3
TAX LOC: 1962             ZIP CODE: 61111
```

```
COVERAGES:                    SEQ. NO. 00020              PREMIUMS
  LIABILITY                                            $    825.00
  AUTO MEDICAL PAYMENTS            $ 5,000 EACH "INSURED"  $     18.00
  UNINSURED MOTORISTS                                  $     49.00
  UNDERINSURED MOTORISTS                               $    128.00
  COMPREHENSIVE   $ 1,000 DEDUCTIBLE                   $    217.00
  COLLISION       $ 1,000 DEDUCTIBLE                   $    748.00
  TOWING AND LABOR  $ 50 PER DISABLEMENT               $      2.00
```
------------------------------------------------------------------------------------

```
LOSS PAYEES
    EXCEPT FOR TOWING, ALL PHYSICAL DAMAGE "LOSS" IS PAYABLE TO YOU AND THE
    LOSS PAYEE NAMED BELOW AS INTERESTS MAY APPEAR AT THE TIME OF "LOSS."

    1. FORD MOTOR CREDIT CORP
       P O BOX 390910
       EDINA                   MN 55439

    2. FORD MOTOR CREDIT CORP
       PO BOX 105704
       ATLANTA                 GA 30348

    3. GM FINANCIAL
       PO BOX 182673
       ARLINGTON               TX 76096
```

**Form HA 00 12 06 15**                    PAGE    7

COMMERCIAL AUTO
CA 00 01 10 13

# BUSINESS AUTO COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** – Definitions.

## SECTION I – COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos"

**A. Description Of Covered Auto Designation Symbols**

| Symbol | | Description Of Covered Auto Designation Symbols |
|:---:|---|---|
| **1** | Any "Auto" | |
| **2** | Owned "Autos" Only | Only those "autos" you own (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" you acquire ownership of after the policy begins. |
| **3** | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| **4** | Owned "Autos" Other Than Private Passenger "Autos" Only | Only those "autos" you own that are not of the private passenger type (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |
| **5** | Owned "Autos" Subject To No-fault | Only those "autos" you own that are required to have no-fault benefits in the state where they are licensed or principally garaged This includes those "autos" you acquire ownership of after the policy begins provided they are required to have no-fault benefits in the state where they are licensed or principally garaged. |
| **6** | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| **7** | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Covered Autos Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three) |
| **8** | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| **9** | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households but only while used in your business or your personal affairs. |

| 19 | Mobile Equipment Subject To Compulsory Or Financial Responsibility Or Other Motor Vehicle Insurance Law Only | Only those "autos" that are land vehicles and that would qualify under the definition of "mobile equipment" under this policy if they were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where they are licensed or principally garaged. |
|----|-----|-----|

## B. Owned Autos You Acquire After The Policy Begins

1. If Symbols **1, 2, 3, 4, 5, 6** or **19** are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol **7** is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Covered Autos Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Covered Autos Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

## SECTION II – COVERED AUTOS LIABILITY COVERAGE

### A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Covered Autos Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

### 1. Who Is An Insured

The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

   (1) The owner or anyone else from whom you hire or borrow a covered "auto".

   This exception does not apply if the covered "auto" is a "trailer" connected to a covered "auto" you own.

   © Insurance Services Office, Inc., 2011   CA 00 01 10 13

(2) Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

(5) A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

c. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability

## 2. Coverage Extensions

### a. Supplementary Payments

We will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured"

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend, but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the Limit of Insurance.

### b. Out-of-state Coverage Extensions

While a covered "auto" is away from the state where it is licensed, we will.

(1) Increase the Limit of Insurance for Covered Autos Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used

We will not pay anyone more than once for the same elements of loss because of these extensions.

## B. Exclusions

This insurance does not apply to any of the following.

### 1. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured"

### 2. Contractual

Liability assumed under any contract or agreement.

But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement

### 3. Workers' Compensation

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

© Insurance Services Office, Inc., 2011

**4. Employee Indemnification And Employer's Liability**

"Bodily injury" to:

**a.** An "employee" of the "insured" arising out of and in the course of:

    **(1)** Employment by the "insured"; or

    **(2)** Performing the duties related to the conduct of the "insured's" business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies:

    **(1)** Whether the "insured" may be liable as an employer or in any other capacity; and

    **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

**5. Fellow Employee**

"Bodily injury" to:

**a.** Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business; or

**b.** The spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph **a.** above.

**6. Care, Custody Or Control**

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

**7. Handling Of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

**a.** Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

**b.** After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

**8. Movement Of Property By Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

**9. Operations**

"Bodily injury" or "property damage" arising out of the operation of:

**a.** Any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment"; or

**b.** Machinery or equipment that is on, attached to or part of a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

**10. Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion, your work means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph **a.** or **b.** above.

Your work will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed;

    **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site; or

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**11. Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

(1) Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts if:

(1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** and **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(a) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(b) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**12. War**

"Bodily injury" or "property damage" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

**13. Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

**C. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined resulting from any one "accident" is the Limit Of Insurance for Covered Autos Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

## SECTION III – PHYSICAL DAMAGE COVERAGE

### A. Coverage

1. We will pay for "loss" to a covered "auto" or its equipment under:

    a. **Comprehensive Coverage**

    From any cause except:

    (1) The covered "auto's" collision with another object; or

    (2) The covered "auto's" overturn.

    b. **Specified Causes Of Loss Coverage**

    Caused by:

    (1) Fire, lightning or explosion;

    (2) Theft;

    (3) Windstorm, hail or earthquake;

    (4) Flood;

    (5) Mischief or vandalism; or

    (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

    c. **Collision Coverage**

    Caused by:

    (1) The covered "auto's" collision with another object; or

    (2) The covered "auto's" overturn.

2. **Towing**

    We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the private passenger type is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage – Hitting A Bird Or Animal – Falling Objects Or Missiles**

    If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

    a. Glass breakage;

    b. "Loss" caused by hitting a bird or animal; and

    c. "Loss" caused by falling objects or missiles.

    However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Coverage Extensions**

    a. **Transportation Expenses**

    We will pay up to $20 per day, to a maximum of $600, for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

    b. **Loss Of Use Expenses**

    For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

    (1) Other than collision only if the Declarations indicates that Comprehensive Coverage is provided for any covered "auto";

    (2) Specified Causes Of Loss only if the Declarations indicates that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

(3) Collision only if the Declarations indicates that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $20 per day, to a maximum of $600.

## B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   (1) The explosion of any weapon employing atomic fission or fusion, or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   **b. War Or Military Action**

   (1) War, including undeclared or civil war.

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents, or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for such a contest or activity

3. We will not pay for "loss" due and confined to

   a. Wear and tear, freezing, mechanical or electrical breakdown.

   b. Blowouts, punctures or other road damage to tires.

   This exclusion does not apply to such "loss" resulting from the total theft of a covered "auto".

4. We will not pay for "loss" to any of the following:

   a. Tapes, records, discs or other similar audio, visual or data electronic devices designed for use with audio, visual or data electronic equipment

   b. Any device designed or used to detect speed-measuring equipment, such as radar or laser detectors, and any jamming apparatus intended to elude or disrupt speed-measuring equipment.

   c. Any electronic equipment, without regard to whether this equipment is permanently installed, that reproduces, receives or transmits audio, visual or data signals.

   d. Any accessories used with the electronic equipment described in Paragraph **c.** above.

5. Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

   a. Permanently installed in or upon the covered "auto";

   b. Removable from a housing unit which is permanently installed in or upon the covered "auto".

   c. An integral part of the same unit housing any electronic equipment described in Paragraphs **a.** and **b.** above: or

   d. Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

6. We will not pay for "loss" to a covered "auto" due to "diminution in value".

## C. Limits Of Insurance

1. The most we will pay for

   a. "Loss" to any one covered "auto" is the lesser of.

      (1) The actual cash value of the damaged or stolen property as of the time of the "loss", or

      (2) The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

   b. All electronic equipment that reproduces, receives or transmits audio, visual or data signals in any one "loss" is $1,000, if, at the time of "loss", such electronic equipment is.

      (1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

(2) Removable from a permanently installed housing unit as described in Paragraph **b.(1)** above; or

(3) An integral part of such equipment as described in Paragraphs **b.(1)** and **b.(2)** above.

**2.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total "loss".

**3.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

### D. Deductible

For each covered "auto", our obligation to pay for, repair, return or replace damaged or stolen property will be reduced by the applicable deductible shown in the Declarations. Any Comprehensive Coverage deductible shown in the Declarations does not apply to "loss" caused by fire or lightning.

## SECTION IV – BUSINESS AUTO CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

### A. Loss Conditions

**1. Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value and amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If we submit to an appraisal, we will still retain our right to deny the claim.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss**

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**a.** In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representative prompt notice of the "accident" or "loss". Include:

(1) How, when and where the "accident" or "loss" occurred;

(2) The "insured's" name and address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is "loss" to a covered "auto" or its equipment, you must also do the following.

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Covered Autos Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

© Insurance Services Office, Inc., 2011

CA 00 01 10 13

**4. Loss Payment ~ Physical Damage Coverages**

At our option, we may:

**a.** Pay for, repair or replace damaged or stolen property,

**b.** Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft, or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceals or misrepresents a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto", or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

**5. Other Insurance**

**a.** For any covered "auto" you own, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance provided by this Coverage Form is excess over any other collectible insurance. However, while a covered "auto" which is a "trailer" is connected to another vehicle, the Covered Autos Liability Coverage this Coverage Form provides for the "trailer" is.

**(1)** Excess while it is connected to a motor vehicle you do not own, or

**(2)** Primary while it is connected to a covered "auto" you own.

**b.** For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

**c.** Regardless of the provisions of Paragraph **a.** above, this Coverage Form's Covered Autos Liability Coverage is primary for any liability assumed under an "insured contract".

**d.** When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

**6. Premium Audit**

**a.** The estimated premium for this Coverage Form is based on the exposures you told us you would have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

**b.** If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**7. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

**a.** During the policy period shown in the Declarations; and

**b.** Within the coverage territory.

The coverage territory is:

**(1)** The United States of America;

**(2)** The territories and possessions of the United States of America;

**(3)** Puerto Rico;

**(4)** Canada; and

**(5)** Anywhere in the world if a covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less,

provided that the "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada, or in a settlement we agree to.

We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

**8. Two Or More Coverage Forms Or Policies Issued By Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us applies to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION V – DEFINITIONS

**A.** "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

**B.** "Auto" means:

**1.** A land motor vehicle, "trailer" or semitrailer designed for travel on public roads; or

**2.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these.

**D.** "Covered pollution cost or expense" means any cost or expense arising out of:

**1.** Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2.** Any claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

**(1)** Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)** Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)** Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

 © Insurance Services Office, Inc., 2011 **CA 00 01 10 13**

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

   **(1)** The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

   **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraph **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

   **(a)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

   **(b)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Diminution in value" means the actual or perceived loss in market value or resale value which results from a direct and accidental "loss".

**F.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**G.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.** "Insured contract" means

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement; or

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement

   **a.** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   **b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   **c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

**I.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**J.** "Loss" means direct and accidental loss or damage

**K.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

1. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

2. Vehicles maintained for use solely on or next to premises you own or rent;

3. Vehicles that travel on crawler treads;

4. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   a. Power cranes, shovels, loaders, diggers or drills; or

   b. Road construction or resurfacing equipment such as graders, scrapers or rollers;

5. Vehicles not described in Paragraph 1., 2., 3. or 4. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   a. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

   b. Cherry pickers and similar devices used to raise or lower workers, or

6. Vehicles not described in Paragraph 1., 2., 3. or 4. above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   a. Equipment designed primarily for:

     (1) Snow removal;

     (2) Road maintenance, but not construction or resurfacing; or

     (3) Street cleaning;

   b. Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   c. Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

L. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

M. "Property damage" means damage to or loss of use of tangible property.

N. "Suit" means a civil proceeding in which:

   1. Damages because of "bodily injury" or "property damage"; or

   2. A "covered pollution cost or expense";

to which this insurance applies, are alleged.

"Suit" includes:

   a. An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

O. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

P. "Trailer" includes semitrailer.

 © Insurance Services Office, Inc., 2011 CA 00 01 10 13

**POLICY NUMBER:** 83 UUN PY5847



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# SCHEDULE OF LIMITS UNINSURED MOTORISTS COVERAGE AND UNDERINSURED MOTORISTS COVERAGE

This endorsement modifies insurance provided under the following
    BUSINESS AUTO COVERAGE FORM
    AUTO DEALERS COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: |
| --- |
| Named Insured: |

The Limit shown in ITEM TWO of the Declarations for Uninsured Motorists Coverage and for Underinsured Motorists Coverage (when not included in Uninsured Motorists Coverage) is replaced by the limits shown below for the state indicated.

### SCHEDULE

| COVERAGE | LIMIT | | STATE |
| --- | --- | --- | --- |
| UNINSURED MOTORISTS | $ 1,000 ,000 each "accident" | | CA |
| | $ 1,000 ,000 each "accident" | | FL |
| | $ 1,000 ,000 each "accident" | | IL |
| | $ 1,000 ,000 each "accident" | | PA |
| | $ 1,000 ,000 each "accident" | | TX |
| | $ 1,000 ,000 each "accident" | | WI |
| UNDERINSURED MOTORISTS (when not included in Uninsured Motorists Coverage) | $ 1,000 ,000 each "accident" | | IL |
| | $ 1,000 ,000 each "accident" | | PA |
| | $ 1,000 ,000 each "accident" | | WI |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |
| | $ ,000 each "accident" | | |

The state limit shown above completes the limit entry required on the endorsement(s) applicable in the same state.

**Form HA 21 02 06 14**

POLICY NUMBER: 83 UUN PY5847

COMMERCIAL AUTO
CA 22 10 01 21

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# FLORIDA PERSONAL INJURY PROTECTION

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

We agree with the "named insured", subject to all the provisions of this endorsement and to all of the provisions of the Policy except as modified herein, as follows that:

### SCHEDULE

Any Personal Injury Protection deductible shown in the Declarations of $ NONE is applicable to ☐ the following "named insured" only:

    ☐ each "named insured" and each dependent "family member".
☐ Work loss for "named insured" does not apply.

☐ Work loss for "named insured" and dependent "family member" does not apply.

| Benefits | Limit Per Person |
|---|---|
| Total Aggregate Limit for all Personal Injury Protection Benefits, except Death Benefits | $10,000 |
| Death Benefits | $5,000 |
| Medical Expenses | 80% of medical expenses subject to the total aggregate limit and the provisions of Paragraphs D.2.a. and b. under Limit Of Insurance. |
| Work Loss | 60% of work loss subject to the total aggregate limit |
| Replacement Services Expenses | subject to the total aggregate limit |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Coverage

We will pay Personal Injury Protection benefits in accordance with the Florida Motor Vehicle No-fault Law to or for an "insured" who sustains "bodily injury" in an "accident" arising out of the ownership, maintenance or use of a "motor vehicle". Subject to the limits shown in the Schedule, these Personal Injury Protection benefits consist of the following

### 1. Medical Expenses

a. All reasonable "medically necessary" expenses for medical, surgical, X-ray, dental, ambulance, hospital, professional nursing and rehabilitative services, including prosthetic devices. However, we will pay for these benefits only if the "insured" receives initial services and care within 14 days after the "motor vehicle" "accident" that are:

(1) Lawfully provided, supervised, ordered or prescribed by a licensed physician, dentist, chiropractic physician or an advanced practice registered nurse.

(2) Provided in a hospital or in a facility that owns, or is wholly owned by, a hospital; or

(3) Provided by a person or entity licensed to provide emergency transportation and treatment,

as authorized by the Florida Motor Vehicle No-fault Law.

b. Upon referral by a licensed health care provider described in Paragraph **A.1.a.(1)**, **(2)** or **(3)**, follow-up services and care consistent with the underlying medical diagnosis rendered pursuant to Paragraph **A.1.a.**, if provided, supervised, ordered or prescribed only by a licensed:

(1) Physician, osteopathic physician, chiropractic physician, dentist or advanced practice registered nurse. or

(2) Physician assistant or advanced registered nurse practitioner, under the supervision of such physician, osteopathic physician chiropractic physician or dentist;

as authorized by the Florida Motor Vehicle No-fault Law.

Follow-up services and care may also be provided by:

(3) A licensed hospital or ambulatory surgical center,

(4) An entity wholly owned by one or more licensed physicians, osteopathic physicians, chiropractic physicians, advanced practice registered nurses or dentists; or by such practitioners and the spouse, parent, child, or sibling of such practitioners,

(5) An entity that owns or is wholly owned, directly or indirectly, by a hospital or hospitals;

(6) A licensed physical therapist, based upon referral by a provider described in Paragraph **A.1.b.**; or

(7) A health care clinic licensed under the Florida Health Care Clinic Act

(a) Which is accredited by the Joint Commission on Accreditation of Healthcare Organizations, the American Osteopathic Association, the Commission on Accreditation of Rehabilitation Facilities or the Accreditation Association for Ambulatory Health Care. Inc., or

(b) Which

(i) Has a licensed medical director,

(ii) Has been continuously licensed for more than three years or is a publicly traded corporation that issues securities traded on an exchange registered with the United States Securities and Exchange Commission as a national securities exchange; and

(iii) Provides at least four of the following medical specialties.

i. General medicine,

ii. Radiography,

iii. Orthopedic medicine.

iv. Physical medicine;

v. Physical therapy,

vi. Physical rehabilitation;

vii. Prescribing or dispensing outpatient prescription medication; or

viii. Laboratory services.

as authorized by the Florida Motor Vehicle No-fault Law

 © Insurance Services Office, Inc., 2020 CA 22 10 01 21

However, with respect to Paragraph **A.1.**, medical expenses do not include massage or acupuncture, regardless of the person, entity or licensee providing the massage or acupuncture;

**2. Replacement Services Expenses**

With respect to the period of disability of the injured person, all expenses reasonably incurred in obtaining from others ordinary and necessary services in lieu of those that, but for such injury, the injured person would have performed without income for the benefit of his or her household;

**3. Work Loss**

With respect to the period of disability of the injured person, any loss of income and earning capacity from inability to work proximately caused by the injury sustained by the injured person; and

**4. Death Benefits**

**B. Who Is An Insured**

**1.** The "named insured".

**2.** If the "named insured" is an individual, any "family member".

**3.** Any other person while "occupying" a covered "motor vehicle" with the "named insured's" consent.

**4.** A "pedestrian" if the "accident" involves the covered "motor vehicle".

**C. Exclusions**

We will not pay Personal Injury Protection benefits for "bodily injury":

**1.** Sustained by the "named insured" or any "family member" while "occupying" any "motor vehicle" owned by the "named insured" that is not a covered "motor vehicle";

**2.** Sustained by any person while operating the covered "motor vehicle" without the "named insured's" expressed or implied consent;

**3.** Sustained by any person, if such person's conduct contributed to his or her "bodily injury" under any of the following circumstances:

    **a.** Causing "bodily injury" to himself or herself intentionally; or

    **b.** While committing a felony;

**4.** To the "named insured" or any "family member" for work loss if an entry in the Schedule or Declarations indicates that coverage for work loss does not apply;

**5.** To any "pedestrian", other than the "named insured" or any "family member", not a legal resident of the state of Florida;

**6.** To any person, other than the "named insured", if that person is the "owner" of a "motor vehicle" for which security is required under the Florida Motor Vehicle No-fault Law;

**7.** To any person, other than the "named insured", or any "family member", who is entitled to personal injury protection benefits from the owner of a "motor vehicle" that is not a covered "motor vehicle" under this insurance or from the "owner's" insurer; or

**8.** To any person who sustains "bodily injury" while "occupying" a "motor vehicle" located for use as a residence or premises.

**D. Limit Of Insurance**

**1.** Regardless of the number of persons insured, policies or bonds applicable, premiums paid, vehicles involved or claims made, the total aggregate limit of personal injury protection benefits, available under the Florida Motor Vehicle No-fault Law from all sources combined, including this Policy, for or on behalf of any one person who sustains "bodily injury" as the result of any one "accident", shall be:

    **a.** $10,000 for medical expenses, work loss and replacement services; and

    **b.** $5,000 for death benefits.

**2.** Subject to Paragraph **D.1.a.**, we will pay:

    **a.** Up to $10,000 for medical expenses, if a licensed physician, dentist, physician assistant or an advanced registered nurse practitioner authorized by the Florida Motor Vehicle No-fault Law has determined that the "insured" had an "emergency medical condition"; or

    **b.** Up to $2,500 for medical expenses, if any health care provider described in Paragraph **A.1.a.** or **A.1.b.** has determined that the "insured" did not have an "emergency medical condition".

**3.** Any amount paid under this coverage will be reduced by the amount of benefits an injured person has been paid or is entitled to be paid for the same elements of "loss" under any workers' compensation law.

**4.** If personal injury protection benefits, under the Florida Motor Vehicle No-fault Law, have been received from any insurer for the same elements of loss and expense benefits available under this Policy, we will not make duplicate payments to or for the benefit of the injured person. The insurer paying the benefits shall be entitled to recover from us its pro rata share of the benefits paid and expenses incurred in handling the claim.

5. The deductible amount shown in the Schedule will be deducted from the total amount of expenses and losses listed in Paragraphs **A.1.**, A.2. and **A.3.** of this endorsement before the application of any percentage limitation for each "insured" to whom the deductible applies. The deductible does not apply to the death benefit

6. Any amount paid under this coverage for medical expenses shall be limited by the medical fee schedule prescribed by the Florida Motor Vehicle No-fault Law.

E. **Changes In Conditions**

The Conditions are changed for **Personal Injury Protection** as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** is replaced by the following

Compliance with the following duties is a condition precedent to receiving benefits.

In the event of an "accident", the "named insured" must give us or our authorized representative prompt written notice of the "accident".

If any injured person or his or her legal representative institutes a legal action to recover damages for "bodily injury" against a third party, a copy of the summons, complaint or other process served in connection with that legal action must be forwarded to us as soon as possible by the injured person or his or her legal representative.

A person seeking personal injury protection benefits must, as soon as possible, give us written proof of claim, under oath if required, containing full particulars concerning the injuries and treatment received and/or contemplated, and send us any other information that will assist us in determining the amount due and payable.

A person seeking personal injury protection benefits must submit to an examination under oath. The scope of questioning during the examination under oath is limited to relevant information or information that could reasonably be expected to lead to relevant information.

2. **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

a. No legal action may be brought against us until there has been full compliance with all terms of this Policy. In addition, no legal action may be brought against us:

(1) Until the claim for benefits is overdue in accordance with Paragraph **F.2.** of this endorsement; and

(2) Until we are provided with a demand letter in accordance with the Florida Motor Vehicle No-fault Law sent to us via U.S. certified or registered mail; and

(3) With respect to the overdue claim specified in the demand letter. if, within 30 days of receipt of the demand letter, we:

(a) Pay the overdue claim, or

(b) Agree to pay for future treatment not yet rendered.

in accordance with the requirements of the Florida Motor Vehicle No-fault Law.

b. If legal action is brought against us, all claims related to the same health care provider or facility shall be brought in a single action, unless good cause can be shown why such claims should be brought separately.

 © Insurance Services Office, Inc., 2020 CA 22 10 01 21

**3. Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

**Transfer Of Rights Of Recovery Against Others To Us**

Unless prohibited by the Florida Motor Vehicle *No-fault Law, in the event of payment to or for* the benefit of any injured person under this coverage:

a. We will be reimbursed for those payments, not including reasonable attorneys' fees and other reasonable expenses, from the proceeds of any settlement or judgment resulting from any right of recovery of the injured person against any person or *organization legally responsible for the* "bodily injury" from which the payment arises. We will also have a lien on those proceeds.

b. If any person to or for whom we pay benefits has rights to recover benefits from another, those rights are transferred to us. That person must do everything necessary to secure our rights and must do nothing after loss to impair them.

c. The insurer providing personal injury protection benefits on a private passenger "motor vehicle", as defined in the Florida Motor Vehicle No-fault Law, shall be entitled to reimbursement to the extent of the payment of personal injury protection benefits from the "owner" or the insurer of the "owner" of a commercial "motor vehicle", as defined in the Florida Motor Vehicle No-fault Law, if such injured person sustained the injury while "occupying", or while a "pedestrian" through being struck by, such commercial "motor vehicle". However, such insurer's right of reimbursement under this Paragraph **c.** does not apply to an "owner" or registrant of a "motor vehicle" used as a taxicab.

**4. Concealment, Misrepresentation Or Fraud** is replaced by the following:

**Concealment, Misrepresentation Or Fraud**

We do not provide coverage under this endorsement for an "insured" if that "insured" *has committed, by a material act or omission,* insurance fraud relating to personal injury protection coverage under this form, if fraud is admitted to in a sworn statement by the "insured" or if the fraud is established in a court of competent jurisdiction. Any insurance fraud voids all personal injury protection coverage arising from the claim with respect to the "insured" who committed the fraud. Any benefits paid prior to the discovery of the fraud are recoverable from that "insured".

**5. Policy Period, Coverage Territory** is replaced by the following:

**Policy Period, Coverage Territory**

The insurance under this section applies only to "accidents" which occur during the policy period:

a. In the state of Florida;

b. As respects the "named insured" or any "family member", while "occupying" the covered "motor vehicle" outside the state of Florida but within the United States of America, its territories or possessions or Canada; and

c. As respects the "named insured", while "occupying" a "motor vehicle" of which a "family member" is the "owner" and for which security is maintained under the Florida Motor Vehicle No-fault Law outside the state of Florida but within the United States of America, its territories or possessions or Canada.

**F. Additional Conditions**

The following conditions are added.

**1. Mediation**

   **a.** In any claim filed by an "insured" with us for:

     **(1)** "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto";

     **(2)** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto"; or

     **(3)** "Loss" to a covered "auto" or its equipment, in any amount,

     either party may make a written demand for mediation of the claim prior to the institution of litigation.

   **b.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

   **c.** The request must state:

     **(1)** Why mediation is being requested.

     **(2)** The issues in dispute, which are to be mediated.

   **d.** The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

   **e.** Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

   **f.** The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed

**2. Payment Of Benefits**

Personal injury protection benefits payable under this Coverage Form, whether the full or partial amount, may be overdue if not paid within 30 days after we are furnished with written notice of the covered loss and the amount of the covered loss in accordance with the Florida Motor Vehicle No-fault Law.

However, if we have a reasonable belief that a fraudulent insurance act has been committed relating to personal injury protection coverage under this Coverage Form, we will notify the "insured" in writing, within 30 days after the submission of the claim, that the claim is being investigated for suspected fraud. No later than 90 days after the submission of the claim, we will either deny or pay the claim, in accordance with the Florida Motor Vehicle No-fault Law.

If we pay only a portion of a claim or reject a claim due to an alleged error in the claim, we, at the time of the partial payment or rejection, will provide an itemized specification or explanation of benefits due to the specified error. Upon receiving the specification or explanation, the person making the claim, at the person's option and without waiving any other legal remedy for payment, has 15 days to submit a revised claim, which will be considered a timely submission of written notice of a claim.

**3. Modification Of Policy Coverages**

Any Automobile Medical Payments Coverage and any Uninsured Motorists Coverage afforded by the Policy shall be excess over any personal injury protection benefits paid or payable.

Regardless of whether the full amount of personal injury protection benefits has been exhausted, any Medical Payments Coverage afforded by the Policy shall pay the portion of any claim for personal injury protection medical expenses which are otherwise covered but not payable due to the limitation of 80% of medical expense benefits but shall not be payable for the amount of the deductible selected

 © Insurance Services Office, Inc., 2020 CA 22 10 01 21

**4. Medical Reports And Examinations; Payment Of Claim Withheld**

As soon as practicable, the person making the claim shall submit to mental and physical examinations at our expense when and as often as we may reasonably require and a copy of the medical report shall be forwarded to such person if requested. If the person unreasonably refuses to submit to, or fails to appear at, an examination, we will not be liable for subsequent personal injury protection benefits. Such person's refusal to submit to, or failure to appear at, two examinations, raises a rebuttable presumption that such person's refusal or failure was unreasonable.

Whenever a person making a claim as a result of an injury sustained while committing a felony is charged with committing that felony, we shall withhold benefits until, at the trial level, the prosecution makes a formal entry on the record that it will not prosecute the case against the person, the charge is dismissed or the person is acquitted.

**5. Provisional Premium**

In the event of any change in the rules, rates, rating plan, premiums or minimum premiums applicable to the insurance afforded, because of an adverse judicial finding as to the constitutionality of any provisions of the Florida Motor Vehicle No-fault Law providing for the exemption of persons from tort liability, the premium stated in the Declarations for any Liability, Medical Payments and Uninsured Motorists insurance shall be deemed provisional and subject to recomputation. If this Policy is a renewal policy, such recomputation shall also include a determination of the amount of any return premium previously credited or refunded to the "named insured" pursuant to the Florida Motor Vehicle No-fault Law with respect to insurance afforded under a previous policy.

If the final premium thus recomputed exceeds the premium shown in the Declarations, the "named insured" shall pay to us the excess as well as the amount of any return premium previously credited or refunded.

**6. Special Provisions For Rented Or Leased Vehicles**

Notwithstanding any provision of this coverage to the contrary, if a person is injured while "occupying", or through being struck by, a "motor vehicle" rented or leased under a rental or lease agreement which does not specify otherwise in language required by FLA. STAT. SECTION 627.7263(2) in at least 10-point type on the face of the agreement, the personal injury protection benefits available under the Florida Motor Vehicle No-fault Law and afforded under the lessor's policy shall be primary.

**7. Insured's Right To Personal Injury Protection Information**

a. In a dispute between us and an "insured", or between us and an assignee of the "insured's" personal injury protection benefits, we will, upon request, notify such "insured" or assignee that the limits for Personal Injury Protection have been reached. We will provide such information within 15 days after the limits for Personal Injury Protection have been reached.

b. If legal action is commenced, we will, upon request, provide an "insured" with a copy of a log of personal injury protection benefits paid by us on behalf of the "insured". We will provide such information within 30 days of receipt of the request for the log from the "insured".

**G. Additional Definitions**

As used in this endorsement:

1. "Emergency medical condition" means a medical condition manifesting itself by acute symptoms of sufficient severity, which may include severe pain, such that the absence of immediate medical attention could reasonably be expected to result in any of the following:

a. Serious jeopardy to "insured's" health;

b. Serious impairment to bodily functions; or

c. Serious dysfunction of any bodily organ part.

© Insurance Services Office, Inc., 2020

2. "Motor vehicle" means any self-propelled vehicle with four or more wheels which is of a type both designed and required to be licensed for use on the highways of Florida and any trailer or semitrailer designed for use with such vehicle

   However, "motor vehicle" does not include.

   a. A mobile home,

   b. Any "motor vehicle" which is used in mass transit, other than public school transportation. and designed to transport more than five passengers exclusive of the operator of the motor vehicle and which is owned by a municipality, a transit authority or a political subdivision of the state.

3. "Family member" means a person related to the "named insured" by blood, marriage or adoption, including a ward or foster child, who is a resident of the same household as the "named insured".

4. "Named insured" means the person or organization named in the Declarations of the Policy and, if an individual, shall include the spouse if a resident of the same household.

5. "Occupying" means in or upon or entering into or alighting from.

6. "Owner" means a person or organization who holds the legal title to a "motor vehicle" and also includes:

   a. A debtor having the right to possession, in the event a "motor vehicle" is the subject of a security agreement

   b. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease with option to purchase and such lease agreement is for a period of six months or more: and

   c. A lessee having the right to possession, in the event a "motor vehicle" is the subject of a lease without option to purchase, and such lease is for a period of six months or more, and the lease agreement provides that the lessee shall be responsible for securing insurance.

7. "Pedestrian" means a person while not an occupant of any self-propelled vehicle.

8. "Medically necessary" refers to a medical service or supply that a prudent physician would provide for the purpose of preventing, diagnosing or treating an illness, injury, disease or symptom in a manner that is:

   a. In accordance with generally accepted standards of medical practice,

   b. Clinically appropriate in terms of type, frequency, extent, site and duration, and

   c. Not primarily for the convenience of the patient, physician or other health care provider.

© Insurance Services Office, Inc , 2020 **CA 22 10 01 21**

POLICY NUMBER:

COMMERCIAL AUTO
CA 22 37 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA BASIC FIRST-PARTY BENEFIT

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Pennsylvania, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

Named Insured:

Endorsement Effective Date:

### SCHEDULE

| Benefits | Limit Of Insurance |
|---|---|
| Medical Expense Benefits | Up to $5,000 per insured |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

We will pay the Basic First-party Benefit in accordance with the "Act" to or for an "insured" who sustains "bodily injury" caused by an "accident" arising out of the maintenance or use of an "auto".

**BENEFITS**

Subject to the limit shown in the Schedule or Declarations, the Basic First-party Benefit consists of Medical Expense Benefits. These benefits consist of reasonable and necessary medical expenses incurred for an "insured's":

1. Care;
2. Recovery; or
3. Rehabilitation.

This includes remedial care and treatment rendered in accordance with a recognized religious method of healing.

Medical expenses will be paid if incurred within 18 months from the date of the "accident" causing "bodily injury". If within 18 months from the date of the "accident" causing "bodily injury" it is ascertainable with reasonable medical probability that further expenses may be incurred as a result of the "bodily injury", medical expenses will be paid without limitation as to the time such further expenses are incurred.

**B. Who Is An Insured**

1. You.
2. If you are an individual, any "family member".
3. Any person while "occupying" a covered "auto".
4. Any person while not "occupying" an "auto" if injured as a result of an "accident" in Pennsylvania involving a covered "auto".

   If a covered "auto" is parked and unoccupied, it is not an "auto" involved in an "accident" unless it was parked in a manner as to create an unreasonable risk of injury.

© Insurance Services Office, Inc., 2012

## C. Exclusions

We will not pay First-party Benefits for "bodily injury"

1. Sustained by any person injured while intentionally causing or attempting to cause injury to himself or herself or any other person

2. Sustained by any person while committing a felony.

3. Sustained by any person while seeking to elude lawful apprehension or arrest by a law enforcement official.

4. Sustained by any person while maintaining or using an "auto" knowingly converted by that person. However, this exclusion does not apply to:

   a. You; or

   b. Any "family member".

5. Sustained by any person who, at the time of the "accident":

   a. Is the owner of one or more currently registered "autos" and none of those "autos" is covered by the financial responsibility required by the "Act". or

   b. Is "occupying" an "auto" owned by that person for which the financial responsibility required by the "Act" is not in effect.

6. Sustained by any person maintaining or using an "auto" while located for use as a residence or premises.

7. Sustained by a pedestrian if the "accident" occurs outside of Pennsylvania. This exclusion does not apply to

   a. You; or

   b. Any "family member".

8. Sustained by any person while "occupying".

   a. A recreational vehicle designed for use off public roads; or

   b. A motorcycle, moped or similar type vehicle.

9. Arising directly or indirectly out of

   a. A discharge of a nuclear weapon (even if accidental),

   b. War, including undeclared or civil war,

   c. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government. sovereign or other authority using military personnel or other agents, or

   d. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

10. From or as a consequence of the following whether controlled or uncontrolled or however caused

    a. Nuclear reaction,

    b. Radiation, or

    c. Radioactive contamination.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", premiums paid, claims made, "autos" involved in the "accident" or insurers providing First-party Benefits, the most we will pay to or for an "insured" as the result of any one "accident" is the limit shown in the Schedule or in the Declarations.

2. Any amount payable under First-party Benefits shall be excess over any sums paid, payable or required to be provided under any workers' compensation law or similar law.

## E. Changes In Conditions

The Conditions are changed for First-party Benefits as follows.

1. **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

2. The following conditions are added.

   **Nonduplication Of Benefits**

   No person may recover duplicate benefits for the same expenses or loss under this or any other similar automobile coverage including self-insurance.

© Insurance Services Office, Inc., 2012

## Priorities Of Policies

We will pay First-party Benefits in accordance with the order of priority set forth by the "Act". We will not pay if there is another insurer at a higher level of priority. The "First" category listed below is the highest level of priority and the "Fourth" category listed below is the lowest level of priority. The priority order is:

| First | The insurer providing benefits to the "insured" as a named insured. |
|-------|------------------------------------------------------------------------|
| Second | The insurer providing benefits to the "insured" as a "family member" who is not a named insured under another policy providing coverage under the "Act". |
| Third | The insurer of the "auto" which the "insured" is "occupying" at the time of the "accident". |
| Fourth | The insurer providing benefits on any "auto" involved in the "accident" if the "insured" is: |

   **a.** Not "occupying" an "auto"; and

   **b.** Not provided First-party Benefits under any other policy.

If two or more policies have equal priority within the highest applicable number in the priority order:

1. The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible;

2. If we are the insurer against whom the claim is first made, our payment to or for an "insured" will not exceed the applicable limit shown in the Schedule or Declarations;

3. The insurer thereafter is entitled to recover pro rata contribution from any other insurer for the benefits paid and the costs of processing the claim. If contribution is sought among insurers under the Fourth priority, proration shall be based on the number of involved motor vehicles; and

4. The maximum recovery under all policies shall not exceed the amount payable under the policy with the highest dollar limit of benefits.

**F. Additional Definitions**

As used in this endorsement:

1. "Auto" means a self-propelled motor vehicle or trailer required to be registered, operated or designed for use on public roads. However, "auto" does not include a vehicle operated:

   **a.** By muscular power; or

   **b.** On rails or tracks.

2. The "Act" means the Pennsylvania Motor Vehicle Financial Responsibility Law.

3. "Family member" means a resident of your household who is:

   **a.** Related to you by blood, marriage or adoption; or

   **b.** A minor in your custody or in the custody of any other "family member".

4. "Occupying" means in, upon, getting in, on, out or off.

POLICY NUMBER: 8? UUM PY5847

COMMERCIAL AUTO
CA 22 64 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS PERSONAL INJURY PROTECTION ENDORSEMENT

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Texas, this endorsement modifies insurance provided under the following.

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below

| |
|---|
| Named Insured: |
| Endorsement Effective Date: |

## SCHEDULE
SEE SCHEDULE

| Limit Of Insurance (Each Insured) | Premium |
|---|---|
| $ | $ |
| $ | $ |
| $ | $ |
| $ | $ |

**Description Of Covered Autos** (Check appropriate box.)

| | |
|---|---|
| ☐ | Any "auto" owned by you |
| ☐ | Any private passenger "auto" owned by you |
| ☐ | Any motor vehicle to which are attached dealer's license plates issued to you |
| ☐ | Any motor vehicle designated in the Declarations of the policy by the letters P.I P  and a motor vehicle the ownership of which is acquired during the policy period by you as a replacement therefor |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.  Coverage**

We will pay Personal Injury Protection benefits because of "bodily injury" resulting from a motor vehicle "accident" and sustained by a person "insured". Our payment will only be for "losses" or expenses incurred within three years from the date of the "accident".

Personal Injury Protection benefits consist of

1.  Necessary expenses for medical and funeral services.

2.  80% of an "insured's" loss of income from employment. These benefits apply only if, at the time of the "accident". the "insured"

    a.  Was an income producer: and

**b.** Was in an occupational status.

These benefits do not apply to any "loss" after the "insured" dies.

*Loss of income is the difference between:*

**a.** Income which would have been earned had the "insured" not been injured; and

**b.** The amount of income actually received from employment during the period of disability.

If the income being earned as of the date of the "accident" is a salary or fixed remuneration, it shall be used in determining the amount of income which would have been earned. Otherwise, the average monthly income earned during the period (not more than 12 months) preceding the "accident" shall be used.

**3.** Reasonable expenses incurred for obtaining services. These services must replace those an "insured" would normally have performed:

**a.** Without pay;

**b.** During a period of disability; and

**c.** For the care and maintenance of the family or household.

These benefits apply only if, at the time of the "accident", the "insured":

**a.** Was not an income producer: and

**b.** Was not in an occupational status.

These benefits do not apply to any "loss" after the "insured" dies.

## B. Who Is An Insured

**1.** You or any "family member" while "occupying" or when struck by any "auto".

**2.** Anyone else "occupying" a "covered auto" with your permission.

## C. Exclusions

We will not provide Personal Injury Protection Coverage for any person for "bodily injury" sustained:

**1.** In an "accident" caused intentionally by that person.

**2.** By that person while in the commission of a felony.

**3.** By that person while attempting to elude arrest by a law enforcement official.

**4.** While "occupying" or when struck by, any motor vehicle (other than a "covered auto") which is owned by you.

**5.** By a "family member" while "occupying" or when struck by any motor vehicle (other than a "covered auto") which is owned by a "family member".

## D. Limit Of Insurance

Regardless of the number of owned "covered autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" in any one "accident" is the limit of Personal Injury Protection shown in the Schedule or in the Declarations.

## E. Changes In Conditions

The Conditions of the policy are changed for Personal Injury Protection as follows:

**1.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition:

However, our rights only apply against a person causing or contributing to the "accident" if, on the date of the "loss", the minimum limits required by Texas law have not been established for a motor vehicle involved in the "accident" and operated by that person.

**2.** The reference in the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form to "other collectible insurance" is replaced by the following:

If there is other Personal Injury Protection Insurance, we will pay only our share. Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible Personal Injury Protection Insurance.

**3.** The following conditions are added:

**a. Payment Provision**

Loss Payments benefits are payable:

**(1)** Not more frequently than every two weeks; and

**(2)** Within 30 days after satisfactory proof of claim is received.

**b. Assignment Of Benefits**

Payments for medical benefits will be paid directly to a physician or other health care provider if we receive a written assignment signed by the covered person to whom such benefits are payable.

© Insurance Services Office, Inc., 2012

**CA 22 64 10 13**

**F. Additional Definitions**

The following are added to the **Definitions** section and have special meaning for Personal Injury Protection:

1. "Covered auto" means an "auto"

    a. Owned or leased by you; or

    b. While temporarily used as a substitute for an owned "covered auto" that has been withdrawn from normal use because of its breakdown, repair, servicing, "loss" or destruction.

    Covered Autos Liability Coverage of this policy must apply to the "covered auto"

"Covered auto" includes "autos" (described in Paragraphs **a.** and **b.** above) for which Personal Injury Protection Coverage has not been rejected in writing.

2. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

3. "Occupying" means in, upon, getting in, on, out or off

COMMERCIAL AUTO
CA 99 03 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. Who Is An Insured

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. Exclusions

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

© Insurance Services Office, Inc., 2011

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity

**D. Limit Of Insurance**

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

**E. Changes In Conditions**

The **Conditions** are changed for **Auto Medical Payments Coverage** as follows

1. The **Transfer Of Rights Of Recovery Against Others To Us** Condition does not apply.

2. The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2011

POLICY NUMBER:                                                                  **COMMERCIAL AUTO**
                                                                               **CA 21 54 11 16**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA UNINSURED MOTORISTS COVERAGE - BODILY INJURY

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, California, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

**SCHEDULE**

| | |
|---|---|
| **Limit Of Insurance:  $** | **Each "Accident"** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. We will pay only after the limits of liability under any liability bonds or policies have been exhausted by payment of judgments or settlements.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**CA 21 54 11 16**                  © Insurance Services Office, Inc., 2016                  **Page 1 of 4**

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds"

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured"

## C. Exclusions

This insurance does not apply to any of the following:

1. Punitive or exemplary damages.

2. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle".

3. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law or to the direct benefit of the United States, a state or its political subdivisions.

4. "Bodily injury" sustained by

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form,

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form, or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

However, Exclusion **4.** shall not apply to "bodily injury" sustained by an individual Named Insured or "family member" when struck by a vehicle owned by that "insured" and operated or caused to be operated by a person without that "insured's" consent in connection with criminal activity that has been documented in a police report and to which that "insured" is not a party to.

5. "Bodily injury" sustained by an individual Named Insured or any "family member" while "occupying" any vehicle leased by that Named Insured or any "family member" under a written contract for a period of six months or more that is not a covered "auto".

6. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

7. "Bodily injury" sustained by an "insured" while "occupying" any "auto" that is rented or leased to that "insured" for use as a public or livery conveyance. However, this exclusion does not apply if the "insured" is in the business of providing public or livery conveyance.

As used in this exclusion, public or livery conveyance includes, but is not limited to, any period of time an "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the "auto".

8. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. For a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", our Limit Of Insurance shall be reduced by all sums paid because of "bodily injury" by or for anyone who is legally responsible, including all sums paid or payable under this policy's Covered Autos Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage form or Medical Payments Coverage endorsement attached to this Coverage Part.

 © Insurance Services Office, Inc., 2016 CA 21 54 11 16

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

## E. Changes In Conditions

The Conditions are changed for California Uninsured Motorists Coverage - Bodily Injury as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   **a.** Promptly notify the police if a hit-and-run driver is involved; and

   **b.** Send us copies of the legal papers if a "suit" is brought. In addition, a person seeking coverage under Paragraph **b.** of the definition of "uninsured motor vehicle" must:

      **(1)** Provide us with a copy of the complaint by personal service or certified mail if the "insured" brings an action against the owner or operator of such "uninsured motor vehicle";

      **(2)** Within a reasonable time, make all pleadings and depositions available for copying by us or furnish us copies at our expense; and

      **(3)** Provide us with proof that the limits of insurance under any applicable liability bonds or policies have been exhausted by payment of judgments or settlements.

2. **Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   No legal action may be brought against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form and with respect to Paragraphs **a.**, **c.** and **d.** of the definition of "uninsured motor vehicle" unless within two years from the date of the "accident":

   **a.** Agreement as to the amount due under this insurance has been concluded;

   **b.** The "insured" has formally instituted arbitration proceedings against us. In the event that the "insured" decides to arbitrate, the "insured" must formally begin arbitration proceedings by notifying us in writing, sent by certified mail, return receipt requested; or

   **c.** "Suit" for "bodily injury" has been filed against the uninsured motorist in a court of competent jurisdiction.

   Written notice of the "suit" must be given to us within a reasonable time after the "insured" knew, or should have known, that the other motorist is uninsured. In no event will such notice be required before two years from the date of the accident. Failure of the "insured" or his or her representative to give us such notice of the "suit" will relieve us of our obligations under this Coverage Form only if the failure to give notice prejudices our rights.

3. **Transfer Of Rights Of Recovery Against Others To Us** is replaced by the following:

   **Transfer Of Rights Of Recovery Against Others To Us**

   **a.** With respect to Paragraphs **a.**, **c.** and **d.** of the definition of "uninsured motor vehicle", if we make any payment, we are entitled to recover what we paid from other parties. Any person to or for whom we make payment must transfer to us his or her rights of recovery against any other party. This person must do everything necessary to secure these rights and must do nothing that would jeopardize them.

   **b.** With respect to Paragraph **b.** of the definition of "uninsured motor vehicle", if we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

4. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   **a.** The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

---

b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis

c. If the coverage under this Coverage Form is provided

(1) On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis

5. The following condition is added

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", the disagreement will be settled by arbitration. Such arbitration may be initiated by a written demand for arbitration made by either party. The arbitration shall be conducted by a single neutral arbitrator However, disputes concerning coverage under this endorsement may not be arbitrated. Each party will bear the expenses of the arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives Local rules of law as to arbitration procedures and evidence will apply. The decision of the arbitrator will be binding.

**F. Additional Definitions**

The following are added to the **Definitions** section

1. "Family member" means the individual Named Insured's spouse, whether or not a resident of the individual Named Insured's household, and any other person related to such Named Insured by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation

4. "Uninsured motor vehicle" means a land motor vehicle or "trailer".

a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged.

b. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but that sum is less than the Limit of Insurance for this coverage;

c. For which an insuring or bonding company denies coverage or refuses to admit coverage except conditionally or with reservation or becomes insolvent;

d. That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must make physical contact with an "insured", a covered "auto" or a vehicle an "insured" is "occupying", or

e. That is owned by an individual Named Insured or "family member" and operated or caused to be operated by a person without the owner's consent in connection with criminal activity that has been documented in a police report

However, "uninsured motor vehicle" does not include any vehicle:

a. Owned or operated by a self-insurer under any applicable motor vehicle law except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law,

b. Owned by the United States of America, Canada, a state or political subdivision of any of those governments or an agency of any of the foregoing, or

c. Designed or modified for use primarily off public roads while not on public roads.

© Insurance Services Office, Inc , 2016

POLICY NUMBER:

**COMMERCIAL AUTO**
**CA 21 72 06 17**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA UNINSURED MOTORISTS COVERAGE - NONSTACKED

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Florida, this endorsement modifies insurance provided under the following.

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

## SCHEDULE

| |
|---|
| **Limit Of Insurance:  $**                                      Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if Paragraph **a.** or **b.** below applies:

    **a.** The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

    **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

    (1) Have been given prompt written notice of such tentative settlement; and

    (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    **a.** The Named Insured and any "family members".

    **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to

1. Any claim settled or judgment reached without our consent, unless our right to recover payment has not been prejudiced by such settlement or judgment. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so

4. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by a vehicle owned by that individual Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form,

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this coverage form,

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other coverage form or policy; or

   d. Any "insured" with respect to damages for pain, suffering, mental anguish or inconvenience unless the "bodily injury" consists in whole or in part of.

     (1) Significant and permanent loss of an important bodily function,

     (2) Permanent injury within a reasonable degree of medical probability, other than scarring or disfigurement;

     (3) Significant and permanent scarring or disfigurement. or

     (4) Death.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war,

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack. by any government, sovereign or other authority using military personnel or other agents: or

   c. Insurrection, rebellion, revolution, usurped power. or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid. claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage form and any Liability Coverage form, No-fault Coverage endorsement, Medical Payments Coverage endorsement, or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

3. We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

4. We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

## E. Changes In Conditions

The Conditions are changed for Uninsured Motorists Coverage Nonstacked as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance - Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following.

   a. If there is other applicable insurance available under one or more coverage

forms, policies or provisions of coverage, any recovery for damages sustained by an individual Named Insured or any "family member":

(1) While "occupying" a vehicle owned by that Named Insured or any "family member" may equal, but not exceed, the limit of insurance for Uninsured Motorists Coverage applicable to that vehicle.

(2) While "occupying" a vehicle not owned by that Named Insured or any "family member" may equal, but not exceed, the sum of:

(a) The limit of insurance for Uninsured Motorists Coverage applicable to the vehicle such Named Insured or any "family member" was "occupying" at the time of the "accident"; and

(b) The highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to such Named Insured or any "family member".

(3) While not "occupying" any vehicle may equal, but not exceed, the highest limit of insurance for Uninsured Motorists Coverage applicable to any one vehicle under any one policy affording coverage to an individual Named Insured or any "family member".

**b.** Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any collectible uninsured motorists insurance providing coverage on a primary basis.

**c.** If the coverage under this coverage form is provided:

(1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

(2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved; and

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**c.** A person seeking Uninsured Motorists Coverage must also promptly notify us in writing by certified or registered mail of a tentative settlement between the "insured" and the insurer of the vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle".

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights do not apply under this provision with respect to Uninsured Motorists Coverage if we:

**a.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of an "uninsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

**a.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

**b.** We also have a right to recover the advanced payment.

**4.** The following condition is added:

**a. Arbitration**

(1) If we and an "insured" do not agree:

(a) Whether that person is legally entitled to recover damages under this endorsement; or

    (b) As to the amount of damages that are recoverable by that person;

then the matter may be mediated, in accordance with the Mediation Provision contained in General Conditions, if the damages resulting from "bodily injury" are for $10,000 or less, or arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

(2) Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

(3) Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**b. Florida Arbitration Act**

If we and an "insured" agree to arbitration, the **Florida Arbitration Act** will not apply.

**c. Mediation**

(1) In any claim filed by an "insured" with us for:

    (a) "Bodily injury" in an amount of $10,000 or less, arising out of the ownership, operation, use or maintenance of a covered "auto",

    (b) "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

    (c) "Loss" to a covered "auto" or its equipment, in any amount;

either party may make a written demand for mediation of the claim prior to the institution of litigation.

(2) A written request for mediation must be filed with the Florida Department of Financial Services on an approved form, which may be obtained from the Florida Department of Financial Services.

(3) The request must state:

    (a) Why mediation is being requested.

    (b) The issues in dispute, which are to be mediated.

(4) The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone, if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

(5) Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

(6) The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

**F. Additional Definitions**

As used in this endorsement.

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer"

    a. For which no liability bond or policy applies at the time of an "accident",

    b. That is an underinsured motor vehicle. An underinsured motor vehicle is a land motor vehicle or "trailer" for which a "bodily injury" liability bond or policy applies at the time of an "accident" but the amount paid under that bond or policy

to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages caused by the "accident";

**c.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**d.** For which neither the driver nor owner can be identified. The land motor vehicle or "trailer" must:

   **(1)** Hit an individual Named Insured or any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying"; or

   **(2)** Cause an "accident" resulting in "bodily injury" to an individual Named Insured or any "family member" without hitting that Named Insured, any "family member", a covered "auto" or a vehicle such Named Insured or any "family member" is "occupying".

If there is no physical contact with the land motor vehicle or "trailer", the facts of the "accident" must be proved. We will only accept competent evidence other than the testimony of a person making claims under this or any similar coverage.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned by a governmental unit or agency;

**b.** Designed for use mainly off public roads while not on public roads; or

**c.** Owned by or furnished or available for the regular use of the Named Insured, or if the Named Insured is an individual, any "family member" unless it is a covered "auto" to which the coverage form's Liability Coverage applies and liability coverage is excluded for any person or organization other than the Named Insured, or if the Named Insured is an individual, any "family member".

POLICY NUMBER:
COMMERCIAL AUTO
CA 21 30 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement

This endorsement changes the Policy effective on the inception date of the Policy unless another date is indicated below.

Named Insured:

Endorsement Effective Date:

## SCHEDULE

| Limit Of Insurance:  $ | Each "Accident" |
|---|---|

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds"

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto" The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

CA 21 30 01 15
© Insurance Services Office, Inc., 2014
Page 1 of 4

b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

   We will apply the limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident"; and

   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident".

   This provision will not change our total limit of liability.

2. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any workers' compensation, disability benefits or similar law.

## E. Changes In Conditions

The **Conditions** are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

© Insurance Services Office, Inc., 2014

**CA 21 30 01 15**

b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

c. If the coverage under this Coverage Form is provided

(1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis

(2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following.

a. Promptly notify the police if a hit-and-run driver is involved, and

b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Legal Action Against Us** is replaced by the following:

**Legal Action Against Us**

a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form

b. Any legal action against us must be brought within two years after the date of the "accident" However, this Paragraph **3.b.** does not apply to an "insured" if, within two years after the date of the "accident", arbitration proceedings have commenced in accordance with the provisions of this Coverage Form.

4. **Transfer Of Rights Of Recovery Against Others To Us** does not apply.

5. The following conditions are added

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages, then the disagreement will be arbitrated If the "insured" requests, we and the "insured" will each select an arbitrator. The two arbitrators will select a third If the arbitrators are not selected within 45 days of the "insured's" request, either party may request that arbitration be submitted to the American Arbitration Association We will bear all the expenses of the arbitration except when the "insured's" recovery exceeds the minimum limit specified in the Illinois Safety Responsibility Law.

If this occurs, the "insured" will be responsible for payment of his or her expenses and an equal share of the expenses of the third arbitrator up to the amount by which the "insured's" recovery exceeds the statutory minimum.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.

c. If arbitration is submitted to the American Arbitration Association, then the American Arbitration Association rules shall apply to all matters except medical opinions. As to medical opinions, if the amount of damages being sought·

(1) Is equal to or less than the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then the American Arbitration Association rules shall apply.

(2) Exceeds the minimum limit for bodily injury liability specified by the Illinois Safety Responsibility Law, then rules of evidence that apply in the circuit court for placing medical opinions into evidence shall apply.

In all other arbitration proceedings, local rules of law as to arbitration procedure and evidence will apply.

**d.** If the arbitration involves three arbitrators, a decision agreed to by two of the arbitrators will be binding for the amount of damages not exceeding the lesser of either:

**(1)** $75,000 for "bodily injury" to any one person/$150,000 for "bodily injury" to two or more persons caused by any one "accident"; or

**(2)** The Limit Of Uninsured Motorists Insurance shown in the Schedule or Declarations.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Uninsured motor vehicle" means a land motor vehicle or "trailer":

**a.** For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

**b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

**c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit, or cause an object to hit, an "insured", a covered "auto" or a vehicle an "insured" is "occupying". If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

**b.** Owned by a governmental unit or agency; or

**c.** Designed for use mainly off public roads while not on public roads.

© Insurance Services Office, Inc., 2014 **CA 21 30 01 15**

POLICY NUMBER:  COMMERCIAL AUTO
CA 21 38 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Illinois, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| Named Insured: |
| Endorsement Effective Date: |

## SCHEDULE

| |
|---|
| Limit Of Insurance:   $    Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership maintenance or use of the "underinsured motor vehicle".

2. We will pay only after all liability bonds or policies have been exhausted by payment of judgments or settlements, unless:

    a. We have been given prompt written notice of a "tentative settlement" and decide to advance payment to the "insured" in an amount equal to that "tentative settlement" within 30 days after receipt of notification, or

    b. We and an "insured" have reached a "settlement agreement".

3. Any judgment for damages arising out of a "suit" brought without written notice to us is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

    a. The Named Insured and any "family members".

    b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability Coverage under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability Coverage under the Coverage Form.

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer under any workers' compensation, disability benefits or similar law.

2. "Bodily injury" sustained by:

a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. "Bodily injury" arising directly or indirectly out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in this endorsement.

2. Except in the event of a "settlement agreement", the Limit of Insurance for this coverage shall be reduced by all sums paid or payable:

a. By or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

b. Under any workers' compensation, disability benefits or similar law. However, the Limit of Insurance for this coverage shall not be reduced by any sums paid or payable under Social Security disability benefits.

c. Under any automobile medical payments coverage.

3. In the event of a "settlement agreement", the maximum Limit of Insurance for this coverage shall be the amount by which the Limit of Insurance for this coverage exceeds the limits of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

4. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form.

 © Insurance Services Office, Inc., 2012 CA 21 38 10 13

## E. Changes In Conditions

The Conditions are changed for Underinsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available under one or more policies or provisions of coverage

   a. The maximum recovery under all coverage forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Give us written notice of a "tentative settlement" and allow us to advance payment in an amount equal to that settlement within 30 days after receipt of notification to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   b. File "suit" against the owner or operator of the "underinsured motor vehicle" prior to the conclusion of a "settlement agreement" Such "suit" cannot be abandoned or settled without giving us written notice of a "tentative settlement" and allowing us 30 days to advance payment in an amount equal to that settlement to preserve our rights against the owner or operator of the "underinsured motor vehicle".

   c. Promptly send us copies of the legal papers if a "suit" is brought

3. **Legal Action Against Us** is replaced by the following

   **Legal Action Against Us**

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us under this Coverage Form must be brought within two years after the date of the "accident". However, this Paragraph **3.b.** does not apply if, within two years after the date of the "accident"

      (1) Arbitration proceedings have commenced in accordance with the provisions of this Coverage Form; or

      (2) The "insured" has filed an action for "bodily injury" against the owner or operator of an "underinsured motor vehicle", and such action is:

         (a) Filed in a court of competent jurisdiction, and

         (b) Not barred by the applicable state statute of limitations.

   In the event that the two-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

4. The following is added to **Transfer Of Rights Of Recovery Against Others To Us:**

   Transfer Of Rights Of Recovery Against Others To Us does not apply to damages caused by an "accident" with an "underinsured motor vehicle" if we

   a. Have been given written notice of a "tentative settlement" between an "insured" and the insurer of an "underinsured motor vehicle", and

b. Fail to advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of the notice.

If we advance payment to the "insured" in an amount equal to the "tentative settlement" within 30 days after receipt of notice:

a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

b. We will also have a right to recover the advanced payment.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

5. The following conditions are added:

**Reimbursement And Trust**

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

However, in the event of a "settlement agreement", we shall be entitled to recover only for amounts which exceed the limit of bodily injury liability bonds or policies applicable to the owner or operator of the "underinsured motor vehicle".

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Either party may make a written demand for arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

F. **Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Settlement agreement" means we and an "insured" agree that the "insured" is legally entitled to recover, from the owner or operator of the "underinsured motor vehicle", damages for "bodily injury" and, without arbitration, agree also as to the amount of damages. Such agreement is final and binding regardless of any subsequent judgment or settlement reached by the "insured" with the owner or operator of the "underinsured motor vehicle".

4. "Tentative settlement" means an offer from the owner or operator of the "underinsured motor vehicle" to compensate an "insured" for damages incurred because of "bodily injury" sustained in an accident involving an "underinsured motor vehicle".

5. "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged, but that sum is either less than the Limit of Insurance of this coverage or reduced by payments to other persons resulting from the same "accident" to an amount less than the Limit of Insurance of this coverage. However, "underinsured motor vehicle" does not include any vehicle:

a. Owned or operated by any self-insurer under any applicable motor vehicle law.

b. Owned by a governmental unit or agency.

c. Designed for use mainly off public roads while not on public roads.

d. Which is an "uninsured motor vehicle".

© Insurance Services Office, Inc., 2012    **CA 21 38 10 13**

POLICY NUMBER:

COMMERCIAL AUTO
CA 21 92 10 13

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PENNSYLVANIA UNINSURED MOTORISTS COVERAGE - NONSTACKED

For a covered "motor vehicle" licensed or principally garaged in, or "auto dealer operations" conducted in, Pennsylvania, this endorsement modifies insurance provided under the following.

> AUTO DEALERS COVERAGE FORM
> BUSINESS AUTO COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

| |
|---|
| **Limit Of Insurance:  $**                                   Each "Accident" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident" The owner's or driver's liability for these damages must result from the ownership, maintenance or use of an "uninsured motor vehicle"

2. No judgment for damages arising out of a "suit" brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we

   a. Received reasonable notice of the pendency of the "suit" resulting in the judgment, and

   b. Had a reasonable opportunity to protect our interests in the "suit"

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as

1. An individual, then the following are "insureds"

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "motor vehicle" or a temporary substitute for a covered "motor vehicle". The covered "motor vehicle" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "motor vehicle" or a temporary substitute for a covered "motor vehicle". The covered "motor vehicle" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply if such settlement does not adversely affect our rights of recovery under this coverage.

2. The direct or indirect benefit of any insurer or self-insurer under any disability benefits or similar law, except workers' compensation law.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages.

5. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "motor vehicles", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. Any amount payable for damages under this coverage shall be reduced by all sums paid by or for anyone who is legally responsible. This includes all sums paid for the same damages under this Coverage Form's Covered Autos Liability Coverage. This also includes all sums paid for an "insured's" attorney either directly or as part of the amount paid to the "insured".

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any disability benefits or similar law, except workers' compensation law.

## E. Changes In Conditions

The Conditions are changed for Pennsylvania Uninsured Motorists Coverage – Nonstacked as follows:

1. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

© Insurance Services Office, Inc., 2012

CA 21 92 10 13

2. **Legal Action Against Us** is replaced by the following.

**Legal Action Against Us**

a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

b. Any legal action against us under this Coverage Form must be brought within four years after the date on which the "insured" knows of the uninsured status of the owner or driver of the "uninsured motor vehicle". However, this Paragraph **b.** does not apply to an "insured" if, within four years after the date on which the "insured" knows of the uninsured status of the owner or driver of the "uninsured motor vehicle", we or the "insured" has made a written demand for arbitration in accordance with the provisions of this endorsement.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment due to an "accident" involving an "uninsured motor vehicle" and the "insured" recovers from another party in a separate claim or "suit", the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid, less reasonable attorneys' fees costs and expenses incurred by the "insured" to the extent such payment duplicates any amount we have paid under this coverage.

4. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following.

a. If there is other applicable similar insurance available under more than one Coverage Form or policy, the following priorities of recovery apply:

| First | The Uninsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident" |
|---|---|
| Second | The Coverage Form or policy affording Uninsured Motorists Coverage to the "insured" as an individual Named Insured or "family member". |

b. Where there is no applicable insurance available under the first priority, the maximum recovery under all Coverage Forms or policies in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy affording coverage to an individual Named Insured or "family member".

c. Where there is applicable insurance available under the first priority:

(1) The Limit of Insurance applicable to the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted; and

(2) The maximum recovery under all Coverage Forms or policies in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy affording coverage to an individual Named Insured or "family member".

d. If two or more Coverage Forms or policies have equal priority:

(1) The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible for all insurers with equal priority;

(2) The insurer thereafter is entitled to recover pro rata contribution from any other insurer on the same level of priority for the benefits paid and the costs of processing the claim.

5. The following condition is added:

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

## F. Additional Definitions

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

   a. For which no liability bond or policy applies at the time of an "accident".

   b. For which an insuring or bonding company:

      (1) Denies coverage;

      (2) Is or becomes insolvent; or

      (3) Is or becomes involved in insolvency proceedings.

c. For which neither the driver nor owner can be identified. The vehicle or "trailer" must:

   (1) Hit an "insured", a covered "motor vehicle" or a vehicle an "insured" is "occupying"; or

   (2) Cause an "accident" resulting in "bodily injury" to an "insured" without hitting an "insured", a covered "motor vehicle" or a vehicle an "insured" is "occupying".

   If there is no physical contact with the hit-and-run vehicle, the facts of the "accident" must be proved.

However, an "uninsured motor vehicle" does not include any vehicle:

a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or who becomes insolvent and cannot provide the amounts required by that motor vehicle law; or

b. Designed for use mainly off public roads while not on public roads.

4. "Motor vehicle" means a vehicle which is self-propelled, except one which is propelled solely by human power or by electric power obtained from overhead trolley wires, but does not mean a vehicle operated upon rails.

 © Insurance Services Office, Inc., 2012 **CA 21 92 10 13**

POLICY NUMBER:                                                     COMMERCIAL AUTO
                                                                   CA 21 93 10 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PENNSYLVANIA UNDERINSURED MOTORISTS COVERAGE - NONSTACKED

For a covered "motor vehicle" licensed or principally garaged in, or "auto dealer operations" conducted in, Pennsylvania, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below

| |
|---|
| Named Insured: |
| Endorsement Effective Date: |

**SCHEDULE**

| Limit Of Insurance:  $ | Each "Accident" |
|---|---|
| Information required to complete this Schedule, if not shown above. will be shown in the Declarations. | |

## A.  Coverage

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of an "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   a. The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements, or

   b. A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

      (1) Have been given prompt written notice of such tentative settlement; and

      (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification

3. No judgment for damages arising out of a "suit" brought against the owner or operator of an "underinsured motor vehicle" is binding on us unless we:

   a. Received reasonable notice of the pendency of the "suit" resulting in the judgment; and

   b. Had a reasonable opportunity to protect our interests in the "suit".

## B.  Who Is An Insured

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

---

CA 21 93 10 13                    © Insurance Services Office, Inc., 2012                    Page 1 of 4

**b.** Anyone else "occupying" a covered "motor vehicle" or a temporary substitute for a covered "motor vehicle". The covered "motor vehicle" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**c.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**2.** A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

**a.** Anyone "occupying" a covered "motor vehicle" or a temporary substitute for a covered "motor vehicle". The covered "motor vehicle" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

**b.** Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

**C. Exclusions**

This insurance does not apply to any of the following:

**1.** The direct or indirect benefit of any insurer or self-insurer under any disability benefits or similar law, except workers' compensation law.

**2.** Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

**3.** Punitive or exemplary damages.

**4.** "Bodily injury" sustained by:

**a.** An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form;

**b.** Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

**c.** Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

**5.** "Bodily injury" arising directly or indirectly out of:

**a.** War, including undeclared or civil war;

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**D. Limit Of Insurance**

**1.** Regardless of the number of covered "motor vehicles", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations.

**2.** No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Medical Payments Coverage endorsement or Uninsured Motorists Coverage endorsement attached to this Coverage Part.

We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

We will not pay for any element of "loss" if a person is entitled to receive payment for the same element of "loss" under any disability benefits or similar law, except workers' compensation law.

**E. Changes In Conditions**

The Conditions are changed for Pennsylvania Underinsured Motorists Coverage – Nonstacked as follows:

**1. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly send us copies of the legal papers if a "suit" is brought.

**b.** A person seeking Underinsured Motorists Coverage must also promptly notify us, in writing, of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us 30 days to advance payment to the "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

© Insurance Services Office, Inc., 2012

CA 21 93 10 13

2. **Legal Action Against Us** is replaced by the following:

   **Legal Action Against Us**

   a. No one may bring a legal action against us under this Coverage Form until there has been full compliance with all the terms of this Coverage Form.

   b. Any legal action against us under this Coverage Form must be brought within four years after the date on which the "insured" either settles with, or receives a judgment against, the owner or driver of the "underinsured motor vehicle".

   c. Paragraph **2.b.** above of this condition does not apply if, within four years after the date on which the "insured" either settles with, or receives a judgment against, the owner or driver of the "underinsured motor vehicle"

   (1) We or the "insured" has made a written demand for arbitration in accordance with the provisions of this endorsement, or

   (2) The "insured" has filed an action for "bodily injury" against the owner or operator of the "underinsured motor vehicle" and such action is.

   (a) Filed in a court of competent jurisdiction, and

   (b) Not barred by the applicable state statute of limitations.

   In the event that the four-year time limitation identified in this condition does not apply, the applicable state statute of limitations will govern legal action against us under this Coverage Form.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following

   If we make any payment due to an "accident" involving an "underinsured motor vehicle" and the "insured" recovers from another party in a separate claim or "suit", the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid, less reasonable attorneys' fees, costs and expenses incurred by the "insured" to the extent such payment duplicates any amount we have paid under this coverage.

Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if we.

   a. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle", and

   b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

   If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

   a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage, and

   b. We also have a right to recover the advanced payment.

4. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   a. If there is other applicable similar insurance available under more than one Coverage Form or policy, the following priorities of recovery apply

| First | The Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
|-------|---------------------------------------------------------------------------------------------------------------------------|
| Second | The Coverage Form or policy affording Underinsured Motorists Coverage to the "insured" as an individual Named Insured or "family member". |

   b. Where there is no applicable insurance available under the first priority. the maximum recovery under all Coverage Forms or policies in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy affording coverage to an individual Named Insured or "family member"

**c.** Where there is applicable insurance available under the first priority:

    **(1)** The Limit of Insurance applicable to the vehicle the "insured" was "occupying" under the Coverage Form or policy in the first priority shall first be exhausted; and

    **(2)** The maximum recovery under all Coverage Forms or policies in the second priority may equal but not exceed the highest applicable limit for any one vehicle under any one Coverage Form or policy affording coverage to an individual Named Insured or "family member".

**d.** If two or more Coverage Forms or policies have equal priority:

    **(1)** The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible for all insurers with equal priority;

    **(2)** The insurer thereafter is entitled to recover pro rata contribution from any other insurer for the benefits paid and the costs of processing the claim.

**5.** The following condition is added:

**Arbitration**

**a.** If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

**b.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

**1.** "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

**2.** "Occupying" means in, upon, getting in, on, out or off.

**3.** "Underinsured motor vehicle" means a vehicle for which the sum of all liability bonds or policies that apply at the time of an "accident" does not provide at least the amount an "insured" is legally entitled to recover as damages.

However, an "underinsured motor vehicle" does not include any vehicle designed for use mainly off public roads while not on public roads.

**4.** "Motor vehicle" means a vehicle which is self-propelled, except one which is propelled solely by human power or by electric power obtained from overhead trolley wires, but does not mean a vehicle operated upon rails.

 © Insurance Services Office, Inc., 2012 **CA 21 93 10 13**

**POLICY NUMBER:** 83 UUN PY3847

COMMERCIAL AUTO
CA 21 09 10 13

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS UNINSURED/UNDERINSURED MOTORISTS COVERAGE

For a "covered auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Texas, this endorsement modifies insurance provided under the following

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| |
|---|
| **Named Insured:** |
| **Endorsement Effective Date:** |

### SCHEDULE

SEE SCHEDULE

| Limit Of Insurance |
|---|
| $ Each "Accident" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

## A. Coverage

1. We will pay damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury" sustained by an "insured" or "property damage" caused by an "accident" The owner's or operator's liability for these damages must arise out of the ownership. maintenance or use of the "uninsured motor vehicle".

2. With respect to damages resulting from an "accident" with a vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle", we will pay under this coverage only if **a.** or **b.** below applies:

   a. The limit of any applicable liability bonds or policies has been exhausted by payment of judgments or settlements; or

   b. A tentative settlement has been made between an "insured" and the insurer of the vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle", and we:

      (1) Have been given prompt written notice of such tentative settlement; and

      (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us If we and the Named Insured do not agree as to whether or not a vehicle is actually uninsured, the burden of proof as to that issue will be on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are insureds:

   a. The Named Insured and any "family member".

   b. Any other person "occupying" a "covered auto".

   c. Any person or organization for damages that person or organization is entitled to recover because of "bodily injury" sustained by a person described in **a.** or **b.** above.

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. The Named Insured for "property damage" only.

   b. Any person "occupying" a "covered auto".

   c. Any person or organization for damages that person or organization is entitled to recover because of "bodily injury" sustained by a person described in **b.** above.

**C. Exclusions**

1. We do not provide Uninsured/Underinsured Motorists Insurance:

   a. For "bodily injury" sustained by:

      (1) An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a "covered auto" for Uninsured/Underinsured Motorists Coverage under this Coverage Form;

      (2) Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a "covered auto" for Uninsured/Underinsured Motorists Coverage under this Coverage Form; or

      (3) Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured/Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

   b. For any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of an owner or operator of a vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle" in accordance with the procedure described in Paragraph **A.2.b.**

   c. For any person for the first $250 of the amount of damage to the property of that person as the result of any one "accident".

   d. For the use of a vehicle without a reasonable belief that the person using the vehicle is entitled to do so. This exclusion does not apply to an individual Named Insured or a "family member" while using a "covered auto".

   e. For any person for "bodily injury" or "property damage" resulting from the intentional acts of that person.

2. This coverage shall not apply directly or indirectly to benefit:

   a. Any insurer or self-insurer under any workers' compensation, disability or similar law.

   b. Any insurer of property.

**D. Limit Of Insurance**

1. Regardless of the number of "covered autos", "insureds", policies or bonds applicable, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured/Underinsured Motorists Coverage shown in the Schedule or Declarations. Subject to this maximum, our limit of liability will be the lesser of:

   a. The difference between the amount of a covered "insured's" damages for "bodily injury" or "property damage" and the amount paid or payable to that covered "insured" for such damages, by or on behalf of persons or organizations who may be legally responsible; or

   b. The applicable limit of liability for this coverage.

2. In order to avoid insurance benefits payments in excess of actual damages sustained, subject to only the limits set out in the Schedule or Declarations and other applicable provisions of this coverage, we will pay all covered damages not paid or payable under any:

   a. Workers' compensation, disability benefits or similar law;

   b. Automobile Medical Payments Coverage; or

   c. Personal Injury Protection Coverage.

3. Any payment under this coverage to or for an "insured" will reduce any amount that "insured" is entitled to recover for the same damages under this Policy's Covered Autos Liability Coverage.

**4. Special Provisions For Property Damage**

For any "property damage" "loss" to which the Physical Damage Coverage of this Policy (or similar coverage from another policy) and this coverage both apply, the Named Insured may choose the coverage from which damages will be paid. Such Named Insured may recover under both coverages, but only if:

**a.** Neither one by itself is sufficient to cover the "loss".

**b.** The Named Insured pays the higher deductible amount (but the Named Insured does not have to pay both deductibles); and

**c.** The Named Insured will not recover more than the actual damages.

**E. Changes In Conditions**

The conditions of the Policy are changed for *Uninsured/Underinsured Motorists Insurance* as follows

**1.** The reference in the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form to "other collectible insurance" is replaced by the following:

If there is other applicable similar insurance, we will pay only our share of the "loss". Our share is the proportion that our Limit of Insurance bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible insurance.

**2. Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

**a.** Promptly notify the police if a hit-and-run driver is involved.

**b.** Promptly send us copies of the legal papers if a "suit" is brought.

**c.** Take reasonable steps after "loss" to protect the "covered auto" and its equipment from further "loss". We will pay all reasonable expenses incurred to do this.

**d.** Permit us to inspect and appraise the damaged property before its repair or disposal.

**e.** Promptly notify us in writing of a tentative settlement between an "insured" and the insurer of the vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such vehicle.

**3. Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

Our rights under this provision do not apply with respect to a tentative settlement between an "insured" and the insurer of an owner or operator of a vehicle described in Paragraph **d.** of the definition of "uninsured motor vehicle" if we:

**a.** Have been given written notice of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle"; and

**b.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

**a.** That payment will be separate from any amount an "insured" is entitled to recover under the provisions of Uninsured/Underinsured Motorists Coverage, and

**b.** We also have the right to recover the advanced payment.

4. The following condition is added:

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding. However, at any time prior to the arbitrators' decision, either party may revoke the agreement to arbitrate the matter.

**F. Additional Definitions**

The following are added to the **Definitions** section and have special meaning for Uninsured/Underinsured Motorists Insurance:

1. "Covered auto" means an "auto":

a. Owned or leased by the Named Insured; or

b. While temporarily used as a substitute for an owned "covered auto" that has been withdrawn from normal use because of its breakdown, repair, servicing, "loss" or destruction.

Covered Autos Liability Coverage of this Policy must apply to the "covered auto".

"Covered auto" includes "autos" (described in a. or b. above) for which Uninsured/Underinsured Motorists Insurance has not been rejected in writing.

2. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption, who is a resident of such Named Insured's household, including a ward or foster child.

3. "Occupying" means in, upon, getting in, on, out or off.

4. "Property damage" means injury to or "loss" of use or destruction of:

a. A "covered auto";

b. Property owned by the Named Insured or any "family member" of an individual Named Insured while contained in a "covered auto";

c. Property owned by any other person "occupying" the "covered auto" while contained in the "covered auto"; and

d. Any property owned by the Named Insured or "family member" of an individual Named Insured while contained in any "auto" not owned, but being operated, by such individual Named Insured or any "family member" of the individual Named Insured.

5. "Uninsured motor vehicle" means a land motor vehicle or "trailer" of any type:

a. To which no liability bond or policy applies at the time of the "accident".

b. Which is a hit-and-run vehicle whose operator or owner cannot be identified. The vehicle must hit an "insured", a "covered auto" or a vehicle an "insured" is "occupying".

c. To which a liability bond or policy applies at the time of the "accident", but the bonding or insuring company denies coverage or is or becomes insolvent.

d. Which is an underinsured motor vehicle. An underinsured motor vehicle is one to which a liability bond or policy applies at the time of the accident, but its limit of liability either:

(1) Is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages; or

(2) Has been reduced by payment of claims to an amount which is not enough to pay the full amount the covered "insured" is legally entitled to recover as damages.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

a. Owned by or furnished or available for the regular use of the Named Insured or a "family member" of an individual Named Insured;

b. Owned or operated by a self-insurer under an applicable motor vehicle law,

c. Owned by any governmental body unless the operator of the vehicle is uninsured and there is no statute imposing liability for damage because of "bodily injury" or "property damage" on the governmental body for an amount not less than the Limit of Insurance for this coverage,

d. Operated on rails or crawler treads.

e. Designed mainly for use off public roads while not on public roads, and

f. While located for use as a residence or premises.

POLICY NUMBER:

COMMERCIAL AUTO
CA 21 03 10 13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WISCONSIN UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Wisconsin, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

Named Insured:

Endorsement Effective Date:

### SCHEDULE

Limit Of Insurance:  $                                           Each "Accident"

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "uninsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   a. The Named Insured and any "family members".

   b. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   c. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

   d. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

CA 21 03 10 13

© Insurance Services Office, Inc., 2012

Page 1 of 4

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds":

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone else "occupying" an "auto" you do not own who is an "insured" for Covered Autos Liability under the Coverage Form, but only at times when that person is an "insured" for Covered Autos Liability under the Coverage Form.

   c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following.

1. Any claim settled without our consent.

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law

3. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form;

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Uninsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Uninsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

4. Anyone using a vehicle without a reasonable belief that the person is entitled to do so

5. Punitive or exemplary damages.

6. "Bodily injury" arising directly or indirectly out of

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Uninsured Motorists Coverage shown in the Schedule or Declarations.

2. The Limit of Insurance under this coverage shall be reduced by:

   a. All sums paid or payable under any workers' compensation, disability benefits or similar law; and

   b. All sums paid by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not make a duplicate payment to the extent amounts are paid or payable because of "bodily injury" under workers' compensation, disability benefits or similar law.

   © Insurance Services Office, Inc , 2012   CA 21 03 10 13

**E. Changes In Conditions**

The **Conditions** are changed for Uninsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form are replaced by the following:

   If there is other applicable insurance available *under one or more policies or provisions of coverage:*

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a *primary or excess basis.*

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible uninsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier Coverage Forms and **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved; and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   a. We shall be entitled to the right to recover damages from another only after the "insured" has been fully compensated for damages.

   b. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid only after the "insured" has been fully compensated for damages.

4. The following condition is added:

   **Arbitration**

   a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally.

   b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Uninsured motor vehicle" means a land motor vehicle or "trailer":

    **a.** For which no liability bond or policy at the time of an "accident" provides at least the applicable minimum limit for "bodily injury" liability specified in WIS. STAT. ch. 344. The applicable minimum limit is:

        **(1)** $50,000 for each "accident", if the limit of liability is a single limit that applies for each "accident"; or

        **(2)** $25,000 for each person/$50,000 for each "accident", if the limit of liability is indicated as a split limit;

    **b.** For which an insuring or bonding company denies coverage or is or becomes insolvent; or

    **c.** That is a hit-and-run vehicle and neither the driver nor owner can be identified. The vehicle must hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying", or must hit another vehicle that hits an "insured", a covered "auto" or a vehicle an "insured" is "occupying".

    **d.** That is a phantom motor vehicle and neither the driver nor owner can be identified. The vehicle must make no physical contact with the insured nor with a vehicle the insured is occupying, and all of the following must apply:

        **(1)** The facts of the accident must be corroborated by competent evidence that is provided by someone other than the "insured" or any other person who makes a claim against the uninsured motorists coverage as a result of the accident.

        **(2)** Within 72 hours after the accident, the "insured" or someone on behalf of the "insured" must report the accident to a police, peace or judicial officer or to the department of transportation or, if the accident occurs outside of Wisconsin, the equivalent agency in the state where the accident occurs; and

        **(3)** Within 30 days after the accident occurs, the "insured" or someone on behalf of the "insured" must file with the insurer a statement under oath that the "insured" or a legal representative of the "insured" has a cause of action arising out of the accident for damages against a person whose identity is not ascertainable and setting forth the facts in support of the statement.

However, "uninsured motor vehicle" does not include any vehicle:

**a.** Owned by a governmental unit or agency;

**b.** Operated exclusively on rails or crawler treads.

**c.** Designed for use mainly off public roads while not on public roads.

**d.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent; or

**e.** That is an underinsured motor vehicle.

 © Insurance Services Office, Inc., 2012 CA 21 03 10 13

POLICY NUMBER:

COMMERCIAL AUTO
CA 21 45 10 13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WISCONSIN UNDERINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Wisconsin, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy or as of the date indicated below.

| Named Insured: |
| --- |
| Endorsement Effective Date: |

### SCHEDULE

| Limit Of Insurance: $ | Each "Accident" |
| --- | --- |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. We will pay all sums the "insured" is legally entitled to recover as compensatory damages from the owner or driver of an "underinsured motor vehicle". The damages must result from "bodily injury" sustained by the "insured" caused by an "accident". The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "underinsured motor vehicle".

2. We will pay under this coverage only if Paragraph **a.** or **b.** below applies:

   **a.** The limits of any applicable liability bonds or policies have been exhausted by payment of judgments or settlements; or

   **b.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle", and we:

      **(1)** Have been given prompt written notice of such tentative settlement; and

      **(2)** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

**B. Who Is An Insured**

If the Named Insured is designated in the Declarations as:

1. An individual, then the following are "insureds":

   **a.** The Named Insured and any "family members".

   **b.** Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

© Insurance Services Office, Inc., 2012

c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

2. A partnership, limited liability company, corporation or any other form of organization, then the following are "insureds".

   a. Anyone "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, "loss" or destruction.

   b. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

2. "Bodily injury" sustained by:

   a. An individual Named Insured while "occupying" or when struck by any vehicle owned by that Named Insured that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form.

   b. Any "family member" while "occupying" or when struck by any vehicle owned by that "family member" that is not a covered "auto" for Underinsured Motorists Coverage under this Coverage Form; or

   c. Any "family member" while "occupying" or when struck by any vehicle owned by the Named Insured that is insured for Underinsured Motorists Coverage on a primary basis under any other Coverage Form or policy.

3. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

4. Punitive or exemplary damages

5. "Bodily injury" arising directly or indirectly out of

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these

## D. Limit Of Insurance

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the Limit Of Insurance for Underinsured Motorists Coverage shown in the Schedule or Declarations

2. The Limit of Insurance under this coverage shall be reduced by

   a. All sums paid or payable under any workers' compensation, disability benefits or similar law; and

   b. All sums paid by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Covered Autos Liability Coverage.

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Liability Coverage form, Underinsured Motorists Coverage endorsement or Uninsured Motorists Coverage endorsement.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

   We will not make a duplicate payment to the extent amounts are paid or payable because of "bodily injury" under workers' compensation, disability benefits or similar law.

  © Insurance Services Office, Inc., 2012  CA 21 45 10 13

**E. Changes In Conditions**

The conditions are changed for Underinsured Motorists Coverage as follows:

1. **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form *are replaced by the following:*

   If there is other applicable insurance available under one or more policies or provisions of coverage:

   a. The maximum recovery under all Coverage Forms or policies combined may equal but not exceed the highest applicable limit for any one vehicle under any Coverage Form or policy providing coverage on either a primary or excess basis.

   b. Any insurance we provide with respect to a vehicle the Named Insured does not own shall be excess over any other collectible underinsured motorists insurance providing coverage on a primary basis.

   c. If the coverage under this Coverage Form is provided:

      (1) On a primary basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on a primary basis.

      (2) On an excess basis, we will pay only our share of the "loss" that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage on an excess basis.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** in the Business Auto and Motor Carrier *Coverage Forms and* **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** in the Auto Dealers Coverage Form are changed by adding the following:

   a. Promptly send us copies of the legal papers if a "suit" is brought; and

   b. Promptly notify us, in writing, of a tentative settlement between an "insured" and the insurer of the "underinsured motor vehicle", and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle". However, this Provision **2.b.** does not apply if failure to notify us does not prejudice our rights against the insurer, owner or operator of such "underinsured motor vehicle".

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   a. We shall be entitled to the right to recover damages from another only after the "insured" has been fully compensated for damages.

   b. If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid only after the "insured" has been fully compensated for damages.

   Our rights do not apply under this provision with respect to Underinsured Motorists Coverage if we:

   a. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

   b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

   If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

   a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

   b. We also have a right to recover the advanced payment.

4. The following condition is added

**Arbitration**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "underinsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to an individual Named Insured by blood, marriage or adoption who is a resident of such Named Insured's household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off

3. "Underinsured motor vehicle" means a land motor vehicle or "trailer" for which the sum of all liability bonds or policies, at the time of an "accident", provides at least the applicable minimum limit for bodily injury liability specified in WIS. STAT. ch. 344 but that sum is less than the Limit of Insurance of this coverage. The applicable minimum limit is:

a. $50,000 for each "accident", if the limit of liability is a single limit that applies for each "accident", or

b. $25,000 for each person/$50,000 for each "accident", if the limit of liability is indicated as a split limit.

However, "underinsured motor vehicle" does not include any vehicle:

a. Owned or operated by a self-insurer under any applicable motor vehicle law;

b. Owned by a governmental unit or agency

c. Operated exclusively on rails or crawler treads;

d. Designed for use mainly off public roads while not on public roads; or

e. That is an "uninsured motor vehicle".

 © Insurance Services Office, Inc , 2012 CA 21 45 10 13

**POLICY NUMBER:** 83 UUN PY5847

**COMMERCIAL AUTO**
**CA 20 01 10 13T**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LESSOR - ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured: |
| --- |
| Endorsement Effective Date: |

© Insurance Services Office, Inc., 2011

## SCHEDULE

| | |
|---|---|
| **Insurance Company:** HARTFORD FIRE INSURANCE COMPANY | |
| **Policy Number:** 83 UUN PY5847 | **Effective Date:** 05/09/21 |
| **Expiration Date:** 05/09/22 | |
| **Named Insured:** ARACHNID 360 LLC | |
| **Address:** 6212 MATERIAL AVE<br>LOVES PARK       IL 61111 | |
| **Additional Insured (Lessor):** PENSKE TRUCK LEASING CO, LP & ITS P<br>PENSKE LEASING & RENTAL COMPANY | |
| **Address:** 4617 SANDY HOLLOW ROAD<br>ROCKFORD       IL 61109 | |
| **Designation Or Description Of "Leased Autos":** | |

SEE SUBSEQUENT PAGE

| Coverages | Limit Of Insurance |
|---|---|
| **Covered Autos Liability** | $                                    Each "Accident" |
| **Comprehensive** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                         Deductible For Each Covered "Leased Auto" |
| **Collision** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                         Deductible For Each Covered "Leased Auto" |
| **Specified<br>Causes Of Loss** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                         Deductible For Each Covered "Leased Auto" |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule.

However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by

a. You;

b. Any of your "employees" or agents; or

c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

CA 20 01 10 13T            © Insurance Services Office, Inc., 2011

Page 2

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule, or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

**B. Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

**C. Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

**D.** The lessor is not liable for payment of your premiums.

**E. Additional Definition**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

**SCHEDULE**

**LESSOR NO:** 01

**Designation or Description of "Leased Autos"**

COV AUTO NO.  00005       16   FRHT        3ALACWDT4GDHM4048   $97,321-NEW

    LIABILITY            $1,000,000  EACH  "ACCIDENT"

    COMPREHENSIVE        $2,000  DEDUCTIBLE

    COLLISION            $2,000  DEDUCTIBLE

**POLICY NUMBER:** 83 UUN P45847

COMMERCIAL AUTO
CA 20 01 10 13T

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LESSOR - ADDITIONAL INSURED AND LOSS PAYEE

This endorsement modifies insurance provided under the following.

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured: |
| --- |
| Endorsement Effective Date: |

## SCHEDULE

| | |
|---|---|
| **Insurance Company:** HARTFORD FIRE INSURANCE COMPANY | |
| **Policy Number:** 83 UUN PY5847 | **Effective Date:** 05/09/21 |
| **Expiration Date:** 05/09/22 | |
| **Named Insured:** ARACHNID 360 LLC | |
| **Address:** 6212 MATERIAL AVE<br>LOVES PARK IL 61111 | |
| **Additional Insured (Lessor):** LAND ROVER SAN DIEGO | |
| **Address:** 9455 CLAYTON DR<br>SAN DIEGO CA 92126 | |
| **Designation Or Description Of "Leased Autos":** | |

SEE SUBSEQUENT PAGE

| Coverages | Limit Of Insurance |
|---|---|
| **Covered Autos Liability** | $                           Each "Accident" |
| **Comprehensive** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                 Deductible For Each Covered "Leased Auto" |
| **Collision** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                 Deductible For Each Covered "Leased Auto" |
| **Specified Causes Of Loss** | Actual Cash Value Or Cost Of Repair, Whichever Is Less, Minus<br>$                 Deductible For Each Covered "Leased Auto" |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A. Coverage**

1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow.

2. For a "leased auto" designated or described in the Schedule, the **Who Is An Insured** provision under **Covered Autos Liability Coverage** is changed to include as an "insured" the lessor named in the Schedule.

However, the lessor is an "insured" only for "bodily injury" or "property damage" resulting from the acts or omissions by:

a. You;

b. Any of your "employees" or agents; or

c. Any person, except the lessor or any "employee" or agent of the lessor, operating a "leased auto" with the permission of any of the above.

**CA 20 01 10 13T**        © Insurance Services Office, Inc., 2011

3. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the expiration date shown in the Schedule. or when the lessor or his or her agent takes possession of the "leased auto", whichever occurs first.

B. **Loss Payable Clause**

1. We will pay, as interest may appear, you and the lessor named in this endorsement for "loss" to a "leased auto".

2. The insurance covers the interest of the lessor unless the "loss" results from fraudulent acts or omissions on your part.

3. If we make any payment to the lessor, we will obtain his or her rights against any other party.

C. **Cancellation**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the Cancellation Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

D. The lessor is not liable for payment of your premiums.

E. **Additional Definition**

As used in this endorsement

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

## SCHEDULE

**LESSOR NO:** 02

**Designation or Description of "Leased Autos"**

| COV AUTO NO. | 00014 | 19 LNDR | SALWR2RV6KA826266 | $83,584-NEW |
|---|---|---|---|---|
| LIABILITY | | $1,000,000 EACH "ACCIDENT" | | |
| COMPREHENSIVE | | $1,000 DEDUCTIBLE | | |
| COLLISION | | $1,000 DEDUCTIBLE | | |

© Insurance Services Office, Inc., 2011

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Wisconsin, this endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. If your business is other than selling, servicing, repairing or parking "autos", **Who Is An Insured** is changed to include an officer, agent or "employee" of such business while using a covered "auto". However, that person is an "insured" only if he or she has no other valid and collectible insurance with at least the applicable minimum limit specified in WIS. STAT. ch. 344. In this event, coverage will be provided only up to the applicable minimum limit specified in WIS. STAT. ch. 344. The applicable minimum limit is:

   a. $60,000 for each "accident" for "bodily injury" and "property damage", if the limit of liability is a single limit that applies for each "accident"; or

   b. $25,000 for each person/$50,000 for each "accident" for "bodily injury"/$10,000 for "property damage", if the limit of liability is indicated as a split limit.

2. If your business is selling, servicing, repairing or parking "autos", **Who Is An Insured** is changed to include anyone other than an officer, agent or "employee" of such business while using a covered "auto". However, that person is an "insured" only if he or she has no other valid and collectible insurance with at least the applicable minimum limit specified in WIS. STAT. ch. 344. In this event, coverage will be provided only up to the applicable minimum limit specified in WIS. STAT. ch. 344. The applicable minimum limit is:

   a. $60,000 for each "accident" for "bodily injury" and "property damage", if the limit of liability is a single limit that applies for each "accident"; or

   b. $25,000 for each person/$50,000 for each "accident" for "bodily injury"/$10,000 for "property damage", if the limit of liability is indicated as a split limit.

 © Insurance Services Office, Inc., 2012

3. The following is added to **Who Is An Insured:**

   Anyone else is an "insured" while using a covered "auto" you own with your or any adult "family member's" permission.

4. The Auto Dealers Coverage Form is changed as follows.

   a. Paragraph **2.b.(4)(a)** of the **Who Is An Insured** provision is replaced by the following:

   (a) Has no other available insurance (whether primary, excess or contingent), they are an "insured" but only up to $60,000 for each "accident", which is the minimum combined single limit of liability specified in WIS. STAT. ch. 344.

   b. Paragraph **2.b.(4)(b)** of the **Who Is An Insured** provision is replaced by the following.

   (b) Has other available insurance (whether primary, excess or contingent), less than the applicable minimum limit for "bodily injury" or "property damage" liability specified in WIS. STAT. ch. 344, they are an "insured" only for the amount by which the applicable minimum limit of liability exceeds the limit of their other insurance. The applicable minimum limit is:

   (i) $60,000 for each "accident" for "bodily injury" or "property damage", if the limit of liability is a single limit that applies for each "accident"; or

   (ii) $25,000 for each person/$50,000 for each "accident" for "bodily injury"/$10,000 for "property damage", if the limit of liability is indicated as a split limit.

5. Paragraph **1.b.(4)** of the **Who Is An Insured** provision in the Motor Carrier Coverage Form does not apply.

6. The **Fellow Employee** Exclusion does not apply if the "bodily injury" results from the use of a covered "auto" you do not own or lease.

B. **Changes In Conditions**

1. The lead-in to the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto and Motor Carrier Coverage Forms and the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition in the Auto Dealers Coverage Form is replaced by the following:

   We have no duty to provide coverage under this policy if failure to comply with the following duties is prejudicial to us:

2. The first sentence of Paragraph **a.** in the **Duties In The Event Of Accident, Claim, Suit Or Loss** Condition in the Business Auto and Motor Carrier Coverage Forms is replaced by the following:

   a. In the event of "accident", claim, "suit" or "loss", you must give us or our authorized representatives notice as soon as reasonably possible of the "accident" or "loss".

3. The first sentence of Paragraph **a.** in the **Duties In The Event Of Accident, Claim, Offense, Suit, Loss Or Acts, Errors Or Omissions** Condition in the Auto Dealers Coverage Form is replaced by the following.

   a. In the event of "accident", claim, "suit", offense, "loss" or "act, error or omission", you must give us or our authorized representatives notice as soon as reasonably possible of the "accident". offense, "loss" or "act, error or omission".

4. The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition.

   We shall be entitled to a recovery only after the "insured" has been fully compensated for damages.

© Insurance Services Office, Inc., 2012 CA 01 17 10 13

5. The **Legal Action Against Us** Condition does not apply.

6. The following is added to the **Concealment, Misrepresentation Or Fraud** Condition:

No oral or written statement, representation or warranty made by the "insured" or on his or her behalf in the negotiation for or procurement of this Coverage Form shall be deemed material or defeat or void this Coverage Form, unless such statement, representation or warranty was false and made with intent to deceive, or unless the matter misrepresented or made a warranty, increased the risk or contributed to the "loss". In addition, no breach of a warranty in this Coverage Form shall defeat or void this Coverage Form unless the breach of such warranty increased the risk at the time of "loss", or contributed to the "loss", or existed at the time of the "loss".

Our authorized representative's knowledge will be considered our knowledge. If our authorized representative knows before an "accident" or "loss", and if applicable, offense or "act, error or omission", something which violates a policy condition, this will not void the policy or defeat a recovery for a claim.

If we elect to rescind this policy, we will notify the "insured" of our intention within 60 days after acquiring knowledge of sufficient facts to constitute grounds for rescission.

7. The following condition is added:

**Conformity To Statute Or Rule**

Any provision of this Coverage Part (including endorsements which modify the Coverage Part) that is in conflict with a Wisconsin statute or rule is hereby amended to conform to that statute or rule.

The term rule means a valid rule promulgated by the Commissioner of Insurance in accordance with the rule-making authority conferred under WIS. STAT. Section 227.11(2) and published in the Wisconsin Administrative Code.

COMMERCIAL AUTO
CA 01 20 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES

For a covered "auto" licensed or principally garaged in Illinois, this endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

1. Paragraph **1.b.(3)** of the **Who Is An Insured** provision does not apply.

2. The **Limit Of Insurance** provision applies except that we will apply the Covered Autos Liability Coverage limit shown in the Declarations to first provide the separate limits required by the Illinois Safety Responsibility Law as follows:

   a. $25,000 for "bodily injury" to any one person caused by any one "accident";

   b. $50,000 for "bodily injury" to two or more persons caused by any one "accident", and

   c. $20,000 for "property damage" caused by any one "accident".

   This provision will not change our total Limit of Insurance for Covered Autos Liability Coverage

**B. Changes In Physical Damage Coverage**

Paragraph **3.** of the **Limits Of Insurance** provision is replaced by the following.

3. We may deduct for betterment if

   a. The deductions reflect a measurable decrease in market value attributable to the poorer condition of or prior damage to, the vehicle.

   b. The deductions are for prior wear and tear, missing parts and rust damage that are reflective of the general overall condition of the vehicle considering its age. In this event, deductions may not exceed $500.

**C. Changes In Conditions**

The **Other Insurance** Condition in the Business Auto Coverage Form and the **Other Insurance – Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form are changed by the addition of the following

Covered Autos Liability Coverage provided by this Coverage Form for any "auto" you do not own is primary if

1. The "auto" is owned or held for sale or lease by a new or used vehicle dealership;

2. The "auto" is operated by an "insured" with the permission of the dealership described in Paragraph **1.** while your "auto" is being repaired or evaluated, and

3. The Limit of Insurance for Covered Autos Liability Coverage under this Policy is at least:

   a. $100,000 for "bodily injury" to any one person caused by any one "accident";

   b. $300,000 for "bodily injury" to two or more persons caused by any one "accident", and

   c. $50,000 for "property damage" caused by any one "accident".

COMMERCIAL AUTO
CA 01 28 01 21

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, Florida, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Covered Autos Liability Coverage** is changed as follows:

Paragraph **(5)** of a. **Supplementary Payments** under **Coverage Extensions** in the Auto Dealers, Business Auto and Motor Carrier Coverage Forms is replaced by the following:

We will pay for the "insured":

(5) All court costs taxed against the "insured" in any "suit" against the "insured" we defend. However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured".

**B. Physical Damage Coverage** is changed as follows:

1. No deductible applies under Specified Causes Of Loss or Comprehensive Coverage for "loss" to glass used in the windshield.

2. All other **Physical Damage Coverage** provisions will apply.

**C.** Paragraph **1.** of **Loss Conditions, Appraisal For Physical Damage Loss,** is replaced by the following:

1. **Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss", either may demand an appraisal of the "loss". Upon notice of a demand for appraisal, the opposing party may, prior to appraisal, demand mediation of the dispute in accordance with the Mediation provision contained in this endorsement. The mediation must be completed before a demand for appraisal can be made. In this event, each party will select a competent appraiser. The two appraisers will select a competent and impartial umpire. The appraisers will state separately the actual cash value nd amount of "loss". If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

    **b.** Bear the other expenses of the appraisal and umpire equally.

    If we submit to an appraisal, we will still retain our right to deny the claim.

**D.** The **General Conditions** are amended as follows.

  **1.** The following is added to the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms, and **Other Insurance - Primary And Excess Provisions** Condition in the Motor Carrier Coverage Form

    **a.** When this Coverage Form and any other Coverage Form or policy providing liability coverage applies to an "auto" and:

      **(1)** One provides coverage to a lessor of "autos" for rent or lease, and

      **(2)** The other provides coverage to a person not described in Paragraph **D.1.a.(1)**,

    then the Coverage Form or policy issued to the lessor described in Paragraph **D.1.a.(1)** is excess over any insurance available to a person described in **D.1.a.(2)** if the face of the lease or rental agreement contains, in at least 10 point type, the following language

> The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by FLA. STAT. SECTION 324.021(7) and FLA STAT. SECTION 627.736.

    **b.** When this Coverage Form and any other Coverage Form or policy providing liability coverage applies to an "auto" being used as a temporary substitute for a service customer's auto that is being held by a motor vehicle dealer, or a motor vehicle dealer's leasing or rental affiliate for repair, service or adjustment, and:

      **(1)** One provides coverage to the service customer; and

      **(2)** The other provides coverage to a motor vehicle dealer, or a motor vehicle dealer's leasing or rental affiliate,

then the Coverage Form or policy issued to the service customer described in Paragraph **D.1.b.(1)** is primary over any insurance available to an entity described in **D.1.b.(2)** if

    **(1)** The vehicle is provided without charge or at a reasonable daily charge;

    **(2)** There is no negligence or criminal wrongdoing on the part of the vehicle dealer, or its leasing or rental affiliate. and

    **(3)** The vehicle dealer or its leasing or rental affiliate executes a written rental or use agreement and obtains from the person receiving the temporary replacement a copy of the person's driver license and insurance information reflecting at least the minimum motor vehicle insurance coverage provided in the state

  **2.** The following condition is added to the Auto Dealers. Business Auto and Motor Carrier Coverage Forms.

**Mediation**

  **1.** In any claim filed by an "insured" with us for:

    **a.** "Bodily injury" in an amount of $10,000 or less. arising out of the ownership, operation, use or maintenance of a covered "auto",

    **b.** "Property damage" in any amount, arising out of the ownership, operation, maintenance or use of a covered "auto", or

    **c.** "Loss" to a covered "auto" or its equipment, in any amount,

    either party may make a written demand for mediation of the claim prior to the institution of litigation

  **2.** A written request for mediation must be filed with the Florida Department of Financial Services on an approved form which may be obtained from the Florida Department of Financial Services.

3. The request must state

   a. Why mediation is being requested.

   b. The issues in dispute, which are to be mediated.

4. The Florida Department of Financial Services will randomly select mediators. Each party may reject one mediator, either before or after the opposing side has rejected a mediator. The mediator will notify the parties of the date, time and place of the mediation conference. The mediation conference will be held within 45 days of the request for mediation. The conference will be held by telephone if feasible. Participants in the mediation conference must have the authority to make a binding decision, and must mediate in good faith. Each party will bear the expenses of the mediation equally, unless the mediator determines that one party has not mediated in good faith.

5. Only one mediation may be requested for each claim unless all parties agree to further mediation. A party demanding mediation shall not be entitled to demand or request mediation after a suit is filed relating to the same facts already mediated.

6. The mediation shall be conducted as an informal process and formal rules of evidence and procedures need not be observed.

COMMERCIAL AUTO
CA 01 43 05 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

For a covered "auto" licensed or principally garaged in, or "auto dealer operations" conducted in, California, this endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The following are added to the **Other Insurance** Condition in the Auto Dealers and Business Auto Coverage Forms and the **Other Insurance - Primary And Excess Insurance Provisions** Condition in the Motor Carrier Coverage Form and supersede any provisions to the contrary:

**1.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos"; and

**b.** The other provides coverage to a person not engaged in that business, and

**c.** At the time of an "accident", a person described in Paragraph **1.b.** is operating an "auto" owned by the business described in Paragraph **1.a.**, then that person's liability coverage is primary and the Coverage Form issued to a business described in Paragraph **1.a.** is excess over any coverage available to that person.

**2.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to an "auto" and,

**a.** One provides coverage to a Named Insured engaged in the business of selling, repairing, servicing, delivering, testing or road-testing "autos"; and

**b.** The other provides coverage to a person not engaged in that business, and

**c.** At the time of an "accident", an "insured" under the Coverage Form described in Paragraph **2.a.** is operating an "auto" owned by a person described in Paragraph **2.b.**, then the Coverage Form issued to the business described in Paragraph **2.a.** is primary and the liability coverage issued to a person described in Paragraph **2.b.** is excess over any coverage available to the business.

**3.** When this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a "commercial vehicle" and

**a.** One provides coverage to a Named Insured, who in the course of business, rents or leases "commercial vehicles" without operators, and

**b.** The other provides coverage to a person other than as described in Paragraph **3.a.**; and

**c.** At the time of an "accident", a person who is not the Named Insured of the Policy described in Paragraph **3.a.**, and who is not the agent or "employee" of such Named Insured, is operating a "commercial vehicle" provided by the business covered by the Coverage Form or policy described in Paragraph **3.a.**, then the liability coverage provided by the Coverage Form or policy described in Paragraph **3.b.** is primary, and the liability coverage provided by the Coverage Form or policy described in Paragraph **3.a.** is excess over any coverage available to that person.

© Insurance Services Office, Inc., 2016

**4.** Notwithstanding Paragraph **A.3.,** when this Coverage Form and any other Coverage Form or policy providing liability coverage apply to a power unit and any connected "trailer" or "trailers" and:

   **a.** One provides coverage to a Named Insured engaged in the business of transporting property by "auto" for hire; and

   **b.** The other provides coverage to a Named Insured not engaged in that business; and

   **c.** At the time of an "accident", a power unit is being operated by a person insured under the Coverage Form or policy described in Paragraph **4.a.,** then that Coverage Form or policy is primary for both the power unit and any connected "trailer" or "trailers" and the Coverage Form or policy described in Paragraph **4.b.** is excess over any other coverage available to such power unit and attached "trailer" or "trailers".

**B.** As used in this endorsement:

"Commercial vehicle" means an "auto" subject to registration or identification under California law which is:

   **1.** Used or maintained for the transportation of persons for hire, compensation or profit;

   **2.** Designed, used or maintained primarily for the transportation of property; or

   **3.** Leased for a period of six months or more.

 © Insurance Services Office, Inc., 2016 **CA 01 43 05 17**

COMMERCIAL AUTO
CA 01 80 03 21

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# PENNSYLVANIA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following is added to Paragraph **2.a. Supplementary Payments:**

> Prejudgment interest awarded against the "insured" on the part of the judgment we pay. Any prejudgment interest awarded against the "insured" is subject to the applicable Pennsylvania Rules of Civil Procedure.

**B. Changes In Conditions**

1. Paragraph **2.b.(5)** of the **Duties In The Event Of An Accident, Claim, Suit Or Loss** Condition is replaced by the following:

   (5) Submit to an independent medical examination when required by a court order issued in accordance with PA CONS. STAT. § 1796

2. The following is added to Paragraph **5. Transfer Of Rights Of Recovery Against Others To Us** Condition.

   If we make any payment due to an "accident" and the "insured" recovers from another party in a separate claim or "suit", the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid less reasonable attorneys' fees, costs and expenses incurred by the "insured" to the extent such payment duplicates any amount we have paid under this coverage.

3. The following paragraph is added to the **Other Insurance** Condition:

   If you are a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act, 63 Pa Stat. Ann. § 818.2, then:

   a. For any "auto" you own, which is loaned to a customer as a temporary substitute for an "auto" insured under a "customer's private passenger automobile insurance policy" which is out of use because it is being transported, serviced, repaired or inspected, Covered Autos Liability, but only with respect to damages because of "bodily injury" and Physical Damage Coverage provided by this Coverage Form shall be excess in the event of an "accident" or "loss"

   b. For any "auto" insured under your "customer's private passenger automobile insurance policy", while it is being transported, serviced, repaired or inspected by you or your "employee":

      (1) Covered Autos Liability, but only with respect to damages because of "bodily injury",

      (2) Comprehensive Coverage;

      (3) Specified Cause Of Loss Coverage; and/or

© Insurance Services Office, Inc., 2020

(4) Collision Coverage;

provided by this Coverage Form shall be primary in the event of an "accident" or "loss".

**4.** *The following is added to Paragraph* **B. General Conditions:**

**a. Constitutionality Clause**

The premium for, and the coverages of, this Coverage Form have been established in reliance upon the provisions of the Pennsylvania Motor Vehicle Financial Responsibility Law. In the event a court, from which there is no appeal, declares or enters a judgment, the effect of which is to render the provisions of such statute invalid or unenforceable in whole or in part, we shall have the right to recompute the premium payable for the Coverage Form and void or amend the provisions of the Coverage Form, subject to the approval of the Insurance Commissioner.

**b. Conformity Clause**

If you are a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act, 63 Pa. Stat. Ann. § 818.2, then whenever an "auto" insured under your "customer's private passenger automobile insurance policy" is being transported, serviced, repaired or inspected by you or your "employee":

(1) The provisions of the:

(a) Covered Autos Liability, but only with respect to damages because of "bodily injury";

(b) Comprehensive Coverage;

(c) Specified Cause Of Loss Coverage; and/or

(d) Collision Coverage;

provided by this Coverage Form are hereby amended to conform to 40 Pa. Stat. Ann. § 991.2007a; and

(2) Pursuant to 40 Pa. Stat. Ann. § 991.2007a, the Limits Of Insurance provided in the Schedule or in the Declarations are hereby increased as needed to an amount equal to the:

(a) Applicable limit(s);

(b) Actual cash value; and/or

(c) Amount necessary to repair or replace the property with other property of like kind and quality;

set forth in the "customer's private passenger automobile insurance policy".

**C. Changes In Definitions**

For motor vehicle dealers as defined in the Pennsylvania Board of Vehicles Act, 63 Pa. Stat. Ann. § 818.2, the following definition is added:

"Customer's private passenger automobile insurance policy" means a private passenger automobile insurance policy that:

**1.** Is currently in effect; and

**2.** Lists an "auto" owned by your customer or a "customer's auto" in the Declarations.

COMMERCIAL AUTO
CA 01 96 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES

For a covered "auto" licensed or principally garaged in Texas, this endorsement modifies insurance provided under the following

BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement

**A. Changes In Physical Damage Coverage**

1. The following exclusion is added to Paragraph **B. Exclusions** in the **Physical Damage Coverage** section

   We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

2. Paragraphs **C.2.** and **C.3.** of the **Limit Of Insurance** provision under **Physical Damage Coverage** do not apply

3. Paragraph **D. Deductible** in the **Physical Damage Coverage** section is amended by the addition of the following

   At the mutual agreement of you and us, we will not apply the deductible to "loss" to glass, if the glass is repaired rather than replaced.

**B. Changes In Conditions**

The following condition is added:

**Claim-handling Procedures**

1. Within 15 days after we receive written notice of a claim, we will:

   a. Acknowledge receipt of the claim. If we do not acknowledge receipt of the claim in writing, we will keep a record of the date, method and content of the acknowledgment;

   b. Begin any investigation of the claim, and

   c. Specify the information you must provide in accordance with Paragraph **b.** of the Duties Condition

   We may request more information at a later date, if during the investigation of the claim such additional information is necessary.

2. After we receive the information we request, we will notify you in writing as to whether:

   a. The claim will be paid,

   b. The claim has been denied, and inform you of the reasons for denial;

   c. More information is necessary; or

   d. We need additional time to reach a decision. If we need additional time, we will inform you of the reasons for such need

   We will provide notification, as described in **2.a.** through **2.d.** above, within.

   a. 15 "business days": or

   b. 30 days if we have reason to believe the "loss" resulted from arson.

   If we have notified you that we need additional time to reach a decision, we must then either approve or deny the claim within 45 days of such notice

3. If a claim results from a weather-related catastrophe or a major natural disaster as defined by the Texas Department of Insurance, the claim-handling deadlines described above are extended for an additional 15 days.

4. If we notify you that we will pay your claim, or part of your claim, we will pay within five "business days" after we notify you.

CA 01 96 10 13 © Insurance Services Office, Inc., 2013 Page 1 of 2

However, if payment of the claim or part of the claim is conditioned on your compliance with any of the terms under this Policy, we will make payment within five "business days" after the date you have complied with such terms.

5. We will notify the first Named Insured in writing of:

a. An initial offer to settle a claim made or "suit" brought against any "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given no later than the 10th day after the date on which the offer is made.

b. Any settlement of a claim made or "suit" brought against the "insured" under Covered Autos Liability Coverage of this Policy. The notice will be given not later than the 30th day after the date of settlement.

As used in this condition, "business day" means a day other than Saturday, Sunday or a holiday recognized by the state of Texas.

C. *Changes In Uninsured/Underinsured Motorists Coverage*

All references to "Uninsured Motorists Coverage" in the title or text of any Coverage Form or endorsement thereto are changed to read "Uninsured/Underinsured Motorists Coverage".

D. **Changes In Trailer Interchange Coverage**

The following exclusion is added to Paragraph **B. Exclusions** of **Section III – Trailer Interchange Coverage** in the Motor Carrier Coverage Form and to Paragraph **B.2. Exclusions** of the Motor Carrier Endorsement if attached:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

E. **Changes In Garagekeepers Coverage**

If the Garagekeepers Coverage Endorsement or the Garagekeepers Coverage – Customers' Sound-receiving Equipment endorsement is attached, the following exclusion is added:

**Texas Controlled Substance Act**

We will not pay for "loss" due to or as a consequence of a seizure of a covered "auto" by federal or state law enforcement officers as evidence in a case against you under the Texas Controlled Substances Act or the federal Controlled Substances Act if you are convicted in such case.

 © Insurance Services Office, Inc., 2013 **CA 01 96 10 13**

COMMERCIAL AUTO
CA 02 70 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing us advance written notice of cancellation.

2. When this Policy is in effect 61 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons by mailing you written notice of cancellation, stating the reasons for cancellation.

   a. Nonpayment of premium.

   b. The Policy was obtained through a material misrepresentation.

   c. Any "insured" has violated any of the terms and conditions of the Policy.

   d. The risk originally accepted has measurably increased.

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer which provided coverage to us for all or a substantial part of the underlying risk insured.

   f. A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the Illinois insurance laws

3. If we cancel for nonpayment of premium, we will mail you at least 10 days' written notice.

4. If this Policy is cancelled for other than nonpayment of premium and the Policy is in effect:

   a. 60 days or less, we will mail you at least 30 days' written notice.

   b. 61 days or more, we will mail you at least 60 days' written notice.

5. If this Policy is cancelled, we will send you any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. The effective date of cancellation stated in the notice shall become the end of the policy period.

7. Our notice of cancellation will state the reason for cancellation.

8. We will mail our cancellation notice to you at your last address known to us. Proof of mailing will be sufficient proof of notice.

9. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period Proof of mailing will be sufficient proof of notice. Notification will also be sent to your broker, if known, or agent of record, if known, and to the loss payee listed on the Policy. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

© Insurance Services Office, Inc., 2017

COMMERCIAL AUTO
CA 99 24 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WISCONSIN AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Coverage**

We will pay reasonable expenses incurred for necessary medical, chiropractic and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident". We will pay only those expenses incurred for services rendered within three years from the date of the "accident".

**B. Who Is An Insured**

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

4. Anyone else "occupying" an "auto" you do not own who is an "insured" for liability under the Coverage Form, but only at times when that person is an "insured" for liability under the Coverage Form.

**C. Exclusions**

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you. However, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits. For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" arising directly or indirectly out of:

   a. War, including undeclared or civil war;

   b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   c. Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

---

CA 99 24 10 13 © Insurance Services Office, Inc., 2012 Page 1 of 2

8. "Bodily injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity or while practicing for such contest or activity. This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

### D. Limit Of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

### E. Changes In Conditions

The reference in **Other Insurance** in the Auto Dealers and Business Auto Coverage Forms and **Other Insurance – Primary And Excess Insurance Provisions** in the Motor Carrier Coverage Form to "other collectible insurance" applies only to other collectible auto medical payments insurance.

### F. Additional Definitions

As used in this endorsement

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

© Insurance Services Office, Inc., 2012

CA 99 24 10 13

**COMMERCIAL AUTO**
**CA 99 44 10 13**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE CLAUSE

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto".

**B.** The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

**C.** We may cancel the policy as allowed by the Cancellation Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy, we will mail you and the loss payee the same advance notice.

**D.** If we make any payments to the loss payee, we will obtain his or her rights against any other party.

POLICY NUMBER:

COMMERCIAL AUTO
CA 99 95 10 13

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TEXAS SUPPLEMENTARY DEATH BENEFIT

This endorsement modifies insurance provided under the following:

AUTO MEDICAL PAYMENTS COVERAGE
PERSONAL INJURY PROTECTION COVERAGE

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below

Named Insured:

Endorsement Effective Date:

## A. Coverage

We will pay under the provisions of personal injury protection insurance and/or auto medical payments insurance as afforded by this policy except as limited by this endorsement

We will pay a supplementary death benefit equal to the limit shown for the coverages but not exceeding ten thousand dollars ($10,000) per person because of death:

1. Caused by an "auto" "accident"; and
2. Sustained by an "insured" while wearing a "seat belt" or protected by an "airbag".

We will pay the benefit if death from an "auto" "accident" occurs within three years of the date of such "accident".

## B. Proof Of Claim For Death Benefit

The "beneficiary" must furnish us with proof of death of the "insured". accompanied by a police report or other suitable proof. that the "insured" at the time of the "auto" "accident" was wearing a "seat belt" or protected by an "air bag"

## C. Other Insurance

Any amounts payable under the supplementary death benefit shall not be reduced by any other amounts paid or payable under this policy.

## D. Additional Definitions

The following are added to the **Definitions** section and have special meaning for Supplementary Death Benefit

1. "Insured" as used in this endorsement means the same persons who are covered under auto medical payments insurance and/or personal injury protection insurance.
2. "Seat belt" means manual or automatic safety belts or seat and shoulder restraints or a child restraint device.
3. "Airbag" is a functioning airbag designed to protect the occupant of a seat in an "auto".
4. "Beneficiary" means (in order of priority of payment):
   a. The surviving spouse if a resident in the same household as the deceased at the time of the "accident", or
   b. If the deceased is an unmarried minor, either of the surviving parents who had legal custody at the time of the "accident", or
   c. The estate of the deceased.

CA 99 95 10 13

© Insurance Services Office, Inc., 2012

Page 1 of 1



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL TOWING AND LABOR ENHANCEMENT ENDORSEMENT

This endorsement modifies insurance provided under the following:

 BUSINESS AUTO COVERAGE FORM
 MOTOR CARRIER COVERAGE FORM

This endorsement replaces Paragraph A.2., Towing, of Section III - Physical Damage Coverage in the BUSINESS AUTO COVERAGE FORM and Paragraph A.2., Towing - Private Passenger Type Autos of SECTION IV - PHYSICAL DAMAGE COVERAGE in the MOTOR CARRIER COVERAGE FORM:

A. Coverage

 2. We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" with a gross vehicle weight of 10,000 pounds or less is disabled. However, the labor must be performed at the place of disablement.

© 2014 The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION LIABILITY COVERAGE
# PRIVATE PASSENGER TYPE AUTOS

This endorsement modifies insurance provided under the following

BUSINESS AUTO COVERAGE FORM
AUTO DEALERS COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

**Section I**

A. The **BUSINESS AUTO COVERAGE FORM** is changed as follows.

For LIABILITY COVERAGE for "private passenger type autos", paragraph **a.** of the POLLUTION EXCLUSION applies only to liability assumed under a contract or agreement

B. The **MOTOR CARRIER COVERAGE FORM** is changed as follows:

For LIABILITY COVERAGE for "private passenger type autos", paragraph **a.** of the POLLUTION EXCLUSION applies only to liability assumed under a contract or agreement

C. The **AUTO DEALER COVERAGE FORM** is changed as follows

For LIABILITY COVERAGE for "private passenger type autos", paragraph **a.** of the POLLUTION EXCLUSION APPLICABLE TO "AUTO DEALER OPERATIONS" - COVERED "AUTOS" applies only to liability assumed under a contract or agreement.

**Section II**

The following is added to the DEFINITIONS Section:

"Private passenger type auto" means a private passenger or station wagon type "auto" and includes an "auto" of the pick-up or van type if not used for business purposes. If you are an individual, business purposes does not include farming or ranching.

© 2014, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc, with its permission.)

COMMERCIAL AUTO
CA 23 44 11 16

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PUBLIC OR LIVERY PASSENGER CONVEYANCE EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A. Changes In Covered Autos Liability Coverage**

The following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**B. Changes In Physical Damage Coverage**

The following exclusion is added:

We will not pay for "loss" to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**C. Changes In Auto Medical Payments**

If Auto Medical Payments Coverage is attached, then the following exclusion is added:

**Public Or Livery Passenger Conveyance**

This insurance does not apply to:

"Bodily injury" sustained by an "insured" "occupying" a covered "auto" while it is being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**D. Changes In Uninsured And/Or Underinsured Motorists Coverage**

1. If Uninsured and/or Underinsured Motorists Coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

2. **Public Or Livery Passenger Conveyance**

   This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**E. Changes In Personal Injury Protection Coverage**

1. If Personal Injury Protection, no-fault or other similar coverage is attached, and:

   a. Contains, in whole or in part, a public or livery exclusion, then the following exclusion in Paragraph **2.** does not apply.

   b. Does not contain a public or livery exclusion, then the following exclusion in Paragraph **2.** is added.

**2. Public Or Livery Passenger Conveyance**

This insurance does not apply to any covered "auto" while being used as a public or livery conveyance for passengers. This includes, but is not limited to, any period of time a covered "auto" is being used by an "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the covered "auto".

**F. Additional Definitions**

As used in this endorsement

1. "Occupying" means in, upon, getting in, on, out or off.

2. "Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

 © Insurance Services Office, Inc., 2016 **CA 23 44 11 16**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL AUTOMOBILE BROAD FORM ENDORSEMENT

*This endorsement modifies insurance provided under the following·*

**BUSINESS AUTO COVERAGE FORM**

To the extent that the provisions of this endorsement provide broader benefits to the "insured" than other provisions of the Coverage Form, the provisions of this endorsement apply.

1. **BROAD FORM INSURED**

    A. **Subsidiaries and Newly Acquired or Formed Organizations**

    The Named Insured shown in the Declarations is amended to include:

    (1) Any legal business entity other than a partnership or joint venture, formed as a subsidiary in which you have an ownership interest of more than 50% on the effective date of the Coverage Form. However, the Named Insured does not include any subsidiary that is an "insured" under any other automobile policy or would be an "insured" under such a policy but for its termination or the exhaustion of its Limit of Insurance.

    (2) Any organization that is acquired or formed by you and over which you maintain majority ownership. However, the Named Insured does not include any newly formed or acquired organization:

      (a) That is a partnership or joint venture,

      (b) That is an "insured" under any other policy,

      (c) That has exhausted its Limit of Insurance under any other policy, or

      (d) 180 days or more after its acquisition or formation by you, unless you have given us notice of the acquisition or formation.

    Coverage does not apply to "bodily injury" or "property damage" that results from an "accident" that occurred before you formed or acquired the organization.

    B. **Employees as Insureds**

    Paragraph A.1. - WHO IS AN INSURED - of SECTION II - LIABILITY COVERAGE is amended to add:

    d. Any "employee" of yours while using a covered "auto" you don't own, hire or borrow in your business or your personal affairs.

    C. **Lessors as Insureds**

    Paragraph A.1. - WHO IS AN INSURED - of Section II - Liability Coverage is amended to add:

    e. The lessor of a covered "auto" while the "auto" is leased to you under a written agreement if:

      (1) The agreement requires you to provide direct primary insurance for the lessor and

      (2) The "auto" is leased without a driver.

    Such a leased "auto" will be considered a covered "auto" you own and not a covered "auto" you hire.

    D. **Additional Insured if Required by Contract**

    (1) Paragraph A.1. - WHO IS AN INSURED - of Section II - Liability Coverage is amended to add:

      f. When you have agreed, in a written contract or written agreement, that a person or organization be added as an additional insured on your business auto policy, such person or organization is an "insured", but only to the extent such person or organization is liable for "bodily injury" or "property damage" caused by the conduct of an "insured" under paragraphs a. or b. of Who Is An Insured with regard to the ownership, maintenance or use of a covered "auto."

© 2011, The Hartford (Includes copyrighted material of ISO Properties, Inc., with its permission.)

The insurance afforded to any such additional insured applies only if the "bodily injury" or "property damage" occurs:

(1) During the policy period, and

(2) Subsequent to the execution of such written contract, and

(3) Prior to the expiration of the period of time that the written contract requires such insurance be provided to the additional insured.

(2) How Limits Apply

If you have agreed in a written contract or written agreement that another person or organization be added as an additional insured on your policy, the most we will pay on behalf of such additional insured is the lesser of

(a) The limits of insurance specified in the written contract or written agreement, or

(b) The Limits of Insurance shown in the Declarations.

Such amount shall be a part of and not in addition to Limits of Insurance shown in the Declarations and described in this Section

(3) Additional Insureds Other Insurance

If we cover a claim or "suit" under this Coverage Part that may also be covered by other insurance available to an additional insured, such additional insured must submit such claim or "suit" to the other insurer for defense and indemnity.

However, this provision does not apply to the extent that you have agreed in a written contract or written agreement that this insurance is primary and non-contributory with the additional insured's own insurance.

(4) Duties in The Event Of Accident, Claim, Suit or Loss

If you have agreed in a written contract or written agreement that another person or organization be added as an additional insured on your policy, the additional insured shall be required to comply with the provisions in LOSS CONDITIONS 2. - DUTIES IN THE EVENT OF ACCIDENT, CLAIM , SUIT OR LOSS – OF SECTION IV – BUSINESS AUTO CONDITIONS, in the same manner as the Named Insured.

E. **Primary and Non-Contributory if Required by Contract**

Only with respect to insurance provided to an additional insured in 1.D. - Additional Insured If Required by Contract, the following provisions apply:

(3) Primary Insurance When Required By Contract

This insurance is primary if you have agreed in a written contract or written agreement that this insurance be primary. If other insurance is also primary, we will share with all that other insurance by the method described in Other Insurance 5.d.

(4) Primary And Non-Contributory To Other Insurance When Required By Contract

If you have agreed in a written contract or written agreement that this insurance is primary and non-contributory with the additional insured's own insurance, this insurance is primary and we will not seek contribution from that other insurance.

Paragraphs **(3)** and **(4)** do not apply to other insurance to which the additional insured has been added as an additional insured.

When this insurance is excess, we will have no duty to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance, and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, by the method described in Other Insurance 5.d.

2. **AUTOS RENTED BY EMPLOYEES**

Any "auto" hired or rented by your "employee" on your behalf and at your direction will be considered an "auto" you hire

The OTHER INSURANCE Condition is amended by adding the following.

© 2011, The Hartford (Includes copyrighted material of ISO Properties, Inc., with its permission )

If an "employee's" personal insurance also applies on an excess basis to a covered "auto" hired or rented by your "employee" on your behalf and at your direction, this insurance will be primary to the "employee's" personal insurance.

**3. AMENDED FELLOW EMPLOYEE EXCLUSION**

EXCLUSION 5. - FELLOW EMPLOYEE - of SECTION II - LIABILITY COVERAGE does not apply if you have workers' compensation insurance in-force covering all of your "employees".

Coverage is excess over any other collectible *insurance.*

**4. HIRED AUTO PHYSICAL DAMAGE COVERAGE**

If hired "autos" are covered "autos" for Liability Coverage and if Comprehensive, Specified Causes of Loss, or Collision coverages are provided under this Coverage Form for any "auto" you own, then the Physical Damage Coverages provided are extended to "autos" you hire or borrow, *subject to the following limit.*

The most we will pay for "loss" to any hired "auto" is:

(1) $100,000;

(2) The actual cash value of the damaged or stolen property at the time of the "loss"; or

(3) The cost of repairing or replacing the damaged or stolen property,

whichever is smallest, minus a deductible. The deductible will be equal to the largest deductible applicable to any owned "auto" for that coverage. No deductible applies to "loss" caused by fire or lightning. Hired Auto Physical Damage coverage is excess over any other collectible insurance. Subject to the above limit, deductible and excess provisions, we will provide coverage equal to the broadest coverage applicable to any covered "auto" you own.

We will also cover loss of use of the hired "auto" if it results from an "accident", you are legally liable and the lessor incurs an actual financial loss, subject to a maximum of $1000 per "accident".

This extension of coverage does not apply to any "auto" you hire or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households.

**5. PHYSICAL DAMAGE - ADDITIONAL TEMPORARY TRANSPORTATION EXPENSE COVERAGE**

Paragraph A.4.a. of SECTION III - PHYSICAL DAMAGE COVERAGE is amended to provide a limit of $50 *per day and a maximum limit of* $1,000.

**6. LOAN/LEASE GAP COVERAGE**

Under SECTION III - PHYSICAL DAMAGE COVERAGE, in the event of a total "loss" to a covered "auto", we will pay your additional legal obligation for any difference between the actual cash value of the "auto" at the time of the "loss" *and the "outstanding balance" of the loan/lease.*

"Outstanding balance" means the amount you owe on the loan/lease at the time of "loss" less any amounts representing taxes; overdue payments; penalties, interest or charges resulting from overdue payments; additional mileage charges; excess wear and tear charges; lease termination fees; security deposits not returned by the lessor; costs for extended warranties, credit life Insurance, health, accident or disability insurance purchased with the loan or lease; and carry-over balances from previous loans or leases.

**7. AIRBAG COVERAGE**

Under Paragraph B. EXCLUSIONS - of SECTION III - PHYSICAL DAMAGE COVERAGE, *the following is added:*

The exclusion relating to mechanical breakdown does not apply to the accidental discharge of an airbag.

**8. ELECTRONIC EQUIPMENT - BROADENED COVERAGE**

a. The exceptions to Paragraphs B.4 - EXCLUSIONS - of SECTION III - PHYSICAL DAMAGE COVERAGE are replaced by the following:

Exclusions **4.c.** and **4.d.** do not apply to equipment designed to be operated solely by use of the power from the "auto's" electrical system that, at the time of "loss", is:

(1) Permanently installed in or upon the covered "auto";

(2) Removable from a housing unit which is permanently installed in or upon the covered "auto";

(3) An integral part of the same unit housing any electronic equipment described in Paragraphs (1) and (2) above; or

(4) Necessary for the normal operation of the covered "auto" or the monitoring of the covered "auto's" operating system.

b. Section III – Version CA 00 01 03 10 of the Business Auto Coverage Form, Physical Damage Coverage, Limit of Insurance, Paragraph C 2 and Version CA 00 01 10 01 of the Business Auto Coverage Form, Physical Damage Coverage, Limit of Insurance, Paragraph C are each amended to add the following.

$1,500 is the most we will pay for "loss" in any one "accident" to all electronic equipment (other than equipment designed solely for the reproduction of sound, and accessories used with such equipment) that reproduces, receives or transmits audio, visual or data signals which, at the time of "loss", is

(1) Permanently installed in or upon the covered "auto" in a housing, opening or other location that is not normally used by the "auto" manufacturer for the installation of such equipment;

(2) Removable from a permanently installed housing unit as described in Paragraph 2.a. above or is an integral part of that equipment, or

(3) An integral part of such equipment.

c For each covered "auto", should loss be limited to electronic equipment only, our obligation to pay for, repair, return or replace damaged or stolen electronic equipment will be reduced by the applicable deductible shown in the Declarations, or $250, whichever deductible is less.

## 9. EXTRA EXPENSE - BROADENED COVERAGE

Under Paragraph A. - COVERAGE - of SECTION III - PHYSICAL DAMAGE COVERAGE, we will pay for the expense of returning a stolen covered "auto" to you.

## 10. GLASS REPAIR - WAIVER OF DEDUCTIBLE

Under Paragraph D - DEDUCTIBLE - of SECTION III - PHYSICAL DAMAGE COVERAGE, the following is added:

No deductible applies to glass damage if the glass is repaired rather than replaced

## 11. TWO OR MORE DEDUCTIBLES

Under Paragraph D. - DEDUCTIBLE - of SECTION III - PHYSICAL DAMAGE COVERAGE, the following is added:

If another Hartford Financial Services Group, Inc company policy or coverage form that is not an automobile policy or coverage form applies to the same "accident", the following applies

(1) If the deductible under this Business Auto Coverage Form is the smaller (or smallest) deductible, it will be waived;

(2) If the deductible under this Business Auto Coverage Form is not the smaller (or smallest) deductible, it will be reduced by the amount of the smaller (or smallest) deductible.

## 12. AMENDED DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS

The requirement in LOSS CONDITIONS 2.a. - DUTIES IN THE EVENT OF ACCIDENT, CLAIM, SUIT OR LOSS - of SECTION IV - BUSINESS AUTO CONDITIONS that you must notify us of an "accident" applies only when the "accident" is known to:

(1) You, if you are an individual;

(2) A partner, if you are a partnership,

(3) A member, if you are a limited liability company; or

(4) An executive officer or insurance manager, if you are a corporation.

## 13. UNINTENTIONAL FAILURE TO DISCLOSE HAZARDS

If you unintentionally fail to disclose any hazards existing at the inception date of your policy, we will not deny coverage under this Coverage Form because of such failure.

## 14. HIRED AUTO - COVERAGE TERRITORY

Paragraph e. of GENERAL CONDITIONS 7. - POLICY PERIOD, COVERAGE TERRITORY - of SECTION IV - BUSINESS AUTO CONDITIONS is replaced by the following:

e. For short-term hired "autos", the coverage territory with respect to Liability Coverage is anywhere in the world provided that if the "insured's" responsibility to pay damages for "bodily injury" or "property damage" is determined in a "suit," the "suit" is brought in the United States of America, the territories and possessions of the United States of America, Puerto Rico or Canada or in a settlement we agree to.

## 15. WAIVER OF SUBROGATION

TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - of SECTION IV - BUSINESS AUTO CONDITIONS is amended by adding the following.

POLICY NUMBER: COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ATHLETIC OR SPORTS PARTICIPANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

**Description of Operations:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any operations shown in the Schedule, this insurance does not apply to "bodily injury" to any person while practicing for or participating in any sports or athletic contest or exhibition that you sponsor.

**CG 21 01 11 85** Copyright, Insurance Services Office, Inc., 1984 **Page 1 of 1**

# COMMERCIAL GENERAL LIABILITY
# COVERAGE PART - DECLARATIONS



**POLICY NUMBER:** S3 UUN PY5847

This COMMERCIAL GENERAL LIABILITY COVERAGE PART consists of.

A.   This Declarations,
B    Commercial General Liability Schedule,
C    Commercial General Liability Coverage Form  and
D.   Any Endorsements  issued to be a part of this Coverage  Part and listed below

## LIMITS OF INSURANCE

The Limits of Insurance. subject to all the terms of this Policy that apply. are.

| | |
|---|---|
| Each Occurrence Limit | $1,000,000 |
| Damage to Premises Rented to You Limit - Any One Premises | $300,000 |
| Medical Expense Limit - Any One Person | $10,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| General Aggregate Limit (other than Products-Completed  Operations) | $2,000,000 |
| Products-Completed  Operations Aggregate Limit | $2,000,000 |

**ADVANCE PREMIUM:**      $17,080.00

**AUDIT PERIOD:**  ANNUAL AUDIT

Except in this Declarations,  when we use the word "Declarations"  in this Coverage  Part, we mean this "Declarations"  or the "Common  Policy Declarations."

Form Numbers of Coverage Forms, Endorsements and Schedules  that are part of this Coverage  Part:

| | | | | |
|---|---|---|---|---|
| HC70010605 | CG21011185 | CG22330413 | HC21091037 | HC22260608 |
| HC23140617 | HC23700115 | HC24611210 | HG00010916 | CG02000118 |
| CG21331185 | HC12101185T | | | |

**Form HC 00 10 07 98**



# QUICK REFERENCE
# COMMERCIAL GENERAL LIABILITY COVERAGE PART
# OCCURRENCE

## READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**

Named Insured and Mailing Address
Policy Period
Description of Business and Location
Coverages and Limits of Insurance

**Beginning on Page**

**SECTION I - COVERAGES**

| | | |
|---|---|---|
| Coverage A - | Insuring Agreement | 1 |
| Bodily Injury | | |
| and Property | Exclusions | 2 |
| Damage Liability | | |
| Coverage B - | Insuring Agreement | 5 |
| Personal and | | |
| Advertising | Exclusions | 6 |
| Injury Liability | | |
| Coverage C - | Insuring Agreement | 7 |
| Medical Payments | Exclusions | 8 |

Supplementary Coverages Coverages A And B ............................................................. 8

**SECTION II - WHO IS AN INSURED** ........................................................................ .. 9

**SECTION III - LIMITS OF INSURANCE** ................................................................... 12

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** .......................... 13
    Bankruptcy ........................................................................................................... .... 13
    Duties in The Event Of Occurrence, Offense, Claim or Suit ...................................... 13
    Legal Action Against Us ............................................................................................. 13
    Other Insurance ...................................................................................................... .. 14
    Premium Audit ......................................................................................................... . 15
    Representations ......................................................................................................... 15
    Separation of Insureds ............................................................................................. 15
    Transfer of Rights of Recovery Against Others To Us ............................................... 15
    When We Do Not Renew ........................................................................................... 15

**SECTION V - DEFINITIONS** ................................................................... .............. 15

**COMMON POLICY CONDITIONS**

Cancellation
Changes
Examination of Your Books and Records
Inspections and Surveys
Premiums
Transfer of Your Rights and Duties under this Policy

***ENDORSEMENTS***

These form numbers are shown on the Coverage Part - Declarations Page or on the Common Policy
Declarations Page.

**Form HC 70 01 06 05**

© 2005, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)

We waive any right of recovery we may have against any person or organization with whom you have a written contract that requires such waiver because of payments we make for damages under this Coverage Form.

## 16. RESULTANT MENTAL ANGUISH COVERAGE

The definition of "bodily injury" in SECTION V- DEFINITIONS is replaced by the following:

"Bodily injury" means bodily injury sickness or disease sustained by any person, including mental anguish or death resulting from any of these.

## 17. EXTENDED CANCELLATION CONDITION

Paragraph 2. of the COMMON POLICY CONDITIONS - CANCELLATION - applies except as follows.

If we cancel for any reason other than nonpayment of premium, we will mail or deliver to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

## 18. HYBRID, ELECTRIC, OR NATURAL GAS VEHICLE PAYMENT COVERAGE

In the event of a total loss to a "non-hybrid" auto for which Comprehensive, Specified Causes of Loss, or Collision coverages are provided under this Coverage Form, then such Physical Damage Coverages are amended as follows

a. If the auto is replaced with a "hybrid" auto or an auto powered solely by electricity or natural gas, we will pay an additional 10%, to a maximum of $2,500, of the "non-hybrid" auto's actual cash value or replacement cost, whichever is less,

b. The auto must be replaced and a copy of a bill of sale or new lease agreement received by us within 60 calendar days of the date of "loss,"

c. Regardless of the number of autos deemed a total loss, the most we will pay under this Hybrid, Electric, or Natural Gas Vehicle Payment Coverage provision for any one "loss" is $10,000.

For the purposes of the coverage provision,

a. A "non-hybrid" auto is defined as an auto that uses only an internal combustion engine to move the auto but does not include autos powered solely by electricity or natural gas.

b. A "hybrid" auto is defined as an auto with an internal combustion engine and one or more electric motors, and that uses the internal combustion engine and one or more electric motors to move the auto, or the internal combustion engine to charge one or more electric motors, which move the auto.

## 19. VEHICLE WRAP COVERAGE

In the event of a total loss to an "auto" for which Comprehensive, Specified Causes of Loss, or Collision coverages are provided under this Coverage Form, then such Physical Damage Coverages are amended to add the following.

In addition to the actual cash value of the "auto", we will pay up to $1,000 for vinyl vehicle wraps which are displayed on the covered "auto" at the time of total loss. Regardless of the number of autos deemed a total loss, the most we will pay under this Vehicle Wrap Coverage provision for any one "loss" is $5,000. For purposes of this coverage provision, signs or other graphics painted or magnetically affixed to the vehicle are not considered vehicle wraps.

© 2011. The Hartford (Includes copyrighted material of ISO Properties, Inc., with its permission )

COMMERCIAL GENERAL LIABILITY
CG 22 33 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - TESTING OR CONSULTING ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. An error, omission, defect or deficiency in:

   a. Any test performed; or

   b. An evaluation, a consultation or advice given,

   by or on behalf of any insured;

2. The reporting of or reliance upon any such test, evaluation, consultation or advice; or

3. An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1., 2.** or **3.**

© Insurance Services Office, Inc., 2012



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - TRAMPOLINE AND GYMNASTIC REBOUNDING DEVICES

This endorsement modifies insurance provided under the following

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" arising out of the

(1) ownership,

(2) maintenance,

(3) operation, or

(4) use

of any trampoline or gymnastic rebounding device.

**Form HC 21 09 10 87**   Printed in U.S.A (NS)

Copyright, Hartford Fire Insurance Company, 1987



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - SETTING OF STANDARDS, WARNINGS, LICENSES OR CERTIFICATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to any injury, damage, loss, cost or expense, including but not limited to "bodily injury", "property damage" or "personal and advertising injury" arising out of, or relating to, whether directly or indirectly, in whole or in part to:

1. Setting, failing to set, enforcing or failing to enforce standards of performance, service, procedure, quality or safety;

2. The adequacy of or reliance upon such standards;

3. Warning or failing to warn of the danger of a particular product, procedure, method, service or process;

4. Providing or failing to provide direction as to the use of a particular product, procedure, method, service or process;

5. Licensing, certification, guarantee or warranty, or any other statement that a product, procedure, method, service or process is safe for its intended purpose;

6. Activities of an insured which are perceived by a third party as a license, certification, guarantee or warranty, or any other statement that a product, procedure, method, service or process is safe for its intended purpose; or

7. "Performing" or failing to "perform" research, or hiring or supervising, or failing to hire or supervise another to "perform" research regarding the safety, quality, or efficacy of a product, procedure, method, service or process; and

8. Any conspiracy, collusion, aiding and abetting, misrepresentation, fraud, concealment, withholding of information, or unfair or deceptive trade practices, whether or not such act was intentionally committed by an insured, at any time.

As used in this endorsement "perform" includes coordinating or advising others.

**Form HC 22 26 06 08**

© 2008 The Hartford

**Page 1 of 1**



# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the stock insurance company member of The Hartford providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance, and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory".

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer,

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur

**d.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**e. Incidental Medical Malpractice And Good Samaritan Coverage**

"Bodily injury" arising out of the rendering of or failure to render the following health care services by any "employee" or "volunteer worker" shall be deemed to be caused by an "occurrence" for

© 2016 The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission )

(1) Professional health care services such as:

    (a) Medical, surgical, dental, laboratory, x-ray or nursing services or treatment, advice or instruction, or the related furnishing of food or beverages;

    (b) Any health or therapeutic service, treatment, advice or instruction; or

    (c) The furnishing or dispensing of drugs or medical, dental, or surgical supplies or appliances; or

(2) First aid services, which include:

    (a) Cardiopulmonary resuscitation, whether performed manually or with a defibrillator; or

    (b) Services performed as a Good Samaritan.

For the purpose of determining the limits of insurance, any act or omission together with all related acts or omissions in the furnishing of these services to any one person will be considered one "occurrence".

However, this Incidental Medical Malpractice And Good Samaritan Coverage provision applies only if you are not engaged in the business or occupation of providing any of the services described in this provision.

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

    (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

    (b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

    (a) The supervision, hiring, employment, training or monitoring of others by that insured; or

    (b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants"

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured, or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire",

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste,

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible.

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire"; or

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the

operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft;

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment"; or

**(6)** An aircraft that is not owned by any insured and is hired, chartered or loaned with a paid crew. However, this exception does not apply if the insured has any other insurance for such "bodily injury" or "property damage", whether the other insurance is primary, excess, contingent or on any other basis.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured, or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war,

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement,

enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises,

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured,

(5) That particular part of real property on which you or any contractors or subcontractors
working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3) and (4) of this exclusion do not apply to "property damage" arising from the use of elevators.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs (3) and (4) of this exclusion do not apply to "property damage" to borrowed equipment while not being used to perform operations at the job site.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of.

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work", or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of

(1) "Your product";

(2) "Your work", or

(3) "Impaired property",

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Access or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of.

(1) Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph (1) or (2) above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Employment-Related Practices**

"Bodily injury" to:

**(1)** A person arising out of any "employment-related practices"; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any "employment-related practices" are directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in the definition of "employment-related practices" occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**r. Asbestos**

**(1)** "Bodily injury" or "property damage" arising out of the "asbestos hazard".

**(2)** Any damages, judgments, settlements, loss, costs or expenses that:

**(a)** May be awarded or incurred by reason of any claim or suit alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the "asbestos hazard";

**(b)** Arise out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an "asbestos hazard"; or

**(c)** Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating,

detoxifying or neutralizing or in any way responding to or assessing the effects of an "asbestos hazard".

**s. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**Damage To Premises Rented To You - Exception For Damage By Fire, Lightning Or Explosion**

Exclusions **c.** through **h.** and **j.** through **n.** do not apply to damage by fire, lightning or explosion to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

**COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or

settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

## 2. Exclusions

This insurance does not apply to.

### a. Knowing Violation Of Rights Of Another

"Personal and advertising injury" arising out of an offense committed by, at the direction or with the consent or acquiescence of the insured with the expectation of inflicting "personal and advertising injury".

### b. Material Published With Knowledge Of Falsity

"Personal and advertising injury" arising out of oral. written or electronic publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

### c. Material Published Prior To Policy Period

"Personal and advertising injury" arising out of oral, written or electronic publication, in any manner, of material whose first publication took place before the beginning of the policy period.

### d. Criminal Acts

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

### e. Contractual Liability

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

### f. Breach Of Contract

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's "advertising idea" in your "advertisement".

### g. Quality Or Performance Of Goods - Failure To Conform To Statements

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

### h. Wrong Description Of Prices

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services.

### i. Infringement Of Intellectual Property Rights

(1) "Personal and advertising injury" arising out of any actual or alleged infringement or violation of any intellectual property rights such as copyright, patent, trademark, trade name, trade secret. trade dress. service mark or other designation of origin or authenticity, or

(2) Any injury or damage alleged in any claim or "suit" that also alleges an infringement or violation of any intellectual property right, whether such allegation of infringement or violation is made by you or by any other party involved in the claim or "suit", regardless of whether this insurance would otherwise apply

However, this exclusion does not apply if the only allegation in the claim or "suit" involving any intellectual property right is limited to:

(1) Infringement, in your "advertisement", of

(a) Copyright;

(b) Slogan, or

(c) Title of any literary or artistic work; or

(2) Copying, in your "advertisement", a person's or organization's "advertising idea" or style of "advertisement"

### j. Insureds In Media And Internet Type Businesses

"Personal and advertising injury" committed by an insured whose business is

(1) Advertising, broadcasting. publishing or telecasting:

(2) Designing or determining content of web sites for others, or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **a., b.** and **c.** of the definition of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion. the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting. publishing or telecasting.

### k. Electronic Chatrooms Or Bulletin Boards

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the

insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Internet Advertisements And Content Of Others**

"Personal and advertising injury" arising out of:

(1) An "advertisement" for others on your web site;

(2) Placing a link to a web site of others on your web site;

(3) Content, including information, sounds, text, graphics, or images from a web site of others displayed within a frame or border on your web site; or

(4) Computer code, software or programming used to enable:

(a) Your web site; or

(b) The presentation or functionality of an "advertisement" or other content on your web site.

**q. Right Of Privacy Created By Statute**

"Personal and advertising injury" arising out of the violation of a person's right of privacy created by any state or federal act.

However, this exclusion does not apply to liability for damages that the insured would have in the absence of such state or federal act.

**r. Violation Of Anti-Trust law**

"Personal and advertising injury" arising out of a violation of any anti-trust law.

**s. Securities**

"Personal and advertising injury" arising out of the fluctuation in price or value of any stocks, bonds or other securities.

**t. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**u. Employment-Related Practices**

"Personal and advertising injury" to:

(1) A person arising out of any "employment-related practices"; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any "employment-related practices" are directed.

This exclusion applies:

(1) Whether the injury-causing event described in the definition of "employment-related practices" occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity, and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**v. Asbestos**

(1) "Personal and advertising injury" arising out of the "asbestos hazard".

(2) Any damages, judgments, settlements, loss, costs or expenses that:

(a) May be awarded or incurred by reason of any claim or suit alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the "asbestos hazard";

(b) Arise out of any request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an "asbestos hazard"; or

(c) Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of an "asbestos hazard".

**w. Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

## COVERAGE C MEDICAL PAYMENTS

**1. Insuring Agreement**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident.

(1) On premises you own or rent,

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that

(1) The accident takes place in the "coverage territory" and during the policy period.

(2) The expenses are incurred and reported to us within three years of the date of the accident, and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, X-ray and dental services, including prosthetic devices, and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury"

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend·

   a. All expenses we incur.

   b. Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   c. The cost of appeal bonds or bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

   e. All court costs taxed against the insured in the "suit". However, such costs do not include attorneys' fees, attorneys' expenses, witness or expert fees, or any other expenses of a party taxed to the insured.

   f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   b. This insurance applies to such liability assumed by the insured;

   c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been

   assumed by the insured in the same "insured contract";

   d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   f. The indemnitee:

      (1) Agrees in writing to.

         (a) Cooperate with us in the investigation, settlement or defense of the "suit";

         (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         (c) Notify any other insurer whose coverage is available to the indemnitee; and

         (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2) Provides us with written authorization to:

         (a) Obtain records and other information related to the "suit"; and

         (b) Conduct and control the defense of the indemnitee in such "suit".

   So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

   Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

   a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

   b. The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

**SECTION II - WHO IS AN INSURED**

1. If you are designated in the Declarations as

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured

   **a. Employees And Volunteer Workers**

   Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business

   However, none of these "employees" or "volunteer workers" are insureds for.

   **(1)** "Bodily injury" or "personal and advertising injury":

     **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business,

     **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or that

       "volunteer worker" as a consequence of Paragraph **(1)(a)** above.

     **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(1)(b)** above: or

     **(d)** Arising out of his or her providing or failing to provide professional health care services.

   If you are not in the business of providing professional health care services.

     **(a)** Subparagraphs **(1)(a)**, **(1)(b)** and **(1)(c)** above do not apply to any "employee" or "volunteer worker" providing first aid services, and

     **(b)** Subparagraph **(1)(d)** above does not apply to any nurse, emergency medical technician or paramedic employed by you to provide such services.

   **(2)** "Property damage" to property

     **(a)** Owned, occupied or used by,

     **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

     you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   **b. Real Estate Manager**

   Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager

   **c. Temporary Custodians Of Your Property**

   Any person or organization having proper temporary custody of your property if you die, but only

   **(1)** With respect to liability arising out of the maintenance or use of that property, and

   **(2)** Until your legal representative has been appointed.

   **d. Legal Representative If You Die**

   Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

   **e. Unnamed Subsidiary**

   Any subsidiary, and subsidiary thereof, of yours which is a legally incorporated entity of which you own a financial interest of more than 50% of the voting stock on the effective date of the Coverage Part.

The insurance afforded herein for any subsidiary not named in this Coverage Part as a named insured does not apply to injury or damage with respect to which such insured is also a named insured under another policy or would be a named insured under such policy but for its termination or the exhaustion of its limits of insurance.

### 3. Newly Acquired Or Formed Organization

Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain financial interest of more than 50% of the voting stock, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

### 4. Nonowned Watercraft

With respect to watercraft you do not own that is less than 51 feet long and is not being used to carry persons for a charge, any person is an insured while operating such watercraft with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the watercraft, and only if no other insurance of any kind is available to that person or organization for this liability.

However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person operating the watercraft; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

### 5. Additional Insureds When Required By Written Contract, Written Agreement Or Permit

The following person(s) or organization(s) are an additional insured when you have agreed, in a written contract, written agreement or because of a permit issued by a state or political subdivision, that such person or organization be added as an additional insured on your policy, provided the injury or damage occurs subsequent to the execution of the contract or agreement.

A person or organization is an additional insured under this provision only for that period of time required by the contract or agreement.

However, no such person or organization is an insured under this provision if such person or organization is included as an insured by an endorsement issued by us and made a part of this Coverage Part.

### a. Vendors

Any person(s) or organization(s) (referred to below as vendor), but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business and only if this Coverage Part provides coverage for "bodily injury" or "property damage" included within the "products-completed operations hazard".

(1) The insurance afforded the vendor is subject to the following additional exclusions:

This insurance does not apply to:

(a) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

(b) Any express warranty unauthorized by you;

(c) Any physical or chemical change in the product made intentionally by the vendor;

(d) Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

(e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

(f) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

(g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

(h) "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to

   (i) The exceptions contained in Sub-paragraphs (d) or (f), or

   (ii) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business. in connection with the distribution or sale of the products

(2) This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

**b. Lessors Of Equipment**

(1) Any person(s) or organization(s) from whom you lease equipment, but only with respect to their liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your maintenance, operation or use of equipment leased to you by such person(s) or organization(s)

(2) With respect to the insurance afforded to these additional insureds this insurance does not apply to any "occurrence" which takes place after the equipment lease expires

**c. Lessors Of Land Or Premises**

Any person or organization from whom you lease land or premises, but only with respect to liability arising out of the ownership, maintenance or use of that part of the land or premises leased to you.

With respect to the insurance afforded these additional insureds the following additional exclusions apply.

This insurance does not apply to:

1. Any "occurrence" which takes place after you cease to lease that land; or

2. Structural alterations, new construction or demolition operations performed by or on behalf of such person or organization.

**d. Architects, Engineers Or Surveyors**

Any architect, engineer, or surveyor, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or

omissions of those acting on your behalf:

(1) In connection with your premises, or

(2) In the performance of your ongoing operations performed by you or on your behalf.

With respect to the insurance afforded these additional insureds, the following additional exclusion applies.

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including.

1. The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions. reports. surveys, field orders, change orders or drawings and specifications, or

2. Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional services by or for you

**e. Permits Issued By State Or Political Subdivisions**

Any state or political subdivision, but only with respect to operations performed by you or on your behalf for which the state or political subdivision has issued a permit.

With respect to the insurance afforded these additional insureds. this insurance does not apply to

(1) "Bodily injury", "property damage" or "personal and advertising injury" arising out of operations performed for the state or municipality, or

(2) "Bodily injury" or "property damage" included within the "products-completed operations hazard".

**f. Any Other Party**

Any other person or organization who is not an additional insured under Paragraphs **a.** through **e.** above, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf.

(1) In the performance of your ongoing operations;

**(2)** In connection with your premises owned by or rented to you; or

**(3)** In connection with "your work" and included within the "products-completed operations hazard", but only if

    **(a)** The written contract or agreement requires you to provide such coverage to such additional insured; and

    **(b)** This Coverage Part provides coverage for "bodily injury" or "property damage" included within the "products-completed operations hazard".

However:

**(1)** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**(2)** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to the insurance afforded to these additional insureds, this insurance does not apply to:

"Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or the failure to render any professional services by or for you.

The limits of insurance that apply to additional insureds is described in Section III - Limits Of Insurance.

How this insurance applies when other insurance is available to the additional insured is described in the Other Insurance Condition in Section **IV** - Commercial General Liability Conditions.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

### 1. The Most We Will Pay

The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

### 2. General Aggregate Limit

The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

### 3. Products-Completed Operations Aggregate Limit

The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

### 4. Personal And Advertising Injury Limit

Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

### 5. Each Occurrence Limit

Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

### 6. Damage To Premises Rented To You Limit

Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, lightning or explosion, while rented to you or temporarily occupied by you with permission of the owner.

In the case of damage by fire, lightning or explosion, the Damage to Premises Rented To You Limit applies to all damage proximately caused by the same event, whether such damage results from fire, lightning or explosion or any combination of these.

**7. Medical Expense Limit**

Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

**8. How Limits Apply To Additional Insureds**

If you have agreed in a written contract or written agreement that another person or organization be added as an additional insured on your policy, the most we will pay on behalf of such additional insured is the lesser of:

**a.** The limits of insurance specified in the written contract or written agreement, or

**b.** The Limits of Insurance shown in the Declarations.

Such amount shall be a part of and not in addition to Limits of Insurance shown in the Declarations and described in this Section.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a. Notice Of Occurrence Or Offense**

You or any additional insured must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses, and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b. Notice Of Claim**

If a claim is made or "suit" is brought against any insured, you or any additional insured must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You or any additional insured must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c. Assistance And Cooperation Of The Insured**

You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d. Obligations At The Insureds Own Cost**

No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**e. Additional Insureds Other Insurance**

If we cover a claim or "suit" under this Coverage Part that may also be covered by other insurance available to an additional insured, such additional insured must submit such claim or "suit" to the other insurer for defense and indemnity.

However, this provision does not apply to the extent that you have agreed in a written contract or written agreement that this insurance is primary and non-contributory with the additional insured's own insurance.

**f. Knowledge Of An Occurrence, Offense, Claim Or Suit**

Paragraphs **a.** and **b.** apply to you or to any additional insured only when such "occurrence", offense, claim or "suit" is known to:

**(1)** You or any additional insured that is an individual,

**(2)** Any partner, if you or the additional insured is a partnership;

**(3)** Any manager, if you or the additional insured is a limited liability company;

**(4)** Any "executive officer" or insurance manager, if you or the additional insured is a corporation;

**(5)** Any trustee, if you or the additional insured is a trust; or

**(6)** Any elected or appointed official, if you or the additional insured is a political subdivision or public entity.

This duty applies separately to you and any additional insured.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If other insurance is also primary, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1) Your Work**

That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2) Premises Rented To You**

That is fire, lightning or explosion insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(3) Tenant Liability**

That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner;

**(4) Aircraft, Auto Or Watercraft**

If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Section I - Coverage A - Bodily Injury And Property Damage Liability;

**(5) Property Damage To Borrowed Equipment Or Use Of Elevators**

If the loss arises out of "property damage" to borrowed equipment or the use of elevators to the extent not subject to Exclusion j. of Section I - Coverage A - Bodily Injury And Property Damage Liability;

**(6) When You Are Added As An Additional Insured To Other Insurance**

Any other insurance available to you covering liability for damages arising out of the premises or operations, or products and completed operations, for which you have been added as an additional insured by that insurance; or

**(7) When You Add Others As An Additional Insured To This Insurance**

Any other insurance available to an additional insured.

However, the following provisions apply to other insurance available to any person or organization who is an additional insured under this coverage part.

**(a) Primary Insurance When Required By Contract**

This insurance is primary if you have agreed in a written contract or written agreement that this insurance be primary. If other insurance is also primary, we will share with all that other insurance by the method described in **c.** below.

**(b) Primary And Non-Contributory To Other Insurance When Required By Contract**

If you have agreed in a written contract, written agreement, or permit that this insurance is primary and non-contributory with the additional insured's own insurance, this insurance is primary and we will not seek contribution from that other insurance.

Paragraphs **(a)** and **(b)** do not apply to other insurance to which the additional insured has been added as an additional insured.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured The due date for audit and retrospective premiums is the date shown as the due date on the bill If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured

**c.** The first Named Insured must keep records of the information we need for premium

computation, and send us copies at such times as we may request.

**6. Representations**

**a. When You Accept This Policy**

By accepting this policy, you agree:

**(1)** The statements in the Declarations are accurate and complete,

**(2)** Those statements are based upon representations you made to us; and

**(3)** We have issued this policy in reliance upon your representations.

**b. Unintentional Failure To Disclose Hazards**

If unintentionally you should fail to disclose all hazards relating to the conduct of your business that exist at the inception date of this Coverage Part, we shall not deny coverage under this Coverage Part because of such failure.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

**a. Transfer Of Rights Of Recovery**

If the insured has rights to recover all or part of any payment, including Supplementary Payments, we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**b. Waiver Of Rights Of Recovery (Waiver Of Subrogation)**

If the insured has waived any rights of recovery against any person or organization for all or part of any payment, including Supplementary Payments, we have made under this Coverage Part, we also waive that right, provided the insured waived their rights of recovery against such person or organization in a contract, agreement or permit that was executed prior to the injury or damage.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the

nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

1. **"Advertisement"** means the widespread public dissemination of information or images that has the purpose of inducing the sale of goods, products or services through:

   a. **(1)** Radio;

      **(2)** Television;

      **(3)** Billboard;

      **(4)** Magazine;

      **(5)** *Newspaper; or*

   b. Any other publication that is given widespread public distribution.

   However, "advertisement" does not include:

   a. The design, printed material, information or images contained in, on or upon the packaging or labeling of any goods or products; or

   b. An interactive conversation between or among persons through a computer network.

2. **"Advertising idea"** means any idea for an "advertisement".

3. **"Asbestos hazard"** means an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.

4. **"Auto"** means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

5. **"Bodily injury"** means physical:

   a. Injury;

   b. Sickness; or

   c. Disease

   sustained by a person and, if arising out of the above, mental anguish or death at any time.

6. **"Coverage territory"** means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      **(1)** Goods or products made or sold by you in the territory described in **a.** above;

      **(2)** The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; or

      **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in the United States of America (including its territories and possessions), Puerto Rico or Canada, in a "suit" on the merits according to the substantive law in such territory or in a settlement we agree to.

7. **"Employee"** includes a "leased worker". "Employee" does not include a "temporary worker".

8. **"Employment-Related Practices"** means:

   a. Refusal to employ that person;

   b. Termination of that person's employment; or

   c. Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person.

9. **"Executive officer"** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

10. **"Hostile fire"** means one which becomes uncontrollable or breaks out from where it was intended to be.

11. **"Impaired property"** means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

    a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

    b. You have failed to fulfill the terms of a contract or agreement;

    if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

12. **"Insured contract"** means:

    a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning or explosion to premises while rented to you or temporarily occupied by you with permission of the owner is subject to the Damage to

Premises Rented To You Limit described in Section III - Limits of Insurance;

**b.** A sidetrack agreement;

**c.** Any easement or license agreement, including an easement or license agreement in connection with construction or demolition operations on or within 50 feet of a railroad;

**d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality,

**e.** An elevator maintenance agreement,

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** includes that part of any contract or agreement that indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds. tunnel, underpass or crossing.

However, Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

  **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports. surveys, field orders, change orders or drawings and specifications; or

  **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(2)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(1)** above and supervisory, inspection, architectural or engineering activities.

**13.** **"Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**14.** **"Loading or unloading"** means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto",

**b.** While it is in or on an aircraft. watercraft or "auto", or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**15.** **"Mobile equipment"** means any of the following types of land vehicles, including any attached machinery or equipment

**a.** Bulldozers. farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent,

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted

  **(1)** Power cranes, shovels, loaders. diggers or drills; or

  **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment, or

  **(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo

However. self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **(1)** Equipment designed primarily for.

    **(a)** Snow removal,

    **(b)** Road maintenance, but not construction or resurfacing; or

    **(c)** Street cleaning,

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

16. **"Occurrence"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

17. **"Personal and advertising injury"** means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person or organization occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral, written or electronic publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral, written or electronic publication, in any manner, of material that violates a person's right of privacy;

f. Copying, in your "advertisement", a person's or organization's "advertising idea" or style of "advertisement"; or

g. Infringement of copyright, slogan, or title of any literary or artistic work, in your "advertisement".

18. **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

19. **"Products-completed operations hazard":**

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

20. **"Property damage"** means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

As used in this definition, computerized or electronically stored data, programs or software are not tangible property. Electronic data means information, facts or programs:

a. Stored as or on;

b. Created or used on; or

c. Transmitted to or from;

computer software, including systems and applications software, hard or floppy disks, CD-

ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

21. **"Suit"** means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent, or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent

22. **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

23. **"Volunteer worker"** means a person who

   a. Is not your "employee";

   b. Donates his or her work;

   c. Acts at the direction of and within the scope of duties determined by you, and

   d. Is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

24. **"Your product":**

   a. Means:

      (1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

         (a) You,

         (b) Others trading under your name, or

         (c) A person or organization whose business or assets you have acquired; and

      (2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b. Includes

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2) The providing of or failure to provide warnings or instructions.

   c. Does not include vending machines or other property rented to or located for the use of others but not sold.

25. **"Your work"**.

   a. Means.

      (1) Work or operations performed by you or on your behalf, and

      (2) Materials, parts or equipment furnished in connection with such work or operations.

   b. Includes

      (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

      (2) The providing of or failure to provide warnings or instructions.



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE - AMENDMENT OF DEFINITION OF PERSONAL AND ADVERTISING INJURY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The definition of "personal and advertising injury" in the **Definitions** Section is replaced by the following:

"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution; or

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person or organization occupies, committed by or on behalf of its owner, landlord or lessor.

© 2010, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc., with its permission.)



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - UNMANNED AIRCRAFT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (EXCESS - BROAD FORM)
COMMERCIAL GENERAL LIABILITY COVERAGE FORM (EXCESS)

**A.** Exclusion **2.g. Aircraft, Auto Or Watercraft** under **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**g. Aircraft, Auto Or Watercraft**

**(1) Unmanned Aircraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This Paragraph **g.(1)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

**(2) Aircraft (Other Than Unmanned Aircraft), Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This Paragraph **g.(2)** applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment,

training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft (other than "unmanned aircraft"), "auto" or watercraft that is owned by or rented or loaned to any insured

This Paragraph **g.(2)** does not apply to.

**(a)** A watercraft while ashore on premises you own or rent;

**(b)** A watercraft you do not own that is

**(i)** Less than 51 feet long; and

**(ii)** Not being used to carry persons for a charge;

**(c)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(d)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(e)** "Bodily injury" or "property damage" arising out of

**(i)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**Form HC 23 14 06 17**

© 2017, The Hartford
(Includes copyrighted material of Insurance Services Office, Inc. with its permission.)

**Page 1 of 2**



# POLICY ADJUSTMENT NOTICE

The premium we charged for your enclosed Hartford policy was based, in part, on estimates and assumptions related to items such as payroll, sales revenue, and the nature of business operations for the policy period shown. When your coverage period expires, a premium audit will be conducted to ensure the premium you paid for your insurance was accurate. In order to complete the premium audit, when your policy coverage period expires you may receive, via e-mail or US Postal mail, a request to complete an "Insured's Report of Exposure" Form. Alternatively, you may receive notice that a Premium Audit representative will be contacting you to review your records and discuss your business operations over the phone or in person. The purpose of the statement, phone call or visit is for the Premium Audit Department to collect the information required to ensure that the premium you paid for your coverage was accurate.

Once the audit is complete, you will receive a Statement of Premium Adjustment which will reflect the amount of your policy auditable premium, and will indicate whether you are owed a refund or if additional premium is due for the policy period shown.

**If we owe you** a return premium, The Hartford will apply the refund amount to any current account balance. If your account is paid in full, or if your refund amount is greater than the current account balance, we will issue you a refund check. You can expect to receive this check within the next **30** days.

**If you owe us** an additional premium, the **entire amount** will appear as due and payable on your next bill. This amount will appear as "Premium Audit" on your bill.

If you have any questions regarding the Premium Audit process, please call your insurance agent.

Thank you for doing business with The Hartford.

**Form G-3058-1** Printed in U.S.A.



## IMPORTANT NOTICE TO POLICYHOLDERS

# EXECUTIVE OFFICERS, INDIVIDUAL INSUREDS OR CO-PARTNERS GENERAL LIABILITY

**BASES OF PREMIUM**

If payroll information is required in order to determine all or part of your policy premium, you should know the following

If you are an executive officer individual insured or co-partner, the premium charge for your exposure is determined by applying a state specific individual payroll amount against the appropriate rate.

These amounts are used instead of your actual earnings and they vary depending upon the state your account is headquartered in Some states have an additional variance with different individual payroll amounts for executive officers, individual insureds and co-partners.

**EXCEPTION**

The payroll of all executive officers, and individual insureds or co-partners engaged principally in clerical operations or as salesmen shall not be included for premium purposes

If you have any questions concerning this notice, please call your Hartford agent or Broker for a more detailed explanation.

**Form G-3041-1** Printed in U.S.A.

## POLICYHOLDER NOTICE

## TEXAS MOTOR VEHICLE CRIME
## PREVENTION AUTHORITY FEE

NOTICE: Your payment includes a $4.00 fee per motor vehicle year. This fee goes to help fund: (1) auto burglary, theft, and fraud prevention, (2) criminal justice efforts, and (3) trauma care and emergency medical services for victims of accidents due to traffic offenses. By law, we send this fee to the Motor Vehicle Crime Prevention Authority (MVCPA).

Form CAF-4339-3 (Ed. 09/2019)

**COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

| | |
|---|---|
| PREMIUM AND RATING BASIS: | GROSS SALES          PER 1,000 |
| EXPOSURE: | 13,000,000 |
| RATE: | 0.3770 |
| ADVANCE PREMIUM: | 4,950.00 |

---

| | |
|---|---|
| DESCRIPTION OF HAZARDS: | EMPLOYEE BENEFITS COVERAGE |
| REFER TO: | EMPLOYEE BENEFITS LIABILITY COVERAGE PART (FORM HC 00 20) |

| | |
|---|---|
| CLASSIFICATION CODE NUMBER AND DESCRIPTION: EMPLOYEE BENEFITS | 30195 |
| PREMIUM AND RATING BASIS: | EMPLOYEE          PER 1 |
| EXPOSURE: | 91 |
| RATE: | 0.1560 |
| ADVANCE PREMIUM: | 116.00 MP |

---

TOTAL ADVANCE PREMIUM:          17,196.00

---

**Form HC 12 10 11 85T**                    PAGE    4

**COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)**

**POLICY NUMBER:** 83 UUN PY5847

| | | |
|---|---|---|
| PREMIUM AND RATING BASIS: | ADMISSIONS | PER 1,000 |
| EXPOSURE: | 104,000 | |
| RATE: | 78.9380 | |
| ADVANCE PREMIUM: | 8,292.00 | |

---

DESCRIPTION OF HAZARDS:    PREMISES/OPERATIONS  COVERAGE

REFER TO:                  COMMERCIAL GENERAL LIABILITY
                           COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:             002/001                TERR: 514
LOCATION:                  6300-24 MATERIAL AVE
                           LOVES PARK
                           IL.  61111

CLASSIFICATION CODE NUMBER
AND DESCRIPTION:           68703
WAREHOUSES - OCCUPIED BY SINGLE INTERESTS (LESSOR'S RISK ONLY) -
PRODUCTS/COMPLETED OPERATIONS LOSSES ARE SUBJECT TO THE GENERAL AGGREGATE
LIMIT

| | | |
|---|---|---|
| PREMIUM AND RATING BASIS: | AREA | PER 1,000 |
| EXPOSURE: | 24,000 | |
| RATE: | 6.2920 | |
| ADVANCE PREMIUM: | 153.00 | |

---

DESCRIPTION OF HAZARDS:    PRODUCTS/COMPLETED  OPERATIONS  COVERAGE

REFER TO:                  COMMERCIAL GENERAL LIABILITY
                           COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:             001/001
LOCATION:                  6212 MATERIAL AVE
                           LOVES PARK
                           IL.  61111

CLASSIFICATION CODE NUMBER
AND DESCRIPTION:           52505
 ELECTRONIC GAMES MFG.

COMMERCIAL GENERAL LIABILITY SCHEDULE (Continued)

**POLICY NUMBER:** 83 UUN PY5847

| | | |
|---|---|---|
| PREMIUM AND RATING BASIS: | PAYROLL | PER 1,000 |
| EXPOSURE: | 20,000 | |
| RATE: | 0.5990 | |
| ADVANCE PREMIUM: | 12.00 | |

---

DESCRIPTION OF HAZARDS:  PREMISES/OPERATIONS  COVERAGE

REFER TO:  COMMERCIAL GENERAL LIABILITY
COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:  001/001  TERR: 514
LOCATION:  6212 MATERIAL AVE
LOVES PARK
IL.  61111

CLASSIFICATION CODE NUMBER
AND DESCRIPTION:  52505
 ELECTRONIC GAMES MFG

| | | |
|---|---|---|
| PREMIUM AND RATING BASIS: | GROSS SALES | PER 1,000 |
| EXPOSURE: | 13,000,000 | |
| RATE: | 0.2780 | |
| ADVANCE PREMIUM: | 3,650.00 | |

---

DESCRIPTION OF HAZARDS:  PREMISES/OPERATIONS  COVERAGE

REFER TO:  COMMERCIAL GENERAL LIABILITY
COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:  001/001  TERR: 514
LOCATION:  6212 MATERIAL AVE
LOVES PARK
IL.  61111

CLASSIFICATION CODE NUMBER
AND DESCRIPTION:  63217
 EXHIBITIONS - IN BUILDINGS - OTHER THAN NOT-FOR-PROFIT - INCLUDING
 PRODUCTS AND/OR COMPLETED OPERATIONS - PRODUCTS/COMPLETED OPERATIONS
 LOSSES ARE SUBJECT TO THE GENERAL AGGREGATE LIMIT

# COMMERCIAL GENERAL LIABILITY SCHEDULE

**POLICY NUMBER:** 83 UUN PY5847

Entries herein, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy.

## RATING CLASSIFICATIONS

DESCRIPTION OF HAZARDS:          PREMISES/OPERATIONS  COVERAGE

REFER TO:                        COMMERCIAL GENERAL LIABILITY
                                 COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:                   001/001              TERR: 514
LOCATION:                        6212 MATERIAL AVE
                                 LOVES PARK
                                 IL.  61111

CLASSIFICATION  CODE NUMBER
AND DESCRIPTION:                 30602
 BOOKS OR MAGAZINES - INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS -
 PRODUCTS/COMPLETED OPERATIONS LOSSES ARE SUBJECT TO THE GENERAL AGGREGATE
 LIMIT

PREMIUM AND RATING BASIS:        GROSS SALES          PER 1,000

EXPOSURE:                        120,000

RATE:                            0.1930

ADVANCE PREMIUM:                 23.00

---

DESCRIPTION OF HAZARDS:          PREMISES/OPERATIONS  COVERAGE

REFER TO:                        COMMERCIAL GENERAL LIABILITY
                                 COVERAGE PART (FORM HC 00 10)

PRMS/BLDG. NO:                   001/001              TERR: 514
LOCATION:                        6212 MATERIAL AVE
                                 LOVES PARK
                                 IL.  61111

CLASSIFICATION  CODE NUMBER
AND DESCRIPTION:                 41677
 CONSULTANTS - NOC - INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS -
 PRODUCTS/COMPLETED OPERATIONS LOSSES ARE SUBJECT TO THE GENERAL AGGREGATE
 LIMIT

**Form HC 12 10 11 85T**  Printed in U.S.A. (NS)          PAGE   1  (CONTINUED ON NEXT PAGE)

$100 billion in a calendar year and we have met, or will meet, our insurer deductible under TRIA we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion. In such case. your coverage for terrorism losses may be reduced on a pro-rata basis in accordance with procedures established by the Treasury. based on its estimates of aggregate industry losses and our estimate that we will exceed our insurer deductible. In accordance with Treasury procedures, amounts paid for losses may be subject to further adjustments based on differences between actual losses and estimates.

**C. Application of Other Exclusions**

The terms and limitations of any terrorism exclusion, the inapplicability or omission of a terrorism exclusion, or the inclusion of Terrorism coverage, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion, Pollution Exclusion. or War Exclusion



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
CONDOMINIUM AND COOPERATIVE DIRECTORS AND OFFICERS LIABILITY COVERAGE FORM
DATA BREACH COVERAGE FORM
EDUCATORS PROFESSIONAL CHOICE POLICY
EMPLOYEE BENEFITS LIABILITY COVERAGE FORM
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIBRARY ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
LIQUOR LIABILITY COVERAGE PART
MANUFACTURERS' ERRORS AND OMISSIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRINTER'S ERRORS AND OMISSIONS LIABILITY COVERAGE FORM
PRODUCT RECALL EXPENSE COVERAGE FORM
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION

**A. Disclosure Of Federal Share Of Terrorism Losses**

The United States Department of the Treasury will reimburse insurers for a portion of such insured losses as indicated in the table below that exceeds the applicable insurer deductible:

| Calendar Year | Federal Share of Terrorism Losses |
|---|---|
| 2015 | 85% |
| 2016 | 84% |
| 2017 | 83% |
| 2018 | 82% |
| 2019 | 81% |
| 2020 or later | 80% |

However, if aggregate insured losses attributable to "certified acts of terrorism" under the federal Terrorism Risk Insurance Act, as amended (TRIA) exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion. The United States Government has not charged any premium for their participation in covering terrorism losses.

**B. Cap On Insurer Liability For Terrorism Losses**

A "certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism under TRIA. The criteria contained in TRIA for a "certified act of terrorism" include the following:

1. The act results in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to TRIA; and

2. The act results in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and

3. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to "certified acts of terrorism" under TRIA exceed

**Form HC 23 70 01 15**

© 2015, The Hartford
(Includes copyrighted material of the Insurance Services Office, Inc., with its permission.)

**POLICY NUMBER:** 83 UUN PY5847 COMMERCIAL GENERAL LIABILITY

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - DESIGNATED PRODUCTS

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

**Designated Product(s):**

ALL PRODUCTS SOLD BEFORE MAY 9, 2014

(If no entry appears above information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of any of "your products" shown in the Schedule.

**CG 21 33 11 85** Copyright, Insurance Services Office, Inc., 1984

COMMERCIAL GENERAL LIABILITY
CG 02 00 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART

**A. Cancellation** (Common Policy Conditions) is replaced by the following:

**Cancellation**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

2. We may cancel this Policy by mailing to you, at your last mailing address known to us, written notice stating the reason for cancellation. Proof of mailing will be sufficient proof of notice. If we cancel:

   a. For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

   b. For a reason other than nonpayment of premium, we will mail the notice at least:

      (1) 30 days prior to the effective date of cancellation if the Policy has been in effect for 60 days or less.

      (2) 60 days prior to the effective date of cancellation if the Policy has been in effect for more than 60 days.

3. If this Policy has been in effect for more than 60 days, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium;

   b. The Policy was obtained through a material misrepresentation;

   c. Any insured has violated any of the terms and conditions of the Policy;

   d. The risk originally accepted has measurably increased;

   e. Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

   f. A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

4. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known.

5. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

6. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**Nonrenewal**

If we decide not to renew or continue this Policy, we will mail you written notice, stating the reason for nonrenewal, at least 60 days before the end of the policy period. Proof of mailing will be sufficient proof of notice. Notification of nonrenewal will also be sent to your broker, if known, or agent of record, if known. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

 © Insurance Services Office, Inc., 2017

COMMERCIAL GENERAL LIABILITY



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES -
# EMPLOYEE BENEFITS LIABILITY

This endorsement modifies insurance provided under the following

    EMPLOYEE BENEFITS LIABILITY COVERAGE PART

A   Paragraph 6 of **DEFINITIONS** (Section VI) is replaced with the following.

   6.   "Damages" do not include

      1   Fines,

      2.   Penalties, or

      3   Damages for which insurance is prohibited by the law applicable to the construction of this Coverage Part

B.   The following paragraph f is added to Paragraph 3 of **SUPPLEMENTAL PAYMENTS - COVERAGE EB** (Section I)

    f   Prejudgment interest awarded the insured on that part of the judgment we pay

**Form HC 01 34 09 94**

Copyright Hartford Fire Insurance Company, 1994

**EMPLOYEE BENEFITS LIABILITY COVERAGE FORM**

15. "Suit" means a civil proceeding in which damage because of "employee benefits injury" to which this insurance applies are alleged. "Suit" includes:

    a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

16. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**EMPLOYEE BENEFITS LIABILITY COVERAGE FORM**

   **a.** **(1)** Radio,

      **(2)** Television,

      **(3)** Billboard,

      **(4)** Magazine,

      **(5)** Newspaper, or

   **b.** Any other publication that is given widespread public distribution.

However, "advertisement" does not include the design, printed material, information or images contained in on or upon the packaging or labeling of any goods or products.

3   "Advertising idea" means any idea for an "advertisement"

4   "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time

5   "Claim" means a written demand received by any insured for "damages" alleging "employee benefits injury", including the institution of a "suit" for such "damages" against any insured.

6   "Coverage territory" means

   a.  The United States of America (including its territories and possessions), Puerto Rico and Canada,

   b.  International waters or airspace, provided the "employee benefits injury" does not occur in the course of travel or transportation to or from any place not included in **a.** above

7.  "Damages" include prejudgment interest awarded against the insured on that part of the judgment we pay. "Damages" do not include

   1   Fines;

   2.  Penalties, or

   3   Damages for which insurance is prohibited by the law applicable to the construction of this Coverage Part

8   "Employee" includes a "leased worker" which is not covered under a labor leasing firm's "employee benefits program". "Employee" does not include a "temporary worker".

9   "Employee benefits injury" means injury that arises out of any negligent act, error or omission in the "administration" of your "employee benefits programs"

10. "Employee benefits program" means a formal program or programs of employee benefits maintained in connection with your business or operation, such as but not limited to

   a  Group life insurance, group accident or health insurance, profit sharing plans, pension plans and stock subscription plans, provided that no one other than an "employee" may subscribe to such insurance or plans; and

   b  Unemployment insurance, social security benefits, workers' compensation and disability benefits.

11  "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document

12  "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker"

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a.  False arrest, detention or imprisonment;

   b  Malicious prosecution,

   c.  The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor.

   d  Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services.

   e  Oral or written publication of material that violates a person's right of privacy

   f.  Copying, in your "advertisement", a person's or organization's "advertising ideas" or style of "advertisement" or

   g.  Infringement of copyright, slogan, or title of any literary or artistic work, in your "advertisement"

15  "Property damage" means

   a  Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b  Loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it

**EMPLOYEE BENEFITS LIABILITY COVERAGE FORM**

    (1) Has a Retroactive Date later than the date shown in the Declaration of this Coverage Part; or

    (2) Does not apply to "employee benefits injury" on a claims-made basis.

2. A Basic Extended Reporting Period is auto-matically provided without additional charge. This period starts with the end of the policy period and lasts for:

    a. One year for "claims" arising out of an "employee benefits injury" reported to us, not later than 60 days after the end of the policy period, in accordance with paragraph 2 a. of **SECTION IV - EMPLOYEE BENEFITS LIABILITY CONDITIONS**; or

    b. Sixty days for all other "claims".

The Basic Extended Reporting Period does not apply to "claims" that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such "claims".

3. A Supplemental Extended Reporting Period of three years duration is available, but only by an endorsement and for an extra charge. This supplemental period starts.

    a. One year after the end of the policy period for "claims" arising out of an "occurrence" reported to us, not later than 60 days after the end of the policy period, in accordance with paragraph 2.a. of **SECTION IV - EMPLOYEE BENEFITS LIABILITY CONDITIONS**; or

    b. Sixty days after the end of the policy period for all other "claims".

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

    a. The exposures insured;

    b. Previous types and amount of insurance;

    c. Limits of Insurance available under this Coverage Part for future payment of "damages," and

    d. Other related factors.

The additional premium will not exceed 200% of the annual premium for this Coverage Part.

This endorsement shall set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for "claims" first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts

4. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to "claims" for "employee benefits injury" that occur before the end of the policy period (but not before the Retroactive Date, if any, shown in the Declarations).

"Claims" for such injury which are first received and recorded during the Basic Extended Reporting Period (or during the Supplemental Extended Reporting Period, if it is in effect) will be deemed to have been made on the last day of the policy period.

Once in effect, Extended Reporting Periods may not be cancelled.

5. Extended Reporting Periods do not reinstate or increase the Limits of Insurance applicable to any "claim" to which this Coverage Part applies, except to the extent described in paragraph 6. of this Section.

6. If the Supplemental Extended Reporting Period is in effect, we will provide the separate aggregate limit of insurance described below, but only for "claims" first received and recorded during the Supplemental Extended Reporting Period.

The separate aggregate limit of insurance will be equal to the dollar amount shown in the Declarations in effect at the end of the policy period.

Paragraph 2. of **SECTION III - LIMITS OF INSURANCE** will be amended accordingly.

## SECTION VI - DEFINITIONS

As used in this coverage part:

1. "Administration" means:

    a. Giving counsel to your employees or their dependents and beneficiaries, with respect to interpreting the scope of your "employee benefits program" or their eligibility to participate in such programs; and

    b. Handling records in connection with "employee benefits program".

2. "Advertisement" means a dissemination of information or images that has the purpose of inducing the sale of goods, products or services through·

**EMPLOYEE BENEFITS LIABILITY COVERAGE FORM**

b   Excess Insurance

This insurance is excess over any other insurance, whether primary, excess, contingent or on any other basis. that is effective prior to the beginning of the policy period shown in the Declarations of this Coverage Part and applies to "damages" on other than a claims-made basis, if.

(1)  No retroactive date is shown in the Declarations of this Coverage Part, or

(2)  The other insurance has a policy period which continues after the Retroactive Date shown in the Declara-tions of this Coverage Part

When this insurance is excess, we will have no duty to defend any "claim" or "suit" that any other insurer has a duty to defend   If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess, we will pay only our share of the amount of the loss. if any, that exceeds the sum of

(1)  The total amount that all such other insurance would pay for the loss in the absence of this insurance, and

(2)  The total of all deductible and self-insured amounts under all that other insurance

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c.   Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first

If any of the other insurance does not permit contribution by equal shares. we will contribute by limits   Under this method. each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5.  **Premium Audit.**

a.  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b.  Premium shown in this Coverage Part as advance premium is a deposit premium only   At the close of each audit period we will compute the earned premium for that period

Audit premiums are due and payable on notice to the first Named Insured.  If the sum of the advance and audit premiums paid for the policy term is greater than the earned premium, we will return the excess to the first Named Insured

c   The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request

6.  **Representations.**

By accepting this policy, you agree:

a.  The statements in the Declarations are accurate and complete,

b.  Those statements are based upon represen-tations you made to us, and

c   We have issued this policy in reliance upon your representations

7.  **Separation of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies

a.  As if each Named Insured were the only Named Insured; and

b.  Separately to each insured against whom "claim" is made or "suit" is brought.

8.  **Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us.  The insured must do nothing after loss to impair them.  At our request the insured will bring "suit" or transfer those rights to us and help us enforce them

## SECTION V - EXTENDED REPORTING PERIODS

1   We will provide one or more Extended Reporting Periods, as described below, if·

a   This Coverage Part is cancelled or not renewed or

b.  We renew or replace this Coverage Part with insurance that·

**EMPLOYEE BENEFITS LIABILITY COVERAGE FORM**

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. "Claims" made or "suits" brought; or

   c. Person or organizations making "claims" or bringing "suit."

2. The Employee Benefits Liability Aggregate Limit is the most we will pay for all "damages" to which this insurance applies.

3. Subject to 2. above the Each Claim Limit is the most we will pay for all "damages" with respect to any one "claim".

The limits of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - EMPLOYEE BENEFITS LIABILITY CONDITIONS

1. **Bankruptcy.**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties in The Event of Employee Benefits Injury, Claim or Suit.**

   a. You must see to it that we are notified as soon as practicable of an "employee benefits injury" which may result in a "claim". To the extent possible, notice should include:

      (1) How, when and where the "employee benefits injury" took place; and

      (2) The names and addresses of any injured persons and witnesses.

      Notice of an "employee benefits injury" is not notice of a "claim".

   b. If a written "claim" is made or "suit" is brought against any insured, you must see to it that we receive prompt written notice of the "claim" or "suit".

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; *and*

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of "employee benefits injury" to which this insurance may also apply.

   d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**

   No person or organization has a right under this Coverage Part

   a. To join us as a party or otherwise bring us into a "suit" asking for "damages" from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for "damages" that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

   If other valid and collectible insurance is available to the insured for a loss we cover, our obligations are limited as follows:

   a. Primary Insurance

      *This insurance is primary except when b. below applies.* If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then we will share with all that other insurance by the method described in c. below.

EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

any federal or state statutory or regulatory reporting requirement relating to an "employee benefits program." or

(2) The commission or omission by an insured of any activity in connection with the management of assets of the "employee benefits program" which is prohibited under any federal or state statute or regulation.

For the purposes of this exclusion, civil or criminal liability includes pre or post judgement costs or expenses.

b. "Bodily injury," "property damage," "personal and advertising injury."

c Any dishonest, fraudulent criminal or malicious act.

d. The failure of any investment or saving program to perform as represented by an insured.

e. An "employee benefits injury" that arises out of advice given by any insured to an "employee" whether to participate or not to participate in any "employee benefits program "

f The failure of any insured to

(1) Perform any obligation.

(2) Fulfill any guarantee.

with respect to:

(1) The payment of benefits under any "employee benefits program." or

(2) The providing, handling or investing of funds relating to any of these.

3. **SUPPLEMENTARY PAYMENTS - COVERAGE EB**

We will pay, with respect to any "claim" or "suit" we defend

a All expenses we incur.

b The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance We do not have to furnish these bonds

c All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit," including actual loss of earnings up to $250 a day because of time off from work

d. All costs taxed against the insured in the "suit "

e All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay. or deposited

in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance

## SECTION II - WHO IS AN INSURED

1 If you are designated in the Declarations as

a An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b A partnership or joint venture, you are an insured Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company you are an insured Your members are also insureds, but only with respect to the conduct of your business Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2 Each of the following is also an insured:

a Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company) but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business.

b. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3 Any organization you newly acquire or form, other than a partnership joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization However

a. Coverage under this provision is afforded only until the 180th day after you acquire or form the organization or the end of the policy period, whichever is earlier, and

b. Coverage EB does not apply to "employee benefits injury" that occurred before you acquired or formed the organization



# EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

**COVERAGE EB PROVIDES CLAIMS MADE COVERAGE.**
**PLEASE READ THE ENTIRE FORM CAREFULLY.**

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words, "you" and "your" refer to the Named Insured shown in the Declarations. The words "we" "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION II - WHO IS AN INSURED.

Other words and phrases that appear in quotation marks have special meaning.

Refer to SECTION VI - DEFINITIONS.

## SECTION I - COVERAGE EB

**1. INSURING AGREEMENT.**

a. We will pay those sums that the insured becomes legally obligated to pay as "damages" because of "employee benefits injury" to which this insurance applies. No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under **SUPPLEMENTARY PAYMENTS - COVERAGE EB.** This insurance does not apply to "employee benefits injury" which occurred before the Retroactive Date, if any, shown in the Declarations or which occurs after the policy period. The negligent act, error or omission must take place in the "coverage territory".

We will have the right and duty to defend any "claim" or "suit" seeking such "damages". But:

(1) The amount we will pay for "damages" is limited as described in **SECTION III - LIMITS OF INSURANCE;**

(2) We may, at our discretion, investigate any alleged act, error or omission and settle any

"claim" or "suit" that may result, and

(3) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage EB. This applies both to "claims" and "suits" pending at that time and to those filed thereafter.

b. This insurance applies to an "employee benefits injury" only if.

(1) A "claim" for "damages" because of the "employee benefits injury" is first made against any insured during the policy period; and

(2) At the time you applied for this insurance you had no knowledge of any "claim" or "suit" or of any "employee benefits injury" which might reasonably be expected to result in a "claim" or "suit," except as you had reported to us in writing at the time you so applied.

c. A "claim" by a person or organization seeking "damages" will be deemed to have been made when notice of such "claim" is received and recorded by an insured or by us, whichever comes first.

d. All "claims" for "damages" because of "employee benefits injury" to the same person or organization will be deemed to have been made at the time the first of those "claims" is made against any insured.

**2. EXCLUSIONS**

This insurance does not apply to:

a. Any civil or criminal liability imposed on the insured, arising out of:

(1) Any failure by the insured to comply with

© 1999, The Hartford

(Includes copyrighted material of Insurance Services Office
with its permission. Copyright, Insurance Services Office, 1982, 1986, 1988, 1992)

# EMPLOYEE BENEFITS LIABILITY
# COVERAGE PART - DECLARATIONS (CLAIMS MADE)



**POLICY NUMBER:** 83 UUN PY5847

This EMPLOYEE BENEFITS LIABILITY COVERAGE PART (CLAIMS MADE) consists of

A  This Declarations,
B  Commercial General Liability Schedule,
C.  Employee Benefits Liability Coverage Form, and
D  Any Endorsements issued to be a part of this Coverage Part and listed below.

**Retroactive Date:** 05/09/14    If no date is entered, the Retroactive Date is the Inception Date
of the Policy Period stated in the Common Policy Declarations.

**LIMITS OF INSURANCE**

The Limits of Insurance, subject to all the terms of this Policy that apply, are

Each Claim                                    $1,000,000

Aggregate                                     $2,000,000

                              **ADVANCE PREMIUM:**        $116.00

**AUDIT PERIOD:** ANNUAL AUDIT

Except in this Declarations, when we use the word "Declarations" in this Coverage Part, we mean this "Declarations" or
the "Common Policy Declarations."

Form Numbers of Coverage Forms, Endorsements and Schedules that are part of this Coverage Part.

HC23700115        HC70110286        HC00210799        HC01340994        HC12101185T

**Form HC 00 20 02 95**

**COMMERCIAL GENERAL LIABILITY**



# QUICK REFERENCE
# EMPLOYEE BENEFITS LIABILITY COVERAGE PART
# CLAIMS MADE

### READ YOUR POLICY CAREFULLY

**DECLARATIONS PAGES**

Named Insured and Mailing Address
Policy Period
Description of Business and Location
Coverages and Limits of Insurance

**SECTION I - COVERAGES**                                                                                    **Beginning on Page**

Coverage EB                    Insuring Agreement ................................ ........................... 1

                               Exclusions ................................. ......... ..................... ........ 1

                               Supplementary Payments ................................... ................. 2

**SECTION II - WHO IS AN INSURED** .............................. ........... ... .............. ................. ...... 2

**SECTION III - LIMITS OF INSURANCE** .. .. ........................... ...................... ....... ............................ ... 2

**SECTION IV - EMPLOYEE BENEFITS LIABILITY CONDITIONS** ...................... ......... ............................ 3

Bankruptcy ............................. ..... ....... ...................... ............................. ............................. ......... 3

Duties in the Event of Employee Benefits Injury, Claim or Suit .......................... ............................... 3

Legal Action Against Us ................................. .. ............................. ............... ............... ..................... 3

Other Insurance ................................. ............................. ...... ............................... ... ....... ........ ........... .. 3

Premium Audit .............. .............. ............................... ........ ...................... ........................... ..... 4

Representations ................................ .............................. ........................... . ............................. .. 4

Separations of Insureds ...................... ....... ............................. ............................ ...................... 4

Transfer of Rights of Recovery Against Others To Us ............................. .............................. ....... 4

**SECTION V - EXTENDED REPORTING PERIOD** ............................. .. .. ........................... ................... 4

**SECTION VI - DEFINITIONS** ................................. ........ ...................... ................................. ................... 5

**COMMON POLICY CONDITIONS**

Cancellation

Changes

Examination of Your Books and Records

Inspections and Surveys

Premiums

Transfer of Your Rights and Duties under this Policy

**ENDORSEMENTS**

These form numbers are shown on the Coverage Part - Declarations Page or on the Common Policy Declarations Page.

**Form HC 70 11 02 86**   Printed in U.S.A. **(NS)**

Copyright Hartford Fire Insurance Company, 1986

(ii) The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**(f)** An aircraft that is not owned by *any insured and is hired*, chartered or loaned with a paid crew. However, this exception does not apply if the insured has any other insurance for such "bodily injury" or "property damage", whether the other insurance is primary, excess, contingent or on any other basis.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege *negligence or other wrongdoing* in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in *your "advertisement"*, or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**C.** The following definition is added to the **Definitions** section.

"Unmanned aircraft" means an aircraft that is not

**1.** Designed,

**2.** Manufactured, or

**3.** Modified after manufacture,

to be controlled directly by a person from within or on the aircraft.

Form HC 23 14 06 17



## PRODUCER COMPENSATION NOTICE

You can review and obtain information on The Hartford's producer compensation practices at www.TheHartford.com or at 1-800-592-5717.

Form G-3418-0



**Illinois Department of Insurance**
320 West Washington Street
Springfield, Illinois 62767



9214 7969 0099 9790 1648 0471 81

neopost
06/16/2023
US POSTAGE $019.95⁰

PRIORITY MAIL

Hartford Insurance Company of the Midwest
One Hartford Plaza
Hartford, CT 06155

Legal T.54