UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| ARACHNID 360, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:23-cv-50264 |
| THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, | ) ) ) ) |
| Defendant. | ) |

**STIPULATION TO DISMISS**

The parties hereby stipulate and agree that all claims at issue in this matter have been resolved and should be dismissed with prejudice with each party to bear its own costs.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that all claims at issue are hereby settled and dismissed with prejudice with each party to bear its own costs.

| | |
|---|---|
| */s/ Edward Eshoo, Jr.* | */s/ Jonathan Barger* |
| Edward Eshoo, Jr. | Jonathan Barger |
| Merlin Law Group | Butler Weihmuller Katz Craig LLP |
| 181 West Madison, Suite 3475 | 190 South LaSalle Street, Suite 2675 |
| Chicago, Illinois 60602 | Chicago, Illinois 60603 |
| Telephone: (312) 260-0806 | Telephone: (312) 462-9156 |
| Facsimile: (312) 260-0808 | Facsimile: (312) 456-0900 |
| eeshoo@merlinlawgroup.com | jbarger@butler.legal |
| *Attorney for Plaintiff* | *Attorney for Defendant* |